# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NATIONAL ALLIANCE TO END HOMELESSNESS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*, <br><br> *Defendants*. | Case No. 25-cv-636 |

## PLAINTIFFS' MOTION FOR RELIEF UNDER 5 U.S.C. § 705 AND FOR PRELIMINARY INJUNCTION

For the reasons provided in the attached memorandum, Plaintiffs hereby move for expedited preliminary relief under 5 U.S.C. § 705 and for a preliminary injunction, as set forth more fully below. As explained in that memorandum and attached declarations, while Plaintiffs are already experiencing irreparable harm from Defendants' actions in the form of changes to their programs and loss of goodwill with their communities and partners, Plaintiffs respectfully request relief by December 12, 2025, to protect against additional irreparable harm to the service provider plaintiffs, including local plaintiffs Crossroads Rhode Island and Youth Pride, Inc. Such relief is necessary to prevent them from the additional injury of having to choose between withdrawing from the program for the next fiscal year or

1

submitting their project proposals, along with certain mandatory certifications, to their local CoC competitions to be considered for FY 2025 funding.

 Plaintiffs move for the Court to stay and/or preliminarily set aside, under 5 U.S.C. § 705, the Department of Housing and Urban Development (HUD)'s rescission and replacement of the notice of funding opportunity entitled "FY 2024 and FY 2025 Continuum of Care Competition and Renewal or Replacement of Youth Homeless Demonstration Program" ("FY24-25 NOFO"). As set forth in the attached memorandum, Defendants rescinded and replaced the FY24-25 NOFO in contravention of the three-month statutory deadline for Notices of Funding Opportunity set out in 42 U.S.C. § 11382(b) and mere weeks before awards would have gone out for fiscal year 2025.  They do so with minimal notice and no explanation or consideration of important aspects of the problem or applicants' reliance interests.

 Plaintiffs further move the Court to stay and/or preliminarily set aside, under 5 U.S.C. § 705, the HUD FY 2025 Continuum of Care Competition and Youth Homeless Demonstration Program Grants NOFO (the "FY25 NOFO").

 In addition, Plaintiffs seek additional relief to protect them from the further irreparable harm that will begin as early as January, when funding for their grants begins to run out as a result of Defendants' belated rescission and replacement of the FY24-25 NOFO and when they will begin to be forced to shutter or scale back critical services. In particular, as set forth in the accompanying Motion for Expedited Production of the Administrative Record and Briefing Schedule for

2

Summary Judgment, Plaintiffs move for expedited production of the administrative record and for expedited summary judgment briefing in order to seek final judgment reinstating the FY24-25 NOFO that Defendants unlawfully rescinded and requiring Defendants to make awards under that NOFO.

To preserve the Court's ability to grant effective relief—and prevent Plaintiffs from suffering additional irreparable harm when their funding runs out—Plaintiffs further move for a preliminary injunction under Federal Rule of Civil Procedure 65 requiring Defendants to prepare to issue awards so that they can make those awards promptly in the event the Court orders the relief sought. In particular, Plaintiffs seek a preliminary injunction providing as follows:

1) Order Defendants to expeditiously take all steps necessary to stay the FY25 NOFO, and to process eligible grant renewals of FY 2025 funding under the FY24-25 NOFO, excluding obligation of funding.

2) Order Defendants within 24 hours of entry of an Order, to file a notice confirming they have informed all relevant federal officials of the Order.

3) Order Defendants, within four days of entry of an Order, to file a report that sets forth any steps necessary to process renewals under the FY24-25 NOFO. Plaintiffs take the position that, in accordance with the FY24-25 NOFO, they need not take further steps in order to qualify for and obtain FY 2025 renewals. However, to the extent Defendants require information or actions from recipients in order to renew grants under the FY24-25

NOFO, such required information or actions should be set forth in the report filed with the Court.

4) Order Defendants, within seven days of the Order, to inform recipients of the steps they must take in order for renewals to be processed, up to but not including the obligation of funding. Defendants should file a notice confirming such communications were made within 24 hours of making such communications.

December 1, 2025

Respectfully submitted,

/s/ Amy R. Romero

TONY LOPRESTI +
   (CA Bar No. 289269)
COUNTY COUNSEL
KAVITA NARAYAN +
   (CA Bar No. 264191)
CHIEF ASSISTANT COUNTY COUNSEL
MEREDITH A. JOHNSON +
   (CA Bar No. 291018)
LEAD DEPUTY COUNTY COUNSEL
70 West Hedding Street, East Wing
Ninth Floor
San José, CA 95110-1770
(408) 299-5900
meredith.johnson@cco.sccgov.org

*Counsel for Plaintiff County of Santa Clara*

DAVID CHIU +
   (CA Bar No. 189542)
CITY ATTORNEY
YVONNE R. MERÉ +
   (CA Bar No. 173594)
CHIEF DEPUTY CITY ATTORNEY
MOLLIE M. LEE +

AMY R. ROMERO
   (RI Bar No. 8262)
KEVIN LOVE HUBBARD +
   (MA Bar No. 704772)
DELUCA, WEIZENBAUM,
   BARRY & REVENS, LTD.
199 North Main Street
Providence, RI 02903
(401) 453-1500
amy@dwbrlaw.com
kevin@dwbrlaw.com
Cooperating counsel,
   Lawyers' Committee for RI

*Counsel for All Plaintiffs*

LYNETTE LABINGER
   (RI Bar No. 1645)
128 Dorrance Street, Box 710
Providence, RI 02903
(401) 465-9565
ll@labingerlaw.com
Cooperating counsel,
   ACLU Foundation of RI

(CA Bar No. 251404)
CHIEF OF STRATEGIC ADVOCACY
SARA J. EISENBERG +
  (CA Bar No. 269303)
CHIEF OF COMPLEX AND AFFIRMATIVE
  LITIGATION
RONALD H. LEE +
  (CA Bar No. 238720)
ASST. CHIEF OF COMPLEX AND
  AFFIRMATIVE LITIGATION
MICHAEL LEVIN GESUNDHEIT +
  (CA Bar No. 292930)
DEPUTY CITY ATTORNEY
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5402
(415) 554-4240
michael.levin@sfcityatty.org

*Counsel for Plaintiff City and County of San Francisco*

WALLACE W. DIETZ +
  (TN BPR No. 009949)
DIRECTOR OF LAW
JOHN K. WHITAKER +
  (TN BPR No. 039207)
SENIOR COUNSEL
ABBY GREER +
  (TN BPR No. 041470)
ASSISTANT METROPOLITAN ATTORNEY
109 Metropolitan Courthouse
P.O. Box 196300
Nashville, TN 37219
(615) 862-6341
wally.dietz@nashville.gov
john.whitaker@nashville.gov
abby.greer@nashville.gov

*Counsel for Plaintiff Metropolitan Government of Nashville and Davidson County*

DAVID J. HACKETT +

*Counsel for All Plaintiffs*

ANTONIA K. FASANELLI +
  (DC Bar No. 481856)
KATHRYN M. SCOTT + ^
  (WA Bar No. 38978)
NATIONAL HOMELESSNESS LAW CENTER
1400 16th Street, NW, Suite 425
Washington, DC 20036
(202) 638-2535
afasanelli@homelesslaw.org
kmeyerscott@homelesslaw.org

*Counsel for Plaintiffs National Alliance to End Homelessness and National Low Income Housing Coalition*

ALESHADYE GETACHEW +
  (DC Bar No. 1007161)
YENISEY RODRÍGUEZ +
  (DC Bar No 1600574)
KRISTIN BATEMAN +
  (DC Bar No. 90037068)
MADELINE H. GITOMER +
  (DC Bar No. 1023447)
AMAN T. GEORGE +
  (DC Bar No. 1028446)
CARRIE Y. FLAXMAN +
  (DC Bar No. 458681)
ROBIN F. THURSTON +
  (DC Bar No. 1531399)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
agetachew@democracyforward.org
yenisey.rodriguez@democracyforward.org
kbateman@democracyforward.org
mgitomer@democracyforward.org
ageorge@democracyforward.org
cflaxman@democracyforward.org

5

    (WA Bar No. 21236)
GENERAL COUNSEL TO KING COUNTY
    EXECUTIVE AND SPECIAL DEPUTY
    PROSECUTOR
ALISON HOLCOMB +
    (WA Bar No. 23303)
DEPUTY GENERAL COUNSEL TO KING
    COUNTY EXECUTIVE AND SPECIAL
    DEPUTY PROSECUTOR
401 5th Avenue, Suite 800
Seattle, WA 98104
(206) 477-9483
david.hackett@kingcounty.gov
aholcomb@kingcounty.gov

*Counsel for Plaintiff Martin Luther King, Jr. County*

rthurston@democracyforward.org

*Counsel for Plaintiffs National Alliance to End Homelessness, National Low Income Housing Coalition, Crossroads RI, and Youth Pride, Inc.*

TOBY MERRILL +
    (MA Bar No. 601071)
CASSANDRA CRAWFORD +
    (NC Bar No. 45396)
GRAHAM PROVOST +
    (DC Bar No. 1780222)
PUBLIC RIGHTS PROJECT
490 43rd Street, Unit #115
Oakland, CA 94609
(510) 738-6788
toby@publicrightsproject.org
cassandra@publicrightsproject.org
graham@publicrightsproject.org

*Counsel for Plaintiffs City of Boston, City of Cambridge, Martin Luther King, Jr. County, Metropolitan Government of Nashville and Davidson County, City of Tucson*

+ Pro hac vice motion forthcoming
^ Not admitted in the District of Columbia. Practice supervised by members of the DC bar.

6

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2025, I electronically filed the within motion and it is available for viewing and downloading from the Court's CM/ECF System, and that the participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system, and that I provided the same documents by email to: Kevin Bolan (kevin.bolan@usdoj.gov), Civil Chief of the U.S. Attorney's Office for the District of Rhode Island.

                                                */s/ Amy Romero*
                                                Amy Romero