# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

NATIONAL ALLIANCE TO END HOMELESSNESS, *et al.*,

    *Plaintiffs*,

v.

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,

    *Defendants*.

Case No. 25-cv-636

## DECLARATION OF AMY ROMERO

I, Amy Romero, declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2. Attached hereto as Exhibit 1 is a true and correct copy of the HUD, FY 2024 and FY 2025 Continuum of Care Competition and Youth Homeless Demonstration Program Grants NOFO.

3. Attached hereto as Exhibit 2 is a true and correct copy of the FY 2025 Continuum of Care Competition and Youth Homeless Demonstration Program Grants NOFO.

4. Attached hereto as Exhibit 3 is a true and correct copy of an email sent on July 3, 2025 to a Continuums of Care email list.

I declare under penalty of perjury that the foregoing is true and correct.

Executed December 1, 2025

s/ <em>Amy Romero</em>

Amy Romero