IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NATIONAL ALLIANCE TO END HOMELESSNESS, *et al.*<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*<br><br>*Defendants.* | Case No. 25-636-MSM-AEM |

INDEX OF DECLARATIONS IN SUPPORT OF PLAINTIFFS' MOTION FOR RELIEF UNDER 5 U.S.C. § 705 AND FOR PRELIMINARY INJUNCTION

| No. | Declarant Name | Title | Organization/Govt. |
|---|---|---|---|
| 1 | Ann Oliva | CEO | National Alliance to End Homelessness (Alliance) |
| 2 | Renee M. Willis | President & CEO | National Low Income Housing Coalition (NLHIC) |
| 3 | Michelle Wilcox | President & CEO | Crossroads Rhode Island (Crossroads) |
| 4 | Rush Frazier | Executive Director | Youth Pride, Inc. (YPI) |
| 5 | Sheila Dillon | Chief and Director, Mayor's Office of Housing | City of Boston (Boston) |
| 6 | Elizabeth Mengers Margargee | Planning and Development Manager, Department of Human Services Programs | City of Cambridge (Cambridge) |
| 7 | Sunaree Marshall | Director, Housing and Community Development Division, Department of Community & Human Services | Martin Luther King, Jr. County (MLK County) |
| 8 | April Calvin | Director, Office of Homeless Services | Metropolitan Government of Nashville & Davidson County (Nashville) |

1

| | | | |
|---|---|---|---|
| 9 | Kathryn J. Kaminski | Director, County of Santa Clara Office of Supportive Housing | County of Santa Clara (Santa Clara) |
| 10 | Shireen McSpadden | Executive Director, San Francisco Department of Homelessness and Supportive Housing | City and County of San Francisco (San Francisco) |
| 11 | Ann Chanecka | Director, Department of Housing and Community Development | City of Tucson (Tucson) |
| 12 | Amy Davidson | Director, Center on Homelessness, Human Services Agency | San Mateo County (San Mateo) |
| 13 | Andrew Freeman | CEO | Safe Haven Family Shelter (Safe Haven) |
| 14 | Mary Katherine Rand | Executive Director | The Mary Parrish Center (Mary Parrish Center) |
| 15 | Joyce Tavon | CEO | Massachusetts Housing and Shelter Alliance (MHSA) |