## DECLARATION OF SUNAREE MARSHALL

I, SUNAREE MARSHALL, hereby declare the following:

1. My name is Sunaree Marshall. This declaration is based on my knowledge, professional education and experience, and review of relevant records. I am over the age of eighteen and suffer from no legal incapacity. I submit this declaration in support of Martin Luther King, Jr. County, Washington ("MLK County").

2. I am the Director of the Housing and Community Development Division (HCD) within the MLK County Department of Community & Human Services (DCHS). As Director, my duties include managing HCD's work to advance affordable housing development, housing stability, and housing policy and planning. I have held this position since March 17, 2025, and served as Acting Director from January to March 2025.

3. Prior to accepting the role of Director of HCD, I was HCD's Deputy Director and led affordable housing policy, planning, and regional collaboration efforts at MLK County with a focus on equitable development for two years.

4. In total, I have over fifteen years of experience in the housing and community development field. For seven of those years I worked for the U.S. Department of Housing and Urban Development at its headquarters in Washington, DC. My work focused on housing and community development, creating sustainable communities, climate resilience, and social equity issues. Through this work, I supported cities and regions in advancing access to opportunity through equitable community planning at the intersection of housing, transportation, and economic development.

5. I have a Bachelor of Arts in Architecture and a Bachelor of Science in Civil Engineering from the University of California at Berkeley and a Master in City Planning degree from the Massachusetts Institute of Technology.

6. MLK County is experiencing a severe housing and homelessness crisis. Thousands of people across the County are homeless on any given night. For example, according to a January 2024 Point-in-Time (PIT) Count, which takes a snapshot of the number of people without housing on a specific date, over 16,000 individuals experienced homelessness, with over 58% of those individuals experiencing unsheltered homelessness. Data from DCHS's Performance Measurement and Evaluation team shows that in 2020, the number of persons experiencing homelessness over the course of a year was 40,800.

7. To house people experiencing homelessness, MLK County receives funding from the U.S. Department of Housing and Urban Development's (HUD) Continuum of Care (CoC) program for permanent supportive housing (PSH), which provides long-term, affordable housing combined with supportive services for individuals and families experiencing homelessness. Through other organizations affiliated with MLK County, primarily the King County Regional Homelessness Authority (KCRHA), CoC funds also go towards rapid rehousing (RRH) programs, which help individuals and families exit homelessness and return quickly to permanent housing by providing temporary financial assistance and other supportive services such as housing search and stability case management. The CoC PSH funds directed to MLK County house 2,144 households. Additional individuals and families receive permanent housing support through other members of the Seattle–King County Continuum.

8. MLK County has applied annually for CoC funding as part of a Continuum since 1995. The Seattle–King County Continuum represents a coalition of stakeholders that includes

MLK County, other local governments, nonprofit organizations, and other parties. KCRHA submits the CoC application to HUD on behalf of the Seattle–King County Continuum.

9. The application process begins when HUD posts a Notice of Funding Opportunity ("NOFO"). The NOFO includes information on eligibility, application scoring criteria, and award administration, including a section on "Administrative, National and Departmental Policy Requirements and Terms for HUD's Financial Assistance Programs" that lists various statutes and regulations with which grantees must comply. Pursuant to the NOFO, the Continuum submits a system-wide application that describes the local homelessness landscape and the Continuum's response along with individual project applications. HUD scores the system-wide application, giving points for responses that show progress and align with HUD's priorities. The NOFO indicates for how much funding a Continuum is eligible to apply. The application score determines whether and how much money is awarded to the projects included in the Continuum application, with a separate grant agreement for each project. The sum of the grants awarded to the individual projects equals the amount awarded to the Continuum as a whole.

10. On July 31, 2024, HUD posted a biennial NOFO for the CoC program covering both the 2024 and 2025 fiscal years (the "2024-2025 NOFO"). The 2024-2025 NOFO stated that successful applicants for 2024 funding would not need to submit a new application for FY 2025.

11. The Seattle–King County Continuum submitted its application on October 28, 2024.

12. HUD announced CoC awards on January 17, 2025. The Seattle–King County Continuum was awarded $67 million. Of this amount, MLK County was the direct recipient of $38.85 million for 22 PSH projects. Attached as **Exhibit A** is a true and correct copy of the March

11, 2025 Award Letter from HUD to MLK County's Department of Community & Human Services.

13. Typically, the NOFO for the next year of CoC funding is issued in July or August of the prior year. The NOFO for FY 2025 was not issued until November 13, 2025. Applications to HUD are due January 14, 2026. Local project applications to the Continuum are due 30 days before January 14, or by Monday, December 15. Taking into consideration weekends and Washington State holidays, this compressed timeline leaves Continuum and individual project staff just 20 workdays to develop, propose, and respond to Requests for Proposals and submissions prepared under a significantly reduced cap on funds available for permanent housing projects and significantly changed scoring criteria, and leaves KCRHA and Continuum member staff just 20 workdays to coordinate, compile, and submit the Continuum's consolidated application to HUD. Some current subrecipients who have developed and refined successful, evidence-based programs will be unable to certify their compliance with new award conditions or will be otherwise ineligible or non-competitive; some will choose not to apply; and some will be unable to overhaul their programs within this short window. The CoC will lose the benefit of experienced partners, and its ability to provide stable services with continuity for its vulnerable community members will be compromised.

14. The late issuance of the FY 2025 NOFO also prevented MLK County from accounting for its unprecedented changes in the County's 2026-2027 biennial budget process. MLK County's fiscal year is the calendar year, and the County operates on a biennial budget cycle. The County charter requires all County agencies to submit proposals for the next biennial budget to the Executive at least 155 days before the end of the current fiscal year, or by July 29. The Executive is required to submit a complete proposed budget to the Council at least 95 days before

the end of the fiscal year, or by September 27. The Council must adopt a final budget at least 30 days before the end of the fiscal year, or by December 1. This year, the Council adopted the 2026-2027 budget on November 18; even if the Council had waited until its last available day, it would have had just 10 workdays to evaluate and address unforeseen potential gaps in CoC funding, an impossible task.

15. Under the FY 2025 NOFO, awards are not scheduled to be announced nor agreements have start dates until May 2026. For currently funded projects with agreement years that would have renewed in Q1 under the 2024-2025 NOFO, a May contract start date will create a significant funding gap prior to the execution of new awards. Four current MLK County projects with annual start dates between February and April collectively receive $2.05M annually under the current award and provide permanent housing to 96 single adult and 76 family households. Nearly $250K of their expenses will fall in the gap between the end of the current agreements and future award announcements and starts of any new agreements. The impacted organizations will be left in limbo with a multi-month funding gap, not knowing if they will receive future funding and needing to make decisions about ending operations or risking moving forward without reliable funding. The people they serve will be at risk of becoming unhoused.

16. The Seattle–King County Continuum received a total 2024 award, excluding the planning grant amount, of $65.47M, the base for the Continuum's 2025 application. Of that amount, $60.39M, or 92% of funds, supports current permanent housing (PH) contracts. Assuming the Continuum is awarded the same base amount, if the FY 2025 NOFO 30% PH cap goes into effect, Continuum members will be restricted to providing $19.64M in PH support, a loss of $40.75M in PH capacity. MLK County's share of that loss is $19.2M.

17. Such a substantial reduction of PH funding will jeopardize the stable housing of many local residents, including children, older adults, and disabled persons who currently rely on permanent housing assistance.

18. The Seattle–King County Continuum has prioritized permanent housing projects that adhere to "Housing First" principles as the HUD CoC NOFO previously prioritized those projects and the "Housing First" approach has been shown in numerous studies to be an effective approach to addressing homelessness. Requiring project applicants to abandon this approach is both contrary to established research and would deeply impact housing providers and residents. With this approach we demonstrate 97.2% occupancy and 94.4% percent of participants exit to or maintain permanent housing.

19. A recent MLK County analysis of similar PSH programs[1] found that residents of those buildings had fewer and shorter hospital stays and fewer emergency room visits after moving into PSH. DCHS would expect if residents were moved out of PSH due to a funding shortfall, these trends would reverse, increasing burdens to the County's first responders and public health resources.

20. In addition, due to the shortage of deeply affordable housing and shelter beds in MLK County, such residents would have little chance of finding alternative housing, and unsheltered homelessness would likely rise, straining already oversubscribed human services in the County.

21. The magnitude of these losses is multiplied by the Continuum's leveraging of HUD dollars to secure city, state, and private investment. MLK County alone has invested $48M in

---

[1] "Cultivating Connections: New data shows King County DCHS' Health Through Housing initiative helps residents maintain stable housing and improve health," https://dchsblog.com/2025/06/12/new-data-shows-king-county-dchs-health-through-housing-initiative-helps-residents-maintain-stable-housing-and-improve-health/ (accessed Nov. 25, 2025).

capital funds and nearly $10M in annual operating funds across all Continuum projects. Additional funds leveraged from the City of Seattle and Washington State push total capital investments in Continuum projects above $435M and annual operating funds above $35M. If operators lose access to HUD CoC funds, the result will be a significant and potentially irreparable risk to their ability to make loan payments and keep buildings running. If they default on the loans, MLK County could lose thousands of units of housing and tens of millions of dollars of public investment, damaging the County's reputation and goodwill, and making it harder to recruit private investment and operators in the future.

22. The abrupt and unprecedented policy changes contained in the FY 2025 NOFO put MLK County, KCRHA, and partners in the Seattle–King County Continuum at an unfair disadvantage in the competitive process. It is impossible—and would be irresponsible—for projects that have developed and refined programs over years with the twin goals of implementing evidence-based, best-practices service delivery and complying with federal laws and policy goals, to overhaul their programs within a 20-day window. Moreover, the Continuum's previous compliance with HUD regulations and requirements—for example, inputting non-binary data into the Homeless Management Information System (HMIS) to comply with 5 C.F.R. § 5.106—and prioritization of racial equity, respect for an individual's gender identity, and Housing First principles, now imperils its application. The FY 2025 NOFO appears intentionally designed to undermine the ability of MLK County, KCRHA, and the Seattle–King County Continuum partners to submit competitive proposals.

//
//

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __11/25/25__ (Date), in __Seattle, WA__ (City, State).

_____
Sunaree Marshall
Director
Housing and Community Development Division
Department of Community & Human Services
Martin Luther King, Jr. County

# EXHIBIT A

## TO DECLARATION OF SUNAREE MARSHALL



**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
WASHINGTON, DC 20410-7000

PRINCIPAL DEPUTY ASSISTANT SECRETARY FOR
COMMUNITY PLANNING AND DEVELOPMENT

March 11, 2025

Ms. Kelly Rider
Director, King County DCHS
King, County of
401 5th Avenue Suite 500
Seattle, WA 98104-1537

Dear Ms. Rider:

    Congratulations! I am delighted to inform you of the funding for your project(s) under the Department of Housing and Urban Development's (HUD) Notice of Funding Opportunity (NOFO) for Fiscal Year (FY) 2024 Continuum of Care (CoC) Competition and Renewal or Replacement of Youth Homeless Demonstration Program Grants for a total of $38,851,936.

    The CoC Program is an important part of HUD's mission. CoCs around the country will continue to improve the lives of people experiencing homelessness through their local planning efforts and through the direct housing and service programs funded under the FY 2024 CoC Program Competition. Projects like those of your organization, funded through the CoC program, continue to demonstrate their value by improving accountability and performance every year.

    The enclosure provides details about your organization's award(s) including: the name(s) of the individual project(s); the project number(s); and the specific amount(s) for each project. The Department's field office staff will notify you when they are available to process grant agreements; once all conditions are satisfied and the grant agreement is executed, your organization can expend the funds.

    HUD commends your organization's work and encourages it to continue to strive for excellence in the fight to end homelessness.

Sincerely,

David C. Woll Jr.
Principal Deputy Assistant Secretary

Enclosure

WA0001L0T002415
Valley Cities Landing
276,080

WA0018L0T002417
DESC Consolidated PSH Portfolio #2
3,060,189

WA0034L0T002417
King County Shelter Plus Care Program - TRA
12,690,045

WA0045L0T002417
YWCA Supportive Housing
244,268

WA0053L0T002417
Scattered Site Leasing
1,020,232

WA0213L0T002414
Noel House at Bakhita Gardens
275,223

WA0227L0T002411
Nyer Urness
854,070

WA0228L0T002414
Avalon Place
59,125

WA0239L0T002414
Ozanam House Consolidated PSH
531,986

WA0244L0T002412
Williams Apartments
821,577

WA0259L0T002412
Patrick Place
219,802

WA0297L0T002410
King County Consolidated Scattered Sites Supportive Housing
9,534,461

WA0316L0T002409
Ronald Commons
214,056

WA0318L0T002409
Sandpoint Families Supportive Housing
415,907

WA0320L0T002409
Family Village Redmond PSH for Families
134,012

WA0344L0T002408
PHG 7th and Cherry
280,403

WA0345L0T002407
DESC Consolidated PSH Portfolio #1
4,973,604

WA0364L0T002408
Cascade Women's Supportive Housing
122,821

WA0384L0T002406
DESC Clement Place Consolidated
2,593,929

WA0390L0T002405
Thea Bowman Apartments
219,316

WA0466L0T002405
Auburn Family PSH
60,820

WA0482L0T002401
DESC Bloomside
250,010

                              Total Amount:    **$38,851,936**