# DECLARATION OF ANN CHANECKA

I, ANN CHANECKA, declare under penalty of perjury as prescribed in 28 U.S.C. § 1746 that the following is true and correct:

1. I am a resident of the State of Arizona. This declaration is based on my personal knowledge, professional experience, and review of relevant documents. I am over the age of eighteen and suffer from no legal incapacity.

2. I am the Director for the City of Tucson's ("Tucson's") Department of Housing and Community Development ("HCD"), a position I have held from May 30, 2023 to present. Prior to this position, I served as the Deputy Director of HCD and also as an Executive Management Advisor to the City Manager.

3. In my role as HCD Director, I oversee the Public Housing Authority for the region including the Housing Choice Voucher and Public Housing Programs; services for the unhoused; community development programs; affordable housing development; and more. This includes oversight of the departmental budget, personnel, and grant execution.

4. HCD is responsible for administering and advancing Tucson's goals regarding affordable housing and community well-being within the city, with a focus on low-income individuals and marginalized populations. HCD oversees programs funded by federal, state, and local sources related to housing assistance, homelessness prevention, neighborhood revitalization, and affordable housing development. HCD also collaborates with local organizations, community stakeholders, and government agencies to foster sustainable development, enhance the quality of life, and address the socio-economic needs of Tucson's diverse communities. HCD's mission is to "transform lives through stable and affordable housing, vital services, and thriving neighborhoods." HUD Continuum of Care ("CoC") funds

are a critical resource for this mission.

5. In alignment with longstanding HUD policies and accepted best practices for ending homelessness, HCD has developed supportive housing systems prioritizing equity, fair housing, and Housing First principles. This includes the development of the City's own Housing First program, which provides supportive housing, outreach, navigation, and case management to people experiencing homelessness.

6. The CoC program for the Tucson metropolitan area (the "Tucson/Pima CoC") is administered through the Tucson Pima Collaboration to End Homelessness ("TPCH"), a coalition of organizations, agencies, and individuals working to end homelessness in our community.

7. Since 2019, Tucson has served as the Tucson/Pima CoC's "Collaborative Applicant" and one of its lead agencies for purposes of CoC funding, which includes CoC Planning and Coordination, Coordinated Entry Implementation, Youth Employment and Education, Youth Diversion, Youth Transitional Housing, Domestic Violence Rapid Rehousing, Single Adult and Family Rapid Rehousing, Safe Haven, Single Adult and Family Permanent Supportive Housing, and Street Outreach programs.

8. As lead agency, Tucson's team works to facilitate and administer the Tucson/Pima CoC by coordinating meetings of the CoC Board and various committees, overseeing and coordinating several programs, hosting trainings, and generally acting as the convening and coordinating body for the CoC.

9. As the Collaborative Applicant, Tucson administers the Tucson/Pima CoC funding competition on behalf of HUD and assembles and submits the Tucson/Pima CoC Community Application and Priority List to HUD. HUD selects which programs on the list to

fund and at what level, and then enters into grant agreements directly with the agencies that run the funded programs.

10. Tucson has received continuous CoC program funding since the program was codified in the 2009 HEARTH Act and, prior to that, through the Shelter Plus Care CoC legacy program established in 1994. Since Tucson become the CoC lead agency in 2019, TPCH has consistently competed well for funds, including being awarded new projects through CoC and DV Bonus funds, as well as Youth Homeless Demonstration Project grants, and supplemental funding to address unsheltered and rural homelessness.

11. The Point-in-Time Count ("PIT Count") is a count of sheltered and unsheltered people experiencing homelessness on a single day in January. HUD requires that CoCs conduct the PIT Count biennially but the Tucson/Pima CoC performs it annually. A PIT Count includes people experiencing homelessness who are unsheltered, as well as sheltered in emergency shelter, transitional housing, and Safe Havens on a single night.

12. The Tucson/Pima CoC's 2025 PIT Count identified 2,218 unduplicated persons experiencing homelessness. During federal fiscal year (FY) 2025 (Oct 1, 2024 to Sept 30, 2025) 6,949 unique individuals and households completed coordinated-entry housing assessments seeking supportive housing services. During that same year, 5,951 individuals were served by the regional homelessness response system, which includes all federally funded shelter, temporary, and permanent beds dedicated to persons experiencing homelessness within the Tucson/Pima CoC's geographic service area (which includes all of Pima County).

13. HUD issued a Notice of Funding Opportunity on July 31, 2024, for the CoC program covering both the 2024 and 2025 FYs (the "2024-2025 NOFO"). The 2024-2025 NOFO stated that successful applicants for 2024 funding would not need to submit a new application for

FY 2025.

14. The 2024-2025 NOFO emphasized certain goals, including: using a Housing First approach, addressing racial inequities, improving assistance to LGBTQ+ individuals., expanding permanent housing programs; decriminalizing homelessness; and participant choice. These goals were consistent with HUD's approach in prior years.

15. Starting in FY 2013, HUD has prioritized permanent housing and, in response, the Tucson/Pima CoC has likewise prioritized rapid rehousing and permanent supportive housing projects. Today, approximately 83% of the Tucson/Pima CoC funding is used for permanent housing.

16. In their applications, CoCs rank their projects into two tiers. Tier 1 renewal projects that meet basic requirements are assured of funding. This allows on-going projects to continue without costly and damaging disruption that could result in clients losing their housing and returning to homelessness. This continuity has allowed the Tucson/Pima CoC to utilize the provided funding in the most efficient manner possible, minimizing the administrative cost of shifting priorities and programs. In contrast, the funding of Tier 2 projects is competed nationally and funding awards depend to a large degree on the CoC's overall score.

17. Under the 2024-2025 NOFO, HUD set Tier 1 at 90% of the CoC's annual renewal demand. This high percentage of Tier 1 funding was consistent with Tucson's experience in previous years; Tier 1 funding has been allocated at between 90% and 100% since the implementation of tier-based scoring in the FY 2013 NOFO. This longstanding approach made the Tucson/Pima CoC's permanent housing programs very stable for participants resulting in >95% positive outcomes among households served in permanent supportive housing programs.

18. In response to the 2024-2025 NOFO, Tucson coordinated the Tucson/Pima CoC's

local competitive process and ultimately submitted the Tucson/Pima CoC's application on October 24, 2024.

19. CoC awards were announced by HUD on January 17, 2025. The Tucson/Pima CoC scored 159.5 points, above the national median score. Tucson/Pima CoC members were awarded $14,550,224 in HUD FY 2024 CoC program funds; the grantees and amounts awarded are listed in **Exhibit A** to this Declaration.

20. Of this amount, Tucson was the direct recipient of more than $6.1 million. This includes a planning grant because of Tucson's lead agency responsibilities. In addition to acting as lead agency, HCD runs the continuum's largest permanent supportive housing project as well as coordinated entry navigation and street outreach; the remainder of Tucson's CoC funding assists with these efforts and funds subawards to other agencies.

21. Typically, the NOFO for the next year of CoC funding is issued in July or August. The NOFO for FY 2025, however, was not issued until November 13, 2025. Applications are due January 14, 2026, giving us just 60 days, over the holidays, to conduct the project competition and assemble the application. The FY 2025 NOFO also requires project applicants to submit applications to the CoC by December 15, 2025. The short timeline and the changes to the NOFO (discussed below) compromise our ability to attract project applicants. Some current CoC providers who have developed and refined successful, evidence-based programs based on stable HUD funding and consistent program priorities, may be unable to certify their compliance with new award conditions or will be otherwise ineligible or non-competitive; some may simply choose not to apply. The CoC is likely to lose the benefit of some experienced partners, and its ability to provide stable services with continuity for its vulnerable community members will be compromised.

22. Further, new awards are not scheduled to be announced or issued until May 2026, which will result in some CoC program funding expiring, leaving a significant funding gap prior to the execution of new awards. This forces impacted organizations to end operations or risk continuing them without certainty that new awards for those projects will be issued and that costs will be reimbursable.

23. For example, one member of the Tucson/Pima CoC, Our Family Services, Inc., an organization assisting families and youth experiencing homelessness, has two grants ending before new awards are expected. The period of performance for one grant, $924,287 for rental assistance and supportive services, ends February 28, 2026. The period of performance of the other grant ends April 30, 2026.

24. The 2025 NOFO also makes radical changes to HUD's priorities. No more than 30% of the funding can be used for permanent housing projects, and only 30% is allocated to Tier 1 (guaranteed funding). This means that the Tucson/Pima CoC is at risk of losing up to 70% of its funding, approximately $11.6 million. The lack of funding for permanent housing and the lack of funding to meet renewal demand jeopardizes the stable housing of an estimated 1,700 local residents, including more than 873 children and older adults, who currently receive permanent housing assistance through the Tucson/Pima CoC. Not only are these individuals and families at risk of being abruptly returned to the streets, they will lose access to supportive services, including mental health care, substance abuse recovery services, and case management, risking relapses, hospitalizations, and crisis and justice system involvement.

25. The 2025 NOFO also abandons the Housing First model mandated by prior NOFOs. It requires forced participation in treatment and other supportive services, in some cases up to 40 hours per week. These requirements undercut person-centered, voluntary engagement,

which is proven to reduce harm, improve medical adherence, and support recovery in vulnerable groups. Because the programs in the Tucson/Pima CoC were designed using the previous HUD priorities, which had remained relatively stable for over a decade, switching to these radically different goals will require a redesign of the continuum's programing.

26. The 2025 NOFO also puts the Tucson/Pima CoC in an impossible position because it penalizes compliance with prior HUD directives, laws, and policies. A CoC that has previously or currently engaged or engages in "racial preferences," engaged or engages in activities that "rely on or otherwise use a definition of sex other than as binary in humans," or engaged or engages in "harm reduction" activities such as operating a needle exchange service is subject to rejection. As a result, our CoC's compliance with past HUD requirements regarding racial equity, respect for an individual's gender identity (*see* 24 C.F.R. § 5.106), and other Housing First principles may be viewed as a basis for refusing funding.

27. The 2025 NOFO also includes scoring factors tied to the extent to which existing projects require service participation and the existence of state or local laws that cover the CoCs entire geographic area that prohibit illicit drug use and camping.

28. All these changes are radical policy shifts that are unprecedented. Historically, HUD has notified CoCs at least one year in advance of shifting priorities, which allows time to design new or altered programs to adapt to those priorities, and to adjust budgets and pursue other funding opportunities as appropriate. But the 2025 NOFO provides no opportunity to adapt, and it renders meaningless the careful planning and budgeting processes that service providers have engaged in in reliance on predictable HUD funding and priorities. The Tucson/Pima CoC cannot change the fact that it previously followed HUD's own requirements. And local jurisdictions cannot, in 60 days, change policies and show a history of enforcing laws

and ordinances that are not currently in place. And although City of Tucson staff, and that of other CoC member agencies, are working long hours trying to come up with ways to assist households that will lose shelter and services, there is no way to avoid a crisis if the Tucson/Pima CoC's funding is radically reduced and shifted.

29. The timeline for the FY25 NOFO also significantly conflicts with planning for the Point in Time Count, which is a large community-wide event required by Congress to occur at the end of January. It also impacts the Tucson/Pima CoC's efforts and timelines for strategic planning, Operation Deep Freeze winter weather response, and the Continuum's midterm board and committee elections. As a result, the City of Tucson is spending extra money to hire additional contractors and temporary staff to try to carry activities forward. If the FY 2026 NOFO returns to the normal timeline (July release and October or November submission), we will be submitting the FY25 collaborative application in January, and then be required to do it all again just six months later for FY26.

30. The Tucson/Pima CoC provides critical coordination of emergency and long-term homelessness solutions and is the largest single source of funding for homelessness response in the region. In fiscal year 2025 (Oct 1, 2024 to Sept 30, 2025), the homeless response system in Pima County served 5,951 people in 4,337 households, including 1,237 children and 503 older adults. The loss of HUD CoC funds would hamstring efforts to reduce the number of people experiencing homelessness in the region.

31. Tucson's Subrecipient organizations would lose funding and the households enrolled in their services would be displaced. This includes the Southern Arizona AIDS Foundation, Old Pueblo Community Services, El Rio Community Health Centers, Community Bridges, Inc., Interfaith Community Services, Emerge Center Against Domestic Abuse,

Primavera Foundation, Salvation Army, and Pima County.

32. The displacement of and loss of services for disadvantaged individuals would also impact the effectiveness of surviving programs and create problems that would likely persist even if funding for abandoned programs is restored in a later year. CoC members and subrecipients have invested significant time and effort to develop relationships with clients. Having to sever those relationships would not only have the immediate effect of taking away safe, stable housing, but would also negatively impact future efforts to help a marginalized population, the members of which often distrust systems of care.

33. Lastly, the interruption of these programs would halt millions of dollars in rental assistance payments made to local landlords, causing them abrupt and unforeseeable financial hardship. Similar to the damage that defunding will cause to the relationship between CoC providers and the populations they serve, an abrupt loss of tenants will likely make local landlords less willing to work with CoC programs in the future, even if funding is later restored.

34. There are currently 272 households enrolled in Tucson-administered CoC-funded supportive housing programs (separate from those served through non-City CoC programs). The city has no available funding to provide continued services for these households in the absence of CoC funding renewal. Interruption would result in the immediate displacement of these households, which have no alternative housing resources. Local shelters are unable to house this many additional people, meaning that many of these displaced individuals would end up on the streets without any kind of shelter. This creates life-threatening risks in Pima County: heat-related and other deaths among unsheltered persons have increased by 9% between 2022 and 2024 according to the Pima County Medical Examiner. The loss of CoC funding will cost lives when summer temperatures return.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 25 day of November, 2025.

_____
Ann Chanecka

| Project Recipient | CoC Project Name | Project Amount | | Project Start Date |
|---|---|---|---|---|
| City of Tucson | FY24 CoC Planning Grant (AZ-501) | $ 634,012.00 | | 7/1/2025 |
| City of Tucson | FY24 Tucson/Pima Coordinated Entry Project (SSO-CE) | $ 636,165.00 | | 10/1/2025 |
| City of Tucson | Housing First PSH | $ 4,535,875.00 | 7/1/2025 (?) | |
| City of Tucson | FY24 Transitions PSH | $ 339,404.00 | | 10/1/2025 |
| Community Bridges, Inc. | CBI Pima PSH 37 | $ 685,902.00 | | 10/1/2025 |
| Community Bridges, Inc. | CBI YOURRH Project | $ 537,568.00 | | 9/1/2025 |
| Goodwill Industries of Southern Arizona | The Goodwill Metro/REC Reengagement Project for Homeless Youth Renewal FY2024 | $ 157,534.00 | | 10/1/2025 |
| La Frontera Center, Inc. | Sonora House Safe Haven | $ 454,634.00 | | 11/1/2025 |
| Old Pueblo Community Services | Bread and Roses | $ 456,592.00 | | 10/1/2025 |
| Our Family Services, Inc. | OFS Home Again RRH 25-26 | $ 924,287.00 | | 3/1/2025 |
| Our Family Services, Inc. | OFS YHDP Youth Care SSO 25-26 | $ 351,791.00 | | 10/1/2025 |
| Our Family Services, Inc. | OFS YHDP New Hope RRH 25-26 | $ 614,082.00 | | 10/1/2025 |
| Our Family Services, Inc. | OFS Secure Futures RRH 25-26 | $ 421,724.00 | | 7/1/2025 |
| Our Family Services, Inc. | OFS Homes First PSH 25-26 | $ 289,493.00 | | 5/1/2025 |
| Pima County | One-Stop FY2024 (RRH) | $ 283,204.00 | | 12/1/2025 |
| Pima County | La Casita FY2024 (youth RRH) | $ 260,495.00 | | 7/1/2025 |
| Pima County | Pima County HMIS Consolidation FY' 2024 | $ 448,750.00 | | 7/1/2025 |
| Southern Arizona AIDS Foundation | AVP-RR | $ 1,524,290.00 | New Project | |
| The Primavera Foundation, Inc | Primavera CoC Rapid Rehousing | $ 649,095.00 | New Project | 12/1/2025 |
| Emerge! Center Against Domestic Abuse | Rapid Re-Housing for Survivors of Domestic Abuse FY24 | $ 345,327.00 | | |
| | Total | $ 14,550,224.00 | | |