# DECLARATION OF ANDREW FREEMAN

I, Andrew Freeman, hereby declare under penalty of perjury as prescribed in 28 U.S.C. § 1746 that the following is true and correct:

1. I am the Chief Executive Officer of Safe Haven Family Shelter (Safe Haven), located in Nashville, Tennessee. I have served as Safe Haven's CEO for two and a half years. This declaration is based on my knowledge, professional experience, and education. Specifically, I have personal knowledge of Safe Haven's operations and utilization of federal funding. I am over 18 years of age and suffer from no legal incapacity.

2. Safe Haven is a member of the Nashville-Davidson County Continuum of Care, a group of over one-hundred and ten community partners that work together to end homelessness in Nashville and Davidson County by addressing the recovery and supportive service needs for people experiencing homelessness. Safe Haven relies heavily on funds it receives directly from HUD from the Continuum of Care Competition and Youth Homeless Demonstration Program Grants ("CoC Grant").

3. For 41 years, Safe Haven Family Shelter has served as the leading shelter-to-housing program in Middle Tennessee that exclusively serves families with children experiencing homelessness. Safe Haven leads our community's efforts to house, support, empower and advocate for families, allowing them to stay together. The team at Safe Haven provides transformative services through a housing-first, trauma-informed model. Our core focus is ensuring families not only have a safe place to live, but also the tools and support to remain stably housed and thrive long-term. Supportive services are tailored to meet the needs of each family and typically include, among other services, employment navigation, children's educational programs and resources, and referrals to mental and physical health services. To ensure that our community matches needs with

resources more efficiently, referrals to Safe Haven come through Nashville's Coordinated Entry ("CE") process operated by Metro Nashville's Office of Homeless Services ("OHS"). CE is a process to identify, access, and prioritize based on need, and then refer to resources as available. We typically serve around 250 to 300 families per year, which includes around 650 children. Safe Haven has a 91% success rate of families remaining in stable housing for one year and an 82% success rate for families remaining housed for two years.

4. Safe Haven partners with around 50 housing partners (landlords and property management companies) to provide affordable housing for our families. We use evidence-based housing practices that make sure families have a safe place to call home, paired with customized wrap around supportive services to provide resources, referrals, and tools so they remain housed after exiting our program.

5. We rely almost exclusively on CoC Grant program funding for rental assistance to pay landlords for this critical housing. Last year, the U.S. Department of Housing and Urban Development assured recipients that funding in FY 2024 would carry over to FY 2025, to reduce duplicated paperwork and provide for funding stability and programmatic continuity. We have now learned that HUD has reversed course, creating incredible pressure and uncertainty. For example, Safe Haven has a CoC grant from HUD of $361,375 for Rapid Re-Housing ("RRH Grant") that expires on January 31, 2026. RRH is a housing intervention designed to help households quickly exit homelessness by providing short-to medium-term rental assistance and supportive services in their homes for up to 24 months. With this federal funding, Safe Haven provided RRH to 355 individuals (91 households) through this program in 2024.

6. Safe Haven also receives $930,852 in RRH funding awarded as part of the CoC DV Bonus. This funding is used specifically to serve families with children who are fleeing the dangers

of domestic and interpersonal violence. The DV RRH model uses the same coordination with housing partners and wrap-around services but emphasizes the specific safety and care concerns that directly impact those families affected by domestic violence. Were Safe Haven to lose this funding, 110 families comprised of 375 individuals, including 246 children would likely lose housing and supportive services. These families are especially vulnerable, and this destabilization of their housing will likely cause many to re-enter into the unsafe relationships they had successfully fled.

7.     The FY25 NOFO's forced treatment preferences systematically disadvantage organizations that provide housing to survivors of domestic violence and sexual assault who cannot safely remain at home—and therefore threaten to leave support for those populations critically underfunded. First, it is already extremely difficult for victims of domestic violence to leave their unsafe situations. They should not be forced to meet other eligibility requirements before receiving assistance. To do so puts up yet another barrier to leaving.

8.     Organizations that support survivors of domestic violence and sexual assault would commonly seek and receive grants not just under the CoC program, but also under the Violence Against Women Act (VAWA) and Family Violence Prevention and Service Act (FVPSA). Under VAWA and FVPSA, it is illegal for a provider to require beneficiaries to participate in support services as a condition of receiving housing assistance; those services must be voluntary. 34 U.S.C. 12351(b)(3) (VAWA grants for transitional housing assistance); 42 U.S.C. 10408(d)(2) (FVPSA grants for emergency shelter). Thus, under the FY2025 NOFO's forced treatment preferences, organizations serving survivors face great disadvantage because they cannot receive the 29 points (of the 130 points available) that are granted to programs that mandate participation in supportive services.

9.      As a result of this scoring disadvantage, my organization does not have a fair chance in applying for the CoC funding. Our CoC community is unsure at this time how any DV Bonus funding strategically fits into our community projects or if focus should be placed elsewhere. However, the loss of the critical funding will place more individuals, families, and children in harm's way, potentially facing death. Without these funds, my organization will not be able to continue to safely serve over 120 families a year, providing them with housing, dignity, support services, and the hope to grow and thrive.

10.     The recent about-face by HUD places funding in jeopardy, despite previous assurance from HUD that our RRH funding would be renewed. And given the new requirements in the NOFO that only 30% of the CoC Grant community total can fund Permanent Housing, Safe Haven has to retool its entire program model because all of its CoC funding goes to Permanent Housing. The RRH Grant expires on January 31, 2026. Without that funding being renewed, approximately 45 families comprised of 151 children and adults will lose the housing we found for them. We now have approximately two months, over the holiday season, to find replacement funding. In a competitive fundraising environment, with such short notice, we cannot expect to find replacement funding without renewal of the RRH Grant. The same is true for the 60 households comprised of 204 individuals; they will lose housing when our DV Bonus expires on September 31, 2026. We, and the people we serve, feel like the rug has been pulled out from underneath us due to this abrupt shift in an established housing policy that goes back decades. The most likely result is that these nearly 400 people will be unhoused once the current funding expires.

11.     This crisis was not on our radar. Safe Haven was doing this work during the creation and implementation of the HEARTH Act. We were witness to the transition from Transitional

Housing to Permanent Housing models across communities that took place during that time, but that transition took years with careful strategy and HUD TA to assist with smooth transitions with the least harm to households served. There was a period of public comment and opportunities to interact with HUD during this time. No such supports have been made available for these drastic changes, which have come without input from providers and with a very quick application and implementation period. These changes will destabilize communities' resources as they serve the most vulnerable, creating devastating effects.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 26th day of November, 2025

_____

Andrew Freeman



## Certificate Of Completion

Envelope Id: 01552F71-6A21-42C9-A432-CFAB2F073473　　　　　　　　　　　　　Status: Completed
Subject: Safe Haven Declaration (Nashville) FINAL (810009xD719A).pdf
Source Envelope:

| | | |
|---|---|---|
| Document Pages: 5 | Signatures: 1 | Envelope Originator: |
| Certificate Pages: 1 | Initials: 0 | Andrew Freeman Jr. |
| AutoNav: Enabled | | drewfreeman73@gmail.com |
| EnvelopeId Stamping: Disabled | | IP Address: 172.58.150.249 |
| Time Zone: (UTC-08:00) Pacific Time (US & Canada) | | |

### Record Tracking

| | | |
|---|---|---|
| Status: Original<br>　　11/26/2025 11:58:32 AM | Holder: Andrew Freeman Jr.<br>　　drewfreeman73@gmail.com | Location: DocuSign |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Andrew Freeman Jr.<br>drewfreeman73@gmail.com<br>Security Level: Email, Account Authentication (None) | *Andrew Freeman*<br><br>Signature Adoption: Drawn on Device<br>Using IP Address: 172.58.151.183<br>Signed using mobile | Sent: 11/26/2025 11:58:32 AM<br>Viewed: 11/26/2025 11:58:40 AM<br>Signed: 11/26/2025 12:11:34 PM<br>Freeform Signing |

**Electronic Record and Signature Disclosure:**
　　Not Offered via Docusign

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 11/26/2025 11:58:33 AM |
| Certified Delivered | Security Checked | 11/26/2025 11:58:40 AM |
| Signing Complete | Security Checked | 11/26/2025 12:11:34 PM |
| Completed | Security Checked | 11/26/2025 12:11:34 PM |

| Payment Events | Status | Timestamps |
|---|---|---|