IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NATIONAL ALLIANCE TO END
HOMELESSNESS, *et al.*
    *Plaintiffs*,

v.

UNITED STATES DEPARTMENT
OF HOUSING AND URBAN
DEVELOPMENT, *et al.*
    *Defendants*.

Case No. 25-cv-636-MSM-AEM

**PLAINTIFFS' MOTION FOR EXPEDITED PRODUCTION OF THE ADMINISTRATIVE RECORD AND BRIEFING SCHEDULE FOR SUMMARY JUDGMENT**

In their contemporaneously filed Complaint, Plaintiffs challenge the Department of Housing and Urban Development's ("HUD") and HUD Secretary Scott Turner's (collectively "Defendants") (1) unlawful rescission and replacement of the notice of funding opportunity ("NOFO") entitled "FY 2024 and FY 2025 Continuum of Care Competition and Renewal or Replacement of Youth Homeless Demonstration Program" ("FY24-25 NOFO"), and (2) the HUD FY 2025 Continuum of Care Competition and Youth Homeless Demonstration Program Grants NOFO, under the Administrative Procedure Act and the U.S. Constitution.

Plaintiffs have also moved simultaneously for stays of Defendants' actions under the Administrative Procedure Act, as well as for a preliminary injunction requiring Defendants to start processing grant renewals pursuant to the FY24-25 NOFO, up to but not including the obligation of the funds. But without accelerated

1

action by this Court, HUD's refusal to award grant renewals in accordance with the FY24-25 NOFO will force many organizations to curtail or cease their operations, and thousands of people across the country will be at risk of homelessness. Therefore, Plaintiffs seek expedited production of the administrative record and an expedited summary judgment briefing schedule to ensure a final decision on HUD's duty to administer FY 2025 CoC funds in a lawful manner by the end of February— so that funds can be awarded, critical programs can continue, and Plaintiffs can avoid irreparable harm.

Pursuant to 28 U.S.C. § 1657(a), a district court "shall" expedite consideration of any action if good cause is shown. In this case, Plaintiffs, which are national membership organizations representing CoC grantees and applicants, nonprofit housing service providers, and local governments, have been relying on HUD's CoC funding to provide permanent housing (and related supportive services for clients residing in such housing), rental assistance programs (known as rapid rehousing), transitional housing, and special projects that generate housing solutions for survivors of domestic violence or human trafficking, homeless youth or families with children, and other populations. HUD conducted the FY24-25 NOFO two-year competition and selected awardees, and awardees planned accordingly. Without a final decision on HUD's duty to administer FY 2025 CoC funds pursuant to the FY 24-25 NOFO in a lawful manner by the end of February, Plaintiffs and

their members will run out of funding.[1] As described in Plaintiffs' Complaint and Motion for Preliminary Relief, the result will be catastrophic. *See* ECF 1, 5-1.

To minimize the irreparable harm to Plaintiffs, their members, and the clients they serve, Plaintiffs seek expedited production of the administrative record and a briefing schedule for expedited summary judgment to ensure that the Court can consider the merits of the matter, before organizations face a financial cliff and are unable to provide critical housing services. The burden on HUD to comply with the expedited production of an administrative record is slight, as it is already "the agency's responsibility to compile for the court all information it considered either directly or indirectly." *Marcum v. Salazar*, 751 F. Supp. 2d 74, 78 (D.D.C. 2010).

Therefore, Plaintiffs respectfully request that the Court order any response to this motion be filed by no later than December 4, 2025, and grant their motion for expedited summary judgment briefing. Plaintiffs propose the following schedule:

- HUD produces the administrative record by December 15, 2025
- Plaintiffs' Motion for Summary Judgment due by December 23, 2025
- Defendants' Response to Plaintiffs' Motion for Summary Judgment, and Cross-Motion, if any, due by January 12, 2026
- Plaintiffs' Reply Brief and Response to any Cross Motion due by January 26, 2026
- Defendants' Reply Brief (for any Cross Motion) due by February 9, 2026

---

[1] For a small number of Plaintiffs' members, this harm may begin in January; in an effort to allow for full consideration of the issues before the Court, Plaintiffs seek resolution by the end of February.

3

December 1, 2025

TONY LOPRESTI +
   (CA Bar No. 289269)
COUNTY COUNSEL
KAVITA NARAYAN +
   (CA Bar No. 264191)
CHIEF ASSISTANT COUNTY COUNSEL
MEREDITH A. JOHNSON +
   (CA Bar No. 291018)
LEAD DEPUTY COUNTY COUNSEL
70 West Hedding Street, East Wing
Ninth Floor
San José, CA 95110-1770
(408) 299-5900
meredith.johnson@cco.sccgov.org

*Counsel for Plaintiff County of Santa Clara*

DAVID CHIU +
   (CA Bar No. 189542)
CITY ATTORNEY
YVONNE R. MERÉ +
   (CA Bar No. 173594)
CHIEF DEPUTY CITY ATTORNEY
MOLLIE M. LEE +
   (CA Bar No. 251404)
CHIEF OF STRATEGIC ADVOCACY
SARA J. EISENBERG +
   (CA Bar No. 269303)
CHIEF OF COMPLEX AND AFFIRMATIVE
   LITIGATION
RONALD H. LEE +
   (CA Bar No. 238720)
ASST. CHIEF OF COMPLEX AND
   AFFIRMATIVE LITIGATION
MICHAEL LEVIN GESUNDHEIT +
   (CA Bar No. 292930)
DEPUTY CITY ATTORNEY
Fox Plaza

Respectfully submitted,

*/s/ Amy R. Romero*
AMY R. ROMERO
   (RI Bar No. 8262)
KEVIN LOVE HUBBARD +
   (MA Bar No. 704772)
DELUCA, WEIZENBAUM,
   BARRY & REVENS, LTD.
199 North Main Street
Providence, RI 02903
(401) 453-1500
amy@dwbrlaw.com
kevin@dwbrlaw.com
Cooperating counsel,
   Lawyers' Committee for RI

*Counsel for All Plaintiffs*

LYNETTE LABINGER
   (RI Bar No. 1645)
128 Dorrance Street, Box 710
Providence, RI 02903
(401) 465-9565
ll@labingerlaw.com
Cooperating counsel,
   ACLU Foundation of RI

*Counsel for All Plaintiffs*

ANTONIA K. FASANELLI +
   (DC Bar No. 481856)
KATHRYN M. SCOTT + ^
   (WA Bar No. 38978)
NATIONAL HOMELESSNESS LAW CENTER
1400 16th Street, NW, Suite 425
Washington, DC 20036
(202) 638-2535
afasanelli@homelesslaw.org
kmeyerscott@homelesslaw.org

4

1390 Market Street, 7th Floor
San Francisco, CA 94102-5402
(415) 554-4240
michael.levin@sfcityatty.org

*Counsel for Plaintiff City and County of San Francisco*

WALLACE W. DIETZ +
   (TN BPR No. 009949)
DIRECTOR OF LAW
JOHN K. WHITAKER +
   (TN BPR No. 039207)
SENIOR COUNSEL
ABBY GREER +
   (TN BPR No. 041470)
ASSISTANT METROPOLITAN ATTORNEY
109 Metropolitan Courthouse
P.O. Box 196300
Nashville, TN 37219
(615) 862-6341
wally.dietz@nashville.gov
john.whitaker@nashville.gov
abby.greer@nashville.gov

*Counsel for Plaintiff Metropolitan Government of Nashville and Davidson County*

DAVID J. HACKETT +
   (WA Bar No. 21236)
GENERAL COUNSEL TO KING COUNTY
   EXECUTIVE AND SPECIAL DEPUTY
   PROSECUTOR
ALISON HOLCOMB +
   (WA Bar No. 23303)
DEPUTY GENERAL COUNSEL TO KING
   COUNTY EXECUTIVE AND SPECIAL
   DEPUTY PROSECUTOR
401 5th Avenue, Suite 800
Seattle, WA 98104

*Counsel for Plaintiffs National Alliance to End Homelessness and National Low Income Housing Coalition*

ALESHADYE GETACHEW +
   (DC Bar No. 1007161)
YENISEY RODRÍGUEZ +
   (DC Bar No 1600574)
KRISTIN BATEMAN +
   (DC Bar No. 90037068)
MADELINE H. GITOMER +
   (DC Bar No. 1023447)
AMAN T. GEORGE +
   (DC Bar No. 1028446)
CARRIE Y. FLAXMAN +
   (DC Bar No. 458681)
ROBIN F. THURSTON +
   (DC Bar No. 1531399)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
agetachew@democracyforward.org
yenisey.rodriguez@democracyforward.org
kbateman@democracyforward.org
mgitomer@democracyforward.org
ageorge@democracyforward.org
cflaxman@democracyforward.org
rthurston@democracyforward.org

*Counsel for Plaintiffs National Alliance to End Homelessness, National Low Income Housing Coalition, Crossroads RI, and Youth Pride, Inc.*

TOBY MERRILL +
   (MA Bar No. 601071)
CASSANDRA CRAWFORD +
   (NC Bar No. 45396)

(206) 477-9483
david.hackett@kingcounty.gov
aholcomb@kingcounty.gov

*Counsel for Plaintiff Martin Luther King, Jr. County*

GRAHAM PROVOST +
   (DC Bar No. 1780222)
PUBLIC RIGHTS PROJECT
490 43rd Street, Unit #115
Oakland, CA 94609
(510) 738-6788
toby@publicrightsproject.org
cassandra@publicrightsproject.org
graham@publicrightsproject.org

*Counsel for Plaintiffs City of Boston, City of Cambridge, Martin Luther King, Jr. County, Metropolitan Government of Nashville and Davidson County, City of Tucson*

+ Pro hac vice motion forthcoming
^ Not admitted in the District of Columbia. Practice supervised by members of the DC bar.

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2025, I electronically filed the within motion and it is available for viewing and downloading from the Court's CM/ECF System, and that the participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system, and that I provided the same documents by email to: Kevin Bolan (kevin.bolan@usdoj.gov), Civil Chief of the U.S. Attorney's Office for the District of Rhode Island.

/s/ Amy Romero
Amy Romero