AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Rhode Island

| | |
|---|---|
| National Alliance to End Homelessness, et al. ) | |
| ) | |
| United States Department of Housing and Urban Development, et al. ) | Case No.  25-cv-00636-MSM-AEM |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs                                                                                    .

Date:  12/3/2025

/s/ Lynette Labinger
*Attorney's signature*

Lynette Labinger (RI Bar No. 1645)
*Printed name and bar number*

Lynette Labinger, Attorney at Law
128 Dorrance Street, Box 710
Providence, RI 02903

cooperating counsel, ACLU Foundation of Rhode Island
*Address*

LL@labingerlaw.com
*E-mail address*

(401) 465-9565
*Telephone number*

N/A
*FAX number*