IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NATIONAL ALLIANCE TO END HOMELESNESS, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br><br>    Defendants. | Case No. 25-cv-636<br><br>District Judge Mary S. McElroy<br>Magistrate Judge Amy E. Moses |

## NOTICE OF APPEARANCE

Please take notice that the undersigned attorney, Pardis Gheibi, United States Department of Justice, Civil Division, Federal Programs Branch, enters her appearance in the above-captioned case on behalf of the Defendants.

Respectfully submitted,

                                      BRETT A. SHUMATE
                                      Assistant Attorney General
                                      Civil Division

                                      JOSEPH E. BORSON
                                      Assistant Branch Director

                                      */s/ Pardis Gheibi*
                                      PARDIS GHEIBI (D.C. Bar No. 90004767)
                                      Trial Attorney, U.S. Department of Justice
                                      Civil Division, Federal Programs Branch
                                      1100 L Street, N.W.
                                      Washington, D.C. 20005
                                      Tel.: (202) 305-3246
                                      Email: pardis.gheibi@usdoj.gov

                                      *Attorney for Defendants*

## CERTIFICATE OF SERVICE

I certify that on December 7, 2025, the above document was filed with the CM/ECF filing system.

/s/ *Pardis Gheibi*