IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NATIONAL ALLIANCE TO END HOMELESNESS, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br><br>    Defendants. | Case No. 25-cv-636<br><br>District Judge Mary S. McElroy<br>Magistrate Judge Amy E. Moses |

## NOTICE OF APPEARANCE

Please take notice that the undersigned attorney, Peter R. Goldstone, United States Department of Justice, Civil Division, Federal Programs Branch, enters his appearance in the above-captioned case on behalf of the Defendants.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Branch Director

*/s/ P. R. Goldstone*
PETER R. GOLDSTONE (MA BBO No. 682050)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 598-0912
Email: Peter.R.Goldstone@usdoj.gov

*Attorney for Defendants*

-1-

-2-

**CERTIFICATE OF SERVICE**

      I certify that on December 8, 2025, the above document was filed with the CM/ECF filing system.

/s/ *P. R. Goldstone*