Civil Action No. 1:25-cv-636-MSM-AEM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United States Department of Housing and Urban Development was received by me on *(date)* 12/05/2025 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*
Service was completed by mailing a copy of the documents listed herein to United States Department of Housing and Urban Development, 451 7th Street, SW, Washington, DC 20410 on 12/05/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9481 7362 0855 1274 3483 88. Service was signed for on 12/08/2025, electronic return receipt attached.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/08/2025

*Carrie Hollingshed*
Server's signature

Carrie Hollingshed, Private Process Server
Printed name and title

7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770
Server's address

Additional information regarding attempted service, etc:

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

*National Alliance to End Homelessness, et al.*
        *Plaintiffs*

    vs.    Case No.: 1:25-cv-636-MSM-AEM

*United States Department of Housing and Urban Development, et al.*
        *Defendants*

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons; Complaint for Declaratory and Injunctive Relief; Civil Cover Sheet with Attachment; Case Opening Notice; Rule 7.1 Statement; Plaintiffs' Motion for Relief Under 5 U.S.C. § 705 and for Preliminary Injunction; Memorandum in Support of Motion for Relief Under 5 U.S.C. § 705 and for Preliminary Injunction; Declaration of Amy Romero with Exhibits; Index of Declarations in Support of Plaintiffs' Motion for Relief Under 5 U.S.C. § 705 and for Preliminary Injunction; Declaration of Ann Marie Oliva; Declaration of Renee M. Willis (National Low Income Housing Coalition); Declaration of Michelle M. Wilcox, President & CEO, Crossroads Rhode Island; Declaration of Rush Frazier, Executive Director, Youth Pride, Inc.; Declaration of Sheila A. Dillon; Declaration of Elizabeth Mengers Magargee; Declaration of Sunaree Marshall with Exhibit A; Declaration of April Calvin; Declaration of County of Santa Clara Director for Office of Supportive Housing Kathryn J. Kaminski; Declaration of Shireen McSpadden; Declaration of Ann Chanecka; Declaration of Amy M. Davidson; Declaration of Andrew Freeman; Declaration of Mary Katherine Rand; Declaration of Joyce Tavon; and Plaintiffs' Motion for Expedited Production of the Administrative Record and Briefing Schedule for Summary Judgment

SERVE TO: United States Department of Housing and Urban Development

SERVICE ADDRESS: 451 7th Street, SW, Washington, DC 20410

METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to United States Department of Housing and Urban Development, 451 7th Street, SW, Washington, DC 20410 on 12/05/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9481 7362 0855 1274 3483 88. Service was signed for on 12/08/2025, electronic return receipt attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 12/08/2025

*Carrie Hollingshed*

Capitol Process Services, Inc.
7500 Greenway Center Drive, Suite 420
Greenbelt, Maryland 20770
(202) 667-0050

*Client Ref Number:*
*Job #:14730385*

**UNITED STATES POSTAL SERVICE**

December 8, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number: **9481 7362 0855 1274 3483 88**.

| Item Details | |
|---|---|
| Status: | Delivered, Front Desk/Reception/Mail Room |
| Status Date / Time: | December 8, 2025, 8:34 am |
| Location: | WASHINGTON, DC 20410 |
| Postal Product: | Priority Mail Express® |
| Extra Services: | PO to Addressee |
| | Signature Service |
| | Up to $100 insurance included |
| Recipient Name: | UNITED STATES DEPARTMENT OF HOUSING AND |
| Actual Recipient Name: | M NORMAN |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

### Recipient Signature

Signature of Recipient: *[signature]*

Address of Recipient: *[HUD]*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

---

United States Department of Housing and Urban Development
451 7th Street, SW
Washington, DC 20410
Cost of Service: $29.45
Reference #: 14730385