Civil Action No. 1:25-cv-636-MSM-AEM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Scott Turner, in his official capacity as Secretary of the United States Department of Housing and Urban Development

was received by me on *(date)* 12/05/2025.

❏ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*
Service was completed by mailing a copy of the documents listed herein to Scott Turner, in his official capacity as Secretary of the United States Department of Housing and Urban Development, 451 7th Street, SW, Washington, DC 20410 on 12/05/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9481 7362 0855 1274 3483 95. Service was signed for on 12/08/2025, electronic return receipt attached.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 12/08/2025

*Carrie Hollingshed*
Server's signature

Carrie Hollingshed, Private Process Server
Printed name and title

7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770
Server's address

Additional information regarding attempted service, etc:

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

---

*National Alliance to End Homelessness, et al.*
        *Plaintiffs*

*vs.*       Case No.: 1:25-cv-636-MSM-AEM

*United States Department of Housing and Urban Development, et al.*
        *Defendants*

---

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons; Complaint for Declaratory and Injunctive Relief; Civil Cover Sheet with Attachment; Case Opening Notice; Rule 7.1 Statement; Plaintiffs' Motion for Relief Under 5 U.S.C. § 705 and for Preliminary Injunction; Memorandum in Support of Motion for Relief Under 5 U.S.C. § 705 and for Preliminary Injunction; Declaration of Amy Romero with Exhibits; Index of Declarations in Support of Plaintiffs' Motion for Relief Under 5 U.S.C. § 705 and for Preliminary Injunction; Declaration of Ann Marie Oliva; Declaration of Renee M. Willis (National Low Income Housing Coalition); Declaration of Michelle M. Wilcox, President & CEO, Crossroads Rhode Island; Declaration of Rush Frazier, Executive Director, Youth Pride, Inc.; Declaration of Sheila A. Dillon; Declaration of Elizabeth Mengers Magargee; Declaration of Sunaree Marshall with Exhibit A; Declaration of April Calvin; Declaration of County of Santa Clara Director for Office of Supportive Housing Kathryn J. Kaminski; Declaration of Shireen McSpadden; Declaration of Ann Chanecka; Declaration of Amy M. Davidson; Declaration of Andrew Freeman; Declaration of Mary Katherine Rand; Declaration of Joyce Tavon; and Plaintiffs' Motion for Expedited Production of the Administrative Record and Briefing Schedule for Summary Judgment

SERVE TO: Scott Turner, in his official capacity as Secretary of the United States Department of Housing and Urban Development

SERVICE ADDRESS: 451 7th Street, SW, Washington, DC 20410

METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Scott Turner, in his official capacity as Secretary of the United States Department of Housing and Urban Development, 451 7th Street, SW, Washington, DC 20410 on 12/05/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9481 7362 0855 1274 3483 95. Service was signed for on 12/08/2025, electronic return receipt attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on <u>12/08/2025</u>

*[Signature]*

Carrie Hollingshed

Capitol Process Services, Inc.
7500 Greenway Center Drive, Suite 420
Greenbelt, Maryland 20770
(202) 667-0050

Client Ref Number:
Job #:14730396

**UNITED STATES POSTAL SERVICE**

December 8, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number: **9481 7362 0855 1274 3483 95**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | December 8, 2025, 8:34 am |
| **Location:** | WASHINGTON, DC 20410 |
| **Postal Product:** | Priority Mail Express® |
| **Extra Services:** | PO to Addressee |
| | Signature Service |
| | Up to $100 insurance included |
| **Recipient Name:** | SCOTT TURNER  SECRETARY  U S  DEPARTMENT |
| **Actual Recipient Name:** | M NORMAN |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

## Recipient Signature

Signature of Recipient: *[signature]*

Address of Recipient: *HUD*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

---

Scott Bessent, Secretary, U.S. Department
Housing and Urban Development
451 7th Street, SW
Washington, DC 20410
Cost of Service: $29.45
Reference #: 14730396