Civil Action No. 1:25-cv-636-MSM-AEM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United States Attorney's Office for the District of Rhode Island c/o Civil Process Clerk was received by me on *(date)* 12/05/2025.

❒ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*
Service was completed by mailing a copy of the documents listed herein to United States Attorney's Office for the District of Rhode Island c/o Civil Process Clerk, 1 Financial Plaza, 17th Floor, Providence, Rhode Island 02903 on 12/05/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9481 7362 0855 1274 3484 18. Service was signed for on 12/09/2025, electronic return receipt attached.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/09/2025

*Carrie Hollingshed*
Server's signature

Carrie Hollingshed, Private Process Server
Printed name and title

7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770
Server's address

Additional information regarding attempted service, etc:

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

*National Alliance to End Homelessness, et al.*
    *Plaintiffs*

vs.    Case No.: 1:25-cv-636-MSM-AEM

*United States Department of Housing and Urban Development, et al.*
    *Defendants*

### AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons; Complaint for Declaratory and Injunctive Relief; Civil Cover Sheet with Attachment; Case Opening Notice; Rule 7.1 Statement; Plaintiffs' Motion for Relief Under 5 U.S.C. § 705 and for Preliminary Injunction; Memorandum in Support of Motion for Relief Under 5 U.S.C. § 705 and for Preliminary Injunction; Declaration of Amy Romero with Exhibits; Index of Declarations in Support of Plaintiffs' Motion for Relief Under 5 U.S.C. § 705 and for Preliminary Injunction; Declaration of Ann Marie Oliva; Declaration of Renee M. Willis (National Low Income Housing Coalition); Declaration of Michelle M. Wilcox, President & CEO, Crossroads Rhode Island; Declaration of Rush Frazier, Executive Director, Youth Pride, Inc.; Declaration of Sheila A. Dillon; Declaration of Elizabeth Mengers Magargee; Declaration of Sunaree Marshall with Exhibit A; Declaration of April Calvin; Declaration of County of Santa Clara Director for Office of Supportive Housing Kathryn J. Kaminski; Declaration of Shireen McSpadden; Declaration of Ann Chanecka; Declaration of Amy M. Davidson; Declaration of Andrew Freeman; Declaration of Mary Katherine Rand; Declaration of Joyce Tavon; and Plaintiffs' Motion for Expedited Production of the Administrative Record and Briefing Schedule for Summary Judgment

SERVE TO: United States Attorney's Office for the District of Rhode Island c/o Civil Process Clerk

SERVICE ADDRESS: 1 Financial Plaza, 17th Floor, Providence, Rhode Island 02903

METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to United States Attorney's Office for the District of Rhode Island c/o Civil Process Clerk, 1 Financial Plaza, 17th Floor, Providence, Rhode Island 02903 on 12/05/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9481 7362 0855 1274 3484 18. Service was signed for on 12/09/2025, electronic return receipt attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on <u>12/09/2025</u>

*(signature)*

Carrie Hollingshed

Capitol Process Services, Inc.
7500 Greenway Center Drive, Suite 420
Greenbelt, Maryland 20770
(202) 667-0050

Client Ref Number:
Job #:14730422

UNITED STATES POSTAL SERVICE

December 9, 2025

Dear Carrie Hollingshed:

The following is in response to your request for proof of delivery on your item with the tracking number: **9481 7362 0855 1274 3484 18**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | December 9, 2025, 11:24 am |
| **Location:** | PROVIDENCE, RI 02903 |
| **Postal Product:** | Priority Mail Express® |
| **Extra Services:** | PO to Addressee |
| | Signature Service |
| | Up to $100 insurance included |
| **Recipient Name:** | CIVIL PROCESS CLERK |
| **Actual Recipient Name:** | L BACH |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

## Shipment Details

| | |
|---|---|
| **Weight:** | 1.0oz |

## Recipient Signature

Signature of Recipient: [signature: Lauren Bach]

Address of Recipient: [handwritten: 1 Financial Plz 17th Fl]

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004