IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NATIONAL ALLIANCE TO END HOMELESNESS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*, <br><br> Defendants. | Case No. 25-cv-636 <br><br> District Judge Mary S. McElroy <br> Magistrate Judge Amy E. Moses |

**NOTICE OF APPEARANCE**

Please take notice that the undersigned attorney, William S. Jankowski, United States Department of Justice, Civil Division, Federal Programs Branch, enters his appearance in the above-captioned case on behalf of the Defendants.

Respectfully submitted,

> BRETT A. SHUMATE
> Assistant Attorney General
> Civil Division
>
> JOSEPH E. BORSON
> Assistant Branch Director
>
> */s/ William S. Jankowski*
> WILLIAM S. JANKOWSKI
> D.C. Bar No. 90021524
> Trial Attorney, U.S. Department of Justice
> Civil Division, Federal Programs Branch
> 1100 L Street, N.W.
> Washington, D.C. 20530
> Tel.: (202) 353-7578
> Email: william.s.jankowski@usdoj.gov
>
> *Attorney for Defendants*

## CERTIFICATE OF SERVICE

    I certify that on December 15, 2025, the above document was filed with the CM/ECF filing system.

                                                    /s/ *William S. Jankowski*