IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*, <br><br> Defendants. <br><br> AND <br><br> NATIONAL ALLIANCE TO END HOMELESSNESS, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*, <br><br> Defendants. | Case Nos. 25-cv-626 <br> 25-cv-636 <br><br> District Judge Mary S. McElroy <br> Magistrate Judge Amy E. Moses |

**CERTIFICATION OF THE ADMINISTRATIVE RECORD**

I, James G. Bartolotto, Associate General Counsel for Litigation, Office of General Counsel at the U.S. Department of Housing and Urban Development ("HUD"), pursuant to 5 U.S.C. § 706, declare as follows:

Attached hereto are the non-privileged documents that, to the best of my knowledge and belief, reflect the initial administrative record in this matter.

This initial administrative record, produced today, consists of records demonstrating HUD's decision to rescind the 2025 CoC NOFO, particularly the actions taken from the Court's December 5, 2025 hearing up to and including the December 8, 2025 withdrawal of the 2025 CoC

NOFO and subsequent notice to the Court, as well as notice to potential grantees. The remainder of the administrative record in this matter will be produced by HUD by December 31, 2025.

    I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

    Executed this 15th day of December 2025 in Washington, DC.

JAMES BARTOLOTTO
Digitally signed by JAMES BARTOLOTTO
Date: 2025.12.15 21:14:37 -05'00'

_____

JAMES G. BARTOLOTTO

| Control Number | Production: :Begin Bates | Production:: End Bates | Custodian | DATE_Primary Date/Time PARENT EMAIL TIME IN UTC CHILD EMAIL TIME IN PST | All Custodians | FILE_File Name | FILE_File Extension | Production VOL | Production:: With Placeholder | EML_Email Subject | Document Subject | EML_Email Recipient Name (To) | EML_Email From |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DOJ-HUD-AR00001 | DOJ-HUD-AR00001 | | | | Listserv notification 12122025 | | | | | | | |
| | DOJ-HUD-AR00002 | DOJ-HUD-00004 | | | | CoC Webpage 12132025 | | | | | | | |

**Nikoo, Shahrzad**

| | |
|---|---|
| **From:** | SNAPS-COMPETITIONS <SNAPS-COMPETITIONS@hud.gov> |
| **Sent:** | Friday, December 12, 2025 12:25 PM |
| **To:** | SNAPS-COMPETITIONS-L@hud.gov |
| **Subject:** | FY2025 Continuum of Care (CoC) NOFO Update |

December 12th, 2025- On Monday, December 8th, the Department withdrew the FY2025 Continuum of Care and Youth Homeless Demonstration Program Grants NOFO (FY25 CoC NOFO). HUD intends to make appropriate revisions to the NOFO and publish a new NOFO and is working diligently toward that end. HUD will communicate further guidance and additional updates via the SNAPS Competition List Serv as they become available.



######################################################################
We hope that you will want to continue receiving information from HUD.
We safeguard our lists and do not rent, sell, or permit the use of our lists by others, at any time, for any reason.

If you wish to be added or removed from this mail list, please go here and follow the instructions to either subscribe or unsubscribe.

DOJ-HUD-AR00001

An official website of the United States Government   Here's how you know

Search



(/)

## U.S. Department of Housing and Urban Development

HUD Partners (/hud-partners)  /  Continuum of Care Program

# Continuum of Care Program

### FY 25 COC NOFO Update

The Department has withdrawn a Notice of Funding Opportunity (NOFO) with respect to the Continuum of Care (CoC) grant program. This withdrawal will allow the Department to make appropriate revisions to the NOFO, and the Department intends to do so. In the previous FY 24-25 NOFO, the Department reserved the right to make changes to the NOFO instead of processing renewals for a variety of reasons, including to accommodate a new CoC or Youth Homelessness Demonstration Program (YHDP) priority or new funding source. The Department still intends to exercise this discretion and make changes to the previously issued CoC NOFO to account for new priorities. HUD anticipates reissuing a modified NOFO well in advance of the deadline for obligation of available Fiscal Year 2025 funds.

**Website Feedback**

DOJ-HUD-AR00002

## Overview

The Continuum of Care (CoC) Program (24 CFR part 578) (https://www.ecfr.gov/current/title-24/subtitle-B/chapter-V/subchapter-C/part-578) is designed to promote a community-wide commitment to the goal of ending homelessness; to provide funding for efforts by nonprofit providers, states, Indian Tribes or tribally designated housing entities (as defined in section 4 of the Native American Housing Assistance and Self-Determination Act of 1996 (25 U.S.C. 4103) (TDHEs)), and local governments to quickly rehouse homeless individuals, families, persons fleeing domestic violence, dating violence, sexual assault, and stalking, and youth while minimizing the trauma and dislocation caused by homelessness; to promote access to and effective utilization of mainstream programs by homeless individuals and families, and to optimize self-sufficiency among those experiencing homelessness.

## I Want To Review

- Electronic Special Needs Assistance Program System (e-snaps) Login Portal (https://esnaps.hud.gov/grantium/frontOffice.jsf)
- FY2024 CoC Program Competition Award Announcement
- FY2024 CoC Program Competition Debrief (/sites/dfiles/CPD/documents/CoC/CoC-2024-Program-Competition-Debrief.pdf)
- FY2024 CoC Program Competition and Funding Report - Updated March 26th for additional awards
- FY2025 Continuum of Care (CoC) Builds Notice of Funding Opportunity (NOFO)

## Resources

- CoC (https://www.hudexchange.info/programs/coc/)
    - McKinney-Vento Homeless Assistance Act (42 U.S.C. 11381-11389) (https://www.govinfo.gov/content/pkg/USCODE-2011-title42/pdf/USCODE-2011-title42-chap119-subchapIV-partC.pdf)
    - Program Requirements (https://www.hudexchange.info/programs/coc/coc-program-eligibility-requirements/)
    - CoC Programs Toolkit (https://www.hudexchange.info/programs/coc/toolkit/)

**Website Feedback**

DOJ-HUD-AR00003

Continuum of Care Program | HUD.gov / U.S. Department of Housing and Urban Development (HUD)

- Planning & Reporting (https://www.hudexchange.info/programs/coc/coc-program-reports-program-data-and-program-rents/)
- Homeless Management Information System (HMIS) (https://www.hudexchange.info/programs/hmis/)
- News & Announcements (https://www.hudexchange.info/news/?ct=%5B%22News%22%5D&tt=&topic=%5B%22CoC%3A+Continuum+of+Care+Program%22%5D&loc=%5B%5D&predefdr=&dr=
- Snaps Office Hours - Slides (/sites/dfiles/CPD/documents/CoC/SNAPS_Office_Hours_Slide_Deck.pdf) | Transcript (/sites/dfiles/CPD/documents/CoC/SNAPs_Office_Hours_Transcript.pdf)

---

Helping Americans (/helping-americans)

HUD Partners (/hud-partners)

Researchers (/researchers)

News (/news)

About (/aboutus)

Contact (/contactus)

**U.S. Department of Housing and Urban Development**

451 7th Street, S.W., Washington, DC 20410

T: (202) 402–3815

Find a HUD office near you (/contactus/local)





Office of Inspector General (https://www.hudoig.gov/)  |  No Fear Act (/no-fear-act)  |  FOIA (/foia)  |  Privacy (/aboutus/privacy-policy)  |  Accessibility (/accessibility)  |  Web Policies (/contactus/webmanagement)  |  Sitemap (/siteindex)

Website Feedback