# EXHIBIT A

Case 1:25-cv-00636-MSM-AEM   Document 45-1   Filed 12/15/25   Page 1 of 2 PageID #: 1041

# Nikoo, Shahrzad

| | |
|---|---|
| **From:** | SNAPS-COMPETITIONS <SNAPS-COMPETITIONS@hud.gov> |
| **Sent:** | Friday, December 12, 2025 12:25 PM |
| **To:** | SNAPS-COMPETITIONS-L@hud.gov |
| **Subject:** | FY2025 Continuum of Care (CoC) NOFO Update |

December 12th, 2025- On Monday, December 8th, the Department withdrew the FY2025 Continuum of Care and Youth Homeless Demonstration Program Grants NOFO (FY25 CoC NOFO). HUD intends to make appropriate revisions to the NOFO and publish a new NOFO and is working diligently toward that end. HUD will communicate further guidance and additional updates via the SNAPS Competition List Serv as they become available.



##################################################################
We hope that you will want to continue receiving information from HUD.
We safeguard our lists and do not rent, sell, or permit the use of our lists by others, at any time, for any reason.

If you wish to be added or removed from this mail list, please go here and follow the instructions to either subscribe or unsubscribe.