IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br><br>Defendants.<br><br>AND<br><br>NATIONAL ALLIANCE TO END HOMELESNESS, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br><br>Defendants. | Case Nos. 25-cv-626<br>25-cv-636<br><br>District Judge Mary S. McElroy<br>Magistrate Judge Amy E. Moses |

**NOTICE REGARDING THE ADMINISTRATIVE RECORD**

As ordered by this Court during the December 8, 2025 hearing in these suits, Defendants respectfully advise the Court that the Department of Housing and Urban Development ("HUD") is undertaking assembly of the Administrative Record ("AR") in these cases, is producing a portion of the AR today, and expects to produce the remaining portion by December 31, 2025. *See State of Washington v. HUD*, 25-cv-626, ECF No. 55, Exhibit B at 22 (ordering Defendants' counsel to file a note along with the Opposition informing the Court as to when the Government believes it can produce the AR "with an understanding that [the Court] want[s] it before the new year").

Because the 2025 NOFO was withdrawn, *see State of Washington v. HUD*, 25-cv-626, ECF No. 41-2, any record pertaining to the issuance of the now-withdrawn 2025 NOFO is no longer properly part of the AR. *See State of Washington v. HUD*, 25-cv-626, ECF No. 55, Exhibit B at 19 (stating that the AR "should be shorter now that you've rescinded the NOFO"). The complete AR is thus comprised of (1) the December 8, 2025 withdrawal of the 2025 NOFO and subsequent notice to the Court and potential grantees, and (2) HUD's rescission of the 2024 NOFO.

Today, the Government is producing the portion of the AR pertaining to the December 8, 2025 withdrawal of the 2025 NOFO and subsequent notice to the Court and potential grantees. *See State of Washington v. HUD*, 25-cv-626, ECF No. 54. Because a substantial portion of the record pertaining to the December 8, 2025 withdrawal is subject to privilege (including attorney-client privilege and deliberative-process privilege), the Government also provided a Declaration from Bryan W. Horn, Acting Principal Deputy Assistant Secretary for Community Planning and Development at HUD, which provides a non-privileged description of the decision-making process pertaining to the December 8, 2025 withdrawal of the 2025 NOFO. *See State of Washington v. HUD*, 25-cv-626, ECF No. 55, Exhibit C.

Defendants intend to produce the remaining portion of the AR, which pertains to the recission of the 2024 NOFO, by or on December 31, 2025, per the Court's order. *See* Exhibit B at 22.

DATE: December 15, 2025                    Respectfully submitted,

                                                                            BRETT A. SHUMATE
                                                                            Assistant Attorney General
                                                                            Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
Civil Division

John Bailey
Counsel to the Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Branch Director

PETER R. GOLDSTONE
Trial Attorney

WILLIAM S. JANKOWSKI
Trial Attorney


<u>*/s/ Pardis Gheibi*</u>
PARDIS GHEIBI (D.C. Bar No. 90004767)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-3246
Email: pardis.gheibi@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on December 15, 2025, the above document was filed with the CM/ECF filing system.

/s/ *Pardis Gheibi*