# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*, <br><br> Defendants. <br><br> AND <br><br> NATIONAL ALLIANCE TO END HOMELESSNESS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*, <br><br> Defendants. | Case Nos. 25-cv-626-MSM-AEM <br>             25-cv-636-MSM-AEM <br><br> District Judge Mary S. McElroy <br> Magistrate Judge Amy E. Moses |

**JOINT PROPOSAL FOR BRIEFING SCHEDULE**

The parties in these two related cases, *State of Washington et al. v. HUD*, 25-cv-626, and *National Alliance to End Homelessness, et al. v. HUD*, 25-cv-636, have conferred and agree that Plaintiffs' claims should be resolved on dispositive motions on an expedited timeline. Plaintiffs' claims present primarily legal issues that are best resolved following the expedited production of an administrative record through a motion for partial summary judgment by Plaintiffs, *see State of Washington et al. v. HUD*, 25-cv-626, ECF No. 48; *National Alliance to End Homelessness, et al. v. HUD*, 25-cv-636, ECF No. 1, and a cross-motion for summary judgment by Defendants on the same set of claims. The parties in both cases have further agreed upon a joint proposed schedule for resolution of this matter.

The parties in both cases respectfully request that the Court enter the following schedule jointly governing all parties' forthcoming motions for summary judgment:

| | |
|---|---|
| Defendants produce the remaining portion of the administrative record pertaining to the rescission of the FY24-FY25 CoC NOFO | **December 29, 2025** |
| Plaintiffs' Motion for Summary Judgment | **January 7, 2026** |
| Defendants' Combined Opposition and Cross-Motion for Summary Judgment | **January 16, 2026** |
| Plaintiffs' Combined Reply and Opposition | **January 23, 2026** |
| Defendants' Reply | **January 29, 2026** |

The Government has indicated both to the Court and to Plaintiffs that it understands that Defendants are nearing completion of a new Notice of Funding Opportunity (NOFO), to issue in the coming days. Following the issuance of the new NOFO, should Plaintiffs, after examining the new NOFO, intend to pursue additional challenges to the new NOFO by amending their operative complaints, the parties expect to engage in good-faith discussions regarding the schedule for any additional briefing on any forthcoming claims. The parties also request that the Court defer any

1

deadlines to respond to Plaintiffs' complaints under Rule 12 until 30 days after the Court resolves the cross-motions.

DATE: December 19, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
Civil Division

JOHN BAILEY
Counsel to the Assistant Attorney General
Civil Division
JOSEPH E. BORSON
Assistant Branch Director

PARDIS GHEIBI
Trial Attorney

PETER R. GOLDSTONE
Trial Attorney

*/s/ William S. Jankowski*
WILLIAM S. JANKOWSKI
D.C. Bar No. 90021524
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20530
Tel.: (202) 353-7578
Email: william.s.jankowski@usdoj.gov

*Attorneys for Defendants*

*/s/ Amy R. Romero*
AMY R. ROMERO
 (RI Bar No. 8262)
KEVIN LOVE HUBBARD +
 (MA Bar No. 704772)

MADELINE H. GITOMER +
 (DC Bar No. 1023447)
KRISTIN BATEMAN +
 (DC Bar No. 90037068)

2

DELUCA, WEIZENBAUM,
 BARRY & REVENS, LTD.
199 North Main Street
Providence, RI 02903
(401) 453-1500
amy@dwbrlaw.com
kevin@dwbrlaw.com
Cooperating counsel,
 Lawyers' Committee for RI

*Counsel for All NAEH Plaintiffs*

TONY LOPRESTI +
 (CA Bar No. 289269)
COUNTY COUNSEL
KAVITA NARAYAN +
 (CA Bar No. 264191)
CHIEF ASSISTANT COUNTY COUNSEL
MEREDITH A. JOHNSON +
 (CA Bar No. 291018)
LEAD DEPUTY COUNTY COUNSEL
70 West Hedding Street, East Wing
Ninth Floor
San José, CA 95110-1770
(408) 299-5900
meredith.johnson@cco.sccgov.org

*Counsel for Plaintiff County of Santa Clara*

DAVID CHIU +
 (CA Bar No. 189542)
CITY ATTORNEY
YVONNE R. MERÉ +
 (CA Bar No. 173594)
CHIEF DEPUTY CITY ATTORNEY
MOLLIE M. LEE +
 (CA Bar No. 251404)
CHIEF OF STRATEGIC ADVOCACY
SARA J. EISENBERG +
 (CA Bar No. 269303)

ALESHADYE GETACHEW +
 (DC Bar No. 1007161)
AMAN T. GEORGE +
 (DC Bar No. 1028446)
SIMON C. BREWER +
 (CT Bar No. 441889)*
CHRISTINE L. COOGLE +
 (DC Bar No. 1738913)
YENISEY RODRÍGUEZ +
 (DC Bar No. 1600574)
CARRIE Y. FLAXMAN +
 (DC Bar No. 458681)
ROBIN THURSTON +
 (DC Bar No. 1531399)

*Counsel for Plaintiffs National Alliance to End Homelessness, National Low Income Housing Coalition, Crossroads RI, and Youth Pride, Inc.*

LYNETTE LABINGER
 (RI Bar No. 1645)
128 Dorrance Street, Box 710
Providence, RI 02903
(401) 465-9565
ll@labingerlaw.com
Cooperating counsel,
 ACLU Foundation of RI

*Counsel for Plaintiffs National Alliance to End Homelessness, National Low Income Housing Coalition, Crossroads RI, and Youth Pride, Inc.*

ANTONIA K. FASANELLI +
 (DC Bar No. 481856)
KATHRYN M. SCOTT +
 (WA Bar No. 38978)*
NATIONAL HOMELESSNESS LAW CENTER
1400 16th Street, NW, Suite 425
Washington, DC 20036
(202) 638-2535

3

CHIEF OF COMPLEX AND AFFIRMATIVE
 LITIGATION
RONALD H. LEE +
 (CA Bar No. 238720)
ASST. CHIEF OF COMPLEX AND
 AFFIRMATIVE LITIGATION
MICHAEL LEVIN GESUNDHEIT +
 (CA Bar No. 292930)
DEPUTY CITY ATTORNEY
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5402
(415) 554-4240
michael.levin@sfcityatty.org

*Counsel for Plaintiff City and County of San Francisco*

WALLACE W. DIETZ +
 (TN BPR No. 009949)
DIRECTOR OF LAW
JOHN K. WHITAKER +
 (TN BPR No. 039207)
SENIOR COUNSEL
ABBY GREER +
 (TN BPR No. 041470)
ASSISTANT METROPOLITAN ATTORNEY
109 Metropolitan Courthouse
P.O. Box 196300
Nashville, TN 37219
(615) 862-6341
wally.dietz@nashville.gov
john.whitaker@nashville.gov
abby.greer@nashville.gov

*Counsel for Plaintiff Metropolitan Government of Nashville and Davidson County*

afasanelli@homelesslaw.org
kmeyerscott@homelesslaw.org

*Counsel for Plaintiffs National Alliance to End Homelessness and National Low Income Housing Coalition*

TOBY MERRILL +
 (MA Bar No. 601071)
CASSANDRA CRAWFORD +
 (NC Bar No. 45396)
GRAHAM PROVOST +
 (DC Bar No. 1780222)
PUBLIC RIGHTS PROJECT
490 43rd Street, Unit #115
Oakland, CA 94609
(510) 738-6788
toby@publicrightsproject.org
cassandra@publicrightsproject.org
graham@publicrightsproject.org

*Counsel for Plaintiffs City of Boston, City of Cambridge, Martin Luther King, Jr. County, Metropolitan Government of Nashville and Davidson County, City of Tucson*

DAVID J. HACKETT +
 (WA Bar No. 21236)
GENERAL COUNSEL TO KING COUNTY
 EXECUTIVE AND SPECIAL DEPUTY
 PROSECUTOR
ALISON HOLCOMB +
 (WA Bar No. 23303)
DEPUTY GENERAL COUNSEL TO KING
 COUNTY EXECUTIVE AND SPECIAL
 DEPUTY PROSECUTOR
401 5th Avenue, Suite 800
Seattle, WA 98104
(206) 477-9483
david.hackett@kingcounty.gov
aholcomb@kingcounty.gov

4

*Counsel for Plaintiff Martin Luther King, Jr. County*

+ Admitted *pro hac vice*

\* Not admitted in the District of Columbia; practicing under the supervision of members of the D.C. Bar.

| | |
|---|---|
| **NICHOLAS W. BROWN**<br>Attorney General of Washington<br><br>*/s/ Andrew R.W. Hughes*<br>ANDREW R.W. HUGHES*<br>ZANE MULLER*<br>ALIANA KNOEPFLER*<br>ANDREA ALEGRETT*<br>Assistant Attorneys General<br>CRISTINA SEPE*<br>Deputy Solicitor General<br>800 Fifth Avenue, Suite 2000<br>P.O. Box TB-14<br>Seattle, WA 98104-3188<br>206-464-7744<br>Andrew.Hughes@atg.wa.gov<br>Zane.Muller@atg.wa.gov<br>Aliana.Knoepfler@atg.wa.gov<br>Andrea.Alegrett@atg.wa.gov<br>Cristina.Sepe@atg.wa.gov<br><br>*Attorneys for Plaintiff State of Washington on behalf of Plaintiff States* | **LETITIA JAMES**<br>Attorney General of New York<br><br>*/s/ Stephen C. Thompson*<br>RABIA MUQADDAM*<br>Chief Counsel for Federal Initiatives<br>COLLEEN K. FAHERTY*<br>Special Trial Counsel<br>STEPHEN C. THOMPSON*<br>Special Counsel<br>VICTORIA OCHOA*<br>Assistant Attorney General<br>28 Liberty Street<br>New York, NY 10005<br>212-416-6183<br>Rabia.Muqaddam@ag.ny.gov<br>Colleen.Faherty@ag.ny.gov<br>Stephen.Thompson@ag.ny.gov<br>Victoria.Ochoa@ag.ny.gov<br><br>*Counsel for Plaintiff State of New York on behalf of Plaintiff States* |

**PETER F. NERONHA**
Attorney General of Rhode Island

*/s/ Jordan G. Mickman*
KATHRYN M. SABATINI (RI Bar No. 8486)
Chief, Civil Division
Special Assistant Attorney General
JORDAN G. MICKMAN (RI Bar No. 9761)
Unit Chief, Civil and Community Rights
Assistant Attorney General
150 South Main Street
Providence, RI 02903
401-274-4400, Ext. 2079
Ksabatini@riag.ri.gov
Jmickman@riag.ri.gov

*Attorneys for Plaintiff State of Rhode Island on behalf of Plaintiff States*

## CERTIFICATE OF SERVICE

      I certify that on December 19, 2025, the above document was filed with the CM/ECF filing system.

                                                    /s/ *William S. Jankowski*