IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*, <br><br> Defendants. <br><br> AND <br><br> NATIONAL ALLIANCE TO END HOMELESSNESS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*, <br><br> Defendants. | Case Nos. 25-cv-626-MSM-AEM <br> 25-cv-636-MSM-AEM <br><br> District Judge Mary S. McElroy <br> Magistrate Judge Amy E. Moses |

**NOTICE OF PUBLICATION OF
NEW 2025 NOTICE OF FUNDING OPPORTUNITY**

Defendants respectfully advise the Court that the Department of Housing and Urban Development (HUD) has published a new 2025 HUD Continuum of Care Notice of Funding Opportunity ("New 2025 NOFO") for public review. *See* Exhibit A; *see also* New 2025 NOFO Website Publication Notice, Exhibit B. Defendants understand the New 2025 NOFO to be enjoined pursuant to the preliminary injunctions entered by the Court on December 19, 2025. *See* Min. Entry, *State of Washington, et al. v. HUD*, 25-cv-626 (Dec. 19, 2025); Min. Entry, *National Alliance to End Homelessness, et al. v. HUD*, 25-cv-636 (Dec. 19, 2025). Defendants will not implement or enforce the New 2025 NOFO pending further court order. The New 2025 NOFO

provides notice to the public that HUD is enjoined from implementing or enforcing the NOFO. *See* Exhibit A at 5–6; *see also* Exhibit B.

As directed by the court, Defendants will confer with Plaintiffs to determine appropriate next steps, including whether Plaintiffs will continue with their litigation and, if so, whether they will narrow their claims.

DATE: December 19, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
Civil Division

JOHN BAILEY
Counsel to the Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Branch Director

PARDIS GHEIBI
Trial Attorney

PETER R. GOLDSTONE
Trial Attorney

*/s/ William S. Jankowski*
WILLIAM S. JANKOWSKI
D.C. Bar No. 90021524
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20530
Tel.: (202) 353-7578
Fax: (202) 616-8640
Email: william.s.jankowski@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

    I certify that on December 19, 2025, the above document was filed with the CM/ECF filing system.

                                                      /s/ *William S. Jankowski*