B

An official website of the United States Government  Here's how you know

Search



(/)

**U.S. Department of Housing and Urban Development**

HUD Partners (/hud-partners)
/ Continuum of Care Program

# Continuum of Care Program

### FY 25 COC NOFO Update

The Department of Housing and Urban Development (HUD) is issuing this Notice of Funding Opportunity (NOFO) for the 2025 Fiscal Year for public review. HUD understands this NOFO to be enjoined pursuant to a preliminary injunction entered in State of Washington, et al. v. HUD, No. 1:25-cv-00626-MSM-AEM (District of Rhode Island), and National Alliance to End Homelessness, et al. v. HUD, No. 1:25-cv-00636-MSM-AEM (District of Rhode Island). HUD will not implement or enforce this NOFO pending further court order. HUD will issue further clarification on the status of this or any other future Fiscal Year 2025 NOFO as necessary. HUD will provide further notice as to when the application portal will open.

FY 2025 Continuum of Care Competition and Youth Homeless Demonstration Program Grants NOFO (/sites/default/files/CPD/documents/CoC/FY2025-Continuum-of-Care-YHDP-Renewal-NOFO.pdf)

### Overview

The Continuum of Care (CoC) Program (24 CFR part 578) (https://www.ecfr.gov/current/title-24/subtitle-B/chapter-V/subchapter-C/part-578) is designed to promote a community-wide commitment to the goal of ending

Website Feedback

homelessness; to provide funding for efforts by nonprofit providers, states, Indian Tribes or tribally designated housing entities (as defined in section 4 of the Native American Housing Assistance and Self-Determination Act of 1996 (25 U.S.C. 4103) (TDHEs)), and local governments to quickly rehouse homeless individuals, families, persons fleeing domestic violence, dating violence, sexual assault, and stalking, and youth while minimizing the trauma and dislocation caused by homelessness; to promote access to and effective utilization of mainstream programs by homeless individuals and families, and to optimize self-sufficiency among those experiencing homelessness.

### I Want To Review

- Electronic Special Needs Assistance Program System (e-snaps) Login Portal (https://esnaps.hud.gov/grantium/frontOffice.jsf)
- FY2024 CoC Program Competition Award Announcement
- FY2024 CoC Program Competition Debrief (/sites/dfiles/CPD/documents/CoC/CoC-2024-Program-Competition-Debrief.pdf)
- FY2024 CoC Program Competition and Funding Report - Updated March 26th for additional awards
- FY2025 Continuum of Care (CoC) Builds Notice of Funding Opportunity (NOFO)

### Resources

- CoC (https://www.hudexchange.info/programs/coc/)
    - McKinney-Vento Homeless Assistance Act (42 U.S.C. 11381-11389) (https://www.govinfo.gov/content/pkg/USCODE-2011-title42/pdf/USCODE-2011-title42-chap119-subchapIV-partC.pdf)
    - Program Requirements (https://www.hudexchange.info/programs/coc/coc-program-eligibility-requirements/)
    - CoC Programs Toolkit (https://www.hudexchange.info/programs/coc/toolkit/)

- Planning & Reporting (https://www.hudexchange.info/programs/coc/coc-program-reports-program-data-and-program-rents/)
- Homeless Management Information System (HMIS) (https://www.hudexchange.info/programs/hmis/)
- News & Announcements (https://www.hudexchange.info/news/?ct=%5B%22News%22%5D&tt=&topic=%5B%22CoC%3A+Continuum+of+Care+Progr
- Snaps Office Hours - Slides (/sites/dfiles/CPD/documents/CoC/SNAPS_Office_Hours_Slide_Deck.pdf) | Transcript (/sites/dfiles/CPD/documents/CoC/SNAPs_Office_Hours_Transcript.pdf)

Helping Americans (/helping-americans)

HUD Partners (/hud-partners)

Researchers (/researchers)

News (/news)

About (/aboutus)

Contact (/contactus)

U.S. Department of Housing and Urban Development

451 7th Street, S.W., Washington, DC 20410

T: (202) 402-3815

Find a HUD office near you (/contactus/local)

Office of Inspector General (https://www.hudoig.gov/) | No Fear Act (/no-fear-act) | FOIA (/foia) | Privacy (/aboutus/privacy-policy) | Accessibility (/accessibility) | Web Policies (/contactus/webmanagement) | Sitemap (/siteindex)

Website Feedback