# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*, <br><br> Defendants. <br><br> AND <br><br> NATIONAL ALLIANCE TO END HOMELESSNESS, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*, <br><br> Defendants. | Case Nos. 25-cv-626-MSM-AEM <br> 25-cv-636-MSM-AEM <br><br> District Judge Mary S. McElroy <br> Magistrate Judge Amy E. Moses |

**NOTICE OF COMPLIANCE WITH PARAGRAPH 7 OF**
**THE PRELIMINARY INJUNCTION ORDER**

Consistent with the notice requirements of the Court's December 23, 2025 Preliminary Injunction Order, *State of Washington, et al. v. HUD*, 25-cv-626, ECF No. 68; *National Alliance to End Homelessness, et al. v. HUD*, 25-cv-636, ECF No. 52 ("PI Order), notice of the PI Order was provided today, December 23, 2025, to "all relevant federal officials, including Defendants and their officers, agents, servants, employees, and attorneys." PI Order ¶ 7.

1

DATE: December 23, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
Civil Division

JOHN BAILEY
Counsel to the Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Branch Director

PARDIS GHEIBI
Trial Attorney

PETER R. GOLDSTONE
Trial Attorney

*/s/ William S. Jankowski*
WILLIAM S. JANKOWSKI
D.C. Bar No. 90021524
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20530
Tel.: (202) 353-7578
Fax: (202) 616-8640
Email: william.s.jankowski@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      I certify that on December 23, 2025, the above document was filed with the CM/ECF filing system.

                                                          /s/ *William S. Jankowski*