IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*,<br><br>Plaintiffs,<br>     v.<br><br>DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br><br>Defendants.<br><br>AND<br><br>NATIONAL ALLIANCE TO END HOMELESSNESS, *et al.*,<br><br>Plaintiffs,<br>     v.<br><br>DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br><br>Defendants. | Case Nos. 25-cv-626-MSM-AEM<br>            25-cv-636-MSM-AEM<br><br>District Judge Mary S. McElroy<br>Magistrate Judge Amy E. Moses<br><br>**REQUEST FOR EXPEDITED SUMMARY JUDGMENT BRIEFING ON ALL CLAIMS** |

### JOINT MOTION TO AMEND SCHEDULE FOR EXPEDITED SUMMARY JUDGMENT BRIEFING

The parties in these two related cases, *State of Washington et al. v. HUD*, 25-cv-626 [hereinafter "*State Litigation*"], and *National Alliance to End Homelessness, et al. v. HUD*, 25-cv-636 [hereinafter "*NAEH Litigation*"], have conferred and agree that all outstanding claims in these cases should be resolved on dispositive motions on an expedited timeline. As such, the parties seek to amend the schedule that the Court entered governing partial summary judgment proceedings in these cases. *See State Litigation*, Text Order Granting Motion to Expedite (Dec. 23, 2025); *NAEH Litigation*, Text Order Granting Motion to Expedite (Dec. 23, 2025).

On December 19, 2025, the Department of Housing and Urban Development (HUD) issued a new 2025 HUD Continuum of Care Notice of Funding Opportunity ("December 2025 NOFO") for public review. *See State Litigation*, ECF No. 66 at 1; *NAEH Litigation*, ECF No. 51 at 1. The parties agree that consolidated resolution of all claims would be more efficient for the Court and for the parties than multiple rounds of summary judgment briefing. Plaintiffs' claims present primarily legal issues that are best resolved following the expedited production of an administrative record through a motion for summary judgment by Plaintiffs, and, with the December 2025 NOFO issued, Plaintiffs are in a position to amend their operative complaints and to file motions for summary judgment on all claims. The parties in both cases have further agreed upon a joint proposed schedule for resolution of this matter.

The parties in both cases respectfully request that the Court replace the existing partial summary judgment schedule with the following schedule jointly governing all parties' forthcoming motions for summary judgment:

| Defendants produce the remaining portion of the administrative record pertaining to the rescission of the 2024 NOFO | December 29, 2025 |

1

| | |
|---|---|
| Defendants produce the remaining administrative record pertaining to the issuance of the New 2025 NOFO | **December 31, 2025** |
| State Plaintiffs' Second Amended Complaint and NAEH Plaintiffs' First Amended Complaint and Plaintiffs' Motions for Summary Judgment on all claims | **January 14, 2026** |
| Defendants' Combined Opposition and Cross-Motion for Summary Judgment on all claims | **January 23, 2026** |
| Plaintiffs' Combined Reply and Opposition | **January 30, 2026** |
| Defendants' Reply | **February 5, 2026** |

The parties request that the Court defer any deadlines to respond to Plaintiffs' complaints under Rule 12 until 30 days after the Court resolves the cross-motions. The parties have further agreed that no statement of undisputed facts is required and seek leave of the Court to waive the requirement under Local Civil Rule 56(a) that each party file a Statement of Undisputed Facts.

DATE: December 30, 2025               Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
Civil Division

JOHN BAILEY
Counsel to the Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Branch Director

PARDIS GHEIBI
Trial Attorney

PETER R. GOLDSTONE
Trial Attorney

2

/s/ William S. Jankowski
WILLIAM S. JANKOWSKI
D.C. Bar No. 90021524
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20530
Tel.: (202) 353-7578
Email: william.s.jankowski@usdoj.gov

*Attorneys for Defendants*

/s/ Amy R. Romero
AMY R. ROMERO
 (RI Bar No. 8262)
KEVIN LOVE HUBBARD +
 (MA Bar No. 704772)
DELUCA, WEIZENBAUM,
 BARRY & REVENS, LTD.
199 North Main Street
Providence, RI 02903
(401) 453-1500
amy@dwbrlaw.com
kevin@dwbrlaw.com
Cooperating counsel,
 Lawyers' Committee for RI

*Counsel for All NAEH Plaintiffs*

TONY LOPRESTI +
 (CA Bar No. 289269)
COUNTY COUNSEL
KAVITA NARAYAN +
 (CA Bar No. 264191)
CHIEF ASSISTANT COUNTY COUNSEL
MEREDITH A. JOHNSON +
 (CA Bar No. 291018)
LEAD DEPUTY COUNTY COUNSEL
70 West Hedding Street, East Wing
Ninth Floor
San José, CA 95110-1770
(408) 299-5900

MADELINE H. GITOMER +
 (DC Bar No. 1023447)
KRISTIN BATEMAN +
 (DC Bar No. 90037068)
ALESHADYE GETACHEW +
 (DC Bar No. 1007161)
AMAN T. GEORGE +
 (DC Bar No. 1028446)
SIMON C. BREWER +
 (CT Bar No. 441889)*
CHRISTINE L. COOGLE +
 (DC Bar No. 1738913)
YENISEY RODRÍGUEZ +
 (DC Bar No. 1600574)
CARRIE Y. FLAXMAN +
 (DC Bar No. 458681)
ROBIN THURSTON +
 (DC Bar No. 1531399)

*Counsel for Plaintiffs National Alliance to End Homelessness, National Low Income Housing Coalition, Crossroads RI, and Youth Pride, Inc.*

LYNETTE LABINGER
 (RI Bar No. 1645)
128 Dorrance Street, Box 710
Providence, RI 02903
(401) 465-9565

3

meredith.johnson@cco.sccgov.org

*Counsel for Plaintiff County of Santa Clara*

DAVID CHIU +
  (CA Bar No. 189542)
CITY ATTORNEY
YVONNE R. MERÉ +
  (CA Bar No. 173594)
CHIEF DEPUTY CITY ATTORNEY
MOLLIE M. LEE +
  (CA Bar No. 251404)
CHIEF OF STRATEGIC ADVOCACY
SARA J. EISENBERG +
  (CA Bar No. 269303)
CHIEF OF COMPLEX AND AFFIRMATIVE
  LITIGATION
RONALD H. LEE +
  (CA Bar No. 238720)
ASST. CHIEF OF COMPLEX AND
  AFFIRMATIVE LITIGATION
MICHAEL LEVIN GESUNDHEIT +
  (CA Bar No. 292930)
DEPUTY CITY ATTORNEY
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5402
(415) 554-4240
michael.levin@sfcityatty.org

*Counsel for Plaintiff City and County of San Francisco*

WALLACE W. DIETZ +
  (TN BPR No. 009949)
DIRECTOR OF LAW
JOHN K. WHITAKER +
  (TN BPR No. 039207)
SENIOR COUNSEL
ABBY GREER +
  (TN BPR No. 041470)

ll@labingerlaw.com
Cooperating counsel,
  ACLU Foundation of RI

*Counsel for Plaintiffs National Alliance to End Homelessness, National Low Income Housing Coalition, Crossroads RI, and Youth Pride, Inc.*

ANTONIA K. FASANELLI +
  (DC Bar No. 481856)
KATHRYN M. SCOTT +
  (WA Bar No. 38978)*
NATIONAL HOMELESSNESS LAW CENTER
1400 16th Street, NW, Suite 425
Washington, DC 20036
(202) 638-2535
afasanelli@homelesslaw.org
kmeyerscott@homelesslaw.org

*Counsel for Plaintiffs National Alliance to End Homelessness and National Low Income Housing Coalition*

TOBY MERRILL +
  (MA Bar No. 601071)
CASSANDRA CRAWFORD +
  (NC Bar No. 45396)
GRAHAM PROVOST +
  (DC Bar No. 1780222)
PUBLIC RIGHTS PROJECT
490 43rd Street, Unit #115
Oakland, CA 94609
(510) 738-6788
toby@publicrightsproject.org
cassandra@publicrightsproject.org
graham@publicrightsproject.org

*Counsel for Plaintiffs City of Boston, City of Cambridge, Martin Luther King, Jr. County, Metropolitan Government of Nashville and Davidson County, City of Tucson*

4

ASSISTANT METROPOLITAN ATTORNEY
109 Metropolitan Courthouse
P.O. Box 196300
Nashville, TN 37219
(615) 862-6341
wally.dietz@nashville.gov
john.whitaker@nashville.gov
abby.greer@nashville.gov

*Counsel for Plaintiff Metropolitan Government of Nashville and Davidson County*

DAVID J. HACKETT +
  (WA Bar No. 21236)
GENERAL COUNSEL TO KING COUNTY
  EXECUTIVE AND SPECIAL DEPUTY
  PROSECUTOR
ALISON HOLCOMB +
  (WA Bar No. 23303)
DEPUTY GENERAL COUNSEL TO KING
  COUNTY EXECUTIVE AND SPECIAL
  DEPUTY PROSECUTOR
401 5th Avenue, Suite 800
Seattle, WA 98104
(206) 477-9483
david.hackett@kingcounty.gov
aholcomb@kingcounty.gov

*Counsel for Plaintiff Martin Luther King, Jr. County*

+ Admitted *pro hac vice*
* Not admitted in the District of Columbia; practicing under the supervision of members of the D.C. Bar.

**NICHOLAS W. BROWN**
Attorney General of Washington

*/s/ Andrew R.W. Hughes*
ANDREW R.W. HUGHES*
ZANE MULLER*
ALIANA KNOEPFLER*
ANDREA ALEGRETT*
Assistant Attorneys General
CRISTINA SEPE*
Deputy Solicitor General
800 Fifth Avenue, Suite 2000
P.O. Box TB-14
Seattle, WA 98104-3188
206-464-7744
Andrew.Hughes@atg.wa.gov
Zane.Muller@atg.wa.gov
Aliana.Knoepfler@atg.wa.gov
Andrea.Alegrett@atg.wa.gov
Cristina.Sepe@atg.wa.gov

*Attorneys for Plaintiff State of Washington on behalf of Plaintiff States*

**LETITIA JAMES**
Attorney General of New York

*/s/ Stephen C. Thompson*
RABIA MUQADDAM*
Chief Counsel for Federal Initiatives
COLLEEN K. FAHERTY*
Special Trial Counsel
STEPHEN C. THOMPSON*
Special Counsel
VICTORIA OCHOA*
Assistant Attorney General
28 Liberty Street
New York, NY 10005
212-416-6183
Rabia.Muqaddam@ag.ny.gov
Colleen.Faherty@ag.ny.gov
Stephen.Thompson@ag.ny.gov
Victoria.Ochoa@ag.ny.gov

*Counsel for Plaintiff State of New York on behalf of Plaintiff States*

**PETER F. NERONHA**
Attorney General of Rhode Island

*/s/ Jordan G. Mickman*
KATHRYN M. SABATINI (RI Bar No. 8486)
Chief, Civil Division
Special Assistant Attorney General
JORDAN G. MICKMAN (RI Bar No. 9761)
Unit Chief, Civil and Community Rights
Assistant Attorney General
150 South Main Street
Providence, RI 02903
401-274-4400, Ext. 2079
Ksabatini@riag.ri.gov
Jmickman@riag.ri.gov

*Attorneys for Plaintiff State of Rhode Island on behalf of Plaintiff States*

## CERTIFICATE OF SERVICE

    I certify that on December 30, 2025, the above document was filed with the CM/ECF filing system.

                                                  /s/ *William S. Jankowski*