**Strategic Prevention Framework Step 2: Understanding Case Study Area's Capacity with an Asset Map**



1  Plymouth Housing Sylvia Odom's Place
2  YWCA Opportunity Place
3  Harborview Third Avenue Center (Clinic)
4  YWCA Angeline's Day Center
5  Plymouth Housing Administration Offices
6  Plymouth Housing Langdon & Anne Simons Senior Apartments
7  Evergreen Treatment Services REACH Office

🅜 King County Metro Stop

| Number | Name | Address | Description & Website |
|---|---|---|---|
| 1 | Plymouth Housing Sylvia Odom's Place | 2017 Third Avenue | Sylvia Odom's Place opened in February 2016. This building houses formerly homeless adults who have participated in Plymouth's innovative Housing Options Program. These residents move from one of Plymouth's 24/7 supportive properties to more independent (yet still supportive) living at Sylvia Odom's Place—simultaneously opening up fully supportive homes for people who are moving right out of homelessness.<br>• 65 studio apartments<br>• Community meeting room<br>• Ground floor retail space is currently used for offices<br>• Building is staffed (not 24/7)<br>• Staff are trained in overdose response, including administration of naloxone; naloxone is available for residents.<br>Website: https://plymouthhousing.org/our-housing/tour-a-plymouth-building/ |
| 2 | YWCA Opportunity Place | 2024 Third Avenue | YWCA Opportunity Place includes a WorkSource Center, a Homeless Employment Program, and permanent affordable housing units. Angeline's Day Center for Women, a day shelter for women experiencing homelessness is located on site.<br>Located on the second floor, the WorkSource center offers computer access, classes and training, and case management designed to help homeless individuals improve their chances for |

DOJ-HUD-AR00914

Addressing Places in Seattle Where Overdoses and Crime are Concentrated: An Evidence-Based Approach

| Number | Name | Address | Description & Website |
|--------|------|---------|----------------------|
| | | | employment. This WorkSource site offers a variety of employment, educational and economic empowerment services including:<br>• A job bank with computers, phones, and fax as well as updated job listings<br>• Career development assistance including resume, cover letter and interview assistance<br>• Technology workshops and "open lab" for application assistance<br>• Career counseling, job clubs, resume clinics, mock interviews, and applications help<br>• Job fairs, hiring events, employer panels, and industry forums<br>• Basic education, ESL, and GED classes as well as the High School 21+ program<br>• Individualized and intensive employment services based on program eligibility<br>The Homeless Employment Program provides people experiencing homelessness or people who are at risk of homelessness with a full range of individualized employment and support services needed to achieve self-sufficiency and stable housing.<br><br>The top five floors include 145 studio and 1-bedroom apartments. The modern, comfortable units include fully equipped kitchens, private bathrooms and windows, most with exterior views.<br><br>Opportunity Place<br>https://www.ywcaworks.org/locations/opportunity-place<br><br>Work Source<br>https://www.ywcaworks.org/programs/worksource-affiliate-downtown-seattle |
| 3 | Harborview Third Avenue Center (Clinic) | 2028 Third Avenue | UW Harborview Third Avenue Center provides acute and primary healthcare for adult patients residing in downtown Seattle, placing an emphasis on engaging homeless and at-risk patients in primary care. Their mental healthcare professionals provide a range of services including psychiatric consultations, medication management and recommendations for continued psychiatric care.<br><br>Social workers are available to help patients access additional community services and resources. Health education is available for many conditions, either in the clinic or through the Harborview Patient and Family Resource Center. UW Medicine's specialty services and hospitalization are also available to patients if needed. The clinic also provides an on-site nurse at the YWCA Angeline's Day Center.<br><br>Website: https://www.uwmedicine.org/locations/third-avenue-center |

DOJ-HUD-AR00915

Addressing Places in Seattle Where Overdoses and Crime are Concentrated: An Evidence-Based Approach

| Number | Name | Address | Description & Website |
|---|---|---|---|
| 4 | YWCA Angeline's Day Center | 2030 Third Avenue | Drop-in services for more than 200 women each day include:<br>• Breakfast and lunch service<br>• Access to bathrooms, showers, and laundry<br>• Personal storage lockers<br>• Group activities and workshops<br>• Health care access – including an on-site nurse from UW Harborview<br>• Referrals to community services<br>There is also an overnight shelter for 55 women. Case management and overnight shelter are provided to women enrolled in Angeline's Enhanced Night program, which helps participants transition into permanent housing. Rapid rehousing for single adults is another program to help participants cover costs associated with permanent housing.<br><br>Website: https://www.ywcaworks.org/programs/angelines-day-center |
| 5 | Plymouth Housing Administration Offices | 2113 Third Avenue | Plymouth Housing is one of the largest providers of low-income housing in downtown Seattle with over 1,200 residents and 17 retail tenants in 14 buildings. Plymouth primarily serves individuals who may have failed in housing in the past, or who cannot access decent, affordable housing due to poverty, disabilities, or a previous criminal record. |
| 6 | Plymouth Housing Langdon & Anne Simons Senior Apartments | 2119 Third Avenue | Simons Senior Apartments feature:<br>• 95 studio apartments designed for seniors and military service veterans (55+)<br>• Five units are fully handicap accessible; eleven are partially handicap accessible<br>• Two outdoor common areas and two indoor terrace areas and gardens<br>• On-site nursing office staffed by NeighborCare Health<br>• 24/7 on site staff<br>• Staff are trained in overdose response, including administration of naloxone; naloxone is available for residents<br><br>Website: https://plymouthhousing.org/our-housing/tour-a-plymouth-building/ |
| 7 | Evergreen Treatment Services REACH Office | 2133 Third Avenue | REACH provides integrated care management and connects people experiencing homelessness with needs including medical care, shelter, mental health, and substance use treatment. REACH also participates in the Let Everyone Advance with Dignity/Law Enforcement Assisted Diversion program for people who commit law violations related to behavioral health issues or extreme poverty.<br><br>Website: https://www.etsreach.org/ |
| Site-Wide | Downtown Seattle | | The MID provides cleaning, safety, and hospitality services to this site 362 days per year. Organizations and businesses at this site can |

DOJ-HUD-AR00916

**Addressing Places in Seattle Where Overdoses and Crime are Concentrated: An Evidence-Based Approach**

| Number | Name | Address | Description & Website |
|--------|------|---------|----------------------|
|  | Association – Metropolitan Improvement District (MID) |  | request any MID service through the dispatch line at 206-441-3303 or by completing an online form.<br><br>Website: https://downtownseattle.org/programs-services/metropolitan-improvement-district/ |

DOJ-HUD-AR00917

### Preliminary Draft – Example Only

In February 2024, we worked with the Mayor's Office, SPD, Plymouth Housing, and the YWCA to apply for a five-year, $1.8 million grant from SAMHSA to extend and strengthen the capacity of local community prevention providers to implement evidence-based prevention programs to help reduce the onset and progression of substance misuse and its related problems. The goals of our proposed approach are to reduce fatal overdoses and improve community safety in the two-block area on Third Avenue from Virginia to Blanchard. The grant application includes 22 specific evidence-based strategies for reducing crime and overdoses at this site. The City will be notified regarding the funding decision in August 2024.

**\*Draft\*** Year 1 Objectives for Reducing Overdoses and Crime on Third Avenue from Virginia to Blanchard. **These are subject to change based on further community input and are contingent upon federal funding.**

**Tier 1: All – Universal/Site-Wide Supports**
**Evidence-Based Strategies to Reduce Crime**

| Strategy | Year 1 Objectives* |
|---|---|
| Increase Guardianship | Identify all private security staff on the site and create at least one mechanism for information-sharing. |
| Change the Physical Environment | Complete 25 percent of the site-wide recommendations (e.g., trimming street trees) in the Seattle Police Department's Crime Prevention Through Environmental Design report. |
| Change/Enforce Rules and Policies | Begin the Positive Behavior Supports initiative by identifying/crowd-sourcing the top three site-wide values. |
| Build Capacity for Community Problem-Solving | Formalize coalition for Third Avenue from Virginia to Blanchard and hold at least four coalition meetings following the Strategic Prevention Framework. |

**Overdose Prevention Strategies**

| Strategy | Year 1 Objectives* |
|---|---|
| Enhanced Delivery of Evidence-Based Treatment | Conduct a site-wide inventory of existing evidence-based treatment programs, capacity, and participation rates. |
| Recovery Supports | Conduct a site-wide needs assessment of recovery supports through interviews, focus groups, and surveys with people who live or receive services at the site; distribute results to the coalition. |
| Integrated Harm Reduction | Conduct at least one site-wide training on administering naloxone combined with rescue breathing for overdoses that involve opioids/fentanyl and xylazine. |
| Data Monitoring and Primary Prevention | Finalize City participation in Northwest High Intensity Drug Trafficking Areas ODMAP System and begin producing monthly reports for the coalition on overdose events and crimes against persons at the site. |

DOJ-HUD-AR00918

Addressing Places in Seattle Where Overdoses and Crime are Concentrated: An Evidence-Based Approach

## Tier 2: Some – Targeted Supports
### Evidence-Based Strategies to Reduce Crime

| Strategy | Year 1 Objectives* |
|---|---|
| Increase Guardianship | Activate one vacant storefront with a social service or commercial business. |
| Change the Physical Environment | Complete 50 percent of the recommendations in the Seattle Police Department Crime Prevention Through Environmental Design report that are specific to the east side of Third Avenue from Virginia to Lenora. |
| Change/Enforce Rules and Policies | Identify an evidence-based program focused on competency and implementation of universal positive practices (e.g., Tools of Choice), and pilot with at least 20 members of the coalition and/or agency staff. |
| Build Capacity for Community Problem-Solving | Create an inventory of the commercial businesses at the site and conduct interviews with 10 percent of the businesses to identify issues, share information, and encourage participation in the coalition. |

### Overdose Prevention Strategies

| Strategy | Year 1 Objectives* |
|---|---|
| Enhanced Delivery of Evidence-Based Treatment | Pilot the evidence-based intervention called patient-centered goal setting with 5 percent of permanent supportive housing residents at the site. |
| Recovery Supports | Work with Seattle Department of Transportation's circulator van to provide at least twice-daily service between the Third Avenue from Virginia to Blanchard and the Recovery Café. |
| Integrated Harm Reduction | Survey or interview at least 5 percent of permanent supportive housing residents at the site to identify harm reduction tools that they would be likely to use (e.g., Never Use Alone hotline). |
| Data Monitoring and Primary Prevention | For the permanent supportive housing partner organizations (i.e., Plymouth and YWCA) for all overdose events that occur during the year in their facilities, collect non-personally identifiable information about the specific circumstances, including location of the overdose (e.g., hallway, alley, etc.), whether the person was a resident or guest, drugs used and their form (e.g., pill, powder, etc.) staff involvement, etc. |

## Tier 3: Few – Intensive Supports
### Evidence-Based Strategies to Reduce Crime

| Strategy | Year 1 Objectives* |
|---|---|
| Increase Guardianship | Work with King County Metro Transit police/security to improve the impact of patrol checks at the northbound bus stop at Third and Lenora, particularly during peak use periods such as commute times and other times of day when vulnerable members of the community, elderly, youth must access transit. |
| Change the Physical Environment | Work with King County Metro to improve pedestrian lighting at the northbound bus stop at Third and Lenora. |
| Build Capacity for Community Problem-Solving | Develop a strategy to engage and support (e.g., caseworker assistance, stipends, etc.) at least two people with lived experience of homelessness and/or substance use disorder in the coalition. |

DOJ-HUD-AR00919

**Addressing Places in Seattle Where Overdoses and Crime are Concentrated: An Evidence-Based Approach**

| Overdose Prevention Strategies | |
|---|---|
| **Strategy** | **Year 1 Objectives\*** |
| Enhanced Delivery of Evidence-Based Treatment | Extend participation in Plymouth Housing's site-based Contingency Management for methamphetamine use disorder to the two Plymouth buildings on Third Avenue from Virginia to Blanchard; at least 30 percent of participants will complete the 12-week program. |
| Recovery Supports | Create a recovery supports plan for at least 60 percent of permanent supportive housing residents who are participating in the University of Washington's Sublocade pilot for opioid use disorder for the first four months of injections. |
| Integrated Harm Reduction | For all overdoses that occur in a permanent supportive housing building, provide support to staff and tenants related to trauma resulting from overdose within two business days of the overdose. |

DOJ-HUD-AR00920

# APPENDIX H
## Seattle Office of City Auditor Mission, Background, and Quality Assurance

**Our Mission:**

To help the City of Seattle achieve honest, efficient management and full accountability throughout City government. We serve the public interest by providing the City Council, Mayor and City department heads with accurate information, unbiased analysis, and objective recommendations on how best to use public resources in support of the well-being of Seattle residents.

**Background:**

Seattle voters established our office by a 1991 amendment to the City Charter. The office is an independent department within the legislative branch of City government. The City Auditor reports to the City Council and has a four-year term to ensure their independence in deciding what work the office should perform and reporting the results of this work. The Office of City Auditor conducts performance audits and non-audit projects covering City of Seattle programs, departments, grants, and contracts. The City Auditor's goal is to ensure that the City of Seattle is run as effectively, efficiently, and equitably as possible in compliance with applicable laws and regulations.

**How We Ensure Quality:**

The office's work is performed in accordance with the Government Auditing Standards issued by the Comptroller General of the United States. These standards provide guidelines for audit planning, fieldwork, quality control systems, staff training, and reporting of results. In addition, the standards require that external auditors periodically review our office's policies, procedures, and activities to ensure that we adhere to these professional standards.

Seattle Office of City Auditor
700 Fifth Avenue, Suite 2410
Seattle WA 98124-4729
Ph: 206-233-3801
www.seattle.gov/cityauditor

DOJ-HUD-AR00921



The U.S. Department of
Housing and Urban Development
OFFICE OF COMMUNITY PLANNING AND DEVELOPMENT

**PART 2:** Annual Estimates of Sheltered Homelessness in the United States    **MAY 2024**

# 2022 Annual Homelessness Assessment Report (AHAR) to Congress



DOJ-HUD-AR00922

# Summary of Contents

Acknowledgements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . iii
Message from the Secretary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . iv

## Section A: About this Report

Key Terms . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-2
About this Report . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-4
Interpretation and Key Findings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-6

## Section B: Broader Perspectives on Housing Instability and Homelessness

Broader Perspectives on People Experiencing Homelessness and Housing Instability . . . . . . . . . . . . . . . . . B-2
People who are At-Risk of Homelessness . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . B-2
Renters with Very-Low and Extremely Low Incomes in Precarious Housing Situations
(HUD 2023 Worst Case Needs Report) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . B-2
The Census Household Pulse Survey on Housing Insecurity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . B-6
Housing Insecurity During the COVID-19 Pandemic by Household Type . . . . . . . . . . . . . . . . . . . . . . . . B-6
Housing Insecurity During the COVID-19 Pandemic by Race . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . B-6
Education Data on Children and Youth . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . B-7
Doubled up and Other Homeless Situations of Children and Youth
(Data from State Educational Agencies) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . B-7
Survivors of Domestic Violence . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . B-9
Domestic Violence Survivors Who Use Shelters . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . B-9
Unsheltered Homelessness . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . B-10

## Section 1: Estimates of Homelessness

Overview of Estimates of Sheltered Homelessness in the United States . . . . . . . . . . . . . . . . . . . . . . . . . 1-2
How Did Estimates of Households Experiencing Sheltered Homelessness Compare to the U.S. Total
and Poverty Populations? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-2
Characteristics of All People Experiencing Sheltered Homelessness . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-3
What Were the Demographic Characteristics of Sheltered Households? . . . . . . . . . . . . . . . . . . . . . . . . . 1-3
How Do the Demographic Characteristics of the Sheltered Population Compare to the U.S. Total
and U.S. Poverty Populations? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-4
Where Did Households Access Emergency Shelter, Transitional Housing, or Safe Haven Programs? . . . . . . 1-6
Additional Characteristics of Heads of Households and Other Adults . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-6
What Were the Other Characteristics of all Households Experiencing Sheltered Homelessness? . . . . . . . . 1-6
How Have the Additional Characteristics of Households Experiencing Sheltered Homelessness
Changed over Time? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-7
Engagement of Sheltered Households with the Homelessness Services System . . . . . . . . . . . . . . . . . . . . 1-8
Where Did Households Stay Prior to Entering Shelters? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-8
What Percentage of Households Exited the Homelessness Service System During the Reporting Period? . 1-9

## Section 2: Estimates of Sheltered People in Adult-Only Households

Overview of Estimates of Adult-Only Sheltered Homelessness in the United States . . . . . . . . . . . . . . . . . 2-2
How Did Estimates of Adult-Only Households Experiencing Sheltered Homelessness Compare to the
U.S. Total and Poverty Populations? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-2
Characteristics of People in Adult-only Households Experiencing Sheltered Homelessness . . . . . . . . . . . . 2-3
What Were the Demographic Characteristics of Sheltered Adult-Only Households in 2022? . . . . . . . . . . . 2-3
How Did the Demographic Characteristics of the Sheltered Adult-only Population Compare to the
U.S. Total and U.S. Poverty Populations? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-4
How Have the Characteristics of Adult-only Households Changed over Time? . . . . . . . . . . . . . . . . . . . . . 2-5
Where Did Adult-only Households Access Emergency Shelter, Transitional Housing, or Safe Haven
Programs? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-6
How Did the Location of Shelter Use for Adult-Only Households Change over Time? . . . . . . . . . . . . . . . . 2-6
Additional Characteristics of Heads of Households and Other Adults . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-6
What Were the Other Characteristics of Adult-Only Households Experiencing Sheltered
Homelessness? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-6
How Have the Additional Characteristics of Adult-only Households Experiencing Sheltered
Homelessness Changed over Time? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-7
Engagement of Adult-only Households with the Homelessness Services System . . . . . . . . . . . . . . . . . . . 2-8
How Did Adult-Only Households Engage with the Shelter System in 2022? . . . . . . . . . . . . . . . . . . . . . . . 2-8

Where Did Adult-Only Households Stay Prior to Entering Shelters? . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-9
How Did System Engagement Change over Time? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-10
How Long Did Adult-Only Households Stay in Shelter? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-11
How Has Length of Time in Shelter Programs Changed over Time? . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-11
What Were the Exit Destinations of Households Leaving Shelter Programs? . . . . . . . . . . . . . . . . . . . . . . 2-12
How Did the Destinations at the Time of Exit Change for Sheltered Households? . . . . . . . . . . . . . . . . . . 2-12

## Section 3: Estimates of Sheltered People in Families with Children

Overview of Estimates of Sheltered Family Homelessness in the United States . . . . . . . . . . . . . . . . . . . . . 3-2
How Did Estimates of Family Households Experiencing Homelessness Compare with the U.S. Total
and U.S. Poverty Populations? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-2
Characteristics of People in Family Households Experiencing Homelessness . . . . . . . . . . . . . . . . . . . . . . 3-3
What Were the Demographic Characteristics of Sheltered Family Households in 2022? . . . . . . . . . . . . . . 3-3
How Do the Demographic Characteristics of the Sheltered Family Population Compare with the
U.S. Total and U.S. Poverty Populations? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-4
How Have the Characteristics of Family Households Experiencing Sheltered Homelessness Changed
over Time? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-5
How Did the Household Size and Composition of Sheltered Families Compare with the U.S. Total and
U.S. Poverty Populations? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-6
Where Did Families with Children Access Emergency Shelter or Transitional Housing? . . . . . . . . . . . . . . . 3-6
What Were the Other Characteristics of Families with Children Experiencing Sheltered Homelessness? . 3-7
How Did the Additional Characteristics of Families with Children Experiencing Homelessness Change
over Time? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-7
Engagement of Family Households with the Homelessness Services System . . . . . . . . . . . . . . . . . . . . . . 3-8
How Did Family Households Engage with the Shelter System in 2022? . . . . . . . . . . . . . . . . . . . . . . . . . . 3-8
Where Did Family Households Stay Prior to Entering Shelters? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-9
How Did System Engagement Change for Family Households? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-10
How Long did Family Households Stay in Shelter? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-11
How Has Length of Time in Shelter Programs Changed for Family Households? . . . . . . . . . . . . . . . . . . . 3-11
What Were the Exit Destinations of Family Households Leaving Shelter Programs? . . . . . . . . . . . . . . . . . 3-11
How Did the Destination at the Time of Exit Change for Family Households? . . . . . . . . . . . . . . . . . . . . . . 3-12

## Section 4: Unaccompanied Homeless Youth

Overview of Estimates of Youth who Experienced Sheltered Homelessness . . . . . . . . . . . . . . . . . . . . . . . 4-2
How Did Estimates of Unaccompanied Youth Households Experiencing Homelessness Compare
with the U.S. Total and Poverty Population? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-2
Characteristics of Sheltered Unaccompanied Youth . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-2
What Were the Demographic Characteristics of Sheltered Unaccompanied Youth Households in 2022? . 4-2
How Did the Demographic Characteristics of the Sheltered Unaccompanied Youth Population
Compare with the U.S. Total and U.S. Poverty Populations? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-4
How Have the Characteristics of Unaccompanied Youth Households Changed over Time? . . . . . . . . . . . . 4-5
Where Did Unaccompanied Youth Households Access Emergency Shelter, Transitional Housing,
or Safe Haven Programs? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-6
How Did the Location of Shelter Use for Unaccompanied Youth Households Change over Time? . . . . . . . 4-6
What Were the other Characteristics of Unaccompanied Youth Households Experiencing Sheltered
Homelessness? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-7
How Have the Additional Characteristics of Unaccompanied Youth Households Experiencing
Sheltered Homelessness Changed over Time? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-7
Engagement of Unaccompanied Youth Households with the Homelessness Services System . . . . . . . . . . . 4-8
Where Did Unaccompanied Youth Households Stay Prior to Entering Shelters? . . . . . . . . . . . . . . . . . . . . 4-8
How Long Did Unaccompanied Youth Households Stay in Shelter? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-9
How Did System Engagement Change Over Time? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4-9

## Section 5: Estimates of Homeless Veterans

Overview of Estimates of Veterans Experiencing Homelessness in the United States . . . . . . . . . . . . . . . . . 5-2
How Did Estimates of Sheltered Veterans Compare to All U.S. Veterans and Veterans in Poverty? . . . . . . . 5-2
Characteristics of Veterans in Adult-only Households Experiencing Sheltered Homelessness in 2022 . . . . 5-3
What Were the Demographic Characteristics of Veterans in Adult-Only Households Experiencing

DOJ-HUD-AR00923

Sheltered Homelessness in 2022? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5-3
How Did the Demographic Characteristics of Veterans in Adult-Only Households Compare with the
Equivalent U.S. Total and U.S. Poverty Populations? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5-4
How Have the Demographic Characteristics of Sheltered Veterans in Adult-Only Households Changed
over Time? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5-5
Where Did Adult-only Veteran Households Access Emergency Shelter, Transitional Housing, or
Safe Havens Programs? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5-5
What Were the other characteristics of Veterans in Adult-Only Households Experiencing Sheltered
Homelessness? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5-6
How Have the Additional Characteristics of Adult-only Households Experiencing Sheltered
Homelessness Changed over Time? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5-6
Engagement of Veteran Adult-only Households with the Homelessness services system . . . . . . . . . . . . . . . 5-7
Where Did Veterans in Adult-Only Households Stay Prior to Enrolling in Emergency Shelter,
Transitional Housing, or Safe Havens? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5-7
How Did the Prior Living Situation of Veteran Households Change over Time? . . . . . . . . . . . . . . . . . . . . 5-7
How Long did Veteran Adult-Only Households Stay in Shelter? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5-8
How Has Length of Time in Shelter Programs Changed over Time? . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5-8

**Section 6: People with Chronic Patterns of Homelessness**

Overview of Estimates of Chronic Homelessness in the United States. . . . . . . . . . . . . . . . . . . . . . . . . . . 6-2
Characteristics of People in Adult-Only Households with Chronic Patterns of Homelessness . . . . . . . . . . . 6-3
What Were the Demographic Characteristics of Sheltered Adult-Only Households with Chronic
Patterns of Homelessness in 2022? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6-3
How Have the Characteristics of Adult-only Households with Chronic Patterns of Homelessness
Changed over Time? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6-4
Where Did Adult-only Households Experiencing Chronic Patterns of Homelessness Access Emergency
Shelter, Transitional Housing, or Safe Haven Programs? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6-5
How Did the Location of Shelter Stays for Adult-Only Households Experiencing Chronic Patterns of
Homelessness Change over Time? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6-6
Additional Characteristics of Heads of Households and Other Adults . . . . . . . . . . . . . . . . . . . . . . . . . . . 6-6
What Were the Other Characteristics of Adult-Only Households Experiencing Chronic Patterns of
Homelessness? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6-6
How Have the Additional Characteristics of Adult-only Households Experiencing Chronic Patterns of
Homelessness Changed over Time? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6-7
Engagement of Adult-only Households Experiencing Chronic Patterns of Homelessness with the
Homelessness Services System . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6-8
Where Did Adult-Only Households with Chronic Patterns of Homelessness Stay Prior to
Entering Shelters? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6-8
How Did System Engagement Change over Time? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6-9
How Long did Adult-Only Households Experiencing Chronic Patterns of Homelessness Stay in Shelter? . 6-9
How Has Length of Time in Shelter Programs Changed over Time? . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6-10

**Section 7: People Using Rapid Re-Housing Programs**

Overview of Estimates of People and Households Using Rapid Rehousing Subsidies . . . . . . . . . . . . . . . . . 7-2
Characteristics of People Living in Housing Supported by Rapid Rehousing Programs . . . . . . . . . . . . . . . 7-3
What Were the Demographic Characteristics of Households Using RRH Subsidies? . . . . . . . . . . . . . . . . . 7-3
How Did the Demographic Characteristics Change over Time? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-4
Where Did Households Using RRH Subsidies Live? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-4
What Were the Other Characteristics of Housings Using RRH Subsidies in 2022? . . . . . . . . . . . . . . . . . . 7-5
How Did the Other Characteristics Change over Time? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-5
Engagement of Households Using RRH . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-6
How Did Length of RRH Subsidy Use Change over Time? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-7
What Was the Exit Location of Households after RRH Assistance Ended? . . . . . . . . . . . . . . . . . . . . . . . . 7-7
How Did the Location after RRH Assistance Ended Change over Time? . . . . . . . . . . . . . . . . . . . . . . . . . 7-8
Supportive Services for Veterans and their Families (SSVF). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-10

**Section 8: People Living in Permanent Supportive Housing**

Overview of Estimates of People in Permanent Supportive Housing . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-2
How many People Lived in PSH During 2022? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-2
How Did Estimates of People Living in PSH Change over Time? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-2
Characteristics of People Living in PSH in 2022 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-3
What Were the Demographic Characteristics of Households in PSH in 2022? . . . . . . . . . . . . . . . . . . . . . 8-3

How Have the Demographic Characteristics of Households in PSH Changed over Time? . . . . . . . . . . . . . . 8-4
Where Did Households in PSH Live? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-4
How Did the Location of PSH Households Change over Time? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-4
What are the Other Characteristics of Households in PSH? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-5
How Have Additional Characteristics of Households Living in PSH Changed over Time? . . . . . . . . . . . . . . 8-5
Engagement of Households with the Homelessness services system . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-5
How Long Do Households Live in PSH? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-6
How Has Length of Time in Shelter Programs Changed over Time? . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-6
Where Do Households Go after Leaving PSH? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-7
How Did Exit Status and Destination of Exit Change over Time? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-7
Veterans Using PSH Provided by the HUD-VASH Programs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-9
HOMES data and HMIS data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-9

DOJ-HUD-AR00924

## Acknowledgements

AUTHORED BY:
Dr. Meghan Henry, Dr. Adam Travis, Victoria Lopez, and Colette Tano, *Abt Global*

PRINCIPAL INVESTIGATOR:
Dr. Jill Khadduri, *Abt Global*

DATA MANAGERS:
Ciara Collins and RJ de la Cruz, *Abt Global*

DATA COLLECTORS AND REVIEWERS:
Alyssa Andrichik, Gaby Antonova, Katie Ciaffone, Marissa Cuellar, Jill Cusick, RJ de la Cruz, Tanya de Sousa, Lola Jacquin, Jesse Jorstad, Jazmine Kirkland, Victoria Lopez, Andrew McFadden, Sean Morris, Dusty Olson, Ed Prestera, Caroline Roddey, Katherine Rush, Giuliana Sciuto, Adam Travis, Meghan Shea, Simone Vincent

DATA ANALYSTS:
Victoria Lopez, Tom McCall and Marci Schalk, *Abt Global*

REVIEWERS:
William Snow and Norman Suchar, *The U.S. Department of Housing and Urban Development*
Dr. Larry Buron, *Abt Global*
**People with Lived Experiences and Expertise:**
John Harrison, National Coalition for the Homeless
Rashema Melson, *Pain into PURPOSE, HUD Persons with Lived Experiences and Expertise Team Lead*
Dr. Rajni Shankar-Brown, Ph.D, *President of the National Coalition for the Homeless, Professor and Chair of Social Justice Education at Stetson University, and Co-Lead of HUD Equity Team*
Dana Woolfolk, HUD Persons with Lived Experiences and Expertise Core Team
Donald Whitehead, *Executive Director, National Coalition for the Homeless,*
Additional persons with lived experience and expertise of homelessness that prefer to remain unnamed

RESEARCH ADVISORY GROUP:
Chair – Dr. Dennis Culhane, *University of Pennsylvania*
Dr. Melissa Chinchilla, *University of California, Los Angeles*
Dr. Earl Edwards, *Boston College*
Dr. Ryan Finnigan, *University of California, Davis*
Dr. Margot Kushel, *University of California, San Francisco*
Dr. Joy Moses, Research Director, *National Alliance to End Homelessness*
Dr. MaryBeth Shinn, *Vanderbilt University*

DESIGN AND PRODUCTION:
David Dupree, *Abt Global*

DOJ-HUD-AR00925

# Message from the Secretary



I am pleased to submit the U.S. Department of Housing and Urban Development's (HUD) 2022 Annual Homelessness Assessment Report (AHAR) Part 2. This is the second of a two-part series that provides estimates of the scale of sheltered and unsheltered homelessness in the U.S. The 2022 Part 1 report, also known as the Point-in-Time Estimates of Homelessness, was published in December 2022 and provided a single-night estimate of people experiencing homelessness in both sheltered and unsheltered settings at the state, local, and national levels. This Part 2 report draws from local administrative data collected by homeless services and reported to HUD to provide a national estimate of people who utilized shelter programs at some point during the Federal fiscal year, October 1, 2021 through September 30, 2022.

During the time period covered in this report, 1,388,000 people experienced homelessness in sheltered settings, representing a 14 percent increase compared with the prior federal fiscal year. Two-thirds of people experiencing homelessness were in households with only adults present (923,000 people), and 33 percent were people in families with children (453,000 people). The number of families with children who used shelters increased by almost 20 percent in the last year. Despite these increases, the number of people experiencing sheltered homelessness over the course of the year remains 5 percent lower than prior to the pandemic.

In addition to providing overall numbers, this report also provides important data regarding the characteristics of people experiencing homelessness. We see a disturbing increase in the number of older adults experiencing homelessness and the ongoing racial and ethnic disparities that persist. Nearly 20,000 more people over the age of 64 experienced sheltered homelessness in 2022 than did in 2019. About 10,000 older adults were added to the sheltered population in the last year alone. The number of older adults who are chronically homeless—which refers to people who have a disability and who have been homeless for long periods of time— increased by 83% since 2019. While Black or African Americans represent only 13 percent of the overall U.S. population, they represent 39 percent of people experiencing sheltered homelessness. Hispanic or Latino/a/e

households who experience homelessness also continued to rise, shifting the population from historically being underrepresented among the sheltered population to overrepresented in an extremely short time period.

The report's findings are consistent with the trends observed in the 2023 AHAR Part 1, which reported a 12% increase in homelessness on a single night from January 2022 to January 2023 even while homelessness levels remained relatively stable between January 2020 and January 2022. Both the increases in the January 2023 Point-in-Time estimates and sheltered homelessness during federal fiscal year 2022 reflect the expiration and depletion of pandemic-era protections and programs that prevented people from housing loss and homelessness in the prior year. Taken together, these reports show that when our nation provides large-scale investments in programs that prevent housing loss and that support the re-housing of people experiencing homelessness, we can attenuate the number of people experiencing homelessness even amidst worsening housing needs. They also show what happens when we stop investing in these interventions: homelessness rises. I hope this report inspires greater action to continue to invest in and implement solutions that can help more Americans avoid having to experience the tragedy and indignity of homelessness.

Adrianne R. Todman
Acting Secretary
U.S. Department of Housing and Urban Development

DOJ-HUD-AR00926

# About This Report

Key Terms ..........................................................................................A-2

About This Report..............................................................................A-4

Interpretation and Key Findings ..........................................................A-6

DOJ-HUD-AR00927

# Key Terms

**Adults** are people age 18 or older.

**Adult-Only Household** refers to a household composed of only adults and without children.

**Child-only Households** refers to a household composed only of children.

**Children** are people under the age of 18.

**Chronically Homeless Individual** refers to an individual with a disability who has experienced homelessness continuously for one year or more or has experienced at least four episodes of homelessness in the last three years where the combined length of time homeless on those occasions is at least 12 months.

**Chronically Homeless People in Families** refers to people in families with children in which the head of household has a disability and has either experienced homelessness continuously for one year or more or has experienced at least four episodes of homelessness in the last three years where the combined length of time homeless on those occasions is at least 12 months.

**Continuously Homeless** An adult-only, child-only, or adult with children household that was enrolled in a continuum emergency shelter, safe haven, transitional housing, rapid rehousing, or permanent supportive housing project served during the reporting period that was also reported in a continuum project on the night prior to the reporting period.

**Continuums of Care (CoC)** are local planning bodies responsible for coordinating the full range of homelessness services in a geographic area, which may cover a city, county, metropolitan area, or an entire state.

**Domestic Violence Shelters** are shelter programs for people who are experiencing homelessness and are survivors of domestic violence.

**Emergency Shelter** is a facility with the primary purpose of providing temporary shelter for people experiencing homelessness.

**Extrapolate** is a statistical procedure that uses known data to predict values for unknown data.

**Family with Children** refers to a household that has at least one adult (age 18 or older) and one child (under age 18). Families do not include households composed only of adults or only children.

**First Time Homeless** An adult-only, child-only, or adult with children household that entered a continuum emergency shelter, safe haven, transitional housing, rapid rehousing, or permanent supportive housing project during the report period and was not enrolled in such projects at any point in the two years prior to entry.

**Head of Household** is the member of the family or household to whom all other members of the household are associated in the Homeless Management Information System (HMIS). For families and adult-only households, the head of household must be an adult. In a child-only household, the parent of another child is designated as the head of household; otherwise, each child in a household without adults is designated as a head of household.

**Homeless Management Information System (HMIS)** is a software application designed to record and store client-level information on the characteristics and service needs of people experiencing homelessness. Each CoC maintains its own HMIS, which can be tailored to meet local needs but must also conform to Federal HMIS Data and Technical Standards.

**HMIS Data** provide an unduplicated count of people who are experiencing sheltered homelessness and information about their characteristics and service-use patterns over a one-year period. These data are entered into each CoC's HMIS at the client level but are submitted in aggregate form for the AHAR.

**Homelessness** describes the experience of lacking a fixed, regular, and adequate nighttime residence.

**Household Type** refers to the composition of a household upon entering a shelter program. People enter shelter as unaccompanied youth, single adults, or as part of a family with children but can be served as both adults in adult-only households and as members of a family with children during the AHAR reporting year. Additionally, people aged 17 at the start of the reporting period can be served in both child-only households and adult-only households during the year. The estimates reported in the AHAR adjust for these overlaps and thus provide an unduplicated count of homeless people.

**Housing Inventory Count (HIC)** is produced by each CoC and provides an annual inventory of beds that assist people in the CoC who are experiencing homelessness or leaving homelessness.

**HUD-Veterans Affairs Supportive Housing (HUD-VASH) program** is a program for formerly homeless veterans that combines Housing Choice Voucher (HCV) rental assistance provided by HUD with case management and clinical services provided by the Department of Veterans Affairs (VA) through VA medical centers (VAMCs) and community-based outreach clinics.

**Multiple Races** refers to people who self-identify as more than one race.

**Parenting Children** are people under age 18 who are the parents or legal guardians of one or more children (under age 18) who are present with or sleeping in the same place as the child parent and there is no person over the age of 18 in the household.

DOJ-HUD-AR00928

**Parenting Child Household** is a household with at least one parenting child and the child or children for whom the parenting child is the parent or legal guardian.

**Parenting Youth** are people under age 25 who are the parents or legal guardians of one or more children (under age 18) and who are present with or sleeping in the same place as that youth parent and there is no person over age 24 in the household.

**Parenting Youth Household** is a household with at least one parenting youth and the child or children for whom the parenting youth is the parent or legal guardian.

**People with Chronic Patterns of Homelessness**[6] are individuals with a disability who have experienced homelessness continuously for one year or more or has experienced at least four episodes of homelessness in the last three years with a combined length of time homeless of least 12 months.

**Permanent Supportive Housing (PSH)** is a program designed to provide housing assistance (project-or tenant-based) and supportive services on a long-term basis to people who formerly experienced homelessness. HUD's Continuum of Care program, authorized by the McKinney-Vento Act, funds PSH and requires that the client have a disability for program eligibility.

**Rapid Re-Housing (RRH)** is a housing model designed to provide temporary housing assistance to people experiencing homelessness, moving them quickly out of homelessness and into permanent housing.

**Return to Homelessness** An adult-only, child-only, or adult with children household that entered a continuum ES, SH, TH, RRH, or PSH project during the report period and has a record of a previous exit to a permanent destination from a continuum emergency shelter, safe haven, transitional housing, rapid rehousing, or permanent supportive housing project in the 15-730 days prior to enrollment.

**Safe Havens** are projects that provide private or semi-private long-term housing for people with severe mental illness and are limited to serving no more than 25 people within a facility.

**Sheltered Homelessness** refers to people who are staying in emergency shelters, safe havens, or transitional housing programs.

**Shelter Programs** include emergency shelter programs, safe havens, and transitional housing programs.

**Total U.S. Population** refers to people who are housed (including those in group quarters) in the United States, as reported in the American Community Survey (ACS) by the U.S. Census Bureau.

**Transitional Housing Programs** provide people experiencing homelessness a place to stay combined with supportive services for up to 24 months.

**Unaccompanied Children** are people who are not part of a family with children or accompanied by their parent or guardian during their experience of homelessness, and who are under the age of 18.

**Unaccompanied Youth (18 to 24)** are people who are not part of a family with children or accompanied by their parent or guardian during their experience of homelessness and who are between the ages of 18 and 24.

**Unduplicated Count of Sheltered Homelessness** is an estimate of people who stayed in emergency shelters, safe havens, or transitional housing programs that counts each person only once, even if the person enters and exits the shelter system multiple times throughout the year within a CoC.

**U.S. Population Living in Poverty** refers to people who are housed in the United States in households with incomes that fall below the federal poverty level.

**Veteran** refers to any person who served on active duty in the armed forces of the United States. This includes Reserves and National Guard members who were called up to active duty.

**Victim Service Provider** refers to private nonprofit organizations whose primary mission is to provide services to survivors of domestic violence, dating violence, sexual assault, or stalking. This term includes rape crisis centers, domestic violence programs (shelters and non-residential), domestic violence transitional housing programs, and other related advocacy and supportive services programs.

DOJ-HUD-AR00929

# About This Report

In 2001, the U.S. Congress required that the Department of Housing and Urban Development (HUD) fund communities to implement information systems to track the use of homelessness services, with the understanding that ending homelessness requires knowledge about the size of the problem and the way in which it affects different population groups. Three main HUD efforts supported the development of these data systems. The first was the provision of technical assistance to communities on conducting the Point-in-Time (PIT) count. The assistance with PIT counts continues today. The second effort established a set of standardized data that communities collect about people who use emergency shelters and other components of a community's homelessness services systems. This effort also established system parameters for how the information is stored and secured locally in Homelessness Management Information Systems (HMIS). The third effort established standards and procedures for how HMIS and PIT count data are aggregated and reported to HUD. Both the data standards and the reporting platforms have evolved over time as communities gained more capacity to collect and report data and both national and community policymakers gained a deeper understanding of the nature of homelessness. As a part of this ongoing work, technical assistance is provided to communities to assist them in reporting and improving the quality of their data each year.

In February 2007, HUD released estimates of people experiencing homelessness in the U.S. based on one-night PIT counts and one-year HMIS data in the first Annual Homelessness Assessment Report (AHAR). AHARs have been submitted to the U.S. Congress every year since then.

This report is the second part of a two-part series. The first part of the *2022 Annual Homelessness Assessment Report (AHAR) to Congress: Point-in-Time Estimates of Homelessness* was published in December 2022. The Part 1 report provides estimates of people experiencing homelessness on a single night, based on PIT data gathered by communities throughout the country in late January.

This report, Part 2 of the 2022 AHAR, expands on the Part 1 report by presenting estimates of people experiencing sheltered homelessness, used rapid rehousing (RRH) subsidies, or resided in permanent supportive housing (PSH) at any point over the course of one year. These HMIS-based estimates provide information on demographics and patterns of emergency housing and residential service use of people who experience or who have experienced homelessness.

This report is intended for several audiences: Members of Congress, staff at local service providers, community members, CoCs, researchers, policymakers, and advocates. Each of these audiences can use this report to understand the scope of the problem and the context for the nation's efforts to prevent, reduce, and

end homelessness. Stakeholders can also identify which household types and subpopulations require more attention in this effort. This report can address many questions that may be of interest across all audiences:

How many people experience sheltered homelessness in the U.S. in any given year?

1. How many people experience sheltered homelessness in households with only adults, and how many are
2. in families with children?
3. How many children and youth experience sheltered homelessness in the U.S.?
4. What are the characteristics of people who use shelter programs in the U.S.?
5. How many people use rapid re-housing assistance, and what are their characteristics?
6. How many people live in permanent supportive housing, and what are their characteristics?
7. How do people enter the homelessness assistance system and where do they go when they leave it?

## Sample

Though participation continues to be optional, HUD encouraged all CoCs to submit HMIS data for the Longitudinal Systems Analysis (LSA). In 2022, 386 CoCs submitted HMIS data for the LSA, the data platform now used for the Part 2 reports. Because of unresolved data quality issues, some CoCs were excluded from the final sample. Among the CoCs that did submit high-quality data for the LSA, their data only describe people served in projects that participate in the CoC's local HMIS. The final LSA sample for data on sheltered homelessness consists of 3,356 participating shelter projects in 244 CoCs for 2022. The final sample for data on RRH consists of 2,808 participating RRH projects in 255 CoCs. The final sample for data on PSH consists of 2,899 participating PSH projects in 237 CoCs.

The national estimates in this report are weighted to extrapolate from this sample of participating projects to the entire country. The extrapolation accounts for both sources of non-participating projects: all projects in CoCs that did not participate in the LSA (or attempted to but were precluded by data quality issues) and projects in CoCs that did participate in the LSA, but a particular project did not participate in the CoC's HMIS. The sample of participating CoCs and projects was not selected randomly, but the data were weighted to improve the sample's representativeness

DOJ-HUD-AR00930

of the full population. **For detailed information about the methodology used to produce the estimates, see the 2022 AHAR Methodology Report.**

### Additional Data Sources

This report uses two other data sources: Housing Inventory Count (HIC) data and the U.S. Census Bureau's American Community Survey (ACS) data. The HIC data provide an inventory of beds dedicated to serving people who are (or were) experiencing homelessness[4] and thus describe the nation's capacity to house such people. The HIC data are compiled by CoCs and represent the inventory of beds in various programs within the homelessness services system that are available during a particular year, including programs from all funding sources. These data were used in developing the weights to extrapolate from the LSA sample of participating homeless projects to all projects in the nation.

This report uses ACS data to provide a profile of the total U.S. population and U.S. households living in poverty. The AHAR uses ACS data on gender, age, ethnicity, race, household size, disability status, and type of geographic location to serve as a comparison to the national estimates of people experiencing homelessness from the LSA. The ACS data come in several forms. This report uses the 1-year Public Use Microdata Sample (PUMS) that corresponds most closely to the LSA data for any given year.

In collaboration with the U.S. Department of Veteran Affairs (VA), this 2022 report includes data on veterans using the Supportive Services for Veteran Families (SSVF) program's rapid re-housing services. The 2022 AHAR supplements the HMIS data on veterans in permanent supportive housing with administrative data on HUD-VASH from the VA's Homeless Operations Management Evaluation System (HOMES).

### How to Use this Report

### The body of this report is divided into eight main chapters:

1. All people experiencing sheltered homelessness
2. Adult-only households experiencing sheltered homelessness
3. Families with children experiencing sheltered homelessness
4. Unaccompanied youth experiencing sheltered homelessness
5. Veterans experiencing sheltered homelessness
6. People with chronic patterns of homelessness
7. Formerly homeless people in rapid re-housing
8. Formerly homeless people in permanent supportive housing

Chapters 1-6 present LSA data on people who were experiencing sheltered homelessness at some time during the reporting year. These one-year estimates include information on gender, age, ethnicity, race, household size, disability status, chronic homelessness status, veteran status, and domestic violence survivor status. Chapters 7 and 8 are based on LSA data on formerly homeless residents of RRH and PSH programs. Each chapter includes an examination of the system use patterns of people experiencing homelessness. These data are based on the LSA data reported by communities.

DOJ-HUD-AR00931

# Interpretation and Key Findings

Each year, HUD reports to Congress on the number of people who experience homelessness in the United States. Preventing and ending homelessness requires accurate information on the size and nature of homelessness in the country, both at a point-in-time and on an annual basis. This report provides the one-year estimates of sheltered homelessness in 2022. These data are critical to measuring progress toward federal, state, and local goals to end homelessness among families with children, people in adult-only households, unaccompanied youth, veterans, and people with chronic patterns of homelessness.

## Interpretation

Data presented in this report include information on the estimated 1.39 million people served by emergency shelters, transitional housing programs, and safe havens between October 1, 2021 and September 30, 2022. While the impact of the COVID-19 pandemic continues to be felt, homelessness services systems largely returned to pre-pandemic operations during this period. As will be discussed in more detail below and across sections of this report, the expiration of pandemic-era economic and housing supports and homelessness prevention resources resulted in increases in the number of people experiencing homelessness and seeking emergency shelter.

It is important to note that some people experiencing homelessness are not included in this report. People who experienced homelessness only in unsheltered locations during the year are not included, nor are people who only used shelters operated by designated victim service providers (VSP).

### *Growth in the Number of Older Americans Experiencing Homelessness Continues*

Across the homelessness services system, the percentage of people aged 65 and older who sought residential services –emergency or permanent – continued to rise. These changes reflect the increasing vulnerability and housing instability among low-income elderly households. According to the Department of Housing and Urban Development's (HUD) Worst Case Housing Needs Report, there were 2.35 million very low-income older households with severe housing problems in 2021. This was an increase of more than 100,000 households compared with 2019. Households with worst case housing needs are vulnerable to the experience of homelessness. It is therefore not surprising that in 2022 -- the following year – nearly 20,000 more people over the age of 64 accessed emergency shelter, transitional housing, or safe havens than in 2019, a 36 percent rise. Much of this increase consisted of people in adult-only households, particularly people with chronic patterns of homelessness. Increases in elderly homelessness occurred despite the overall number of people experiencing sheltered homelessness being about 68,000 people or five percent *lower* in 2022 than it was in 2019.

**EXHIBIT A.1: Percentage of People Experiencing (or Formerly Experienced) Sheltered Homelessness who are Aged 65 and Older**



The number of people over the age of 64 who previously experienced homelessness and used rapid rehousing (RRH) subsidies or lived in permanent supportive housing (PSH) also increased steadily, reflecting the aging sheltered population. In 2022, nearly double the number of people aged 65 and older used RRH subsidies (about 7,000 more people) than in 2019. The number of people aged 65 and older living in PSH increased by nearly 20,000 people, a 63 percent rise, while the overall number of people living in PSH decreased by three percent.

### Growth in Hispanic/Latino/a/x Population Experiencing Sheltered Homelessness

Historically, Hispanic/Latino/a/x populations have been underrepresented among people experiencing homelessness compared to their share of people with incomes below the poverty line. Factors theorized to be responsible for this underrepresentation included extended family and social networks that serve as a protective factor during a housing crisis and a reluctance to seek assistance from people outside those networks, particularly from formal systems.[1] In 2019, 19 percent of heads of households were Hispanic/Latino/a/x compared to 16 percent of all heads of sheltered households. By 2022, the share of sheltered head of households who were Hispanic/Latino/a/x increased to 23 percent, while the percentage of heads households in poverty remained the same. These increases are also reflected in the sheltered and unsheltered point-in-time counts reported in Part 1 of the Annual Homelessness Assessment Report.

Several factors likely contributed to the growth in Hispanic/Latino/a/x households staying in shelter programs, many of which pre-dated the pandemic. This population is affected by the general causes of homelessness such as limited affordable housing and low wage jobs, but other barriers are likely to exacerbate these factors. Inaccessible information on social safety net programs such as housing assistance or economic supports, immigration status that complicates accessing these supports, and language barriers across social services systems likely make it even harder for Hispanic/Latino/a/x households to avoid the experience of homelessness.[2] While other populations experienced decreases in the number of households experiencing sheltered homelessness during the COVID-19 pandemic, homelessness among Hispanic/Latino/a/x households continued to rise.

**EXHIBIT A.3: Percentage of Heads of Households in Poverty that Experienced Sheltered Homelessness by Race and Ethnicity**



### Black, Indigenous, and People of Color Continue to be Overrepresented

The primary causes of homelessness are deep poverty, a lack of affordable housing, and the structural and systemic racism that exists across our systems. Black, indigenous, and people of color (BIPOC) continue to disproportionately experience sheltered homelessness in this country. People who experience sheltered homelessness are a subset of all people experiencing poverty. Controlling for the role of poverty in the experience of homelessness, people of color are still overrepresented. Of all heads of households in poverty in the country, three percent experienced sheltered homelessness at some point during the year. By comparison, 10 percent of Black heads of households and 14 percent of Native American or American Indian heads of households in poverty experienced sheltered homelessness. This highlights how systemic racism can affect access to and the strength of the social safety net in the U.S.

**EXHIBIT A.2: Share of Heads of Households Experiencing Sheltered Homelessness who are Hispanic/Latino/a/x compared to Heads of Households in Poverty**
2019-2022



1  http://www.evidenceonhomelessness.com/wp-content/uploads/2018/03/HOW-DO-HISPANIC-FAMILIES-EX-PERIENCE-HOMELESSNESS.pdf

2 https://endhomelessness.org/wp-content/uploads/2023/01/Latino-Homelessness_ResearchBrief_01242023_FINAL.pdf

DOJ-HUD-AR00933

### Data Show a Reversal of Many Pandemic-era Trends

During the pandemic, the number of people using shelter programs dropped considerably as programs closed or drastically reduced capacity. Data in this report show a reversal of these trends in 2022.

**Restoration of Capacity:** During the pandemic, many emergency shelter, transitional housing, and safe haven providers reduced the number of beds available for occupancy, in some places by 50 percent or more, to accommodate federal social distancing guidelines. During the 2022 reporting period, shelter programs largely returned to pre-pandemic capacity. The number of people accessing shelter programs rose between 2021 and 2022, as did occupancy rates, reversing the declines experienced between 2019 and 2021.

**Expiration of Resources:** In response to the COVID-19 pandemic, the American Rescue Plan and the CARES Act provided billions in funding to prevent the experience of homelessness and to prevent the spread of COVID-19 among people already experiencing homelessness. The CARES Act provided funding to deconcentrate emergency shelters using hotels and motels, to help communities acquire or renovate facilities, and to expand rapid re-housing programs. It also established a federal eviction moratorium, which stemmed the number of people needing and subsequently entering shelter. The American Rescue Plan (ARP) also provided considerable resources to prevent homelessness through emergency rental assistance (ERA) and Emergency Housing Vouchers (EHV). However, the federal eviction moratorium expired just before the start of the 2022 reporting period. As a likely result, the number of households experiencing sheltered homelessness for the first time rose by 21 percent (or about 120,000 households) between 2021 and 2022. Many of the funding sources aimed at preventing homelessness also expired or were expended either immediately before the start of or during the 2022 reporting period (October 2021). The share of households leaving sheltered situations to permanent housing with a subsidy increased between 2019 and 2021 but decreased to pre-pandemic levels in 2022, reflecting the loss of some of these additional resources.

### Use of Rapid Rehousing Subsidies by Adult-Only Households Continues to Grow

Since 2019, the use of rapid rehousing by people in households without children has increased considerably. While historically used primarily by family households, adult-only households accounted for 71 percent RRH subsidy users in 2022 compared to 61 percent in 2019, the first year these data were available through the Longitudinal Systems Analysis (LSA). There are several possible reasons for the shift in RRH use. Some of this increase may have to do with pandemic-era increases in funding. The CARES Act provided considerable funding for communities to expand RRH programs. Family homelessness dropped sharply during the pandemic, – in part reflecting homelessness prevention resources targeted to

families with children. Thus, adult-only households remaining in shelter made up a larger share of the population eligible for RRH. In addition, in recent years communities have increasingly relied on coordinated entry systems to identify people most in need of services. Given shortages of permanent supportive housing (PSH) for high needs individuals, coordinated entry systems may have instead linked them to RRH. Finally, there is a widespread shortage of affordable housing in the United States. RRH and other housing subsidies that rely on the private housing market may have a harder time finding units large enough for families. Adult-only households, especially one-person households, may have more flexibility in their housing options, including shared housing and single room occupancy housing, as well as the one-bedroom units that are common in multifamily rental housing.

Summarized below are highlights from each chapter in the report, expanding on this overall interpretation of key findings. The highlights cover the populations that are the focus of the first several chapters and then summarize the findings on programs that help people leave homelessness: rapid-housing and permanent supportive housing.

## Key Findings

### All Households Experiencing Sheltered Homelessness

- An estimated 1,388,425 million people in 1,066,514 households stayed in an emergency shelter, safe haven, or transitional housing program at some point between October 1, 2021 and September 30, 2022. This represents one of every 240 people in the U.S. and one in every 130 households.
- Two-thirds of people accessing emergency shelter, transitional housing, or safe haven programs in 2022 were in adult-only households, and one-third were in households with children. Only one percent were people in households composed of only children.
- The number of people accessing shelters increased by 14 percent between 2021 and 2022. This likely reflects a combination of increases in the number of beds available after the COVID-era restrictions were lifted and the expiration of eviction moratoria and programs providing additional income support during the pandemic.
- The share of the sheltered population that was elderly (65 or older) was five percent in 2022, and the share of the sheltered population that was near (55-64) elderly was 13 percent.
- Heads of sheltered households who identified as Hispanic or Latino/a/x of any race comprised 23 percent of the total population experiencing homelessness. This was a considerable increase over 2019, when 16 percent of heads of households identified as Hispanic/Latino/a/x.
- Households headed by someone identifying as Black, African, or African American were considerably overrepresented among people experiencing homelessness in 2022. Black household heads account for 13 percent of the

entire U.S. population and 21 percent of heads of households living in poverty. At the same time, they account for 37 percent of the sheltered population.

- The percent of sheltered heads of households who identified as Native American, American Indian, or Alaska Native was three times their share of the U.S poverty and total U.S. population (3% vs. 1%). About 12 percent of Native American households in poverty experienced sheltered homelessness during 2021, compared with 3 percent of all households.

## Adult-only Households Experiencing Sheltered Homelessness

- In 2022, 923,241 people in 907,858 adult-only households spent some time in a shelter program. The number of adult-only households who stayed in shelters at some time over the course of a year was 13 percent higher than it was in 2021, the year when the effects of the pandemic were fully felt but still about 2 percent lower than in 2019, the pre-pandemic comparison year.

- Eight percent of people in adult-only households were aged 65 or older. The number increased by 37 percent between 2019 and 2022. No other age group experienced an increase of more than three percent during this period.

- More than one in five (21%) sheltered, adult-only household heads identified as Hispanic or Latino/a/x. Between 2019 and 2022, the number of adult-only household heads identifying as Hispanic or Latino/a/x staying in shelters increased by 46 percent, while the number of Non-Hispanic/Non-Latino/a/x heads of households declined by 10 percent.

- People identifying as Black or African American are considerably overrepresented among sheltered adult-only households. Black people accounted for 35 percent of heads of sheltered adult-only households in 2022 while comprising only 19 percent of heads of adult-only households living in poverty and 12 percent of all U.S. heads of adult-only households.

- Native American heads of adult-only households using shelter programs were overrepresented compared to their share of all U.S. households (3% vs 1%) and adult-only households in poverty (1%).

- In 2022, more than six of every ten adult-only households experiencing sheltered homelessness (65%) were experiencing homelessness for the first time, not having accessed any homeless service system program in at least two years prior to the reporting period.

- Nearly six of every ten adult-only households (56%) that entered shelter programs at some point in 2022 reported that they had been experiencing homelessness the previous night, either in an unsheltered location or in a different shelter. A majority (36%) were staying in unsheltered situations prior to entering a shelter.

- Of adult-only households that transitioned out of shelter programs during the reporting period, a smaller percentage of households went to a permanent housing situation in 2022 than did in 2019. In 2019, 25 percent of households exited the shelter system to permanent housing with or without a subsidy or

to live with family or friends on a permanent basis compared to 19 percent of households in 2022.

## Family Households Experiencing Sheltered Homelessness

- In 2022, 453,016 people in 141,609 family households accessed a shelter program during the year. This represents a 10 percent decrease in the number of family households in shelters compared with the pre-pandemic comparison year of 2019 but a 19 percent increase between 2021 and 2022.

- While half of heads of family households that experienced sheltered homelessness in 2022 identified as Black, African, or African American, 24 percent of heads of family households living in poverty and 13 percent of heads of all family households in the U.S. were Black.

- Between 2019 and 2022, the share of heads of family households who identified as Hispanic or Latino/a/x increased from 24 percent to 31 percent. The *number* of Hispanic heads of family households experiencing sheltered homelessness increased by 14 percent. During the same time period, the share of Hispanic heads of families in poverty and all U.S. families remained constant.

- Seven of every ten sheltered families (71%) were headed by a single adult (most often a parent or guardian). More than one-third (34%) of sheltered families with children were very small, composed of just one parent with one child.

- Almost 4 in 10 family households (39%) were staying in a housed situation prior to entering a shelter program; 29 percent were staying with family or friends, seven percent were staying in rented housing without a subsidy, and two percent were staying in rented housing with a subsidy (which could include short- term rapid rehousing assistance).

- The share of family households accessing shelter from another homeless situation increased each year between 2019 and 2022. Prior to the pandemic, 37 percent of families with children enrolled in an emergency shelter or transitional housing program from another homeless situation. In 2021, 45 percent of families did so, and in 2022 the share increased again to 47 percent.

- Forty-two percent of family households that exited the homeless services system during the reporting period went from sheltered homelessness directly to permanent housing in 2022. Most (25%) transitioned to rental housing with housing assistance.

## Unaccompanied Youth Households Experiencing Sheltered Homelessness

- In 2022, 114,413 unaccompanied youth in 112,838 unaccompanied youth households stayed in shelter programs at some time during the year. Fifteen percent were under the age of 18, 46 percent were 18-21, and 39 percent were 22-24.

- The number of unaccompanied youth accessing shelter programs increased by 24 percent between 2021 and 2022, possibly reflecting an increase in funding and capacity once pandemic-era restrictions were eased.

DOJ-HUD-AR00935

- In 2022, sheltered unaccompanied youth were far more likely to identify as Hispanic or Latino/a/x than either unaccompanied youth in the U.S. population or the population of youth with incomes below the poverty line (32% vs. 14% and 15%).
- Transgender people (2%), people identifying as a gender not singularly 'female' or 'male' (2%), and people identifying as gender questioning (0.1%) together comprised nearly four percent of unaccompanied youth. This is four times the share of adult-only households that identified as a gender other than men or women alone (1%).[3]
- Unaccompanied youth identifying as Black or African American are considerably overrepresented among the sheltered youth population. Black youth accounted for 36 percent of heads of sheltered youth households in 2022 while comprising only 13 percent of unaccompanied youth living in poverty and 14 percent of all U.S. heads of unaccompanied youth households.
- Native American heads of youth households using shelter programs were overrepresented compared to their share of all U.S. households (4% vs 1%) and youth households in poverty (1%). More than one-quarter of Native American youth households living in poverty (27%) experienced sheltered homelessness in 2022.
- Just over 47 percent of unaccompanied youth households were already experiencing homelessness before accessing shelter programs in 2022. About 25 percent of unaccompanied youth were unsheltered prior to entering a shelter program.
- Nearly one-third of unaccompanied youth households entered a shelter program after staying with friends or family (32%). This is nearly double the 17 percent of adult-only households that were staying with friends or family immediately before entering shelter.

### Veteran Households Experiencing Sheltered Homelessness

- During the 2022 reporting year, 85,234 veterans in 85,628 households stayed in shelters, safe havens, or transitional housing programs. This represents one out of every 152 veterans in the United States.
- Between 2019, the pre-pandemic comparison year, and 2022, the number of veterans experiencing sheltered homelessness dropped by 15 percent. This decline among veterans represents a continuation of the decline in experiences of homelessness by veterans that predated the pandemic.
- More than half (56%) of veterans experiencing sheltered homelessness were either near elderly, 55 – 64, or elderly, 65 and older. Very few (2%) were youth aged 18-24, a smaller percentage than all people in adult-only households experiencing homelessness, 11 percent.
- In 2022, 13 percent of veterans living in poverty and identifying as Black

experienced sheltered homelessness. By comparison, five percent of White veterans with poverty level incomes experienced sheltered homelessness during this time.
- Native American/American Indian and Alaska Native veterans in adult-only households experiencing sheltered homelessness accounted for a higher share than they did veterans in poverty or all U.S. veterans (3% vs. 1%). Of all Native American veterans living in poverty, fourteen percent stayed in an emergency shelter, transitional housing, or safe haven project at some point during 2022 – the highest rate of veteran poverty of any racial group.
- Fifty-seven percent of veteran adult-only households were already experiencing homelessness prior to their first engagement with a shelter program during the reporting period. Thirty six percent of veteran adult-only households were in unsheltered locations prior to entering a shelter program.
- Fifteen percent of veterans in adult-only households accessed shelter from an institutional setting. Most came from medical facilities (11%).

### Households Experiencing Chronic Patterns of Homelessness

- In 2022, 218,754 people in adult-only households who stayed in an emergency shelter, safe haven, or transitional housing program had chronic patterns of homelessness, roughly a quarter of people in adult-only households (24%).
- The number of people in adult-only households with chronic patterns of homelessness increased by 26 percent between 2019 and 2022, reflecting the general increase in the vulnerability of the population served during the pandemic.
- Adults who were elderly or near elderly (55 or older) made up a larger share of the population of adult-only households with chronic patterns of homelessness compared to their share among all sheltered people in adult-only households (36% versus 27%).
- Five percent of adult-only households with chronic patterns of homelessness were Native American or Alaska Native. One-third (34%) of all Native American heads of sheltered adult-only households had chronic patterns of homelessness, higher than the share of all people in sheltered adult-only households (24%).
- Nearly one-quarter of Black heads of adult-only households (23%) had chronic patterns of homelessness in 2022.
- Almost eight of every ten adult-only households experiencing chronic homelessness in 2022 (77%) had been experiencing homelessness directly before entering shelter programs. Fifty-three percent had been staying in unsheltered situations prior to entering a shelter, and 24 percent had been staying in an emergency shelter, transitional housing, or safe haven program.

### Households Using Rapid Rehousing Subsidies

- An estimated 256,653 people in 147,468 households used RRH rent subsidies at some time during the year. More than half, 56 percent, of people who used RRH

---

[3] Gender data in 2022 reflects the categories included in the data standards prior to 2024. These categories have been updated and will be reflected in future reports.

DOJ-HUD-AR00936

in 2022 were in families with children. Forty-four percent were people in adult-only households. The *share* of adult-only households in the RRH program rose from 32 percent in 2019 to 44 percent in 2022.

- The number of households using RRH rent subsidies increased by 16 percent between 2019, the year just prior to the onset of the pandemic, and 2022. Much of this increase occurred between 2021 and 2022, a year that saw a 14 percent rise in households using RRH.

- Compared with the sheltered population, more heads of households using RRH to subsidize their permanent housing in 2022 were women (51% compared to 39%).

- A smaller share of households using RRH subsidies were Hispanic/Latino/a/x (15%) than the share of people staying in sheltered locations (23%) in 2022.

- The share of Black, African or African American heads of households using RRH rent subsidies in 2022 was slightly higher (42%) than their share of households using shelters (37%).

- A larger share of RRH households were in rural areas than sheltered households. In 2022, 10 percent of RRH households were in rural areas compared to seven percent of sheltered households.

- As RRH serves households leaving homelessness, nearly all enrolled in the program directly from the experience of homelessness. Of those, 46 percent enrolled from an unsheltered situation.

- In 2022, 70 percent of all households that rented housing using RRH subsidies did not use other parts of the homeless service system during the year. This differed considerably by household type. Two-thirds of adult-only households used only RRH subsidies during the year compared with 81 percent of family households.

- Nearly all households that left the RRH program remained in permanent housing immediately after leaving the program (81% of adult-only households and 88% of family households).

- A small percentage of households that left RRH went directly to a homeless situation— four percent of adult-only households and two percent of family households.

### Households Living in Permanent Supportive Housing

- An estimated 387,694 people in 292,501 households lived in PSH at some point during 2022. More than two-thirds of all people living in PSH were people in adult-only households (70%). Just under one-third of PSH residents were people in families with children (30%).

- Between 2019 and 2022, the number of people living in PSH decreased by three percent. The decline in the number of households between 2019 and 2021 may reflect shortages of staff during the COVID-19 era for referring people to PSH developments and providing housing navigation for scattered-site PSH. The lack of growth in the number of households in PSH during the entire three-year period may reflect increases in rents that meant PSH could serve fewer households with the same resources.

- The share of PSH residents who were elderly or near elderly (aged 55 and older) was much higher than the share of people experiencing sheltered homelessness (40% vs. 18%). The number of people living in PSH aged 65 and older increased by 62 percent (or about 20,000 people) over this period between 2019 and 2022.

- Approximately 44 percent of heads of PSH households identified as Black, African, or African American. This is higher than the share of heads of households using shelter programs who were Black in 2022 (37%).

- Thirty percent of PSH households included a veteran in 2022. This reflects the large share of PSH made available to veterans through the HUD-Veterans Administration supportive housing program.

- More than two in five PSH households transitioned from PSH to another permanent housing destination (41%). For the most part, families left to go to their own housing either with a subsidy (30%) or without a subsidy (22%). Adult-only households were less likely to transition to another permanent housing situation, 16 percent to housing with a subsidy and 13 percent to housing without a subsidy.

- One in five heads of adult-only households who were not active on the last day of the 2022 reporting period had died at some point during the year.

DOJ-HUD-AR00937

# Broader Perspectives on People Experiencing Homelessness and Housing Instability

Broader Perspectives on People Experiencing Homelessness and
Housing Instability ................................................................................ B-2

People who are At-Risk of Homelessness .............................................. B-2

Renters with Very-Low and Extremely Low Incomes in Precarious
Housing Situations (HUD 2023 Worst Case Needs Report) .............................B-2

The Census Household Pulse Survey on Housing Insecurity ................ B-6

Housing Insecurity During the COVID-19 Pandemic by Household Type .......B-6

Housing Insecurity During the COVID-19 Pandemic by Race ..........................B-6

Education Data on Children and Youth ................................................. B-7

Doubled up and Other Homeless Situations of Children and Youth
(Data from State Educational Agencies) ................................................................B-7

Survivors of Domestic Violence ........................................................... B-9

Domestic Violence Survivors Who Use Shelters ...................................................B-9

Unsheltered Homelessness ..................................................................B-10

DOJ-HUD-AR00938

# Broader Perspectives on People Experiencing Homelessness and Housing Instability

Federal agencies and their state and local partners use data on people experiencing homelessness to inform a broad set of policy solutions across many different programs to meet goals the nation has set for preventing and ending homelessness. Experiencing homelessness is a crisis that results in many people dying on the streets every year. Ending homelessness cannot rely solely on programs that are targeted to people experiencing homelessness. Homelessness is closely linked to housing affordability, livable income and employment, health (including physical, behavioral, and mental disabilities), and education. The mainstream programs that address these needs have a substantial role in preventing and ending experiences of homelessness.

This section provides a broader perspective on people experiencing housing instability and homelessness and includes information on people who are precariously housed because they are doubled up, couch surfing, or paying unsustainable shares of their income for rent. The section also provides additional information on specific groups of people who are in unstable situations: school children, survivors of domestic violence, and people staying in unsheltered locations.

Following are discussions of:

- People who are at risk of experiencing homelessness because of cost burdens or unsafe housing or who are having trouble paying their rent.
  - In 2021, 8.53 million renter households had worst case needs, a 10 percent increase over 2019. This is the highest number of renters with worst case housing needs that has ever been reported.
  - The rental housing stock that was affordable was rarest for the lowest income renters. Nationally, for every 100 renters with extremely low incomes (incomes 30 percent or less of area median income (AMI)), only 61 rental units were affordable, a loss of 9 units per 100 renters since 2019.
- Other data on children and youth experiencing homelessness or doubled up:
  - During the 2021-22 school year (SY), 1,205,292 students were identified as having experienced homelessness or housing instability at some point during the year, representing a 10 percent increase from the prior school year.
  - Students of color were overrepresented among those identified as experiencing homelessness or in doubled up situations. Students identifying as Hispanic or Latino/a/x comprised the largest share of students experiencing homelessness and housing instability (39%). These students were considerably overrepresented compared to their share of all students (29%). Black or African American students accounted for 25 percent of students experiencing homelessness, a much higher share than their 15 percent of all students.

- Survivors of domestic violence (DV):
  - Each year, more than 7 million women and men in the U.S. experience physical violence, sexual assault, and/or stalking by an intimate partner that leads to them fearing for their safety or needing services. Of these, approximately 500,000 identify housing services as a need that results from this violence.
  - In 2022, 11 percent of the emergency shelter, safe haven, and transitional housing beds available for survivors of domestic violence currently experiencing homelessness.
- Unsheltered homelessness:
  - On a single night in 2022, 234,000 people experienced unsheltered homelessness.
  - Of the approximately 1.1 million households experiencing sheltered homelessness over the course of the year, one-third accessed shelter programs directly from unsheltered locations and at least 12 percent exited programs to an unsheltered situation.

## People who are At-Risk of Experiencing Homelessness

### Renters with Very-Low and Extremely Low Incomes in Precarious Housing Situations (HUD 2023 Worst Case Needs Report)

HUD submits reports to Congress every other year on renter households with severe needs for affordable housing or housing assistance. Prepared by HUD's Office of Policy Development and Research (PD&R), the Worst Case Needs reports are based

**EXHIBIT B.1: Growth in Worst Case Housing Needs (in millions)**
2001-2021



Source: HUD-PD&R tabulations of American Housing Survey data

DOJ-HUD-AR00939

on detailed tabulations of data in the American Housing Survey (AHS). The analysis focuses on the availability, quality, and costs of rental housing units relative to the incomes of the housing's occupants. Households with worst case needs are defined as renters with incomes below 50 percent of area median income (very low incomes or VLI) who do not have housing assistance and are living in severely inadequate housing, paying more than half of their income for rent, or both.

The *Worst Case Housing Needs 2023 Report to Congress* analyzes data on renters in 2021, reflecting early economic impacts of the COVID-19 pandemic. In 2021, 8.53 million renter households had worst case needs, a 10 percent increase over the 7.7 million in 2019.[1] This is the highest report of renters with worst case housing needs that has ever been reported. The share of renters with worst case housing needs increased as well, with 44 percent of renters with very low incomes (VLI) experiencing such hardship in 2021 compared with 42 percent in 2019. Almost all households with worst case needs (98%) pay more than half their income for rent. Worst case needs are most prevalent among households with extremely low incomes (ELI), the households with the greatest risk of experiencing homelessness based on their poverty-level incomes. Almost half (49%) of ELI renters have worst case needs, as do 73 percent of ELI renters who are not protected by housing assistance.[2]

The increase in worst case needs between 2019 and 2021 was associated with several factors that, taken together, increased the population of renters extremely vulnerable to being at risk and/or experiencing homelessness.

- The first factor identified was simply an increase in the number of households participating in the rental market. This includes primarily new households formed as population rises.
- The second factor was the increase in the number of renters with very low incomes.
- The third factor was a reduction in the share of VLI renters with housing assistance, as the slight increase in housing assistance between 2019 and 2021 did not keep pace with the increase in VLI renters.
- The fourth factor was competition for affordable units, reducing the number of units available and affordable for households with very low incomes.

Measuring worst case housing needs is one way to identify the risk of experiencing homelessness among different types of households. In 2021, 2.6 million households or 44 percent of families with children that lived in rented housing units and had incomes below 50 percent of their area median income (VLI) had worst case housing needs, as did 66 percent of renter families with children and extremely low incomes (ELI) or more than 2.5 million households. A slightly smaller share of

---

1  The 2021 American Housing Survey did not include one-time income transfers provided during the COVID-19 Pandemic. Thus, they are not included in the calculations of severe rent burdens in 2021 that are part of the definition of worst case needs.

2  Worst Case Housing Needs 2023 Report to Congress, Exhibit A-3.

### EXHIBIT B.2: Worst Case Needs by Household Type and Race/Ethnicity
2021

| | Very low-income renter households (thousands) | Worst case needs (thousands) | Percentage with worst case needs |
|---|---|---|---|
| Total | 19,338 | 8,526 | 44.1 |
| **Household Type** | | | |
| Families with Children | 5,923 | 2,629 | 44.4 |
| Older Adult Households | 5,858 | 2,349 | 40.1 |
| Other Family Households | 1,837 | 918 | 50.0 |
| Other Nonfamily Households | 5,719 | 2,629 | 46.0 |
| **Race and Ethnicity** | | | |
| Asian or Asian American | 888 | 467 | 52.6 |
| Black, non-Hispanic/non-Latino/a/x[a] | 4,888 | 1,923 | 39.3 |
| Hispanic/Latino/a/x | 4,573 | 2,168 | 47.4 |
| Native American or Alaska Native | 250 | 91 | 36.4 |
| Native Hawaiian or Pacific Islander | 89 | 37 | 41.6 |
| Other Race/Ethnicity | 376 | 193 | 51.3 |
| White, non-Hispanic/non-Latino/a/x | 8,273 | 3,646 | 44.1 |

Source: American Housing Survey data, 2021. The exhibit is based on exhibits in the U.S. Department of Housing and Urban Development, *Worst Case Housing Needs: 2023 Report to Congress* Research: https://www.huduser.gov/portal/taxonomy/term/43

### EXHIBIT B.3: Shares of Renter Households, Very Low-Income Renters, and Worst Case Needs Renters by Race
2021



Source: Worst Case Housing Needs, 2021 ; U.S. Census Bureau, 2021 American Community Survey 1-Year Estimates

DOJ-HUD-AR00940

**EXHIBIT B.4: Affordable, Available, and Adequate Rental Units by Income of Renters**
2021

| Income Category | Affordable | Affordable and Available | Affordable, Available, and Adequate |
|---|---|---|---|
| Extremely low-income renter households (0–30% AMI) | 60.9 | 35.4 | 31.7 |
| Very low-income renter households (0–50% AMI) | 87.2 | 56.7 | 49.7 |
| Low-income renter households (0–80% AMI) | 127.8 | 93.2 | 83.0 |

Source: American Housing Survey data, 2021. The exhibit is produced from data presented in the U.S. Department of Housing and Urban Development, *Worst Case Housing Needs: 2023 Report to Congress*. Office of Policy Development and Research: https://www.huduser.gov/portal/sites/default/files/pdf/Worst-Case-Housing-Needs-2021.pdf

Note: AMI=Area Median Income

renter households composed of older adults had worst case needs, 40 percent of elderly renters with VLI and 61 percent of those with ELI.[3] The 2023 Worst Case Needs report notes that the aging baby boomers are "likely to continue be a key demographic group facing housing problems in the years to come."

Households composed of non-elderly adults and no children (including single adults, unmarried couples, and roommates) had an even higher rate of worst case needs among VLI renters. In 2021, 46 percent of these non-family, very low-income households had worst case needs, as did 64 percent of those with ELI, a total of 2.2 million households. Non-family households can be thought of as similar to the "adult-only" households that make up a large percentage of people experiencing homelessness.[4]

Worst case housing needs were present across all races and ethnicities. Data presented in exhibit B.2 show numbers and shares of renter households with very low incomes and severe rent burden. White, non-Hispanic/non-Latino/a/x households comprised the largest numbers of renters with worst case needs., 3.6 million households or 44 percent of White VLI renter households. Asian or Asian American households, a relatively small group of renters with very low incomes had the highest *rates* of worst case needs by race, with 53 percent of Asian or Asian American VLI renter households experiencing worst case housing needs. Asian renters with VLI have a relatively low rate of receipt of housing assistance, 21 percent compared with 26 percent of VLI renters of all races and ethnicities.[5] Nearly half of very low-income Hispanic or Latino/a/x renter households had worst case

3  Worst Case Housing Needs: 2023 Report to Congress, Exhibit A6-3.
4  Worst Case Housing Needs: 2023 Report to Congress, Exhibit A6-3. The worst case needs analysis also distinguishes "other family households," adults living with spouses or other adult family members but not with children under 18. This group also has a high prevalence of worst case needs.
5  Worst Case Housing Needs: 2023 Report to Congress, Exhibits A-9 and A-1A.

**EXHIBIT B.5: Rental Housing Stock Was Insufficient for Extremely Low-Income Renters Across All Regions**
2021

| Income Category | Housing Units per 100 Renters | | |
|---|---|---|---|
| | Affordable | Affordable and Available | Affordable, Available, and Adequate |
| **Northeast** | | | |
| Extremely low-income renter households (0–30% AMI) | 62.7 | 41.0 | 35.4 |
| Very low-income renter households (0–50% AMI) | 87.6 | 60.9 | 53.0 |
| Low-income renter households (0–80% AMI) | 122.0 | 92.2 | 81.0 |
| **Midwest** | | | |
| Extremely low-income renter households (0–30% AMI) | 68.4 | 41.0 | 37.2 |
| Very low-income renter households (0–50% AMI) | 116.0 | 71.9 | 64.1 |
| Low-income renter households (0–80% AMI) | 144.9 | 102.9 | 93.3 |
| **South** | | | |
| Extremely low-income renter households (0–30% AMI) | 59.3 | 35.7 | 30.9 |
| Very low-income renter households (0–50% AMI) | 82.8 | 54.7 | 47.5 |
| Low-income renter households (0–80% AMI) | 131.5 | 95.2 | 83.8 |
| **West** | | | |
| Extremely low-income renter households (0–30% AMI) | 55.6 | 29.6 | 25.3 |
| Very low-income renter households (0–50% AMI) | 68.7 | 43.3 | 37.9 |
| Low-income renter households (0–80% AMI) | 113.3 | 83.2 | 75.1 |

Source: American Housing Survey data, 2021. The exhibit is produced from data presented in the U.S. Department of Housing and Urban Development, *Worst Case Housing Needs: 2023 Report to Congress*. Office of Policy Development and Research: https://www.huduser.gov/portal/portal/sites/default/files/pdf/Worst-Case-Housing-Needs-2023.pdf

needs (47% or 2.2 million households).

Overcrowding is a risk factor for experiencing homelessness but is not part of the definition of worst case needs. The 2023 worst case needs report includes separate estimates of overcrowding, defined as more than one person per room. The occurrence of overcrowding is greatest among households with VLI identifying as Hispanic—11.3 percent compared with 4.9 percent for VLI renters of all races and ethnicities.

Just under 40 percent of VLI renter households identifying as Black and not Hispanic had worst case needs in 2021 (or 1.9 million households). Black VLI renters have a relatively high rate of receiving housing assistance, 36 percent—reflecting in part the historic distribution of housing assistance across regions. Just over a third of VLI Native American or Alaska Native renter households, 36 percent, had worst case needs. This relatively low rate may be related to the definition of worst case housing needs, which does not include overcrowding and does include severe rent

### EXHIBIT B.6: Worst Case Needs by Prevalence of Housing Assistance in 2021



Source: American Housing Survey data, 2019. The exhibit is reproduced from data presented in the U.S. Department of Housing and Urban Development, Worst Case Housing Needs: 2021 Report to Congress. Office of Policy Development and Research, https://www.huduser.gov/portal/sites/default/files/pdf/Worst-Case-Housing-Needs-2021.pdf

Note: The size of each bubble corresponds to the size of the worst case needs population. Bubbles in the top left reflect areas with higher percentages of households receiving housing assistance and lower percentages of households with worst case needs. Bubbles in the bottom right reflect areas with lower percentages of households receiving housing assistance and higher percentages of households with worst case needs.

burdens, which are more common in urban areas.

White, non-Hispanic/non-Latino/a/x households accounted for about 43 percent of all households with worst case needs, about the same as their share of renters with very low incomes. Hispanic or Latino/a/x households accounted for 24 percent of renter households with very low incomes and 25 percent of those with worst case needs. Black households accounted for 25 percent of VLI renters and a slightly smaller share of renters with worst case needs, 23 percent.

As in previous years, the 2023 report describes shortage of units available to those renters with incomes below 50 percent and 30 percent of AMI. The report measures this mismatch by looking at whether units are affordable, available, and adequate:

- *Affordability* measures the extent to which rental housing units have rents for which a household at a certain income level would pay no more than 30 percent of its income.
- *Availability* measures the extent to which rental housing units are not just affordable but also available to households in a certain income range, meaning that a household within that range occupies the unit or that the unit is vacant.
- *Adequacy* identifies whether a unit that is affordable and available is also physically adequate based on the condition of the housing unit and its plumbing, heating, and electrical systems.

The rental housing stock that was affordable was rarest for the lowest income renters. Nationally, for every 100 renters with extremely low incomes (incomes 30 percent or less of AMI), only 61 rental units were affordable, a loss of 9 units per 100 renters since 2019. Many of the rental units that appeared affordable were occupied by households with relatively higher incomes, leaving only 35 units both affordable and available, and only 32 units affordable, available, and adequate for every 100 renters with extremely low incomes.

The mismatch between the number of affordable units and the number of extremely low-income renters is most severe in the West, where there were 25 rental units affordable, available, and adequate for every 100 ELI renters in 2021. In the South, the number of units affordable to extremely low-income households and also available and adequate was 31 for every 100 ELI renters. In the Northeast, there were 35 units, and in the Midwest 37.

The West also had the highest percentage of renters with worst case needs. The prevalence of low-income renters with worst case needs tends to be higher in areas where housing assistance is more limited, as shown in Exhibit B.6. The analysis shown in that exhibit shows four types of geography: non-metropolitan areas, central cities within metropolitan areas, metropolitan suburbs that are largely urban, and metropolitan suburbs that are largely rural. The downward slope of the bubbles shows that, overall, the percentage of renters with worst case needs grows as the percentage with housing assistance declines. The exhibit also shows an exception to high prevalence of worst case needs in the West. The highest shares of VLI renters with worst case needs are in urban suburbs in the South, a type of geography with a very low share of VLI renters who have housing assistance.

## The Census Household Pulse Survey on Housing Insecurity by Household Type

The Census Household Pulse Survey (HPS) is an experimental, longitudinal survey designed to quickly capture information about household social and economic experiences during the COVID-19 pandemic.[14] It is designed to be a short-turnaround survey instrument that can be used to *quickly* examine social, economic, and health information to aid COVID-19 pandemic recovery.[15] First fielded in April 2020, the HPS collects important information about housing circumstances and the associated impacts of the ongoing housing crisis. The HPS data can provide insight into the decline in sheltered homelessness seen in 2020, 2021, and 2022 by examining households reporting being behind on rental payments by household type.

### Housing Insecurity During the COVID-19 Pandemic by Household Type

The HPS asks respondents the following question: "*Is this household currently caught up on rent payments? Select only one answer.*" There are two options: "Yes" and "No". This question is only asked to respondents who answered the following question "*Is your house or apartment…?*" with the "rented" response option. The data analysis included in this section used the HPS data to examine one key outcome: behind on rental payments.

According to the HPS, families with children had higher rates of being behind on rent payments compared to single adults or other households without children. HPS results from the 2022 AHAR reporting period show that the percentage of families behind on rental payments was higher than the percentage of individuals. Single

parent households were particularly at risk at being behind on rental payments, with rates ranging from 23 to 27 percent during the reporting period.

### Housing Insecurity During the COVID-19 Pandemic by Race

In addition to household type, the HPS collects data on people behind on rental payments by race, and those that fear imminent eviction due to rent arrears.

**EXHIBIT B.8: Weighted Percentage of U.S. Renters (Person-Level) Behind on Rental Payments, by Race and Ethnicity, Census Household Pulse Survey**
August 2020 to December 2022

| Data Collection Period | Renters | Race | | | | Ethnicity | |
| | | White, Alone | Black, Alone | Asian, Alone | Other | Not Hispanic | Hispanic |
|---|---|---|---|---|---|---|---|
| Aug 19 - Oct 26 (2020) | 16.0 | 12.8 | 24.4 | 20.9 | 19.6 | 14.9 | 19.6 |
| Oct 28 – Jan 18 (2020-2021) | 18.9 | 14.7 | 31.4 | 18.8 | 25.9 | 17.8 | 22.9 |
| Jan 20 – Mar 29 (2021) | 17.2 | 13.7 | 27.8 | 20.0 | 21.4 | 16.1 | 20.8 |
| Apr 12 – Jun 21 (2021) | 14.8 | 11.2 | 24.7 | 19.9 | 20.1 | 13.9 | 18.2 |
| Jun 23 – Aug 30 (2021) | 15.2 | 12.0 | 24.8 | 19.7 | 18.7 | 14.3 | 18.4 |
| Sep 1 -Dec 13 (2021) | 15.7 | 12.2 | 26.3 | 19.6 | 19.6 | 14.8 | 19.3 |
| December 29 -April 11 (2021-2022) | 15.1 | 11.9 | 24.1 | 20.3 | 20.0 | 14.3 | 17.8 |
| Apr 27 – Aug 8 (2022) | 15.3 | 11.6 | 27.3 | 16.5 | 18.8 | 14.5 | 17.8 |
| Sep 14- Dec 19 (2022) | 13.3 | 10.3 | 22.3 | 16.9 | 17.4 | 12.7 | 15.4 |

**EXHIBIT B.7: Percentage of U.S. Renter Households Behind on Rental Payments, by Household Type, Census Household Pulse Survey**
August 2020 to December 2022

| Data Collection Period | Renters | One Adult with Children | Two or More Adults with Children | Elderly Retired | Young, Single Adult | Single, Middle-Aged Adult | Two Adults, No Children |
|---|---|---|---|---|---|---|---|
| Aug 19 – Oct 26 (2020) | 15.3 | 25.7 | 21.8 | 7.2 | 9.2 | 12.1 | 11.4 |
| Oct 28 – Jan 18 (2020-2021) | 18.1 | 29.9 | 26.0 | 8.4 | 12.6 | 14.6 | 13.1 |
| Jan 20 – Mar 29 (2021) | 16.5 | 27.3 | 23.9 | 8.0 | 10.2 | 13.8 | 12.0 |
| Apr 12 – Jun 21 (2021) | 14.1 | 22.5 | 19.2 | 6.1 | 7.1 | 12.3 | 11.3 |
| Jun 23 – Aug 30 (2021) | 15.0 | 28.1 | 19.5 | 8.4 | 8.9 | 12.6 | 11.6 |
| Sep 1 -Dec 13 (2021) | 14.8 | 24.2 | 21.7 | 7.5 | 7.8 | 12.1 | 11.5 |
| December 29 -April 11 (2021-2022) | 14.5 | 26.6 | 20.1 | 8.6 | 6.0 | 12.3 | 11.2 |
| Apr 27 – Aug 8 (2022) | 14.3 | 23.3 | 20.9 | 6.6 | 7.4 | 11.6 | 11.2 |
| Sep 14- Dec 19 (2022) | 12.5 | 22.9 | 17.8 | 6.6 | 8.7 | 11.2 | 9.7 |

**EXHIBIT B.9: Weighted Percentage of U.S. Renters (Person-Level) Fearful of Imminent Eviction, by Race and Ethnicity, Census Household Pulse Survey**
August 2020 to December 2022

| Data Collection Period | Renters | Race | | | | Ethnicity | |
| | | White, Alone | Black, Alone | Asian, Alone | Other | Not Hispanic | Hispanic |
|---|---|---|---|---|---|---|---|
| Aug 19 - Oct 26 (2020) | 7.1 | 5.7 | 11.4 | 5.0 | 9.9 | 6.5 | 9.0 |
| Oct 28 - Jan 18 (2020-2021) | 9.1 | 6.9 | 16.0 | 6.0 | 13.8 | 8.8 | 10.2 |
| Jan 20 - Mar 29 (2021) | 7.8 | 6.0 | 14.2 | 4.5 | 10.4 | 7.5 | 8.6 |
| Apr 12 - Jun 21 (2021) | 6.6 | 5.0 | 11.7 | 4.7 | 9.9 | 6.3 | 7.6 |
| Jun 23 - Aug 30 (2021) | 7.1 | 5.2 | 13.7 | 5.0 | 9.4 | 6.7 | 8.2 |
| Sep 1 -Dec 13 (2021) | 6.5 | 5.1 | 11.2 | 4.1 | 9.9 | 6.1 | 8.0 |
| December 29 -April 11 (2021-2022) | 6.3 | 5.2 | 11.3 | 3.4 | 8.3 | 6.1 | 7.1 |
| Apr 27 - Aug 8 (2022) | 7.1 | 5.1 | 14.8 | 3.1 | 8.2 | 6.7 | 8.3 |
| Sep 14- Dec 19 (2022) | 5.4 | 4.1 | 10.2 | 3.2 | 8.2 | 4.9 | 7.2 |

DOJ-HUD-AR00943

These data do show an increased vulnerability among renters of color. People who identified as Black or African American had much higher rates of both being behind on rental payments (high of 27%) and fearing eviction (high of 15%) than people who identified as White (high of 12% and 5%). Asian or Asian Americans as well as people identifying as Hispanic or Latino/a/x also had much higher rates, with 20 percent and 19 percent of renters behind on payments. A high of five percent of Asian Americans feared imminent eviction during the reporting period as did eight percent of Hispanic or Latino/a/x renters behind on rental payments.

It is important to note that the estimates of households behind on rental payments are likely much higher than reported here. The Pulse survey suffers from an overall low response rate, which has led some researchers to voice concerns about nonresponse bias. An examination of responses found likely nonresponse bias, and response patterns did differ by sociodemographic characteristics. Second, limited sample size can produce unstable estimates, especially when sub-setting outcomes data by demographic information (for example, race and ethnicity). By pooling multiple weeks of data, estimates become more stable; however, researchers lose more nuanced estimates over time. Lastly, when using Census-provided household-level weights, analyses suggest there are approximately 33 million U.S. renter households. However, the 2019 American Housing Survey shows the true estimate was approximately 44.7 million renter households.16 To alleviate this discrepancy, HUD reweights all household-level estimates using 2019 AHS renter estimates as control totals when developing estimated weighted frequencies.

## Education Data on Children and Youth

### Doubled up and Other Homeless Situations of Children and Youth (Data from State Educational Agencies)

Each year, the U.S. Department of Education requires school districts to identify and report the number of students experiencing homelessness and housing instability. Children and youth who experience homelessness are more likely than housed children to have high rates of acute and chronic health problems and exposure to violence. Their academic performance is also at risk, as unstable housing often contributes to frequent school mobility and chronic absenteeism.

The U.S. Department of Education's (ED) Education for Homeless Children and Youth (EHCY) program17 provides grants to State Educational Agencies (SEAs) to ensure that children and youth experiencing homelessness have equal access to the same free, appropriate public education, including a public preschool education, that is provided to other children and youth. Grantee activities include efforts to improve enrollment and retention in, and successful completion of, early childhood, elementary, and secondary education for children who experience homelessness, as well as to support transitions to postsecondary education. The information presented below on homeless education data collected by U.S. public schools

**EXHIBIT B.10: Number of Enrolled Students in Homeless Situations by Primary Nighttime Residence**
School Years 2017-18 through 2021-22a

| | 2017-18d | 2018-19e | 2019-20f | 2020-21 | 2021-22 | Year over Year Change: 2020-21 to 2021-22 | Pre to Post Pandemic Change: 2018-19 to 2021-22 |
|---|---|---|---|---|---|---|---|
| **Total** | 1,507,904 | 1,379,043 | 1,279,039 | 1,099,221* | 1,205,292 | 9.6% | -12.6% |
| Shelters or transitional housing | 182,659 | 167,634 | 146,769 | 119,934 | 131,051 | 9.3% | -21.8% |
| Unsheltered | 102,527** | 55,306 | 52,307 | 49,475 | 51,483 | 4.1% | -6.9%** |
| Hotels/ Motels | 105,574 | 97,640 | 88,663 | 85,422 | 106,621 | 24.8% | 9.2% |
| Doubled Up | 1,117,144 | 1,058,463 | 991,300 | 844,245 | 915,578 | 8.4% | -13.5% |

aWhen comparing the total number of children and youth experiencing homelessness enrolled by grade level with the total number of children and youth experiencing homelessness enrolled by primary nighttime residence for any given school year, readers may note a small difference. This is because each school year, a small number of enrolled children and youth were missing a primary nighttime residence category.
eSee Table 6, p. 14, of NCHE's *Federal Data Summary School Years 2016-17 through 2018-19.*
fSee Table 3, p. 8, of NCHE's *Student Homelessness in America: School Years 2017-18 to 2019-20.*
*Note that in the 2019/2020 Annual Homeless Assessment Report Part 2 this number was slightly lower. The Department of Education updated their 2020-2021 figures between that report release and this current report.
**This number should be viewed with caution as it reflects the reporting of people affected by Hurricane Harvey that do not meet HUD's definition of "unsheltered."
Data source: https://nche.ed.gov/wp-content/uploads/2023/12/SY-21-22-EHCY-Data-Summary_FINAL.pdf

comes from a report by the National Center for Homeless Education (NCHE), the U.S. Department of Education's technical assistance center for the federal EHCY program.18

ED collects data from SEAs about children and youth ages 3 through grade 12 who are enrolled in U.S. public schools, including public preschool programs, whose primary nighttime residence at any time during a school year was:

1. a shelter, or transitional housing program, or awaiting foster care placement,19
2. unsheltered (e.g., cars, parks, campgrounds, temporary trailers, substandard or abandoned buildings);
3. a hotel or motel because of the lack of alternative adequate accommodations; or
4. sharing the housing of other people due to the loss of housing, economic hardship, or a similar reason (i.e., doubled-up).

ED uses these primary nighttime residence categories to identify those students who are eligible for services under the EHCY program. According to ED data,20 during the 2021-22 school year (SY), 1,205,292 students were identified – at some point during the school year – as having experienced homelessness or housing instability, representing a 10 percent increase from the prior school year.

In SY 2021-22, most children and youth identified as homeless by U.S. public schools (76%) were sharing the housing of other people because of housing loss or other economic hardship or similar reason; 11 percent were in shelters or transitional housing21; 9 percent were living in a hotel or motel because of the lack of alternate, adequate accommodations; and 4 percent were identified as unsheltered.

In each school year between 2017 – the year with the highest number of students experiencing homelessness on record—and 2021, the number of students identified in each primary nighttime residence category decreased. The pandemic complicated the reporting of housing status, so estimates of students experiencing homelessness show further drops across most nighttime residence categories between 2020 and 2021. For example, the number of students identified as sharing the housing of other people because of loss of housing, economic hardship, or a similar reason decreased by 14 percent between 2018-19, the last year completely unaffected by the COVID-19 pandemic, and the most recent school year for which data are available, 2021-22.

Between the 2020-21 and 2021-22 school years, identification of students experiencing homelessness increased across primary nighttime residence types. The number of students who were staying in hotels or motels increased by 25 percent over the one-year period. The number of students staying in hotels and motels was the only group that was also higher than it was just prior to the onset of the pandemic. The number of students who were identified as having a primary nighttime residence of an unsheltered location increased by four percent. Students staying in shelters or transitional housing programs increased by nine percent. And students doubling up with friends or family for economic reasons increased by eight percent.

Students identifying as Hispanic or Latino/a/x comprised the largest share of students experiencing homelessness and housing instability (39%). These students

**EXHIBIT B.11: Percent of enrolled students by race, SY 2021-22: Ungraded, 3- to 5-year-olds, and kindergarten to Grade 13**



Note: Race and ethnicity categories based on U.S. Department of Education report. Data source: https://nche.ed.gov/wp-content/uploads/2023/12/SY-21-22-EHCY-Data-Summary_FINAL.pdf

### State Education Agency Data, HMIS Data, and Point in Time Data

The homeless education data reported by the U.S. Department of Education differ from the HMIS and PIT data reported to the U.S. Department of Housing and Urban Development in several ways. These different data sources can be used in combination for planning and policymaking to determine the appropriate scale and range of programs needed to best respond to populations experiencing different forms of homelessness, as defined by federal housing and education statutes.

- SEA data are reported by school and district personnel and generally verified by school district homeless education liaisons and State Coordinators for Homeless Education. HMIS data are reported by homeless service provider staff. PIT count data are reported by communities based on counts of people in shelter programs and unsheltered locations.

- SEA data cover a July 1 to June 30 period; the availability of data on school children during the summer may be limited. HMIS data used in the AHAR cover a period from October 1 through September 30. PIT count data are for a single night in January.

- SEA data include children staying in hotels or motels due to the lack of alternate, adequate accommodations. HMIS data include people staying in hotels or motels only if those accommodations are subsidized through a homeless assistance program.

- SEA data include children and youth sharing the housing of other people due to loss of housing, economic hardship, or a similar reason (often referred to as living in "doubled-up" arrangements or "couch-surfing"). The HUD definition of homeless does not include people in doubled-up or couch-surfing arrangements; as such, this population is not represented in HMIS data.

- SEA data reflects information on children and youth from age 3 through grade 12 enrolled in public school. HMIS and PIT count data include children under age 3. SEA data include some youth over the age of 18 who are still in public school. HMIS and PIT count data include all people age 18 and over in a separate category from those under age 18. The PIT count data report all youth who are ages 18 to 24 in a separate category.

DOJ-HUD-AR00945

**EXHIBIT B.12: Number and Percentage of Enrolled Homeless Students who are Unaccompanied Homeless Youth**
School Years 2015-16 through 2021-22

| | 2017-18[d] | 2018-19[e] | 2019-20[f] | 2020-21 | 2021-22 | Year over Year Change: 2020-21 to 2021-22 | Pre to Post Pandemic Change: 2018-19 to 2021-22 |
|---|---|---|---|---|---|---|---|
| Number of unaccompanied homeless youth enrolled | 129,370 | 125,729 | 112,822 | 94,363 | 110,664 | 17.3% | -12.0% |
| Percent of homeless students | 8.6 | 9.1 | 8.8 | 8.6 | 9.2 | | |

Sources: Federal Data Summary: School Years 2015-16 through 2017-18; Federal Data Summary: School Years 2016-17 through 2018-19; Student Homelessness in America: School Years 2017-18 to 2019-20 and Student Homelessness in America: School Years 2018-19 to 2021-22

were considerably overrepresented compared to their share of all students (29%). Black or African American students accounted for 25 percent of students experiencing homelessness, a much higher share than their 15 percent of all students. White and Asian or Asian American students were underrepresented among students experiencing homelessness or housing instability compared to their shares of all students in the U.S.

In addition to reporting data on children and youth identified as homeless under federal education statute by grade level and primary nighttime residence, U.S. public schools also report data on unaccompanied youth. The term *unaccompanied youth* is defined in federal education statute as "a homeless child or youth not in the physical custody of a parent or guardian." Unaccompanied youth as reported in the ED data represent 9 percent of the total number of homeless children and youth enrolled across all school years from 2017 to 2022. While the number of students who were unaccompanied youth identified in 2021-22 was 12 percent lower than it was just before the onset of the pandemic, the number grew over the most recent school year. During the 2021-22 school year, there were 17 percent more unaccompanied youth identified as experiencing homelessness or housing instability.

## Survivors of Domestic Violence

### Domestic Violence Survivors Who Use Shelters
Data from the National Intimate Partner and Sexual Violence Survey (NIPSVS) show that each year more than 7 million women and men in the U.S. experience physical violence, sexual assault, and/or stalking by an intimate partner that leads to them fearing for their safety or needing services. [29] Of these, approximately 500,000 identify housing services as a need that results from this violence. Emergency

shelter, safe haven, transitional housing, rapid re-housing, and permanent housing programs within the homelessness services system can provide shelter or housing for people in crisis and seeking a safe refuge.

Estimating the number of people fleeing domestic violence, dating violence, sexual assault, and stalking who use the homelessness services system can be challenging. Residential programs in the homeless service system operated by victim service providers (VSP) exclusively serving survivors of domestic violence are prohibited from entering client information into HMIS. While VSPs maintain and report data within comparable databases, those data are not included in the HMIS data presented in this report. However, residential programs in the homeless service system operated by non-VSPs exclusively serving survivors of domestic violence are required to enter client information into HMIS. Not having data from VSPs in the same way we have data from non-VSPs results in a challenge to fully

**EXHIBIT B.13: Domestic Violence Beds by Program Type, Household Type and CoC Type**
HIC 2022

| Type | DV Beds | Total Beds | % DV beds |
|---|---|---|---|
| **Total** | | | |
| Total Beds – ES, SH, TH | 46,236 | 415,992 | 11.0% |
| **Beds by Family Type** | | | |
| Individuals | 9,351 | 228,069 | 3.3% |
| Families | 36,769 | 184,668 | 19.9% |
| **Beds by CoC Type** | | | |
| Major Cities | 12,384 | 203,412 | 6.1% |
| Other Urban CoCs | 3,348 | 30,348 | 11.0% |
| Suburban CoCs | 11,190 | 103,969 | 10.8% |
| Rural CoCs | 19,372 | 80,913 | 23.9% |
| Total Beds – RRH, PSH, OPH | 17,488 | 627,259 | 2.8% |
| **Beds by Family Type** | | | |
| Individuals | 2,996 | 366,389 | 0.8% |
| Families | 14,485 | 260,731 | 5.6% |
| **Beds by CoC Type** | | | |
| Major Cities | 6,269 | 310,710 | 2.0% |
| Other Urban CoCs | 1,817 | 49,642 | 3.7% |
| Suburban CoCs | 5,039 | 176,175 | 2.9% |
| Rural CoCs | 4,363 | 90,742 | 4.8% |

Note: Total beds include year-round beds from emergency shelter (ES), safe haven (SH), and transitional housing (TH), separately from rapid re-housing (RRH), permanent supportive housing (PSH), and other permanent housing (OPH) projects. Beds funded under HUD's Rapid Re-housing Demonstration (DEM) program are included with RRH.

quantify the needs and services for survivors of domestic violence and presents a limited understanding of the extent of survivors among the homeless population. Programs serving a broader homeless population report information to their communities' HMIS on all their clients, some of whom may be survivors of domestic violence. The extent of housing instability and homelessness for this population can only be partly understood by examining the capacity of residential programs operated by VSPs to serve them.

In the Point-in-Time (PIT) count, the data source used to report on people in residential programs operated by victim service providers, collecting data on survivors of domestic violence is optional. HUD has made the collection of a person's domestic violence status optional because of the sensitive nature of this question and the reality that many people interviewing people experiencing homelessness on the night of the count are volunteers who are not adequately trained on how to ask this kind of information in a trauma-informed way. Communities that collect information from those programs do not do so systematically, so it is not possible to use the PIT counts to estimate the percentage of people experiencing homelessness who are domestic violence survivors.30

The Housing Inventory Count (HIC) data can provide an estimate of the extent to which the homelessness services system explicitly targets residential services to domestic violence survivors. The HIC contains information on all the projects and beds in the homelessness services system, including beds provided by VSPs. While the HIC provides a count of the beds, it cannot identify the number of unique people who were served in those beds over the course of a year, so this information is similar to a PIT count, with the caveat that the beds might not all be occupied at any particular point in time. In addition, survivors of domestic violence may use beds intended for a broader homeless population, so the HIC still offers only a limited sense of the extent to which this population uses the homelessness services system.

Based on the bed counts in the 2022 HIC, 11 percent of the emergency shelter, safe haven, and transitional housing beds available for people currently experiencing homelessness were targeted to survivors of domestic violence (DV). A higher share of beds for families (20%) was targeted to survivors of domestic violence than was the share of beds for people in households without children or people in a household with only children (individuals), four percent.

A smaller share, three percent, of all permanent housing beds (including beds in rapid re-housing, other permanent housing, and permanent supportive housing programs) were targeted to domestic violence survivors. By household type, about six percent of permanent housing beds for families were targeted to survivors of domestic violence, and less than one percent of beds for individuals were targeted as such.

Exhibit B.13 shows the number and share of year-round beds targeted to survivors

of domestic violence by household type and the geography type of the CoC. CoCs are divided into four geographic categories: major city CoCs (N=48); other largely urban CoCs (N=59); largely suburban CoCs (N=169); and largely rural CoCs (N=112). In 2022, the share of beds for people currently experiencing homelessness targeted to survivors of domestic violence was 6 percent in major city CoCs, 11 percent in other largely urban CoCs, and 11 percent in largely suburban CoCs. In rural areas, nearly one-quarter of all beds for people experiencing homelessness were targeted to survivors of domestic violence (24%). By geography, the share of *permanent housing beds* targeted to survivors of domestic violence was lowest in major cities (2%) and highest in rural areas (5%).

## Unsheltered Homelessness

Data on the number of people exclusively staying outdoors is not included in the annual estimates of sheltered homelessness in the core chapters of this report. Data on people experiencing unsheltered homelessness in the United States is collected on a single night in January each year.[6] Communities (CoCs) are responsible for collecting and reporting the number of people sleeping outdoors or in other places not meant for human habitation, such as cars, abandoned buildings, tents, or other temporary structures. Between 2007 and 2014, the number of people identified as experiencing unsheltered homelessness steadily declined. These declines reflected improvements in unsheltered data collection methodologies and increased resources targeted to housing people experiencing homelessness. However,

**EXHIBIT B.14: Unsheltered Homelessness in the United States**
2007-2022



- Unsheltered–Total
- Unsheltered–Individuals
- Unsheltered–People in Families with Children

6  Most CoCs conduct their PIT count during the last 10 days in January.

DOJ-HUD-AR00947

beginning in 2014, the number of people staying outdoors began to rise. Driven by substantial increases in people experiencing homelessness without children present in the household (that is, individuals and not families with children), unsheltered homelessness increased by 33 percent between 2014 and 2022.

While Longitudinal System Analysis (LSA) data do not include households staying only in unsheltered locations (i.e., those who do not access any shelter programs during a reporting year), they do include information on whether households experienced unsheltered homelessness immediately prior to and immediately following their experience of sheltered homelessness. In 2022, about 362,000 households accessed a shelter program having spent the prior night outdoors, 34 percent of the 1.1 million households that enrolled in emergency shelter, transitional housing, or safe haven programs during the year. Of all households served in shelter programs during the year, 135,000 exited to an unsheltered situation, about 12 percent of households served during the year.

Households reporting staying in unsheltered locations immediately prior to entering a shelter program (362,000 households) → Households accessing sheltered programs in 2022 (1.1 million households) → Households who left a shelter program to an unsheltered situation (135,000 households)

The increase in unsheltered homelessness across the country includes increases in encampments of unsheltered people. Encampments are defined broadly as groups of people sleeping outside in tents, lean-tos, or other temporary structures for a sustained period. A feature of encampments is often a sense of community and social support for those staying there.[7] A recent study explored the rise of this form of unsheltered homelessness, including the reasons people were staying in these types of situations. The study found that the recent rise in these types of unsheltered communities largely reflects the same systemic issues that cause all types of homelessness: lack of affordable housing options and insufficient community resources aimed at preventing and ending homelessness. However, a few factors were identified that were specific to the rise in encampments, particularly in urban areas.

- First was the development or redevelopment of areas that had previously unbuilt, dilapidated, or abandoned buildings in which people may have stayed.
- The second was insufficient shelter capacity. In some places there were too few beds for the number of people who needed them. In others, shelter policies made accessing beds difficult. In some shelters it is not possible for families or couples to stay together because of gender-based policies (i.e., men and women staying separately or teenaged boys having to stay separately from their parents). Other shelter policies that create barriers to entry include fees for accessing shelter beds or sobriety requirements.
- Finally, researchers found that another key reason is to the rise in encampments was the sense of autonomy offered alongside a sense of community was sometimes more desirable than local shelter programs.[8]

---

7  https://www.huduser.gov/portal/sites/default/files/pdf/Unsheltered-Homelessness-and-Homeless-Encampments.pdf

8  https://www.huduser.gov/portal/sites/default/files/pdf/Unsheltered-Homelessness-and-Homeless-Encampments.pdf

DOJ-HUD-AR00948

# 2022
# Estimates of Sheltered Homelessness

Overview of Estimates of Sheltered Homelessness in the United States ........................................... 1-2

How Did Estimates of Households Experiencing Sheltered Homelessness Compare to the U.S. Total and Poverty Populations? ................................................................................................................................. 1-2

Characteristics of All People Experiencing Sheltered Homelessness ............................................ 1-3

What Were the Demographic Characteristics of Sheltered Households? ........................................ 1-3

How Do the Demographic Characteristics of the Sheltered Population Compare to the U.S. Total and U.S. Poverty Populations? ....................................................................................................... 1-4

Where Did Households Access Emergency Shelter, Transitional Housing, or Safe Haven Programs? ......... 1-6

Additional Characteristics of Heads of Households and Other Adults ........................................... 1-6

What Were the Other Characteristics of all Households Experiencing Sheltered Homelessness? .......... 1-6

How Have the Additional Characteristics of Households Experiencing Sheltered Homelessness Changed over Time? ......... 1-7

Engagement of Sheltered Households with the Homelessness Services System .......................... 1-8

Where Did Households Stay Prior to Entering Shelters? ................................................................. 1-8

What Percentage of Households Exited the Homelessness Service System During the Reporting Period? .... 1-9

# Estimates of People
## EXPERIENCING SHELTERED HOMELESSNESS IN THE UNITED STATES IN 2022

The number of people experiencing sheltered homelessness in the United States increased by 14 percent between 2019 and 2022.

## Overview of Estimates of Sheltered Homelessness in the United States

An estimated **1,388,425 million people in 1,066,514 households** stayed in an emergency shelter, safe haven, or transitional housing program at some point between October 1, 2021 and September 30, 2022. This represents 90 percent of all households accessing some part of the residential services component of the homelessness services systems over the course of the year.

- Two-thirds of people accessing emergency shelter, transitional housing, or safe haven programs in 2022—or 923,241 people— were in adult-only households, and one-third —or 453,016 people— were in households with children. Only one percent were people in households composed of only children, or 17,385 children.
- After declining by 17 percent between 2019 and 2020, the number of people accessing shelters increased by 14 percent between 2021 and 2022. This likely reflects a combination of increases in the number of beds available after the COVID-era restrictions were lifted and the expiration of eviction moratoria and programs providing additional income support during the pandemic.

### How Did Estimates of Households Experiencing Sheltered Homelessness Compare to the U.S. Total and Poverty Populations?

- One of every 240 people in the U.S. and one in every 130 U.S. households experienced sheltered homelessness at some point during 2022.
- People staying in shelters made up approximately three percent of all people with incomes below the

### EXHIBIT 1.1: One-Year Estimates of Sheltered Homelessness
2019-2022

| | 2019 | | 2021 | | 2022 | |
|---|---|---|---|---|---|---|
| | # | % (of all) | # | % (of all) | # | % (of all) |
| Number of Households | 1,102,272 | 100.0% | 938,576 | 100.0% | 1,066,514 | 100.0% |
| Number of People | 1,456,199 | 100.0% | 1,213,533 | 100.0% | 1,388,425 | 100.0% |
| **People by Household Type** | | | | | | |
| People in Adult-Only Households | 935,763 | 64.3% | 815,896 | 67.2% | 923,241 | 66.5% |
| People in Families with Children | 507,224 | 34.8% | 381,124 | 31.4% | 453,016 | 32.6% |
| People in Child-Only Households | 22,251 | 1.5% | 17,918 | 1.5% | 17,385 | 1.3% |

Because people have multiple stays in shelters over the course of a year and stay in different household configurations, a single person can be counted in more than one household type. Because of this overlap, the sum of people by household type may be greater than the unique count of people, and the percentages may sum over 100.

### EXHIBIT 1.2: Changes in Estimates of Homelessness, Households in Poverty, and U.S. Households
2019-2022

| Population | Change in People, 2019-2021 | | Change in Households, 2019-2022 | | Change in People, 2021-2022 | | Change in Households, 2021-2022 | |
|---|---|---|---|---|---|---|---|---|
| | # | % | # | % | # | % | # | % |
| Staying in Sheltered Programs | -67,774 | -4.7% | -35,758 | -3.2% | 174,893 | 14.4% | 127,938 | 13.6% |
| Living in Poverty | 1,378,813 | 3.5% | 1,275,482 | 8.1% | -628,909 | -1.5% | 412,080 | 2.4% |
| In U.S. Population | 5,048,039 | 1.5% | 7,135,276 | 5.5% | 1,393,817 | 0.4% | 2,718,074 | 2.0% |

Data Source: Homeless Management Information Systems (HMIS) data; U.S. Census Bureau's American Community Survey (ACS) PUMS 1-year data.

DOJ-HUD-AR00950

ESTIMATES OF SHELTERED HOMELESSNESS IN THE UNITED STATES IN 2022

poverty line and six percent of households in poverty. These rates do not include people who only stayed in unsheltered locations.

- Between 2021 and 2022, the rise in the number of households experiencing sheltered homelessness far outpaced the increase in households living in poverty and total U.S households. While sheltered households increased by 14 percent, U.S. and poverty households increased by two percent.
- The increase in the number of people experiencing sheltered homelessness was even more different than the changes in the numbers of people experiencing poverty and all people in the U.S. between 2021 and 2022. The number of people experiencing sheltered homelessness increased by 14 percent, while the total population remained flat, and the poverty population declined slightly (2%).

## Characteristics of All People Experiencing Sheltered Homelessness

### What Were the Demographic Characteristics of Sheltered Households?

Demographic characteristics of the sheltered population vary considerably by household type. Given their large share of the sheltered population, the overall characteristics are more reflective of adult-only households than households with children. (For the characteristics of families with children, see Chapter 3).

- In 2022, 60 percent of heads of households were men, and only 39 percent were women. This reflects a predominance of men among people experiencing homelessness in adult-only households (see Chapter 2).
- Transgender people made up less than one percent of heads of households using shelters, and a very small percent of heads of households identified as not singularly male or female (or gender non-singular) (0.3%). However, these numbers could be artificially low.

**EXHIBIT 1.3a: Demographic Characteristics of People Experiencing Sheltered Homelessness, U.S. Poverty Population, and Total U.S. Population**
By Gender and Age, 2019, 2021, and 2022

| | 2019 | | | 2021 | | | 2022 | | |
|---|---|---|---|---|---|---|---|---|---|
| | Sheltered People | U.S. Population Living in Poverty | U.S. Population | Sheltered People | U.S. Population Living in Poverty | U.S. Population | Sheltered People | U.S. Population Living in Poverty | U.S. Population |
| **Gender of Heads of Households**[a] | | | | | | | | | |
| Women (or Girls) | 38.9% | 61.7% | 49.2% | 38.7% | 61.3% | 50.6% | 39.2% | 60.9% | 50.5% |
| Men (or Boys) | 60.7% | 38.3% | 50.9% | 60.6% | 38.7% | 49.4% | 60.0% | 39.1% | 49.5% |
| Gender Non-Singular* | 0.1% | | | 0.2% | | | 0.3% | | |
| Questioning | | | | 0.0% | | | 0.1% | | |
| Transgender | 0.3% | | | 0.6% | | | 0.5% | | |
| **Age of All People in the Household** | | | | | | | | | |
| Under age 18 | 22.7% | 30.2% | 22.2% | 20.6% | 29.6% | 22.1% | 20.7% | 28.2% | 21.7% |
| 18-24 | 9.7% | 13.3% | 9.3% | 8.8% | 12.4% | 9.1% | 9.7% | 12.9% | 9.4% |
| 25-34 | 18.8% | 13.2% | 13.9% | 18.1% | 13.0% | 13.6% | 19.3% | 12.6% | 13.6% |
| 35-44 | 16.5% | 10.7% | 12.8% | 17.5% | 11.3% | 13.2% | 17.8% | 11.2% | 13.3% |
| 45-54 | 15.6% | 9.1% | 12.4% | 15.3% | 9.1% | 12.2% | 14.0% | 8.8% | 12.1% |
| 55-64 | 12.9% | 10.9% | 12.9% | 14.7% | 11.1% | 12.9% | 13.3% | 11.3% | 12.6% |
| 65 and older | 3.6% | 12.7% | 16.5% | 5.1% | 13.6% | 16.9% | 5.1% | 15.1% | 17.4% |

Data Source: Homeless Management Information Systems (HMIS ) data; U.S. Census Bureau's American Community Survey (ACS) PUMS 1-year data. Raw data available in Appendix A.1.1

[a]Data presented on gender, race and ethnicity are based on the 2022 HMIS Data Standards in place during the 2022 reporting period. Beginning in 2023, gender, race, and ethnicity will be reported based on the more inclusive and expansive categories implemented through the 2024 HMIS Data Standards.

[b]In 2020, the U.S. Census Bureau updated the coding methodology for ethnicity. These updates are likely reflected in the changes in white, Hispanic/Latino/a/x shares among the U.S. Poverty and U.S. Total Population between 2019 and 2021/2022. Future AHARs will provide estimates of people experiencing homelessness by additional race and ethnicity combinations.

*Category in HMIS is listed as "a gender that is not singularly 'female' or 'male.'" This represents a change in the category from 2019 and 2020 which used the category name 'gender non-conforming.' Any change in category options for any data element could affect how people identify, and comparisons should be made with caution.

Notes: Data on characteristics excludes people for whom the characteristic is missing/unknown. Data on age is based on all people in households. Gender, ethnicity, and race are based only on the heads of household.

DOJ-HUD-AR00951

## ESTIMATES OF SHELTERED HOMELESSNESS IN THE UNITED STATES IN 2022

Some people may not have felt comfortable reporting their gender as something other than male or female, particularly if shelter programs had gender-based requirements.

- The share of the sheltered population that was elderly (65 or older) was five percent in 2022, and the share of the sheltered population that was near (55-64) elderly was 13 percent.
- Nearly one-third of all people experiencing sheltered homelessness (31%) were children or youth, under the age of 25.
- Heads of sheltered households who identified as Hispanic or Latino/a/x of any race comprised 23 percent of the total population experiencing homelessness. This was a considerable increase over 2019, when 16 percent of heads of households identified as Hispanic/Latino/a/x.
- Black, African, or African American people accounted for 37 percent of heads of sheltered households.
- White heads of households not identifying as Hispanic or Latino/a/x were 23 percent of all heads of households staying in shelters, representing a considerable increase over 2019.
- Four percent of sheltered households were indigenous, either Native American/American Indian or Alaska Native (3%) or Native Hawaiian or Pacific Islander (1%).

### How Do the Demographic Characteristics of the Sheltered Population Compare to the U.S. Total and U.S. Poverty Populations?

- The gender of heads of households living in poverty and all U.S. households is different from the that of the sheltered population. More than 60 percent of heads of households living in poverty in 2022 were women (61%), and 39 percent were men. This is nearly the reverse of the distribution of men and women among sheltered population. (In the entire U.S. population, heads of households are about equally split between men and women.)
- Children comprised similar shares of the sheltered population and the entire U.S. population, (21% and 22%). However, children accounted for a higher share of

**EXHIBIT 1.3b: Demographic Characteristics of People Experiencing Sheltered Homelessness, U.S. Poverty Population, and Total U.S. Population**
By Ethnicity and Race, 2019, 2021, and 2022

| | 2019 | | | 2021 | | | 2022 | | |
|---|---|---|---|---|---|---|---|---|---|
| | Sheltered People | U.S. Population Living in Poverty | U.S. Population | Sheltered People | U.S. Population Living in Poverty | U.S. Population | Sheltered People | U.S. Population Living in Poverty | U.S. Population |
| **Ethnicity of Heads of Households[b]** | | | | | | | | | |
| Hispanic/Latino/a/x | 15.8% | 19.1% | 13.6% | 19.3% | 19.4% | 14.3% | 22.6% | 19.1% | 14.5% |
| Non-Hispanic/Non-Latino/a/x | 84.2% | 80.9% | 86.4% | 80.8% | 80.6% | 85.7% | 77.4% | 80.9% | 85.5% |
| **Race of Heads of Households[b]** | | | | | | | | | |
| Asian or American | 0.7% | 4.4% | 4.9% | 1.1% | 4.5% | 5.1% | 1.0% | 4.5% | 5.2% |
| Black, African, or African American | 40.6% | 22.4% | 13.2% | 38.8% | 20.6% | 12.6% | 36.8% | 20.7% | 12.6% |
| Multiple Races | 3.5% | 2.9% | 2.3% | 3.7% | 12.1% | 9.7% | 4.0% | 11.6% | 9.6% |
| Native American/American Indian or Alaska Native | 3.0% | 1.5% | 0.8% | 3.0% | 1.3% | 0.8% | 3.2% | 1.3% | 0.8% |
| Native Hawaiian or Pacific Islander* | 0.9% | 0.2% | 0.1% | 0.9% | 0.2% | 0.2% | 1.0% | 0.2% | 0.2% |
| White, Hispanic/Latino/a/x | 10.8% | 12.3% | 9.1% | 14.1% | 3.1% | 2.5% | 17.0% | 3.3% | 2.7% |
| White, Non-Hispanic/Non-Latino/a/x | 40.8% | 51.0% | 66.0% | 38.5% | 50.4% | 63.9% | 37.1% | 50.6% | 63.5% |

Data Source: Homeless Management Information Systems (HMIS ) data; U.S. Census Bureau's American Community Survey (ACS) PUMS 1-year data. Raw data available in Appendix A.1.1
[a]Data presented on gender, race and ethnicity are based on the 2022 HMIS Data Standards in place during the 2022 reporting period. Beginning in 2023, gender, race, and ethnicity will be reported based on the more inclusive and expansive categories implemented through the 2024 HMIS Data Standards.
[b]In 2020, the U.S. Census Bureau updated the coding methodology for ethnicity. These updates are likely reflected in the changes in white, Hispanic/Latino/a/x shares among the U.S. Poverty and U.S. Total Population between 2019 and 2021/2022. Future AHARs will provide estimates of people experiencing homelessness by additional race and ethnicity combinations.
*Category in HMIS is listed as "a gender that is not singularly 'female' or 'male.' This represents a change in the category from 2019 and 2020 which used the category name 'gender non-conforming.' Any change in category options for any data element could affect how people identify, and comparisons should be made with caution.
Notes: Data on characteristics excludes people for whom the characteristic is missing/unknown. Data on age is based on all people in households. Gender, ethnicity, and race are based only on the heads of household.

DOJ-HUD-AR00952

## ESTIMATES OF SHELTERED HOMELESSNESS IN THE UNITED STATES IN 2022

people experiencing poverty (28%).

- Compared to the total U.S. and poverty populations, people aged 65 or older were underrepresented among people experiencing sheltered homelessness. Five percent of the sheltered population was elderly compared to 15 percent of the poverty population and 17 percent of the total U.S. population.
- The percentage of the sheltered population considered "near elderly" (age 55 to 64) was the same as that of the total U.S. population (13%) and slightly higher than the population living in poverty (11%).
- Households headed by someone identifying as Black, African, or African American were considerably overrepresented among people experiencing homelessness in 2022. Black household heads account for 13 percent of the entire U.S. population and 21 percent of heads of households living in poverty. At the same time, they account for 37 percent of the sheltered population.

"Households headed by someone identifying as Hispanic or Latino/a/x historically have accounted for a higher share of the poverty population than they have the sheltered population. However, recent considerable increases in the Hispanic population among the sheltered population has resulted in a reversed trend. In 2022, Hispanic or Latino/a/x heads of households accounted for 23 percent of the sheltered population and 19 percent of the poverty population."

- Historically, households headed by someone identifying as Hispanic or Latino/a/x accounted for a higher share of the poverty population than they did the sheltered population. Given recent considerable increases in the Hispanic population among the sheltered population, the trend has reversed. In 2022, Hispanic or Latino/a/x heads of households accounted for 23 percent of the sheltered population and 19 percent of the poverty population.
- The percent of sheltered heads of households who identified as Native American, American Indian, or Alaska Native was three times the U.S poverty and total U.S. population (3% vs. 1%). The share of all indigenous populations living in poverty using shelter programs at some point during the year higher than the share of all populations living in poverty that experienced sheltered homelessness. About 12 percent of Native American households in poverty experienced sheltered homelessness during 2021, compared with 3 percent of all households. Again, this does not include Native Americans who stayed only in unsheltered locations.

**EXHIBIT 1.4: Geographic Location of Sheltered Households by Household Type**
2019-2022



Data Source: Homeless Management Information Systems (HMIS) data; U.S. Census Bureau's American Community Survey (ACS) PUMS 1-year data. Raw data available in Appendix A.1.2

## ESTIMATES OF SHELTERED HOMELESSNESS IN THE UNITED STATES IN 2022

### Where Did Households Access Emergency Shelter, Transitional Housing, or Safe Haven Programs?

- In 2022, more than three-fourths of households using shelters (78%) did so in urban areas. This is nearly double the share of households in poverty living in urban areas (41%) and more than double the share of all U.S. households (35%). The overrepresentation of the population that experienced sheltered homelessness in urban areas is likely related to several factors, including limited affordable housing options in urban areas and the greater density of homeless services in those areas.
- While 40 percent of households in the United States lived in a suburban community, only 15 percent of people staying in shelters were in shelter programs located in suburban communities.
- In 2022, a much smaller share of households experiencing sheltered homelessness did so in rural areas (7%) compared with households with incomes below the poverty line (28%) and all households (25%). Rural areas often have fewer shelter programs, possibly driving people to stay outside, in their cars, or in abandoned buildings—that is, to experience unsheltered homelessness. In addition, other forms of housing instability such as doubling up may be more common in rural areas.
- Between 2019 and 2022, the distribution of households experiencing sheltered homelessness changed little, shifting only slightly away from rural areas and toward urban and suburban areas.

## Additional Characteristics of Heads of Households and Other Adults

### What Were the Other Characteristics of all Households Experiencing Sheltered Homelessness?

- In 2022, eight percent of adults staying in shelter programs across the United States were veterans. There was very little variation in the share of veterans among adults experiencing sheltered homelessness in urban, suburban, or rural areas.
- More than one in every five adults staying in shelter programs across the U.S. had a chronic pattern of homelessness in 2022 (21%). Suburban and urban areas reported higher rates of sheltered adults with chronic patterns of homelessness (23% and 22%) than rural areas (14%). Many people with chronic patterns of homelessness may not have accessed any shelter programs during the year, staying only in sheltered locations. This is particularly true for rural areas, which often have fewer shelter beds and other resources than their urban and suburban counterparts.

**EXHIBIT 1.5: Additional Characteristics of People Experiencing Sheltered Homelessness**
2019-2022

| | 2019 | 2021 | 2021 | Change 2019-2022 | | Change 2021-2022 | |
|---|---|---|---|---|---|---|---|
| | % | % | % | # | % | # | % |
| **Heads of Households and Adults with Chronic Patterns of Homelessness** | | | | | | | |
| Chronic Pattern of Homelessness[a] | 16.1% | 24.8% | 20.5% | 45,139 | 24.5% | -13,915 | -5.7% |
| **Veteran Status of Heads of Households and Adults** | | | | | | | |
| Veteran | 8.9% | 8.6% | 7.8% | -14,848 | -14.8% | 2,849 | 3.5% |
| Non-Veteran | 90.2% | 89.8% | 90.7% | -16,817 | -1.7% | 133,405 | 15.5% |
| Unknown Veteran Status | 0.9% | 1.7% | 1.5% | 6,650 | 65.0% | 1,099 | 7.0% |
| **Domestic Violence Survivor Status of Heads of Households and Adults*** | | | | | | | |
| DV Survivors | 18.1% | 21.3% | 19.5% | -1,617 | -0.8% | -1,019 | -0.5% |
| Not DV Survivors | 81.5% | 78.1% | 80.2% | -51,038 | -6.1% | 92,332 | 13.4% |
| Client Doesn't Know/Refused | 0.5% | 0.6% | 0.4% | -636 | -13.0% | -1,407 | -24.9% |
| **Disability Status of Heads of Households and Adults*** | | | | | | | |
| With a disability[b] | 53.1% | 59.0% | 57.5% | 7,952 | 1.5% | 30,176 | 5.9% |
| Without a disability | 46.9% | 41.0% | 42.5% | -87,292 | -14.9% | 62,300 | 14.2% |

Data Source: Homeless Management Information Systems (HMIS) data; Raw data available in Appendix A.1.3
[a]HUD defines a person experiencing chronic patterns of homelessness as one with a disability and who has experienced homelessness for at least one year or on at least 4 separate occasions in the last 3 years, as long as the combined occasions equal at least 12 months and each break in homelessness separating the occasions included at least 7 consecutive nights of not living as described. A detailed definition of chronic homelessness can be found here: https://www.hudexchange.info/homelessness-assistance/coc-esg-virtual-binders/coc-esg-homeless-eligibility/definition-of-chronic-homelessness/
*Percentages based on people with known domestic violence survivor status and disability status.
[b]HUD defines a disability as a physical, mental or emotional impairment, including impairment caused by alcohol or drug abuse, post-traumatic stress disorder, brain injury or a chronic physical illness. A more detailed definition can be found here: https://www.hudexchange.info/homelessness-assistance/coc-esg-virtual-binders/coc-esg-homeless-eligibility/determining-and-documenting-disability/disability-definition/

DOJ-HUD-AR00954

## ESTIMATES OF SHELTERED HOMELESSNESS IN THE UNITED STATES IN 2022

- In 2022, at least 24 percent of adults staying in shelters were survivors of domestic violence. It is important to note that this data represents survivors of domestic violence who accessed homeless services that were not operated by victim service providers and should not be considered the full estimate of survivorship among people experiencing sheltered homelessness but rather a minimum estimate. Given the way data are reported, it is not possible to show the percentage of adults in each geographic category who are survivors of domestic violence. However, data are available on the share of people currently fleeing domestic violence by geography. In 2022, seven percent of people in shelters who were currently fleeing unsafe situations in urban and rural areas, while six percent of all adults in shelter programs in suburban areas were currently fleeing unsafe situations.

### How Have the Additional Characteristics of Households Experiencing Sheltered Homelessness Changed over Time?

- The number of veterans experiencing sheltered homelessness declined by 15 percent overall between 2019 and 2022. The largest percentage change occurred in rural areas, which had 21 percent fewer sheltered veterans in 2022 than in 2019.
- Between 2019 and 2022, both the number and the share of adults who accessed shelter programs who had chronic patterns of homelessness increased. In 2022, 21 percent of adults had chronic patterns of homelessness compared with 16 percent in 2019. The number of people who experienced chronic homelessness increased by about 45,000 adults, or 25 percent, while the entire population staying in shelter declined by about 68,000 people. The share of adults with chronic patterns of homelessness increased across each geographic category. Increases in the number of sheltered adults with chronic patterns of homelessness were more considerable in urban and suburban areas (23% and 41%) than in rural areas (4%) during this period.
- The share of adults accessing shelter programs who were survivors of domestic violence remained mostly unchanged between 2019 and 2022. The share of adults currently fleeing domestic violence increased, however, by seven percent. In suburban areas, these increases were most prominent, with 31 percent more sheltered adults who were currently fleeing unsafe situations. Urban areas saw increases of six percent, while rural areas experienced decreases of eight percent.
- The share of adults with a disability remained steady between 2019 and 2022, increasing slightly from 47 percent to 49 percent. The number of adults living with a disability and staying in shelters increased by about 8,000 people or two percent.



**EXHIBIT 1.6: Additional Characteristics of Sheltered Households by Geography**
2019-2022

Legend: Chronically Homeless Adult | Veterans | Currently Fleeing Domestic Violence



**EXHIBIT 1.7: Change in Additional Characteristics by Geographic Category**
2019-2022

DOJ-HUD-AR00955

**ESTIMATES OF SHELTERED HOMELESSNESS IN THE UNITED STATES IN 2022**

# Engagement of Sheltered Households with the Homelessness Services System

Data collected through the LSA provides information related to the experience of homelessness. This includes whether households experiencing homelessness are doing so for the first time, are continuously engaged in the homeless system from the prior year or have returned to the experience of homelessness after exiting to a permanent, temporary, or unknown situation. Information on system engagement varies considerably by household status. The following section provides an overview of some dimensions of system engagement, broadly comparing key engagement dynamics by household type. For detailed information on how adult-only households and family households engage with the homelessness service system, please reference chapters 2 and 3.

- In 2022, 65 percent of adult-only households and 68 percent of family households experienced homelessness for the first time.[1]
- Family households were more likely to experience homelessness for the first time or to be continuously engaged in the homelessness system, meaning they were experiencing homelessness on the day prior to the start of the 2022 reporting period (26% versus 21%).
- However, family households were less likely to return to the experience of sheltered homelessness after a period of at least two years than adult-only households (6% versus 14%).
- Nearly all households stayed in only shelter programs during the reporting period (meaning emergency shelters, transitional housing programs, or safe havens). Adult-only households were more likely to access just shelter programs than family households.
- One in every ten family households that used shelter programs at some point during the year also used rapid rehousing subsidies.
- A small share of households used shelter and PSH. For more detailed information on service use please reference chapter 2 and 3.

## Where Did Households Stay Prior to Entering Shelters?

- Of the approximately 1.1 million households who accessed shelter services in 2022, 55 percent were already experiencing homelessness. More than one-third were accessed shelter programs having stayed the night prior in an unsheltered location.
- Fifty-seven percent of adult-only households accessed shelter services from a different homeless situation and 47 percent of families did so. Adult-only households were more likely to enter shelter from an unsheltered situation and families were more likely to have transitioned from a different shelter program.
- One-quarter of households entered shelter programs having spent the night prior in permanent housing situation. Families were much more likely to have been housed just prior to their experience of sheltered homelessness (39%) than adult-only households (22%).

---

1  HUD defines someone as homeless for the first time if they entered a temporary or permanent housing program and did not have prior entry in those projects in the last two years.



**EXHIBIT 1.8:** System Engagement by Household Type
2022

- First time experiencing homelessness
- Continuously engaged in homeless services system
- Returned to homelessness within 2 years

**EXHIBIT 1.9:** Program Use by Household Type
2022

- Stayed in Shelter Programs Only
- Stayed in Shelter Programs and Used RRH Subsidies
- Stayed in Shelter Programs and Lived in PSH



*0.3 percent of adult-only households and 0.2% of family households used all three program types during the reporting period.

DOJ-HUD-AR00956

## ESTIMATES OF SHELTERED HOMELESSNESS IN THE UNITED STATES IN 2022

### What Percentage of Households Exited the Homelessness Service System During the Reporting Period?

- More than one of every five households who accessed an emergency shelter, transitional housing, or safe haven program at some point during the year (22%) was still enrolled in a shelter program at the end of the reporting period, while 78 percent were no longer actively receiving temporary residential services when the reporting period ended.
- Adult-only households were less likely to be still active at the end of the reporting period than family households (21% compared to 29%). Chapters 2 and 3 include information on households that exited the homeless services system, specifically information on where households went after leaving shelter.

**EXHIBIT 1.10: Places Households Stayed Immediately Prior to Staying in Shelter Programs**
2022

| | All Households | Adult-Only Households | Family Households |
|---|---|---|---|
| Already Homelessness | 54.8% | 56.6% | 47.0% |
| Sheltered | 20.9% | 20.3% | 25.8% |
| Unsheltered | 33.9% | 36.4% | 21.2% |
| Permanent Housing | 24.9% | 22.0% | 38.8% |
| Staying with Family or Friends | 19.0% | 16.8% | 29.1% |
| Rented housing unit without subsidy | 4.1% | 3.7% | 7.3% |
| Rented housing unit with subsidy | 1.1% | 1.0% | 1.9% |
| Owned housing unit | 0.4% | 0.4% | 0.5% |
| Permanent supportive housing (PSH) | 0.2% | 0.2% | 0.1% |
| Institutional Settings | 10.2% | 11.7% | 1.3% |
| Incarceration | 3.9% | 4.5% | 0.3% |
| Medical facility | 6.3% | 7.1% | 1.0% |
| Long-term care facility | 0.1% | 0.1% | 0.0% |
| Other Settings or Missing | 10.1% | 9.6% | 12.9% |

Data Source: Homeless Management Information Systems (HMIS) data; Raw data available in Appendix A.1.4

**EXHIBIT 1.11: Exit Status of Households Using Shelter Programs by Household Type**
2022



Legend:
- Still active at the end of the report period
- Exited during the report period

All Households: Still active 21.6, Exited 78.4
Adult-only Households: Still active 20.7, Exited 79.4
Family Households: Still active 29.4, Exited 70.6

DOJ-HUD-AR00957

# 2022
# Estimates of Sheltered People in Adult-Only Households

Overview of Estimates of Adult-Only Sheltered Homelessness in the United States .................................................2-2

    How Did Estimates of Adult-Only Households Experiencing Sheltered Homelessness Compare to the U.S. Total and Poverty Populations?.................................................................................................................................2-2

Characteristics of People in Adult-only Households Experiencing Sheltered Homelessness .................................2-3

    What Were the Demographic Characteristics of Sheltered Adult-Only Households in 2022? ...............................2-3

    How Did the Demographic Characteristics of the Sheltered Adult-only Population Compare to the U.S. Total and U.S. Poverty Populations?......................................................................................................................2-4

    How Have the Characteristics of Adult-only Households Changed over Time?....................................................2-5

    Where Did Adult-only Households Access Emergency Shelter, Transitional Housing, or Safe Haven Programs?......2-6

    How Did the Location of Shelter Use for Adult-Only Households Change over Time? .........................................2-6

Additional Characteristics of Heads of Households and Other Adults.....................................................................2-6

    What Were the Other Characteristics of Adult-Only Households Experiencing Sheltered Homelessness? ...............2-6

    How Have the Additional Characteristics of Adult-only Households Experiencing Sheltered Homelessness Changed over Time? ............................................................................................................................................2-7

Engagement of Adult-only Households with the Homelessness Services System ....................................................2-8

    How Did Adult-Only Households Engage with the Shelter System in 2022? .......................................................2-8

    Where Did Adult-Only Households Stay Prior to Entering Shelters?....................................................................2-9

    How Did System Engagement Change over Time?..............................................................................................2-10

    How Long Did Adult-Only Households Stay in Shelter? .....................................................................................2-11

    How Has Length of Time in Shelter Programs Changed over Time? ...................................................................2-11

    What Were the Exit Destinations of Households Leaving Shelter Programs?.......................................................2-12

    How Did the Destinations at the Time of Exit Change for Sheltered Households? ...............................................2-12

DOJ-HUD-AR00958

# Estimates of Sheltered People
## IN ADULT-ONLY HOUSEHOLDS IN 2022

The number of people in adult-only households staying in shelter at some point over the course of a year increased by 13 percent between 2019 and 2022.

## Overview of Estimates of Adult-Only Sheltered Homelessness in the United States

An estimated **923,241 people in households without a child present (adult-only households)** stayed in an emergency shelter, safe haven, or transitional housing program at some point between October 1, 2021, and September 30, 2022.[1]

- In 2022, 923,241 people in 907,858 adult-only households spent some time in a shelter program.
- The number of adult-only households who stayed in shelters at some time over the course of a year was 13 percent higher than it was in 2021, the year when the effects of the pandemic were fully felt but still about 2 percent lower than in 2019, the pre-pandemic comparison year.

### How Did Estimates of Adult-Only Households Experiencing Sheltered Homelessness Compare to the U.S. Total and Poverty Populations?

- One of every 192 people in adult-only households in the U.S. experienced sheltered homelessness at some point during 2022.
- Seven percent of people in adult-only households with poverty-level incomes experienced sheltered homelessness.
- Between 2019 and 2022, increases in sheltered adult-only households and people in those households outpaced increases in both adult-only households living in poverty and among the total U.S. population. Sheltered adult-only households increased by 13 percent compared to six percent increases in adult-only households with incomes below the poverty level and three percent increases in all adult-only households.

1  This does not include people who were only served in rapid rehousing or permanent supportive housing programs during the reporting period. Those programs are part of the homeless services system, and information on their use is in Chapters 7 and 8 of this report.

### EXHIBIT 2.1: One-Year Estimates of Sheltered Adult-Only Homelessness
2019, 2021, and 2022

|  | 2019 | 2021 | 2022 | Change 2019-2022 | | Change 2021-2022 | |
|---|---|---|---|---|---|---|---|
|  | # | # | # | # | % | # | % |
| Adult-Only Households | 922,735 | 801,863 | 907,858 | -14,877 | -1.6% | 105,995 | 13.2% |
| People in Adult-Only Households | 935,763 | 815,896 | 923,241 | -12,522 | -1.3% | 107,345 | 13.2% |

Data source: Homeless Management Information Systems (HMIS) data

### EXHIBIT 2.2: Changes in Sheltered Adult-Only Households

| Population | Change in People 2019-2022 | | Change in Households 2019-2022 | | Change in People 2021-2022 | | Change in Households 2021-2022 | |
|---|---|---|---|---|---|---|---|---|
|  | # | % | # | % | # | % | # | % |
| Staying in Shelter Programs | -12,522 | -1.3% | -14,877 | -1.6% | 107,345 | 13.2% | 105,995 | 13.2% |
| Living in Poverty | 1,769,942 | 10.1% | 1,599,430 | 14.9% | 610,545 | 3.3% | 642,302 | 5.5% |
| In U.S. Population | 5,699,116 | 3.3% | 6,062,856 | 6.5% | 2,858,328 | 1.6% | 2,627,934 | 2.7% |

Data Source: Homeless Management Information Systems (HMIS) data; U.S. Census Bureau's American Community Survey (ACS) PUMS 1-year data

DOJ-HUD-AR00959

ESTIMATES OF SHELTERED PEOPLE IN ADULT-ONLY HOUSEHOLDS IN 2022

# Characteristics of People in Adult-only Households Experiencing Sheltered Homelessness

## What Were the Demographic Characteristics of Sheltered Adult-Only Households in 2022?

- More than two-thirds (67%) of heads of sheltered, adult-only households identified as men, about 32 percent as women, and one percent identified as either transgender (0.6%) or not singularly 'male' or 'female' (0.3%).
- With the exception of youth (under the age of 25) and elderly people (over the age of 64), the percentage of people in adult-only households using shelters was fairly evenly distributed by age group. About 20 percent of people in adult-only households fell into each of following age ranges: 25-34, 35-44, 45-54, and 55-64. Youth (18-24) accounted for 11 percent of all people in adult-only households, and elderly adults (65 and older) accounted for about eight percent.
- More than one in five (21%) sheltered, adult-only household heads identified as Hispanic or Latino/a/x.
- Almost 4 in 10 sheltered, adult-only household heads identified as White and not Hispanic or Latino/a/x (39%). This is nearly double the percent of White, non-Hispanic/non-Latino/a/x heads of sheltered families (21%).
- In 2022, 35 percent of sheltered, adult-only household heads identified as Black, African, or African American. This is considerably lower than the 50 percent of heads of sheltered family households who were Black.
- In 2022, three percent of sheltered, adult-only household heads identified as Native American or Alaska Native.
- One percent of sheltered, adult-only household

**EXHIBIT 2.3a: Demographic Characteristics of People in Adult-Only Households Experiencing Sheltered Homelessness, in the U.S. Poverty Population, and Total U.S. Population**
By Gender and Age, 2019, 2021, and 2022[a]

| | 2019 | | | 2021 | | | 2022 | | |
|---|---|---|---|---|---|---|---|---|---|
| | Sheltered People | U.S. Population Living in Poverty | U.S. Population | Sheltered People | U.S. Population Living in Poverty | U.S. Population | Sheltered People | U.S. Population Living in Poverty | U.S. Population |
| **Gender of Heads of Households** | | | | | | | | | |
| Women | 30.5% | 56.1% | 47.5% | 31.3% | 56.0% | 49.0% | 31.9% | 56.1% | 49.2% |
| Men | 69.1% | 43.9% | 52.5% | 67.9% | 44.1% | 51.0% | 67.2% | 43.9% | 50.8% |
| Gender Non-Singular* | 0.1% | | | 0.2% | | | 0.3% | | |
| Questioning | | | | <0.1% | | | <0.1% | | |
| Transgender | 0.4% | | | 0.6% | | | 0.6% | | |
| **Age of All People in the Household** | | | | | | | | | |
| 18-24 | 11.0% | 19.6% | 11.8% | 9.6% | 18.0% | 11.7% | 11.0% | 18.5% | 12.1% |
| 25-34 | 20.6% | 12.4% | 15.1% | 19.3% | 12.5% | 15.2% | 21.0% | 11.7% | 15.1% |
| 35-44 | 20.6% | 8.1% | 8.6% | 21.2% | 8.6% | 8.8% | 21.5% | 8.2% | 8.8% |
| 45-54 | 22.6% | 12.7% | 13.7% | 21.1% | 12.2% | 13.2% | 19.4% | 11.4% | 12.9% |
| 55-64 | 19.7% | 20.9% | 21.4% | 21.3% | 20.9% | 21.3% | 19.5% | 20.5% | 20.6% |
| 65 and older | 5.5% | 26.2% | 29.4% | 7.4% | 27.8% | 30.0% | 7.6% | 29.8% | 30.6% |

Data Source: Homeless Management Information Systems (HMIS) data; U.S. Census Bureau's American Community Survey (ACS) PUMS 1-year data. Raw data available in Appendix A.2.1

[a]Data presented on gender, race and ethnicity are based on the 2022 HMIS Data Standards in place during the 2022 reporting period. Beginning in 2023, gender, race, and ethnicity will be reported based on the more inclusive and expansive categories implemented through the 2024 HMIS Data Standards.

[b]In 2020, the U.S. Census Bureau updated the coding methodology for ethnicity. These updates are likely reflected in the changes in white, Hispanic/Latino/a/x shares among the U.S. Poverty and U.S. Total Population between 2019 and 2021/2022. Future AHARs will provide estimates of people experiencing homelessness by additional race and ethnicity combinations.

*Category in HMIS is listed as "a gender that is not singularly 'female' or 'male.' This represents a change in the category from 2019 and 2020 which used the category name 'gender non-conforming.' Any change in category options for any data element could affect how people identify, and comparisons should be made with caution.

Notes: Data on characteristics excludes people for whom the characteristic is missing/unknown. Data on age is based on all people in households. Gender, ethnicity, and race are based only on the heads of household.

## ESTIMATES OF SHELTERED PEOPLE IN ADULT-ONLY HOUSEHOLDS IN 2022

heads identified as Asian or Asian American or Native Hawaiian or Pacific Islander.

### How Did the Demographic Characteristics of the Sheltered Adult-only Population Compare to the U.S. Total and U.S. Poverty Populations?

Black, Indigenous, and people of color were substantially overrepresented among the sheltered adult-only population as compared to both the U.S. total and U.S. poverty populations.

- People identifying as Black or African American are considerably overrepresented among sheltered adult-only households. Black people accounted for 35 percent of heads of sheltered adult-only households in 2022 while comprising only 19 percent of heads of adult-only households living in poverty and 12 percent of all U.S. heads of adult-only households.
- Thirteen percent of Black heads of adult-only households in poverty were in shelter at some point during 2022. This is considerably higher than the four percent of all heads of adult-only households with poverty-level incomes who experienced homelessness in 2022.
- Native American heads of adult-only households using shelter programs were overrepresented compared to their share of all U.S. households (3% vs 1%) and adult-only households in poverty (1%).
- Native Americans experiencing sheltered homelessness account for 18 percent of Native American adult-only households living in poverty. By comparison, heads of adult-only households identifying as White and staying in shelter account for five percent of all White, non-Hispanic/non-Latino adult only households with poverty level incomes.
- Sheltered adult-only households that identified as Hispanic or Latino/a/x made up a higher share of the sheltered homeless population, 21 percent, than the Hispanic share of the poverty population of adult-only households, 15 percent, and the share of the U.S. population, 12 percent.

**EXHIBIT 2.3b: Demographic Characteristics of People in Adult-Only Households Experiencing Sheltered Homelessness, in the U.S. Poverty Population, and Total U.S. Population**
By Ethnicity and Race, 2019, 2021, and 2022[a]

| | 2019 | | | 2021 | | | 2022 | | |
|---|---|---|---|---|---|---|---|---|---|
| | Sheltered People | U.S. Population Living in Poverty | U.S. Population | Sheltered People | U.S. Population Living in Poverty | U.S. Population | Sheltered People | U.S. Population Living in Poverty | U.S. Population |
| **Ethnicity of Heads of Households[b]** | | | | | | | | | |
| Hispanic/Latino/a/x (all races) | 14.2% | 13.8% | 10.7% | 18.2% | 14.4% | 11.5% | 21.2% | 14.5% | 11.8% |
| Non-Hispanic/Non-Latino/a/x (all races) | 85.8% | 86.2% | 89.3% | 81.8% | 85.6% | 88.6% | 78.8% | 85.5% | 88.2% |
| **Race of Heads of Households** | | | | | | | | | |
| Asian or Asian American | 0.7% | 4.9% | 4.5% | 1.1% | 4.8% | 4.6% | 1.1% | 4.7% | 4.8% |
| Black or African American | 38.7% | 21.0% | 12.9% | 37.3% | 19.1% | 12.4% | 34.9% | 19.2% | 12.4% |
| Multiple Races | 3.3% | 2.7% | 2.1% | 3.6% | 10.1% | 8.5% | 3.9% | 10.0% | 8.5% |
| Native American/American Indian or Alaska Native | 3.2% | 1.4% | 0.8% | 2.9% | 1.1% | 0.7% | 3.3% | 1.1% | 0.7% |
| Native Hawaiian or Pacific Islander | 0.9% | 0.1% | 0.1% | 0.9% | 0.2% | 0.1% | 1.0% | 0.2% | 0.1% |
| White, Hispanic/Latino/a/x[b] | 9.8% | 8.9% | 7.3% | 13.5% | 2.4% | 2.1% | 16.3% | 2.6% | 2.3% |
| White, Non-Hispanic/Non-Latino/a/x | 43.5% | 57.3% | 69.7% | 40.6% | 56.7% | 67.6% | 39.6% | 56.7% | 67.0% |

Data Source: Homeless Management Information Systems (HMIS) data; U.S. Census Bureau's American Community Survey (ACS) PUMS 1-year data. Raw data available in Appendix A.2.1
[a]Data presented on gender, race and ethnicity are based on the 2022 HMIS Data Standards in place during the 2022 reporting period. Beginning in 2023, gender, race, and ethnicity will be reported based on the more inclusive and expansive categories implemented through the 2024 HMIS Data Standards.
[b]In 2020, the U.S. Census Bureau updated the coding methodology for ethnicity. These updates are likely reflected in the changes in white, Hispanic/Latino/a/x shares among the U.S. Poverty and U.S. Total Population between 2019 and 2021/2022. Future AHARs will provide estimates of people experiencing homelessness by additional race and ethnicity combinations.
*Category in HMIS is listed as "a gender that is not singularly 'female' or 'male.' This represents a change in the category from 2019 and 2020 which used the category name 'gender non-conforming.' Any change in category options for any data element could affect how people identify, and comparisons should be made with caution.
Notes: Data on characteristics excludes people for whom the characteristic is missing/unknown. Data on age is based on all people in households. Gender, ethnicity, and race are based only on the heads of household.

DOJ-HUD-AR00961

## ESTIMATES OF SHELTERED PEOPLE IN ADULT-ONLY HOUSEHOLDS IN 2022

- Households identifying as White and not Hispanic comprised 40 percent of sheltered adult-only households, a much smaller share than the 67 percent of all U.S. adult-only households and the 57 percent of adult-only households living in poverty. Only four percent of White adult-only households in poverty were in shelter at some point during 2022, lower than most other populations.
- Eight percent of Hispanic heads of adult-only households in poverty stayed in shelter at some point over the course of 2022, higher than the rates of sheltered homelessness among all people and among White heads of adult-only households in poverty (5%).
- Eleven percent of people in adult-only households in shelter were youth—that is, under the age of 25. This is smaller than the share of the poverty population that is in this age group of people in adult-only households, 18 percent but about the same as the share of the total U.S. population (12%).
- Elderly people (65 or older) in adult-only households comprise a much smaller share of people in adult-only households staying in shelters, eight percent, than the share of all people in adult-only households that are elderly (31%) or the share of people in adult-only households living in poverty that are elderly (30%). Approximately one percent of all elderly people in adult only households living in poverty experienced sheltered homelessness over the course of 2022.
- Women heads of adult-only households accounted for a smaller share of those that experienced sheltered homelessness (32%) than women heads of adult-only households living in poverty (56%) and heads of adult-only households in the country (49%).

### How Have the Characteristics of Adult-only Households Changed over Time?

In general, demographic characteristics change very little year to year. The most notable changes in the characteristics of adult-only households occurred in the number of household heads who identified as Hispanic or Latino/a/x or as Black or African American, and in the number of people 65 and older.

- Between 2019 and 2022, the number of adult-only household heads identifying as Hispanic or Latino/a/x staying in shelters increased by 46 percent, while the number of Non-Hispanic/Non-Latino/a/x heads of households declined by 10 percent. The share of heads of adult-only households that identified as Hispanic also increased over this period. In 2019, 14 percent of heads of adult-only households identified as Hispanic/ Latin(o)(a)(x) compared with 21 percent in 2022.
- The number of adult-only household heads identifying as Black, African, or African American staying in shelters decreased by about 13 percent between 2019 and 2022. The share of heads of adult-only households that identified as Black or African American also decreased over this period. In 2019, 39 percent of heads of adult-only households identified as Black or African American, compared with 35 percent in 2022.
- The adult-only sheltered population was older in 2022 compared to 2019, the pre-pandemic comparison year. The number of people in adult-only households aged 65 or older increased by 37 percent between 2019 and 2022. No other age group experienced an increase of more



**EXHIBIT 2.4: Percent of Adult-Only Households in Poverty that Experienced Sheltered Homelessness** in 2022

| Category | Percent |
| --- | --- |
| Native American/American Indian or Alaska Native | 20.5 |
| Black, African, or African American | 12.9 |
| Hispanic/Latino/a/x, Any Race | 10.5 |
| Total | 7.5 |
| Non-Hispanic/Non-Latino/a/x, Any Race | 6.6 |
| White, Non-Hispanic/Non-Latino/a/x | 4.9 |
| Multiple Races | 2.8 |
| Asian or Asian American | 1.6 |

Note: Data on Native Hawaiian and Pacific Islanders in poverty also experiencing sheltered homelessness were excluded because of the exclusion of Guam in ACS data-derived poverty estimates.



**EXHIBIT 2.5: Households by Geography Type** 2019-2022

| | | URBAN | SUBURBAN | RURAL |
| --- | --- | --- | --- | --- |
| **ALL SHELTERED ADULT-ONLY HOUSEHOLDS** | 2019 | 77.5 | 13.6 | 8.9 |
| | 2021 | 79.0 | 14.4 | 6.6 |
| | 2022 | 78.4 | 14.3 | 7.3 |
| **U.S. ADULT-ONLY HOUSEHOLDS LIVING IN POVERTY** | 2019 | 41.4 | 30.5 | 28.1 |
| | 2021 | 35.0 | 39.4 | 25.6 |
| | 2022 | 40.9 | 31.7 | 27.4 |
| **TOTAL U.S. ADULT-ONLY HOUSEHOLDS** | 2019 | 34.8 | 38.9 | 26.2 |
| | 2021 | 35.0 | 39.4 | 25.6 |
| | 2022 | 35.0 | 39.4 | 25.6 |

Data Source: Homeless Management Information Systems (HMIS) data; U.S. Census Bureau's American Community Survey (ACS) PUMS 1-year data

DOJ-HUD-AR00962

## ESTIMATES OF SHELTERED PEOPLE IN ADULT-ONLY HOUSEHOLDS IN 2022

than three percent during this period. The share of people in adult-only aged 65 or older also increased modestly from six percent in 2019 to over eight percent in 2022.

### Where Did Adult-only Households Access Emergency Shelter, Transitional Housing, or Safe Haven Programs?

- Seventy-eight percent of adult-only households accessing shelters in 2022 did so in urban areas. This is more than double the share of all U.S. adult-only households in urban areas (35%) and nearly double that of adult-only households in poverty in urban areas (41%).
- By comparison, while 39 percent of adult-only households in the United States lived in a suburban area, as did 32 percent of adult-only households with incomes below the poverty line, only 14 percent of the sheltered population accessed shelters in suburban locations in 2022.
- Rural areas accounted for seven percent of adult-only households who stayed in shelters in 2022, while rural areas had 27 percent of adult-only households in poverty, and 26 percent of all adult-only households lived there in 2022. However, it is important to note that, because these data are based on the use of emergency shelter, transitional housing, or safe havens, many dimensions of rural homelessness may be missed. Rural areas often have fewer shelter programs, possibly driving people to stay outside, in their cars, or in abandoned buildings—that is, to experience unsheltered homelessness. In addition, other forms of housing instability such as doubling up may be more common in rural areas.

### How Did the Location of Shelter Use for Adult-Only Households Change over Time?

- There was little shift in the geographic distribution of adult-only households in shelter between 2019 and 2022. A slightly higher share of adult-only households were in rural areas prior to the pandemic (9%) than in 2021 or 2022 (7%).

# Additional Characteristics of Heads of Households and Other Adults

### What Were the Other Characteristics of Adult-Only Households Experiencing Sheltered Homelessness?

Compared with 2019, the pre-pandemic comparison year, sheltered adults in adult-only households were more vulnerable in 2022, with higher rates of chronicity, domestic violence, and disability.

**EXHIBIT 2.6: Additional Characteristics of People in Adult-Only Households Experiencing Homelessness**
2019, 2021, and 2022

| | 2019 | 2021 | 2022 | Change 2019-2022 | | Change 2021-2022 | |
|---|---|---|---|---|---|---|---|
| | % | % | % | # | % | # | % |
| **Heads of Households and Adults with Chronic Patterns of Homelessness** | | | | | | | |
| Chronic Patterns of Homelessness[a] | 18.6% | 28.2% | 23.7% | 45,165 | 26.0% | -11,616 | -5.0% |
| **Veteran Status** | | | | | | | |
| Veteran | 10.4% | 10.0% | 9.8% | -17,044 | -17.5% | 2,645 | 3.3% |
| Non-Veteran | 88.6% | 88.5% | 88.4% | -107,904 | -13.0% | 103,748 | 14.4% |
| Unknown Veteran Status | 1.0% | 1.6% | 1.8% | 5,081 | 54.7% | 953 | 6.6% |
| **Survivors of Domestic Violence*** | | | | | | | |
| Total DV Survivors | 18.1% | 21.3% | 19.5% | 4,934 | 3.1% | 343 | 0.2% |
| Not DV Survivors | 81.5% | 78.1% | 80.2% | -40,625 | -5.7% | 74,585 | 12.6% |
| DV Status: Client doesn't know/refused | 0.5% | 0.6% | 0.4% | -814 | -20.5% | -1,462 | -31.7% |
| **Disability Status*** | | | | | | | |
| With a disability[b] | 53.1% | 59.0% | 57.5% | 10,649 | 2.2% | 30,116 | 6.5% |
| Without a disability | 46.9% | 41.0% | 42.5% | -62,151 | -14.5% | 43,038 | 13.2% |

Data Source: Homeless Management Information Systems (HMIS) data; Raw data available in Appendix A.2.3
[a] HUD defines a person experiencing chronic patterns of homelessness as one with a disability and who has experienced homelessness for at least one year or on at least 4 separate occasions in the last 3 years, as long as the combined occasions equal at least 12 months and each break in homelessness separating the occasions included at least 7 consecutive nights of not living as described. A detailed definition of chronic homelessness can be found here: https://www.hudexchange.info/homelessness-assistance/coc-esg-virtual-binders/coc-esg-homeless-eligibility/definition-of-chronic-homelessness/
*Percentages based on people with known domestic violence survivor status and disability status.
[b] HUD defines a disability as a physical, mental or emotional impairment, including impairment caused by alcohol or drug abuse, post-traumatic stress disorder, brain injury or a chronic physical illness. A more detailed definition can be found here: https://www.hudexchange.info/homelessness-assistance/coc-esg-virtual-binders/coc-esg-homeless-eligibility/determining-and-documenting-disability/disability-definition/

DOJ-HUD-AR00963

## ESTIMATES OF SHELTERED PEOPLE IN ADULT-ONLY HOUSEHOLDS IN 2022

- In 2022, 24 percent of sheltered people in households without children had a chronic pattern of homelessness. Chronic patterns of homelessness among people in households without children were less common in rural areas (15%).
- About 20 percent of people in adult-only households staying in shelter in 2022 were survivors of domestic violence. This data includes only survivors of domestic violence who stayed in shelters that were not operated by victim service providers. Thus, this is not a complete estimate of survivorship among people not accompanied by children experiencing sheltered homelessness. Given the way data are reported, it is not possible to understand the total percentage of adults in each geographic category who are survivors of domestic violence. However, data are available on the subset of people currently fleeing domestic violence by geography. In 2022, the incidence of people currently fleeing domestic violence staying in shelters not operated by victim services providers was slightly higher in rural areas (6%) compared to suburban (5%) or urban (5%) areas.
- Nine percent of all sheltered people in adult-only households were veterans in 2022. Veterans accounted for a slightly larger share of people in adult-only households in suburban areas (11%), compared to rural areas (8%) or urban areas (9%).
- Nearly 6 in 10 adults in households without children were living with a disability (58%).

### How Have the Additional Characteristics of Adult-only Households Experiencing Sheltered Homelessness Changed over Time?

- Between 2019 and 2022, the number of people in adult-only households experiencing chronic homelessness grew more rapidly than the total number of people in adult-only households experiencing homelessness. Between 2019 and 2022, the number of people in adult-only households experiencing chronic homelessness increased by 26 percent, while the total number of people in adult-only households experiencing homelessness increased by 13 percent.
- The total number of people in adult-only households who were survivors of domestic violence increased by three percent between 2019 and 2022. The share of adult-only households that were survivors of domestic violence also increased slightly, from 18 to 20 percent.
- Between 2019 and 2022, the number of people in adult-only households with a disability increased by two percent, while the share of people in adult-only households with a disability increased from 53 percent to 58 percent.

**EXHIBIT 2.7: Additional Characteristics of Sheltered Adult-only Households by Geography**
2019, 2021, and 2022



Legend: ■ Chronically Homeless  ■ Veteran  ■ Currently Fleeing Domestic Violence

**EXHIBIT 2.8: Type of Engagement in the Homeless System**
2019, 2021, and 2022

| | 2019 | 2021 | 2022 | Change 2019-2022 | | Change 2021-2022 | |
|---|---|---|---|---|---|---|---|
| | % | % | % | # | % | # | % |
| First-time Homeless | 64.8% | 60.7% | 64.6% | -11,813 | -2.0% | 99,913 | 20.5% |
| Continuously Engaged | 18.1% | 23.5% | 21.2% | 25,573 | 15.4% | 3,966 | 2.1% |
| Returned to homelessness within 2 years | 17.1% | 15.9% | 14.2% | -28,638 | -18.1% | 2,117 | 1.7% |
| After exiting to temporary destination | 6.0% | 6.1% | 5.9% | -1,661 | -3.0% | 4,165 | 8.5% |
| After exiting to permanent destination | 3.5% | 2.5% | 2.2% | -12,061 | -37.4% | 53 | 0.3% |
| After exiting to unknown destination | 7.7% | 7.2% | 6.2% | -14,916 | -21.1% | -2,101 | -3.6% |

Data Source: Homeless Management Information Systems (HMIS) data; Raw data available in Appendix A.2.4
Note: see Key Terms section for definitions of engagement types.

DOJ-HUD-AR00964

**ESTIMATES OF SHELTERED PEOPLE IN ADULT-ONLY HOUSEHOLDS IN 2022**

- Most veterans experience homelessness in adult-only households (See Chapter 5). The number of veterans in adult-only households experiencing homelessness dropped by 15 percent between 2019 and 2022, and the share of the adult-only household members who were veterans decreased from 10 percent to nine percent. However, more recently -- between 2021 and 2022 – the number of adults in households without children who were veterans increased by three percent.

# Engagement of Adult-only Households with the Homelessness Services System

Data collected through the LSA provides information related to the experience of homelessness. This includes whether households experiencing homelessness are doing so for the first time, are continuously engaged in the homeless system from the prior year or have returned to homelessness after exiting to a permanent, temporary, or unknown situation. This section also provides information on where people were staying immediately prior to entering an emergency shelter, transitional housing, or safe haven program, how long they stayed in shelters, and where they went after leaving shelter.

## How Did Adult-Only Households Engage with the Shelter System in 2022?

- In 2022, more than six of every ten adult-only households experiencing sheltered homelessness (65%) were experiencing homelessness for the first time, not having accessed any homeless system program in at least two years prior to the reporting period.[2] This is slightly lower than the share of families that were engaged with the homeless services system for the first time (68%).
- About one in five (21%) adult-only households experiencing sheltered homelessness was continuously engaged, meaning that they were also experiencing sheltered homelessness or served by a program for people leaving homelessness on the day prior to the start of the 2022 reporting period. This is lower than the share of family households experiencing sheltered homelessness that were continuously engaged in 2022 (26%). Continuous engagement does not capture the population of people experiencing unsheltered homelessness during 2022 without accessing any shelter program. Because adult-only households are much more likely than families to stay in unsheltered locations, adult-only households may

2  Returns to the experience of homelessness include households that returned to some part of the homelessness service system having not accessed any homeless services for a period of at least 14 days within a two year period.

**EXHIBIT 2.9: Places Adult-Only Households Stayed Before Entering Shelter**
2019, 2021, and 2022

| | 2019 | 2021 | 2022 | Change 2019-2022 | | Change 2021-2022 | |
|---|---|---|---|---|---|---|---|
| | % | % | % | # | % | # | % |
| Already Experiencing Homelessness | 50.5% | 59.3% | 56.6% | 48,014 | 10.3% | 39,028 | 8.2% |
| Sheltered | 17.5% | 16.6% | 20.3% | 22,536 | 13.9% | 51,395 | 38.7% |
| Unsheltered | 33.0% | 42.7% | 36.4% | 25,478 | 8.4% | -12,367 | -3.6% |
| Housing | 28.0% | 20.9% | 22.0% | -58,414 | -22.6% | 31,929 | 19.0% |
| Staying with Family | 11.0% | 8.0% | 8.1% | -28,638 | -28.2% | 8,656 | 13.4% |
| Staying with Friends | 10.3% | 8.3% | 8.7% | -15,990 | -16.9% | 11,789 | 17.6% |
| Rented housing unit without subsidy | 5.2% | 3.2% | 3.7% | -14,861 | -30.9% | 7,445 | 28.8% |
| Rented housing unit with subsidy | 0.7% | 0.8% | 1.0% | 3,164 | 51.0% | 2,966 | 46.3% |
| Owned housing unit | 0.6% | 0.3% | 0.4% | -1,909 | -35.1% | 812 | 29.9% |
| Permanent supportive housing (PSH) | 0.2% | 0.2% | 0.2% | -180 | -9.0% | 261 | 16.9% |
| Institutional Settings | 14.3% | 11.1% | 11.7% | -25,356 | -19.2% | 17,786 | 20.1% |
| Incarceration | 6.1% | 3.6% | 4.5% | -15,410 | -27.6% | 11,497 | 39.6% |
| Medical facility | 8.1% | 7.3% | 7.1% | -9,785 | -13.2% | 6,196 | 10.6% |
| Long-term care facility | 0.2% | 0.2% | 0.1% | -161 | -11.0% | 93 | 7.7% |
| Other Settings | 3.6% | 4.3% | 4.1% | 4,187 | 12.6% | 3,124 | 9.1% |
| Hotel or motel | 3.1% | 3.8% | 3.6% | 3,766 | 13.1% | 2,425 | 8.0% |
| Foster care | 0.2% | 0.1% | 0.1% | -359 | -22.7% | 192 | 18.7% |
| Other living arrangement | 0.3% | 0.4% | 0.4% | 780 | 27.8% | 507 | 16.5% |
| Missing | 3.6% | 4.5% | 5.5% | 16,693 | 50.0% | 14,128 | 39.3% |

Data Source: Homeless Management Information Systems (HMIS) data; Raw data available in Appendix A.2.5

Case 1:25-cv-00636-MSM-AEM    Document 59-3    Filed 12/31/25    Page 53 of 100 PageID
#: 2344
Homelessness in the United States

## ESTIMATES OF SHELTERED PEOPLE IN ADULT-ONLY HOUSEHOLDS IN 2022

have higher rates of continuous episodes of homelessness of all types, both sheltered and unsheltered, than are shown here.

- Fourteen percent of adult-only households experiencing sheltered homelessness had returned to homelessness within two years of transitioning out of a prior period of homelessness. Included in this group were adult-only households that had previously transitioned out of their experience of homelessness to a temporary destination such as doubling up with friends or family on a temporary basis or other temporary situations (6%), a permanent destination such as their own rental unit (2%), or an unknown destination (6%).

### Where Did Adult-Only Households Stay Prior to Entering Shelters?

- Nearly six of every ten adult-only households (56%) that entered shelter programs at some point in 2022 reported that they had been experiencing homelessness the previous night, either in an unsheltered location or in a different shelter. Thirty six percent of adult-only households that experienced sheltered homelessness in 2022 were staying in unsheltered situations prior to entering a shelter. Twenty percent of adult-only households that entered shelter during the 2022 reporting period came from an emergency shelter, transitional housing, or safe haven program.[3]
- In 2022, 22 percent of adult-only households were housed prior to entering a shelter program: 17 percent were doubled up with friends or family, four percent were staying in rented housing without a subsidy, and the remaining one percent were staying in subsidized or supported housing, or in an owned housing unit. This is much lower than the 39 percent of family households entering shelter programs from a housed situation.
- About 12 percent of adult-only households were staying in an institutional setting prior to accessing shelter. Most (7%) were in a medical facility, including physical health or physical rehabilitation facilities, mental health facilities, and substance use rehabilitation programs. About five percent entered shelters directly after their transition from the criminal justice system. This is much higher than the one percent of family households that entered shelter from institutional settings.
- Four percent of adult-only households were staying in hotels or motels that they paid for on their own prior to staying in shelter. This is half the rate of family households accessing shelter from hotels or motels (8%).

### EXHIBIT 2.10: Length of Stay of Sheltered Adult-Only Households
2019-2022



Legend: 2019, 2021, 2022

| Category | 2019 | 2021 | 2022 |
|---|---|---|---|
| 7 days or less | 26.0 | 20.7 | 26.2 |
| 1 week to 1 month | 22.2 | 21.0 | 20.7 |
| 1 to 3 months | 23.7 | 21.2 | 20.9 |
| 3 to 6 months | 13.7 | 15.0 | 13.6 |
| 6 months to 1 year | 9.0 | 12.7 | 10.4 |
| 1 year to 18 months | 2.9 | 4.8 | 3.8 |
| 18 months to 2 years | 1.1 | 2.1 | 2.0 |
| 2 to 3 years | 0.9 | 1.7 | 1.6 |
| 3 years or more | 0.5 | 0.9 | 0.9 |

---

3   They may have been in a different Continuum of Care or in a shelter in the same CoC that does not report to the Homeless Management Information System.

DOJ-HUD-AR00966

Case 1:25-cv-00636-MSM-AEM    Document 59-3    Filed 12/31/25    Page 54 of 100 PageID
#: 2345
Homelessness in the United States

**ESTIMATES OF SHELTERED PEOPLE IN ADULT-ONLY HOUSEHOLDS IN 2022**

## How Did System Engagement Change over Time?

Between 2019 and 2021, the system engagement data reflected a reduced inflow into shelters during the pandemic, either coming into shelters for the first time or returning to the shelter system after an exit. During the pandemic, adult-only households also were more likely to remain in shelters if they were already there. Changes between 2021 and 2022 should be interpreted in the context of what happened during the pandemic.

- Between 2021 and 2022, the increase in the total number of adult-only households accessing shelter programs reflects the increase in those experiencing homelessness for the first time, which increased by 21 percent. This represented a near total return to pre-pandemic levels of first-time homelessness among adult-only households. The number of adult-only households who used shelter programs for the first time was lower during the pandemic than it was in either 2019 or 2022.
- The number of adult-only households who were continuously engaged by the shelter system increased by 15 percent between 2019 and 2022. Most of this growth in continuous engagement had already occurred during the pandemic. The number of continuously engaged adult-only households continued to increase slightly between 2021 and 2022 (2%).
- Between 2019 and 2022, the number of adult-only households that returned to experiencing sheltered homelessness decreased by 18 percent. This pattern of change was driven by a sharp drop in the number of adult-only households returning to sheltered homelessness during the pandemic, likely due to a combination of the reduction in shelter capacity and pandemic-era eviction moratoria and expanded prevention resources. The number of people returning to the experience of sheltered homelessness then increased slightly between 2021 and 2022 (an increase of 2%). This was driven by those returning after transitioning to a temporary destination such as staying with friends or family on a temporary basis, which increased by nine percent.
- The number of adult-only households entering shelter from rental housing that they paid for without the use of subsidies decreased by about 15,000 households or 31 percent between 2019 and 2022.
- While representing only a small share, adult-only households accessing shelter directly from subsidized rental housing increased by about 3,000 households or 46 percent between 2021 and 2022 and is 51 percent higher than it was just prior to the onset of the pandemic. This may reflect the increasing use of short-term housing assistance such as rapid rehousing for adult-only households.
- Between 2019 and 2022, the number of adult-only households entering shelter programs who were already homeless increased by 10 percent. The number of adult-only households entering shelter programs from unsheltered locations increased by 14 percent, and the number transitioning from another shelter program increased by eight percent. Compared to the year prior (2021), the number of adult-only households accessing shelter from another sheltered situation increased by 39 percent while the number entering shelter from an unsheltered situation declined by four percent.
- The number of adult-only households coming into the shelter system directly from the

**EXHIBIT 2.11: Exit Status of Adult-Only Households Using Shelter Programs (in %)**
2019-2022



■ Still active at the end of the report period    ■ Exited during the report period

DOJ-HUD-AR00967

## ESTIMATES OF SHELTERED PEOPLE IN ADULT-ONLY HOUSEHOLDS IN 2022

criminal justice system dropped during the pandemic and then increased between 2021 and 2022. However, the number of adult-only households coming into the shelter system from the criminal justice system remained below pre-pandemic levels in 2022, a net decrease of about 15,400 households or 28 percent since 2019.

- The number of adult-only households experiencing sheltered homelessness that had stayed with friends or family immediately prior to entering a shelter dropped during the pandemic (a decrease of 33% between 2019 and 2021). Despite an increase of 16 percent between 2021 and 2022, the number of adult-only households coming into the shelter system from doubled up living situations remains below pre-pandemic levels: about 200,000 households in 2019 and about 150,000 in 2022.

### How Long Did Adult-Only Households Stay in Shelter?

Length of time in shelter programs reflects the aggregated amount of time households spent in any emergency shelter, transitional housing, or safe haven programs over the course of the reporting period. Households staying for short periods of time include those households transitioning to permanent housing, remaining in the experience of homelessness but leaving the program for an unsheltered situation or a program that does not participate in HMIS, and those that entered the homelessness services system during the last week of the reporting period.

- In 2022, just more than one of every four adult-only households stayed in shelter for seven days or less (26%)[4]. This is considerably higher than the 15 percent of family households staying in shelter for no more than a week.
- About one in five adult-only households stayed in shelter from more than one week but no more than a month (21%), and a similar share stayed between one and three months (21%). Altogether, more than two-thirds (68%) of adult-only households stayed in shelter for 90 days or less.
- Among adult-only households that accessed a shelter program during the 2022 reporting year, about nine percent had stayed in shelter for one year or longer.

### How Has Length of Time in Shelter Programs Changed over Time?

In 2022, adult-only households accessing shelter stayed for slightly longer periods of time than in 2019. Lengths of stay in shelter increased during the pandemic and decreased between 2021 and 2022. Despite this partial return to pre-pandemic lengths of stay, lengths of stay in shelter for adult-only households remain slightly longer in 2022 than in 2019.

- In 2022, the share of adult-only households staying in shelter for 7 days or less was 26 percent the same as in 2019, the pre-pandemic comparison year.
- The share of adult-only households staying in shelter for 90 days or less was 68 percent in 2022, slightly lower than the 72 percent in 2019.
- In 2022, the share of adult-only households staying in shelter for one year or longer remained

4  The number of households staying for short stays includes households transitioning to permanent housing, remaining in the experience of homelessness, but leaving the program for an unsheltered situation or a program that does not participate in HMIS, and those that entered the homelessness services system during the last week of the reporting period.

### EXHIBIT 2.12: Exit Destination for Adult-Only Households who Left Shelter Programs
2019-2022

|  | 2019 | 2021 | 2022 |
|---|---|---|---|
|  | % | % | % |
| Permanent supportive housing (PSH) | 2.0% | 2.7% | 2.0% |
| Other types of permanent housing | 25.2% | 22.1% | 19.2% |
| Permanent housing, no subsidy | 9.0% | 5.7% | 5.3% |
| Permanent housing, with subsidy | 7.3% | 10.0% | 7.8% |
| Living with friends or family (permanent) | 8.9% | 6.4% | 6.1% |
| Temporary housing | 11.6% | 10.3% | 12.1% |
| Living with friends or family (temporary) | 10.1% | 8.3% | 10.0% |
| Other temporary housing | 1.5% | 2.0% | 2.1% |
| Experience of Homelessness | 18.7% | 26.5% | 22.9% |
| Sheltered | 8.7% | 9.2% | 9.2% |
| Unsheltered | 10.0% | 17.3% | 13.8% |
| Institutional setting | 4.5% | 4.6% | 4.4% |
| Unknown destination | 37.7% | 33.5% | 38.9% |
| Deceased | 0.2% | 0.5% | 0.4% |

Data Source: Homeless Management Information Systems (HMIS) data;
Note: The high percentage of unknown exit destination reflects both people leaving shelter programs without reporting to staff where they plan to go and the data collection challenges associated with night by night shelters, which enter and exit clients daily.

## ESTIMATES OF SHELTERED PEOPLE IN ADULT-ONLY HOUSEHOLDS IN 2022

greater than in 2019, having risen from 5 percent in 2019 to 10 percent in 2021 and then dropping only one percentage point to about nine percent in 2022.

### What Were the Exit Destinations of Households Leaving Shelter Programs?

- Just about four of every five households who stayed in an emergency shelter, transitional housing, or safe haven program at some point during the year (79%) exited the shelter system and were no longer actively receiving residential services when the reporting period ended. The other 21 percent continued to be in a shelter program at the end of the reporting period.
- Of those adult-only households who left shelter programs at some point during 2022, two percent went to permanent supportive housing, another 19 percent went to other types of permanent housing, and 6 percent to the percent to live with family or friends on a permanent basis.
- Almost one-quarter of adult-only households who left shelter (23%) went to another homeless situation in 2022. Fourteen percent went to an unsheltered situation, and nine percent to another shelter program. (These exits from shelter to shelter include households that went to a shelter in a different Continuum of Care or to a shelter in the same community that did not participate in HMIS).

### How Did the Destinations at the Time of Exit Change for Sheltered Households?

- More adult-only households remained in a shelter program at the end of the reporting period in 2022 than in 2019 (21% in 2022 vs 18% in 2019).
- Compared to prior to the pandemic, a higher percentage of households went from their current shelter experience to another homeless experience (23% compared to 19%), with increases in exits to both unsheltered locations and other sheltered locations. However, during the pandemic (2021) the rate of households leaving for another homeless situation was higher than it was in 2022 (27%).
- A smaller percentage of households went to a permanent housing situation in 2022 than did in 2019. In 2019, 25 percent of households exited the shelter system to permanent housing with or without a subsidy or to live with family or friends on a permanent basis compared to 19 percent of households in 2022.

DOJ-HUD-AR00969

# 2022
# Estimates of Families with Children Experiencing Sheltered Homelessness

Overview of Estimates of Sheltered Family Homelessness in the United States ........................3-2

How Did Estimates of Family Households Experiencing Homelessness Compare with the U.S. Total and U.S. Poverty Populations? ........................3-2

Characteristics of People in Family Households Experiencing Homelessness ........................3-3

What Were the Demographic Characteristics of Sheltered Family Households in 2022? ........................3-3

How Do the Demographic Characteristics of the Sheltered Family Population Compare with the U.S. Total and U.S. Poverty Populations? ........................3-4

How Have the Characteristics of Family Households Experiencing Sheltered Homelessness Changed over Time? ........................3-5

How Did the Household Size and Composition of Sheltered Families Compare with the U.S. Total and U.S. Poverty Populations? ........................3-6

Where Did Families with Children Access Emergency Shelter or Transitional Housing? ........................3-6

What Were the Other Characteristics of Families with Children Experiencing Sheltered Homelessness? ........................3-7

How Did the Additional Characteristics of Families with Children Experiencing Homelessness Change over Time? ........................3-7

Engagement of Family Households with the Homelessness Services System ........................3-8

How Did Family Households Engage with the Shelter System in 2022? ........................3-8

Where Did Family Households Stay Prior to Entering Shelters? ........................3-9

How Did System Engagement Change for Family Households? ........................3-10

How Long did Family Households Stay in Shelter? ........................3-11

How Has Length of Time in Shelter Programs Changed for Family Households? ........................3-11

What Were the Exit Destinations of Family Households Leaving Shelter Programs? ........................3-11

How Did the Destination at the Time of Exit Change for Family Households? ........................3-12

DOJ-HUD-AR00970

# Estimates of Families with Children
## EXPERIENCING SHELTERED HOMELESSNESS

The number of people in families with children experiencing sheltered homelessness increased by 19 percent between 2019 and 2022.

## Overview of Estimates of Sheltered Family Homelessness in the United States

An estimated **453,016 people in families with children in 141,609 households**, stayed in an emergency shelter or transitional housing program at some point between October 1, 2021 and September 30, 2022.

- In 2022, 453,016 people in 141,609 family households accessed a shelter program during the year.
- This was a 10 percent decrease in the number of family households in shelters compared with the pre-pandemic comparison year of 2019. The number of people in family households staying in a shelter program increased by 19 percent between 2021 and 2022. This increase could be attributed, in part, to the end of the federal eviction moratorium just before the start of the 2022 reporting period, as well as the sunsetting of several pandemic-era income supports and homelessness prevention programs.

### How Did Estimates of Family Households Experiencing Homelessness Compare with the U.S. Total and U.S. Poverty Populations?

- One of every 267 family households in the U.S. experienced sheltered homelessness at some point during 2022.
- People in families with children staying in shelters accounted for two percent of all people in families with incomes below the poverty line and three percent of all family households. These rates do not include the number of family households who only stayed in unsheltered locations. Family members living in poverty were less likely to stay in shelter programs in 2022 than people in households with poverty-level incomes and no children present (7% of adult-only households).
- Between 2021 and 2022, the number of sheltered families increased by 19 percent, differing considerably from trends in the number of family households living with incomes below the poverty level, which declined by four percent.

**EXHIBIT 3.1: One-Year Estimates of Families with Children who Experienced Sheltered Homelessness**
2019, 2021, and 2022

|  | 2019 | 2021 | 2022 |
|---|---|---|---|
|  | # | # | # |
| Family Households | 157,827 | 119,070 | 141,609 |
| People in Family Households | 507,224 | 381,124 | 453,016 |

Data Source: Homeless Management Information Systems (HMIS) data

**EXHIBIT 3.2: Changes in Estimates of Families Using Shelter, Households in Poverty, and U.S. Households**
2019-2022

| Characteristic | Change in People in Families with Children 2019-2021 | | Change in Family Households 2019-2020 | | Change in People in Families with Children 2021-2022 | | Changes in Family Households 2021-2022 | |
|---|---|---|---|---|---|---|---|---|
|  | # | % | # | % | # | % | # | % |
| Staying in Shelter Programs | -54,208 | -10.7% | -16,218 | -10.3% | 71,892 | 18.9% | 22,539 | 18.9% |
| Living in Poverty | -392,782 | -1.8% | 318,456 | 6.4% | -1,243,312 | -5.5% | -231,738 | -4.3% |
| In U.S. Population | -609,099 | -0.4% | 1,114,267 | 3.0% | -1,436,160 | -0.9% | 121,069 | 0.3% |

Data Source: Homeless Management Information Systems (HMIS) data; U.S. Census Bureau's American Community Survey (ACS) PUMS 1-year data.

DOJ-HUD-AR00971

**ESTIMATES OF FAMILIES WITH CHILDREN EXPERIENCING SHELTERED HOMELESSNESS IN 2022**

# Characteristics of People in Family Households Experiencing Homelessness

## What Were the Demographic Characteristics of Sheltered Family Households in 2022?

- Most heads of family households that experienced sheltered homelessness in 2022, 86 percent, identified as women. This is considerably higher than the 32 percent of heads of adult-only households experiencing sheltered homelessness who identified as women. (See Chapter 2 for more information on adult-only households experiencing homelessness.)

- Fourteen percent of heads of family households identified as men. A very small percent (less than 1%) identified as either transgender (0.1%) or a gender that is not singularly 'female' or 'male' (<0.1%).

- Children accounted for 60 percent of people in families experiencing sheltered homelessness; 28 percent were children under the age of five, and 32 percent were children ages 6 to 17.

- In 2022, heads of sheltered family households who identified as Hispanic or Latino/a/x of any race accounted for 31 percent of all family households experiencing sheltered homelessness. This is considerably higher than the share of heads of adult-only households who identified as Hispanic, 21 percent.

- Half of all heads of family households that experienced sheltered homelessness

**EXHIBIT 3.3a: Demographic Characteristics of Sheltered Families with Children**
By Gender and Age, 2019, 2021, and 2022[a]

| | 2019 | | | 2021 | | | 2022 | | |
|---|---|---|---|---|---|---|---|---|---|
| | Sheltered Families with Children | U.S. Families with Children in Poverty | Total U.S. Families with Children | Sheltered Families with Children | U.S. Families with Children in Poverty | Total U.S. Families with Children | Sheltered Families with Children | U.S. Families with Children in Poverty | Total U.S. Families with Children |
| **Gender of Heads of Households** | | | | | | | | | |
| Male | 10.7% | 26.3% | 46.6% | 11.4% | 27.1% | 45.4% | 13.5% | 27.4% | 46.1% |
| Female | 89.3% | 73.7% | 53.4% | 88.6% | 73.0% | 54.6% | 86.3% | 72.6% | 53.9% |
| Gender Non-Singular* | 0.0% | | | 0.0% | | | 0.1% | | |
| Gender Questioning | | | | 0.0% | | | 0.0% | | |
| Transgender | <0.1% | | | <0.1% | | | 0.1% | | |
| **Age of All People in the Household** | | | | | | | | | |
| 5 or under | 29.1% | 18.8% | 14.8% | 28.5% | 17.7% | 14.3% | 27.5% | 17.5% | 14.1% |
| 6-17 | 31.8% | 35.7% | 31.6% | 32.0% | 36.3% | 32.2% | 32.3% | 36.0% | 32.1% |
| 18-24 | 8.1% | 8.2% | 6.5% | 7.7% | 7.7% | 6.2% | 7.7% | 7.9% | 6.3% |
| 25-34 | 16.9% | 13.9% | 12.5% | 16.8% | 13.5% | 11.9% | 17.0% | 13.4% | 11.8% |
| 35-44 | 9.9% | 12.8% | 17.5% | 10.5% | 13.5% | 18.1% | 11.1% | 13.9% | 18.4% |
| 45-54 | 3.3% | 6.2% | 11.1% | 3.4% | 6.5% | 11.2% | 3.3% | 6.4% | 11.3% |
| 55-64 | 0.8% | 2.8% | 3.7% | 0.8% | 3.0% | 3.7% | 0.8% | 3.0% | 3.6% |
| 65 and older | 0.2% | 1.8% | 2.4% | 0.2% | 1.9% | 2.4% | 0.3% | 2.0% | 2.4% |

Data Source: Homeless Management Information Systems (HMIS) data; U.S. Census Bureau's American Community Survey (ACS) PUMS 1-year data. Raw data available in Appendix A.3.1

[a] Data presented on gender, race and ethnicity are based on the 2022 HMIS Data Standards in place during the 2022 reporting period. Beginning in 2023, gender, race, and ethnicity will be reported based on the more inclusive and expansive categories implemented through the 2024 HMIS Data Standards.

[b] In 2020, the U.S. Census Bureau updated the coding methodology for ethnicity. These updates are likely reflected in the changes in white, Hispanic/Latino/a/x shares among the U.S. Poverty and U.S. Total Population between 2019 and 2021/2022. Future AHARs will provide estimates of people experiencing homelessness by additional race and ethnicity combinations.

*Category in HMIS is listed as "a gender that is not singularly 'female' or 'male.'" This represents a change in the category from 2019 and 2020 which used the category name 'gender non-conforming.' Any change in category options for any data element could affect how people identify, and comparisons should be made with caution. Notes: Data on characteristics excludes people for whom the characteristic is missing/unknown. Data on age is based on all people in households. Gender, ethnicity, and race are based only on the heads of household.

DOJ-HUD-AR00972

## ESTIMATES OF FAMILIES WITH CHILDREN EXPERIENCING SHELTERED HOMELESSNESS IN 2022

in 2022 identified as Black or African American. This is considerably higher than the share of heads of adult-only households who identified as Black, 35 percent.

- In 2022, four percent of heads of family households who experienced sheltered homelessness identified as indigenous – either Native American/American Indian or Alaska Native (2%) or Native Hawaiian or Pacific Islander (2%). Less than one percent of heads of family households identified as Asian or Asian American.
- White heads families with children not identifying as Hispanic or Latino/a/x were 21 percent of all heads of family households staying in shelters, considerably less than the share of White heads among sheltered adult-only households (40%).

### How Do the Demographic Characteristics of the Sheltered Family Population Compare with the U.S. Total and U.S. Poverty Populations?

Black, Indigenous, and people of color remained substantially overrepresented among the heads of family households that experienced sheltered homelessness in 2022, compared to both the U.S. total and U.S. poverty populations.

- While half of heads of family households that experienced sheltered homelessness in 2022 identified as Black, African, or African American, 24 percent of heads of family households living in poverty and 13 percent of heads of all family households in the U.S. were Black. Black families

### EXHIBIT 3.3b: Demographic Characteristics of Sheltered Families with Children
By Ethnicity and Race, 2019, 2021, and 2022[a]

| | 2019 | | | 2021 | | | 2022 | | |
|---|---|---|---|---|---|---|---|---|---|
| | Sheltered Families with Children | U.S. Families with Children in Poverty | Total U.S. Families with Children | Sheltered Families with Children | U.S. Families with Children in Poverty | Total U.S. Families with Children | Sheltered Families with Children | U.S. Families with Children in Poverty | Total U.S. Families with Children |
| **Ethnicity of Heads of Households[b]** | | | | | | | | | |
| Hispanic/Latino/a/x (all races) | 24.0% | 30.4% | 21.0% | 25.8% | 30.5% | 21.5% | 30.6% | 30.3% | 21.6% |
| Non-Hispanic/Non-Latino/a/x (all races) | 76.0% | 69.7% | 79.0% | 74.2% | 69.6% | 78.5% | 69.5% | 69.7% | 78.5% |
| **Race of Heads of Households** | | | | | | | | | |
| Asian or Asian American | 0.7% | 3.4% | 6.1% | 0.6% | 3.8% | 6.3% | 0.6% | 3.9% | 6.5% |
| Black, African, or African American | 52.2% | 25.3% | 13.8% | 49.8% | 23.7% | 13.0% | 49.6% | 24.4% | 13.1% |
| Multiple Races | 4.2% | 3.2% | 2.6% | 4.3% | 16.3% | 12.8% | 4.1% | 15.7% | 12.6% |
| Native American/American Indian or Alaska Native | 1.9% | 1.8% | 0.9% | 2.8% | 1.9% | 1.1% | 2.2% | 1.8% | 1.1% |
| Native Hawaiian or Pacific Islander | 1.2% | 0.2% | 0.2% | 1.2% | 0.3% | 0.2% | 1.7% | 0.3% | 0.2% |
| White, Hispanic/Latino/a/x[b] | 15.7% | 19.5% | 13.9% | 17.4% | 4.6% | 3.6% | 20.9% | 4.8% | 3.7% |
| White, Non-Hispanic/Non-Latino/a/x | 24.2% | 37.5% | 56.6% | 23.9% | 36.5% | 54.6% | 20.9% | 36.1% | 54.2% |

Data Source: Homeless Management Information Systems (HMIS) data; U.S. Census Bureau's American Community Survey (ACS) PUMS 1-year data. Raw data available in Appendix A.3.1
[a] Data presented on gender, race and ethnicity are based on the 2022 HMIS Data Standards in place during the 2022 reporting period. Beginning in 2023, gender, race, and ethnicity will be reported based on the more inclusive and expansive categories implemented through the 2024 HMIS Data Standards.
[b] In 2020, the U.S. Census Bureau updated the coding methodology for ethnicity. These updates are likely reflected in the changes in white, Hispanic/Latino/a/x shares among the U.S. Poverty and U.S. Total Population between 2019 and 2021/2022. Future AHARs will provide estimates of people experiencing homelessness by additional race and ethnicity combinations.
*Category in HMIS is listed as "a gender that is not singularly 'female' or 'male.' This represents a change in the category from 2019 and 2020 which used the category name 'gender non-conforming.' Any change in category options for any data element could affect how people identify, and comparisons should be made with caution.
Notes: Data on characteristics excludes people for whom the characteristic is missing/unknown. Data on age is based on all people in households. Gender, ethnicity, and race are based only on the heads of household.

### EXHIBIT 3.4: Percentage of Families in Poverty who Experienced Sheltered Homelessness in 2022



| | |
|---|---|
| Black, African, or African American | 5.4 |
| Native American/American Indian or Alaska Native | 3.2 |
| Hispanic/Latino/a/x | 2.8 |
| Total | 2.2 |
| White, Non-Hispanic/Non-Latino/a/x | 1.6 |
| Multiple Races | 0.7 |
| Asian or Asian American | 0.4 |

DOJ-HUD-AR00973

ESTIMATES OF FAMILIES WITH CHILDREN EXPERIENCING SHELTERED HOMELESSNESS IN 2022

with incomes below the poverty level had the highest incidence of experiencing sheltered homelessness across racial and ethnic groups (5%). This is more than double the rate of all families in poverty who experience sheltered homelessness (2%).

- The share of heads of sheltered family households identifying as Hispanic or Latino/a/x was roughly the same as the share of families in poverty (31% and 30%). This is higher than their share of all family households in the U.S. (22%). Three percent of Hispanic or Latino/a/x households with incomes below the poverty level experienced sheltered homelessness in 2022.

- Heads of family households that experienced sheltered homelessness were twice as likely to identify as Native American/American Indian or Alaska Native (2%) compared to the total population (1%) but similarly likely as heads of family households with incomes below the poverty line (2%). Three percent of Native American family households in poverty spent some time in a shelter program during 2022 – similar to the share of all family households. This is considerably lower than the 21 percent of Native American adult-only households with poverty-level incomes who accessed a shelter program in 2022.

- Women comprised a much higher share of heads of family households experiencing sheltered homelessness (86%) than they did heads family households living in poverty (73%) and of all U.S. families with children (54%). Female heads of family household living in poverty were more likely than male heads of households to experience sheltered homelessness (3% compared to 1%).

- Families with children who accessed an emergency shelter or transitional housing program in 2022 were younger than families in poverty or all U.S. families. While children five or under were 28 percent of all people in sheltered families, they were only 18 percent of people in families with incomes below the poverty level and 14 percent of all people in families in the U.S.

## How Have the Characteristics of Family Households Experiencing Sheltered Homelessness Changed over Time?

Demographic characteristics of families with children experiencing sheltered homelessness did not change much between 2019 and 2022. However, heads of family households in 2022 were slightly less likely to be women, more likely to be Hispanic or Latino/a/x, and less likely to be White and not Hispanic or Latino/a/x.

- Between 2019 and 2022, the share of heads of family households who identified as Hispanic or Latino/a/x increased from 24 percent to 31 percent. The *number* of Hispanic heads of family households experiencing sheltered homelessness increased by 14 percent. During the same time period, the share of Hispanic heads of families in poverty and all U.S. families remained relatively constant.

- The percentage of family households headed by someone who identified as White and not Hispanic or Latino/a/x declined from 24 percent to 21 percent. The *number* of White heads of households among the sheltered population also decreased, by 23 percent.

- In 2022, the number of female heads of family households experiencing sheltered homelessness declined by 13 percent. The share of heads of family households who were

### EXHIBIT 3.5: Household Size and Composition of Families Experiencing Sheltered Homelessness
2019-2022



**Household Size**

| | | 2 People | 3 or More People |
|---|---|---|---|
| SHELTERED FAMILIES WITH CHILDREN | 2019 | 32.9 | 67.1 |
| | 2021 | 33.8 | 66.3 |
| | 2022 | 34.2 | 65.8 |
| U.S. FAMILIES WITH CHILDREN IN POVERTY | 2019 | 14.8 | 85.2 |
| | 2021 | 15.0 | 85.0 |
| | 2022 | 14.8 | 85.2 |
| TOTAL U.S. FAMILIES WITH CHILDREN | 2019 | 7.9 | 92.1 |
| | 2021 | 7.9 | 92.1 |
| | 2022 | 7.9 | 92.2 |



**Composition of Households with Children**

| | | Single adult with one or two children | Single adult with 3 or more children | More than one adult with one or two children | More than one adult with 3 or more children |
|---|---|---|---|---|---|
| SHELTERED FAMILIES WITH CHILDREN | 2019 | 54.6 | 19.2 | 17.2 | 9.0 |
| | 2021 | 55.2 | 18.1 | 18.0 | 8.7 |
| | 2022 | 54.2 | 17.2 | 20.2 | 8.3 |
| U.S. FAMILIES WITH CHILDREN IN POVERTY | 2019 | 27.6 | 12.7 | 37.9 | 21.9 |
| | 2021 | 27.2 | 11.0 | 40.0 | 21.8 |
| | 2022 | 26.9 | 11.2 | 40.3 | 21.7 |
| TOTAL U.S. FAMILIES WITH CHILDREN | 2019 | 13.0 | 3.0 | 65.8 | 18.2 |
| | 2021 | 12.9 | 2.8 | 66.3 | 18.0 |
| | 2022 | 12.8 | 2.8 | 66.5 | 17.9 |

Data Source: Homeless Management Information Systems (HMIS) data; U.S. Census Bureau's American Community Survey (ACS) PUMS 1-year data; Raw data available in Appendix A.3.2

## ESTIMATES OF FAMILIES WITH CHILDREN EXPERIENCING SHELTERED HOMELESSNESS IN 2022

women was 86 percent compared to 89 percent in 2019. Meanwhile, shares of all U.S. families and families in poverty headed by women remained constant.

- More than one-third (34%) of sheltered families with children were composed of just a parent and a child (two people) in 2022.
- Seven of every ten sheltered families (71%) were headed by a single adult (most often a parent or guardian). Most (54%) were single adults with one or two children, and 17 percent were single adults with three or more children.
- More than one-quarter of sheltered families were large, consisting of three or more children (with one or more adults) (26%).
- In 2022, there were slightly fewer sheltered family households with three or more children (26%) compared to 2019 (28%).

### How Did the Household Size and Composition of Sheltered Families Compare with the U.S. Total and U.S. Poverty Populations?

- In 2022, sheltered families were considerably smaller than both all families in the U.S. and families living in poverty. In 2022, more than one-third of families using shelters consisted of just one adult and one child (34%), more than double the share of families in poverty (15%) and four times the share of all families in the U.S. (8%).
- Sheltered families were far more likely to be headed by a single adult (71%) than families with incomes below the poverty line (38%) and all U.S. families with children (16%).

### Where Did Families with Children Access Emergency Shelter or Transitional Housing?

In 2022, nearly three-fourths of families accessing shelters did so in urban areas (74%). This is more than double the percentage of U.S. family households living in urban areas (32%) and much higher than the percentage of families in poverty living in urban areas (41%). The high share of families accessing shelters who do so in urban areas is likely related to several factors, including density of homeless services in urban areas and limited affordable housing options.

- Families accessing shelters were underrepresented in suburban areas. While a plurality of the U.S. population resided in suburban communities in 2022, 44 percent, only 19 percent of families accessing shelters were in suburban areas in 2022.
- Rural areas, too, accounted for a much larger share of all U.S. families than they did families experiencing sheltered homelessness. Rural areas accounted for just seven percent of families who experienced homelessness in 2022 but 24 percent of all U.S. families and 27 percent of families living in poverty. Because these data are based on the use of emergency shelters and transitional housing, many dimensions of rural homelessness may be missed. Rural areas often have fewer shelter programs, possibly driving people to stay outside, in their cars, or in abandoned buildings—that is, to experience unsheltered homelessness. In addition, other forms of housing instability such as doubling up may be more common in rural areas.
- Between 2019 and 2022 there was little change in the geographic distribution of family households staying in shelters.

**EXHIBIT 3.6: Geographic Location of Families with Children Experiencing Homelessness, Families with Children Experiencing Poverty, and All Families with Children** 2019-2022



| | | URBAN 0% | SUBURBAN | RURAL 100% |
|---|---|---|---|---|
| SHELTERED FAMILIES | 2019 | 74.7 | 18.8 | 6.6 |
| | 2021 | 72.7 | 19.4 | 7.8 |
| | 2022 | 74.0 | 19.2 | 6.8 |
| FAMILIES LIVING IN POVERTY | 2019 | 41.4 | 30.5 | 28.1 |
| | 2021 | 40.9 | 31.7 | 27.4 |
| | 2022 | 40.9 | 31.7 | 27.4 |
| TOTAL U.S. FAMILIES | 2019 | 32.2 | 43.4 | 24.4 |
| | 2021 | 31.8 | 44.1 | 24.0 |
| | 2022 | 31.8 | 44.1 | 24.0 |

DOJ-HUD-AR00975

**ESTIMATES OF FAMILIES WITH CHILDREN EXPERIENCING SHELTERED HOMELESSNESS IN 2022**

## What Were the Other Characteristics of Families with Children Experiencing Sheltered Homelessness?

- In 2022, six percent of adults in sheltered families with children had chronic patterns of homelessness. Rates of chronic homelessness among sheltered family households were highest in suburban areas (10%). In both urban and rural areas, seven percent of sheltered families had chronic patterns of homelessness.
- Very few adults in family households staying in shelters were veterans (only 1%). The share of sheltered family households who were veterans was small across geographic types but rose to three percent in rural areas.
- Nearly one-quarter of adults in families staying in shelters were survivors of domestic violence. These data represent survivors of domestic violence that accessed homeless services that were not operated by victim service providers and are considered an underestimate of survivorship among sheltered families. In 2022, 18 percent of family households in urban areas were currently fleeing an unsafe situation, the highest of all geographic categories. In rural areas, 15 percent of family households were currently fleeing domestic violence, and in suburban areas the share was 14 percent.

## How Did the Additional Characteristics of Families with Children Experiencing Homelessness Change over Time?

- Among family households, the experience of chronic homelessness was less common in 2022 than it was in 2021 (by 16%) and slightly less common than it was in 2019 (by 4%). The share of family households with chronic patterns of homelessness is similar to the share just prior to the onset of the pandemic and lower than it was in 2021, at the height of the pandemic.
- Between 2019 and 2022, the number of heads of household and other adults in sheltered families that had a disability went down by seven percent. However, between 2021 and 2022, the number of households with an adult with a disability decreased by five percent. The share of households was slightly higher in 2022 than it was in 2019 (28% compared to 26%), but lower than it was in 2021 (30%).
- While the share of adult domestic violence survivors in sheltered families was about the same in 2022 as it was in 2019, the number decreased by 12 percent during that time, part of the overall drop in sheltered family homelessness since before the pandemic. In urban and rural areas, the share of family households experiencing sheltered homelessness and currently fleeing domestic violence using shelters not operated by victim service providers rose between 2019 and 2021 and then declined between 2021 and 2022. In suburban areas, these rates increased between 2019 and 2021 and continued to increase between 2021 and 2022.

**EXHIBIT 3.7: Additional Characteristics of Sheltered Families**
2019-2022

| | 2019 | 2021 | 2022 | Change 2019-2022 | | Change 2021-2022 | |
|---|---|---|---|---|---|---|---|
| | % | % | % | # | % | # | % |
| **Chronic Homeless Status of Heads of Households and Other Adults in Families** | | | | | | | |
| Chronic Patterns of Homelessness[a] | 6.1% | 9.2% | 6.4% | -428 | -3.6% | -2,155 | -15.6% |
| **Veteran Status of Heads of Households and Other Adults in Families** | | | | | | | |
| Veteran | 1.6% | 1.6% | 1.4% | -532 | -17.0% | 250 | 10.6% |
| Non-Veteran | 97.9% | 97.5% | 97.7% | -16,294 | -8.4% | 31,384 | 21.4% |
| Unknown Veteran Status | 0.5% | 0.9% | 0.9% | 630 | 66.9% | 215 | 15.8% |
| **Domestic Violence Survivor Status of Heads of Households and Other Adults in Families*** | | | | | | | |
| DV Survivors | 33.1% | 36.6% | 32.2% | -7,153 | -12.0% | 17 | 0.0% |
| Not DV Survivors | 66.7% | 63.2% | 67.6% | -9,961 | -8.3% | 19,468 | 21.5% |
| Doesn't Know/Refused | 0.2% | 0.2% | 0.2% | -50 | -15.5% | -68 | -19.9% |
| **Disability Status of Heads of Households and Other Adults in Families[b]** | | | | | | | |
| With Disabilities | 25.6% | 30.4% | 27.5% | -3,348 | -6.6% | 2,045 | 4.5% |
| Without Disabilities | 74.4% | 69.6% | 72.5% | -22,539 | -15.4% | 20,751 | 20.1% |

Data Source: Homeless Management Information Systems (HMIS) data; Raw data available in Appendix A.3.3
[a] HUD defines a person experiencing chronic patterns of homelessness as one with a disability and who has experienced homelessness for at least one year or on at least 4 separate occasions in the last 3 years, as long as the combined occasions equal at least 12 months and each break in homelessness separating the occasions included at least 7 consecutive nights of not living as described. A detailed definition of chronic homelessness can be found here: https://www.hudexchange.info/homelessness-assistance/coc-esg-virtual-binders/coc-esg-homeless-eligibility/definition-of-chronic-homelessness/
*Percentages based on people with known domestic violence survivor status and disability status.
[b] HUD defines a disability as a physical, mental or emotional impairment, including impairment caused by alcohol or drug abuse, post-traumatic stress disorder, brain injury or a chronic physical illness. A more detailed definition can be found here: https://www.hudexchange.info/homelessness-assistance/coc-esg-virtual-binders/coc-esg-homeless-eligibility/determining-and-documenting-disability/disability-definition/

ESTIMATES OF FAMILIES WITH CHILDREN EXPERIENCING SHELTERED HOMELESSNESS IN 2022

# Engagement of Family Households with the Homelessness Services System

Data collected to inform this report included information related to the experience of homelessness. This includes whether households experiencing homelessness are doing so for the first time, are continuously engaged in the homeless system from the prior year or have returned to homelessness after exiting to a permanent, temporary, or unknown situation. This section also provides information on where people were staying immediately prior to entering an emergency shelter or transitional housing, how long they stayed in shelters, and where they went after leaving shelter.

Length of time in shelter programs reflects the aggregated amount of time households spent in any emergency shelter, transitional housing, or safe haven programs over the course of the reporting period. Households staying for short periods of time includes those households transitioning to permanent housing, remaining in the experience of homelessness, but leaving the program for an unsheltered situation or a program that does not participate in HMIS, and those that entered the homelessness services system during the last week of the reporting period.

## How Did Family Households Engage with the Shelter System in 2022?

- More than two-thirds of family households (68%) who experienced sheltered homelessness in 2022 did so for the first time, not having accessed any program in the homeless services system for at least two years prior to the reporting period.[1]
- More than one-quarter (26%) of family households experiencing sheltered homelessness were continuously engaged, meaning that they were also enrolled in a program for people experiencing homelessness on the day prior to the start of the 2022 reporting period.
- Just about six percent of sheltered family households returned to the experience of sheltered homelessness during the 2022 reporting period, meaning that they returned to a shelter program within two years of exiting homelessness. Of those, three percent returned after having transitioned to a permanent destination such as their own rental unit. Two percent had previously left for a temporary destination such as

---

1 Prior living situation is based on a sheltered household's first engagement with the homelessness services system during the reporting period. Most people engaged only with emergency shelter or transitional housing during the FY22 reporting period. However, for a very small share of households who used shelter or transitional housing, it is possible the first engagement may have been in a RRH or PSH program.

**EXHIBIT 3.8: Percent of Family Households with Additional Characteristics by Geography**
2019-2022



Note: Data are based family households which is different from the universe presented in Exhibit 3.6.

**EXHIBIT 3.9: Type of Engagement in the Homeless System**
2019, 2021, and 2022

| Place Stayed | 2019 | 2021 | 2022 | Change 2019-2022 | | Change 2021-2022 | |
|---|---|---|---|---|---|---|---|
| | % | % | % | # | % | # | % |
| Sheltered Family Households | | | | -16,218 | -10.3% | 22,539 | 18.9% |
| First time experiencing homeless | 62.3% | 63.6% | 67.9% | -2,197 | -2.2% | 20,505 | 27.1% |
| Continuously Engaged | 27.1% | 29.8% | 25.9% | -6,216 | -14.5% | 1,203 | 3.4% |
| Returned to the experience of homelessness within 2 years | 10.5% | 6.7% | 6.2% | -7,806 | -47.0% | 831 | 10.4% |
| After exiting to temporary destination | 2.0% | 2.2% | 1.9% | -534 | -16.9% | -10 | -0.4% |
| After exiting to permanent destination | 3.7% | 3.0% | 2.6% | -2,257 | -38.2% | 87 | 2.4% |
| After exiting to unknown destination | 4.8% | 1.5% | 1.8% | -5,015 | -66.5% | 754 | 42.6% |

Data Source: Homeless Management Information Systems (HMIS) data; Raw data available in Appendix A.3.4
Note: see Key Terms section for definitions of engagement types.

DOJ-HUD-AR00977

ESTIMATES OF FAMILIES WITH CHILDREN EXPERIENCING SHELTERED HOMELESSNESS IN 2022

doubling up with friends or family on a temporary basis. Two percent returned after leaving to an unknown destination.

- Nearly 9 in 10 of family households with children (88%) that stayed in an emergency shelter or transitional housing program in 2022 only stayed in shelter programs during the year, meaning they did not also enroll in RRH or PSH. Ten percent accessed both shelter programs and RRH programs. A small share (1%) accessed PSH in addition to emergency shelter or transitional housing programs. Less than one percent accessed all three program types.

## Where Did Family Households Stay Prior to Entering Shelters?

- In 2022, almost half (47%) of family households were already experiencing homelessness the night before they entered shelter programs. Of those, 26 percent reported that they had been in a different shelter program[2], and 22 percent were staying in unsheltered situations prior to entering a shelter.

- Almost 4 in 10 family households (39%) were staying in a housed situation prior to entering a shelter program: 29 percent were staying with family or friends, seven percent were staying in rented housing without a subsidy, two percent were staying in rented housing with a subsidy (which could include short- term rapid rehousing assistance), and another one percent were either staying in an owned housing unit or in permanent supportive housing. Families were much more likely than adult-only households to be housed before entering shelters; only 22 percent of adult-only households had been in a housed situation before entering a shelter.

- In 2022, eight percent of family households had been staying in a hotel or motel that they paid for on their own prior to entering a shelter program. This is double the share of people in adult-only households that had stayed in a hotel or motel just prior to entering shelter (4%).

- One percent of family households had been staying in an institutional setting prior to accessing shelter. Most of these households (1%) were in a medical facility, including physical health or physical rehabilitation facilities, mental health facilities, and substance use rehabilitation programs. This is much smaller than the 12 percent of adult-only households having stayed in institutional settings just prior to accessing shelter programs.

**EXHIBIT 3.10: Places Family Households Stayed Before Entering Shelter**
2019, 2021, and 2022

| | 2019 | 2021 | 2022 | Change 2019-2021 | | Change 2021-2022 | |
|---|---|---|---|---|---|---|---|
| | % | % | % | # | % | # | % |
| Already Experiencing Homelessness | 36.9% | 45.3% | 47.0% | 8,252 | 14.2% | 12,554 | 23.3% |
| Sheltered | 19.5% | 23.8% | 25.8% | 5,769 | 18.8% | 8,116 | 28.6% |
| Unsheltered | 17.4% | 21.5% | 21.2% | 2,483 | 9.0% | 4,438 | 17.4% |
| Housing | 45.3% | 41.8% | 38.8% | -16,465 | -23.0% | 5,248 | 10.6% |
| Staying with Family | 21.8% | 20.6% | 18.0% | -8,876 | -25.8% | 938 | 3.8% |
| Staying with Friends | 12.8% | 12.7% | 11.1% | -4,533 | -22.4% | 571 | 3.8% |
| Rented housing unit without subsidy | 8.9% | 6.5% | 7.3% | -3,710 | -26.5% | 2,587 | 33.6% |
| Rented housing unit with subsidy | 1.2% | 1.4% | 1.9% | 706 | 36.1% | 1,037 | 63.8% |
| Owned housing unit | 0.5% | 0.5% | 0.5% | -44 | -5.9% | 157 | 28.5% |
| Permanent supportive housing (PSH) | 0.1% | 0.2% | 0.1% | -8 | -4.4% | -42 | -19.4% |
| Institutional Settings | 2.0% | 1.7% | 1.3% | -1,229 | -40.0% | -155 | -7.8% |
| Incarceration | 0.4% | 0.3% | 0.3% | -276 | -42.0% | 33 | 9.5% |
| Medical facility | 1.5% | 1.4% | 1.0% | -892 | -38.3% | -168 | -10.5% |
| Long-term care facility | 0.1% | 0.0% | 0.0% | -61 | -69.3% | -20 | -42.6% |
| Other Settings | 5.9% | 9.2% | 7.6% | 1,443 | 15.5% | -180 | -1.6% |
| Hotel or motel* | 5.8% | 9.0% | 7.5% | 1,441 | 15.8% | -139 | -1.3% |
| Foster care | 0.1% | 0.1% | 0.0% | -27 | -35.5% | -25 | -33.8% |
| Other living arrangement | 0.1% | 0.1% | 0.1% | 29 | 22.8% | -16 | -9.3% |
| Missing | 10.0% | 2.1% | 5.3% | -8,221 | -52.2% | 5,070 | 206.9% |

Data Source: Homeless Management Information Systems (HMIS) data; Raw data available in Appendix A.3.5

---

2  They may have been in a different Continuum of Care of in a shelter in the same CoC that does not report to the Homeless Management Information System.

## ESTIMATES OF FAMILIES WITH CHILDREN EXPERIENCING SHELTERED HOMELESSNESS IN 2022

### How Did System Engagement Change for Family Households?

The system engagement data for people in families with children reflects an increase in new families entering the homeless services system after a period of slowed inflow into shelters during the pandemic.

- Between 2019 and 2021, the share of family households experiencing sheltered homelessness for the first time increased from 62 percent of families to 64 percent. It increased further to 68 percent in 2022. More recently, between 2021 and 2022, the number of family households that experienced homelessness for the first time increased by 27 percent. This likely reflects a combination of the expiration of pandemic-era eviction moratoria and resources aimed at the prevention of homelessness as well as the increased difficulty in securing affordable housing in communities across the country.

- The number of family households that were continuously engaged in the homeless services system increased between 2021 and 2022, by three percent, but was 15 percent lower in 2022 than it was in 2019.

- After dropping by nearly half between 2019 and 2022 (47%), the number of family households returning to shelter within two years increased by 10 percent in the more recent time period, 2021 to 2022.

- The share of family households accessing shelter from another homeless situation increased each year between 2019 and 2022. Prior to the pandemic, 37 percent of families with children enrolled in an emergency shelter or transitional housing program from another homeless situation. In 2021, 45 percent of families did so, and in 2022 the share increased again to 47 percent. This includes families accessing shelter from unsheltered locations, which increased from 17 percent to 21 percent in 2022. The number of people in families with children accessing shelter programs having stayed in unsheltered situations the night prior increased by 9 percent between 2019 and 2022 and by 17 percent in the last year alone, between 2021 and 2022.

- While the number of families entering a shelter program directly from a housed situation was 23 percent lower in 2022 than it was in 2019, just before the onset of the pandemic, in the most recent two years, 2021 to 2022, the number increased by 11 percent (5,248 households). These recent increases were driven by increases in families coming from their own rented units, with or without a subsidy.

- Compared to 2019, the numbers of families coming from most prior living situations were lower in 2022. The only exception was the number entering shelter from subsidized rental housing, which showed a 36 percent increase over the three years (706 households). This increase may reflect households entering shelters after their rapid rehousing ended. Rapid rehousing

### EXHIBIT 3.11: Length of Stay of Sheltered Families
2019-2022



Data source: Homeless Management Information Systems (HMIS) data

### EXHIBIT 3.12: Exit Status of Family Households (in %)
2019-2022



Data source: Homeless Management Information Systems (HMIS) data

DOJ-HUD-AR00979

## ESTIMATES OF FAMILIES WITH CHILDREN EXPERIENCING SHELTERED HOMELESSNESS IN 2022

programs had been expanded during the pandemic.
- The share of families with children having stayed with friends or family just prior to staying in shelter declined from 35 percent to 29 percent.

### How Long did Family Households Stay in Shelter?

Length of time in shelter programs reflects the aggregated amount of time households spent in any emergency shelter, transitional housing, or safe haven programs over the course of the reporting period. Households staying for short periods of time include those households transitioning to permanent housing, remaining in the experience of homelessness but leaving the program for an unsheltered situation or a program that does not participate in HMIS, and those that entered the homelessness services system during the last week of the reporting period.

- In 2022, 15 percent of families with children accessing shelter programs stayed for one week or less. This is considerably smaller than the share of adult-only households staying for one week or less (26%)[3].
- One-third of family households (33%) stayed in shelter for less than one month, but 18 percent stayed between three and six months, and a quarter of families staying in shelters were there for more than six months.
- Just over one of every 10 people in family households (11%) experiencing sheltered homelessness had stayed in shelter for more than a year.

### How Has Length of Time in Shelter Programs Changed for Family Households?

Overall, there was little change in how long families stayed in shelter programs between 2019 and 2022, with some shifts within particular time periods.

- Between 2019 and 2022, the share of family households experiencing sheltered homelessness that stayed in shelters for one week or less increased from 12 percent to 15 percent, and the share staying for between one week and one month decreased from 24 percent to 18 percent.
- The share of family households experiencing sheltered homelessness that had stayed in shelter for more than a year increased during the height of the pandemic, from 11 percent to 15 percent, but returned to pre-pandemic levels in 2022 (11%).

### What Were the Exit Destinations of Family Households Leaving Shelter Programs?

- In 2022, 29 percent of family households who stayed in an emergency shelter or transitional housing program at some point during the year were still enrolled in a shelter program at the end of the reporting period, while 71 percent were no longer actively receiving temporary residential services when the reporting period ended.
- Forty-two percent of family households went from sheltered homelessness directly to

### EXHIBIT 3.13: Destination of Exit of Family Households
2019-2022

| | 2019 | 2021 | 2022 |
|---|---|---|---|
| | % | % | % |
| Permanent supportive housing (PSH) | 2.1% | 2.3% | 2.1% |
| Permanent housing | 47.7% | 49.7% | 41.8% |
| Permanent housing, no subsidy | 13.2% | 10.4% | 8.8% |
| Permanent housing, with subsidy | 24.3% | 29.7% | 24.6% |
| Doubled up with friends or family (permanent) | 10.2% | 9.6% | 8.4% |
| Temporary housing | 15.0% | 15.7% | 17.1% |
| Doubled up with friends or family (temporary) | 12.6% | 12.3% | 13.6% |
| Other temporary housing | 2.3% | 3.4% | 3.5% |
| Experience of Homelessness | 8.2% | 14.2% | 11.7% |
| Sheltered homelessness | 5.6% | 11.2% | 8.3% |
| Unsheltered homelessness | 2.6% | 3.0% | 3.4% |
| Institutional setting | 0.9% | 1.1% | 0.9% |
| Unknown housing status | 26.2% | 17.0% | 26.4% |
| Deceased | 0.1% | 0.1% | 0.1% |

Data Source: Homeless Management Information Systems (HMIS) data

---

3  The number of households staying for short stays includes households transitioning to permanent housing, remaining in the experience of homelessness, but leaving the program for an unsheltered situation or a program that does not participate in HMIS, and those that entered the homelessness services system during the last week of the reporting period.

DOJ-HUD-AR00980

permanent housing in 2022. Most (25%) transitioned to rental housing with housing assistance. This could include long-term assistance such as Housing Choice Vouchers or short-term assistance, such as RRH. Nine percent exited to permanent housing without rental assistance, and eight percent went to live with friends or family on a permanent basis.

- In 2022, 17 percent of families left shelter for a different temporary situation, most often staying with friends or family for a short period of time.
- Twelve percent of families with children who left shelters did so to another homeless situation. Only three percent went to an unsheltered situation. Others may have gone to a shelter in a different community or to a shelter in the same CoC that does not report to the HMIS.

## How Did the Destination at the Time of Exit Change for Family Households?

- The share of families with children who remained in a shelter program at the end of the reporting period rose between 2019 and 2021 (from 26% to 31%) but declined to 29% in 2022, remaining slightly higher than pre-pandemic levels.
- A higher share of families with children left their current shelter experience for another homeless situation in 2022 than did so in 2019. In 2019, eight percent of families left shelter and stayed in another shelter program or in unsheltered locations. This rose to 14 percent in 2021 but declined slightly to 12 percent in 2022. A smaller share of families went from one shelter program to another between 2021 and 2022 (11% to 8%), but the share exiting to unsheltered situations remained the same (3%) during that time.
- Between 2019 and 2021, the share of families that transitioned to rental housing with subsidies increased from 24 percent to 30 percent. Between 2021 and 2022, however, the share exiting to subsidized permanent housing returned to the pre-pandemic level (25%). This likely reflects a combination of factors, including the expiration of pandemic-era RRH funding and other homelessness prevention programs and the increasing difficulty in finding affordable units across the country.

DOJ-HUD-AR00981

# 2022
# Estimates of Sheltered Unaccompanied Youth

Overview of Estimates of Youth who Experienced Sheltered Homelessness ................................................. 4-2

How Did Estimates of Unaccompanied Youth Households Experiencing Homelessness Compare with the U.S. Total and Poverty Population? .................................................................................................... 4-2

Characteristics of Sheltered Unaccompanied Youth ................................................................................... 4-2

What Were the Demographic Characteristics of Sheltered Unaccompanied Youth Households in 2022? ................................. 4-2

How Did the Demographic Characteristics of the Sheltered Unaccompanied Youth Population Compare with the U.S. Total and U.S. Poverty Populations? ................................................................................ 4-4

How Have the Characteristics of Unaccompanied Youth Households Changed over Time? ........................... 4-5

Where Did Unaccompanied Youth Households Access Emergency Shelter, Transitional Housing, or Safe Haven Programs? ................................................................................................................. 4-6

How Did the Location of Shelter Use for Unaccompanied Youth Households Change over Time? ................ 4-6

What Were the other Characteristics of Unaccompanied Youth Households Experiencing Sheltered Homelessness? .......... 4-7

How Have the Additional Characteristics of Unaccompanied Youth Households Experiencing Sheltered Homelessness Changed over Time? ................................................................................................ 4-7

Engagement of Unaccompanied Youth Households with the Homelessness Services System .................................... 4-8

Where Did Unaccompanied Youth Households Stay Prior to Entering Shelters? ............................................ 4-8

How Long Did Unaccompanied Youth Households Stay in Shelter? ............................................................ 4-9

How Did System Engagement Change Over Time? .................................................................................. 4-9

# Estimates of Sheltered Unaccompanied Youth

## Overview of Estimates of Youth who Experienced Sheltered Homelessness

Approximately **114,000 unaccompanied youth** stayed in an emergency shelter, safe haven, or transitional housing program at some point between October 1, 2021 and September 30, 2022.

Sheltered unaccompanied youth are a combination of two groups: 1) people staying in shelter programs who are between the ages of 18 and 24 in adult-only households but without a parent or guardian (74,448 people in 2022) and 2) people in shelter programs in households with only children and without a parent or guardian (17,918 people in 2022). These estimates do not include unaccompanied youth who stayed only in unsheltered locations or with friends or family (i.e. doubled up).

- In 2022, 114,413 unaccompanied youth in 112,838 unaccompanied youth households stayed in shelter programs at some time during the year.
- Unaccompanied youth accounted for 12 percent of all sheltered people in adult-only and child-only households in 2022.
- Between 2019, the year prior to the COVID-19 pandemic, and 2022, the number of sheltered unaccompanied youth dropped by about 6,500 people or 5 percent. However, the number of unaccompanied youth accessing shelter programs increased by approximately 22,000 people, or 24 percent, between 2021 and 2022, possibly reflecting an increase in capacity once pandemic-era restrictions were eased.

### How Did Estimates of Unaccompanied Youth Households Experiencing Homelessness Compare with the U.S. Total and Poverty Population?

- One of every 84 unaccompanied youth in the United States experienced sheltered homelessness at some point during 2022.
- Of unaccompanied youth with incomes below the poverty line, five percent spent at least one night in a shelter program during 2022.

## Characteristics of Sheltered Unaccompanied Youth

### What Were the Demographic Characteristics of Sheltered Unaccompanied Youth Households in 2022?

- Unaccompanied youth experiencing sheltered homelessness were more likely to be women, transgender, or people identifying as a gender that is not singularly 'male' or 'female' than people in adult-only households. Just more than half of unaccompanied youth in 2022 were men or boys (53%) compared to two-thirds of heads of adult only households (67%). Forty-four percent of unaccompanied youth identified as women or girls compared with 32 percent



**EXHIBIT 4.1: One-Year Estimates of Sheltered Homelessness Among Unaccompanied Youth (Under 25)**
2019-2022

Note: Data reported through the LSA are structured so that person served in multiple household types is reflected only once in the dataset, but each household type is captured. For example, an unaccompanied youth who is 17 at the start of the reporting period and turns 18 during the year will be counted only once. But the child-only household and the adult-only household of which they were a part will both be included in the household number.
Data Source: Homeless Management Information Systems (HMIS) data; U.S. Census Bureau's American Community Survey (ACS) PUMS 1-year data.



**EXHIBIT 4.2: Changes in Estimates of Sheltered Unaccompanied Youth Households, Unaccompanied Youth in Poverty, and all Unaccompanied Youth (Under 25) in the U.S.**

Data Source: Homeless Management Information Systems (HMIS) data; U.S. Census Bureau's American Community Survey (ACS) PUMS 1-year data.

DOJ-HUD-AR00983

## ESTIMATES OF SHELTERED UNACCOMPANIED YOUTH

**EXHIBIT 4.3a: Demographic Characteristics of Sheltered Homeless People in Unaccompanied Youth Households (Under 25)**
By Gender and Age, 2019, 2021, and 2022[a]

| | 2019 | | | 2021 | | | 2022 | | |
|---|---|---|---|---|---|---|---|---|---|
| | Sheltered Unaccompanied Youth | U.S. Unaccompanied Youth Living in Poverty | Total Unaccompanied Youth | Sheltered Unaccompanied Youth | U.S. Unaccompanied Youth Living in Poverty | Total Unaccompanied Youth | Sheltered Unaccompanied Youth | U.S. Unaccompanied Youth Living in Poverty | Total Unaccompanied Youth |
| **Gender of Heads of Households** | | | | | | | | | |
| Female | 43.0% | 52.3% | 46.6% | 43.0% | 54.5% | 48.0% | 43.7% | 53.3% | 48.9% |
| Male | 55.3% | 47.7% | 53.4% | 53.3% | 45.5% | 52.0% | 52.8% | 46.7% | 51.1% |
| Non-Singular* | 0.5% | | | 1.3% | | | 1.5% | | |
| Questioning | | | | 0.1% | | | 0.1% | | |
| Transgender | 1.3% | | | 2.4% | | | 1.9% | | |
| **Age of All People in the Household** | | | | | | | | | |
| Under 18 | 17.8% | 10.0% | 2.4% | 18.9% | 9.5% | 2.2% | 14.9% | 1.0% | 1.7% |
| 18-21 | 46.3% | 60.5% | 59.0% | 45.6% | 57.6% | 57.1% | 46.2% | 57.8% | 56.1% |
| 22-24 | 35.9% | 38.5% | 38.6% | 35.5% | 41.4% | 40.7% | 38.9% | 41.2% | 42.2% |

**EXHIBIT 4.3b: Demographic Characteristics of Sheltered Homeless People in Unaccompanied Youth Households (Under 25)**
By Ethnicity and Race, 2019, 2021, and 2022[a]

| | 2019 | | | 2021 | | | 2022 | | |
|---|---|---|---|---|---|---|---|---|---|
| | Sheltered Unaccompanied Youth | U.S. Unaccompanied Youth Living in Poverty | Total Unaccompanied Youth | Sheltered Unaccompanied Youth | U.S. Unaccompanied Youth Living in Poverty | Total Unaccompanied Youth | Sheltered Unaccompanied Youth | U.S. Unaccompanied Youth Living in Poverty | Total Unaccompanied Youth |
| **Ethnicity of Heads of Households[b]** | | | | | | | | | |
| Hispanic/Latino/a/x | 19.1% | 12.4% | 13.6% | 22.4% | 13.0% | 13.3% | 31.6% | 14.7% | 14.3% |
| Non-Hispanic/Non-Latino/a/x | 80.9% | 87.6% | 86.5% | 77.6% | 87.1% | 86.7% | 68.4% | 85.3% | 85.7% |
| **Race of Heads of Households** | | | | | | | | | |
| Asian or Asian American | 0.8% | 8.7% | 6.9% | 1.0% | 7.5% | 6.2% | 0.9% | 7.6% | 7.2% |
| Black, African, or African American | 42.9% | 14.2% | 15.1% | 40.0% | 13.5% | 14.7% | 35.5% | 12.6% | 13.9% |
| Multiple Races | 6.2% | 4.1% | 4.3% | 6.4% | 9.9% | 9.8% | 5.9% | 9.9% | 10.0% |
| Native American/American Indian or Alaska Native | 2.6% | 1.2% | 0.8% | 3.4% | 0.8% | 0.8% | 3.5% | 1.1% | 0.8% |
| Native Hawaiian or Pacific Islander | 0.8% | 0.3% | 0.2% | 1.0% | 0.2% | 0.2% | 1.2% | 0.1% | 0.2% |
| White, Hispanic/Latino/a/x[b] | 12.8% | 8.2% | 9.2% | 15.5% | 3.5% | 3.6% | 24.8% | 4.3% | 4.5% |
| White, Non-Hispanic/Non-Latino/a/x | 33.9% | 60.6% | 60.7% | 32.2% | 60.9% | 61.0% | 28.3% | 60.0% | 59.6% |

Data Source: Homeless Management Information Systems (HMIS) data; U.S. Census Bureau's American Community Survey (ACS) PUMS 1-year data. Raw data available in Appendix A.4.1

[a] Data presented on gender, race and ethnicity are based on the 2022 HMIS Data Standards in place during the 2022 reporting period. Beginning in 2023, gender, race, and ethnicity will be reported based on the more inclusive and expansive categories implemented through the 2024 HMIS Data Standards.

[b] In 2020, the U.S. Census Bureau updated the coding methodology for ethnicity. These updates are likely reflected in the changes in white, Hispanic/Latino/a/x shares among the U.S. Poverty and U.S. Total Population between 2019 and 2021/2022. Future AHARs will provide estimates of people experiencing homelessness by additional race and ethnicity combinations.

*Category in HMIS is listed as "a gender that is not singularly 'female' or 'male.' This represents a change in the category from 2019 and 2020 which used the category name 'gender non-conforming.' Any change in category options for any data element could affect how people identify, and comparisons should be made with caution.

Notes: Data on characteristics excludes people for whom the characteristic is missing/unknown. Data on age is based on all people in households. Gender, ethnicity, and race are based only on the heads of household.

DOJ-HUD-AR00984

## ESTIMATES OF SHELTERED UNACCOMPANIED YOUTH

of people in adult only households.

- Transgender people (2%), people identifying as a gender not singularly 'female' or 'male' (2%), and people identifying as gender questioning (0.1%) together comprised nearly four percent of unaccompanied youth. This is four times the share of adult-only households that identified as a gender other than men or women alone (1%).

- Unaccompanied youth identifying as Black, African, or African American comprised 36 percent of sheltered unaccompanied youth.

- The percentage of unaccompanied youth who identified as Hispanic or Latino/a/x in 2022 was considerably higher than the share of all adult-only households using shelters (32% compared to 21%).

- In 2022, five percent of unaccompanied youth accessing shelter programs identified as Indigenous. Four percent were Native Americans, American Indians or Alaska Natives and one percent were Pacific Islander or Native Hawaiian.

- One percent of unaccompanied youth identify as Asian or Asian American. This is the same as the percentage of adult-only households that identified as Asian.

- More than one-quarter of unaccompanied youth using shelters identify as White and non-Hispanic (28%). This is considerably smaller than the share of all adult-only households identifying as White and not Hispanic in 2022 (40%).

### How Did the Demographic Characteristics of the Sheltered Unaccompanied Youth Population Compare with the U.S. Total and U.S. Poverty Populations?

- Sheltered unaccompanied youth were much more likely to be under the age of 18 (15%) than all youth in the U.S. population (2%) and U.S. poverty population (1%) living without a parent, guardian, or child of their own. Sheltered unaccompanied youth under the age of 18 accounted for 69 percent of unaccompanied youth under 18 in poverty and 11 percent of all unaccompanied youth under 18 in the U.S.

- In 2022, sheltered unaccompanied youth were far more likely to identify as Hispanic or Latino/a/x than either



**EXHIBIT 4.4: Percent of Households in Poverty Experiencing Sheltered Homelessness in 2022**

| Category | Unaccompanied Youth | Adult-Only Households |
|---|---|---|
| Asian or Asian American | 1.0 | 1.6 |
| Black, African, or African American | 23.5 | 12.9 |
| Hispanic/Latino/a/x | 18.1 | 10.5 |
| Multiple Races | 5.0 | 2.8 |
| Native American/American Indian or Alaska Native | 26.6 | 20.5 |
| Total | 4.7 | 7.5 |
| White, Non-Hispanic/Non-Latino/a/x | 3.9 | 4.9 |

Data Source: Homeless Management Information Systems (HMIS) data



**EXHIBIT 4.5: Geographic Location of Unaccompanied Youth Households (Under 25)** 2019-2022

| | | URBAN | SUBURBAN | RURAL |
|---|---|---|---|---|
| **ALL SHELTERED HOUSEHOLDS** | 2019 | 74.5 | 15.3 | 10.2 |
| | 2021 | 76.1 | 14.9 | 8.9 |
| | 2022 | 78.0 | 13.6 | 8.3 |
| **U.S. HOUSEHOLDS LIVING IN POVERTY** | 2019 | 52.5 | 23.0 | 24.5 |
| | 2021 | 54.1 | 23.0 | 23.0 |
| | 2022 | 55.6 | 22.6 | 21.9 |
| **TOTAL U.S. HOUSEHOLDS** | 2019 | 47.1 | 27.2 | 25.7 |
| | 2021 | 47.6 | 27.6 | 24.8 |
| | 2022 | 48.6 | 27.5 | 23.9 |

DOJ-HUD-AR00985

## ESTIMATES OF SHELTERED UNACCOMPANIED YOUTH

unaccompanied youth in the U.S. population and the population of youth with incomes below the poverty line (32% vs. 14% and 15%).

- Eighteen percent of Hispanic of unaccompanied youth in poverty stayed in shelter at some point over the course of 2022, higher than the rates of sheltered homelessness among all unaccompanied youth and among White heads of unaccompanied youth households in poverty (5% and 4%).
- Unaccompanied youth identifying as Black or African American are considerably overrepresented among the sheltered youth population. Black accounted for 36 percent of heads of sheltered youth households in 2022 while comprising only 13 percent of unaccompanied youth living in poverty and 14 percent of all U.S. heads of unaccompanied youth households.
- Nearly one-quarter of Black heads of unaccompanied youth households in poverty (24%) were in shelter at some point during 2022. This is considerably higher than the five percent of all unaccompanied youth households with poverty-level incomes who experienced homelessness in 2022. It is also nearly double the rate of heads of adult-only households living below the poverty level experiencing sheltered homelessness in 2022 (13%).
- Native American heads of youth households using shelter programs were overrepresented compared to their share of all U.S. households (4% vs 1%) and youth households in poverty (1%).
- More than one-quarter of Native American youth households living in poverty experienced sheltered homelessness in 2022 (27%).
- Heads of unaccompanied youth households that were women or girls accounted for 44 percent of sheltered youth households, smaller than their share of unaccompanied youth households in poverty (53%) and slightly smaller than their share of heads of all unaccompanied youth households in the U.S. (49%).

### How Have the Characteristics of Unaccompanied Youth Households Changed over Time?

Demographic characteristics generally change very little year to year. However, data show distinct changes for some youth populations in their access to shelter programs between 2019 and 2022. The most notable changes in the characteristics of unaccompanied youth households occurred in the numbers identifying as Hispanic or Latino/a/x, gender other than male or female, Black unaccompanied youth, and White unaccompanied youth.

- Compared with 2019, the sheltered population of unaccompanied youth was more likely to be identified in the HMIS data as transgender, gender non-binary, or gender questioning in 2022. Four percent of unaccompanied sheltered youth in 2022 identified as transgender, gender non-binary, or gender questioning compared with two percent in 2019.
- Unaccompanied youth identifying as Hispanic or Latino/a/x youth accounted for a much higher share of sheltered unaccompanied youth in 2022 (32%) than they did in 2019 (19%).
- The number of sheltered Black unaccompanied youth decreased by 23 percent between 2019 and 2022. The share of unaccompanied youth who were Black in 2022 was also lower than it was in 2019, decreasing from 43 percent to 36 percent.

### EXHIBIT 4.6: Change in the Geographic Location of Unaccompanied Youth Households
2019-2022



DOJ-HUD-AR00986

## ESTIMATES OF SHELTERED UNACCOMPANIED YOUTH

- In 2022, the number of unaccompanied youth identifying as White, non-Hispanic, non-Latino/a/x was 22 percent lower than it was in 2019. The share decreased as well, from 34 to 28 percent of all unaccompanied youth identifying as White and not Hispanic or Latino/a/x.

### Where Did Unaccompanied Youth Households Access Emergency Shelter, Transitional Housing, or Safe Haven Programs?

- More than three of every four unaccompanied youth using shelters did so in urban areas (78%). This is considerably higher than the 54 percent of unaccompanied youth households in poverty living in urban areas and 48 percent of all unaccompanied youth households in the country.
- Conversely, the share of sheltered unaccompanied youth living in suburban areas (14%) was lower than that of unaccompanied youth households in poverty and all unaccompanied youth households in poverty (23% and 28%).
- Rural areas accounted for eight percent of unaccompanied youth households who stayed in shelters in 2022, while rural areas had 23 percent of youth households in poverty, and 25 percent of all unaccompanied youth households lived there in 2022. However, it is important to note that, because these data are based on the use of emergency shelter, transitional housing, or safe havens, many dimensions of rural homelessness may be missed. Rural areas often have fewer shelter programs, possibly driving people to stay outside, in their cars, or in abandoned buildings—that is, to experience unsheltered homelessness. In addition, other forms of housing instability such as doubling up may be more common in rural areas.

### How Did the Location of Shelter Use for Unaccompanied Youth Households Change over Time?

- Between 2021 and 2022, the geographic distribution of unaccompanied youth accessing shelter programs remained largely the same. Compared to 2019, just prior to the onset of the pandemic, the geographic distribution shifted slightly toward urban areas and away from rural and suburban areas.
- In all geographic areas, the number of unaccompanied youth in 2022 was lower than it was in 2019, but increased between 2021 and 2022, as restrictions related to the pandemic eased. The largest increases occurred in urban areas, by 27 percent.
- Between 2019 and 2022, rural areas experienced the largest decreases, with 23 percent fewer unaccompanied youth accessing shelter in rural places in 2022 than did so in 2019.

### EXHIBIT 4.7: Additional Characteristics of Sheltered Unaccompanied Youth
2019-2022

| | 2019 | 2021 | 2022 | Change 2019-2022 | | Change 2021-2022 | |
|---|---|---|---|---|---|---|---|
| | % | % | % | # | % | # | % |
| **Chronic Homeless Status of Heads of Households and Adults** | | | | | | | |
| Chronic Patterns of Homelessness[a] | 8.2% | 12.7% | 9.5% | 940 | 9.5% | -851 | -7.3% |
| **Veteran Status** | | | | | | | |
| Veteran | 1.4% | 1.7% | 1.4% | 46 | 3.4% | 135 | 10.6% |
| Non-Veteran | 97.8% | 96.6% | 97.1% | -2,733 | -2.8% | 22,142 | 30.5% |
| Unknown Veteran Status | 0.9% | 1.7% | 1.5% | 625 | 73.3% | 170 | 13.0% |
| **Survivors of Domestic Violence** | | | | | | | |
| DV Survivors | 22.6% | 28.5% | 23.2% | -1,883 | -8.1% | -946 | -4.3% |
| Not DV Survivors | 76.6% | 70.6% | 75.7% | -9,155 | -11.6% | 14,315 | 25.9% |
| Client Doesn't Know/ Refused | 0.8% | 0.9% | 1.1% | 4,553 | 24.2% | 8,522 | 57.4% |
| **Disability Status** | | | | | | | |
| With Disabilities[b] | 34.2% | 41.3% | 37.9% | -1,785 | -4.4% | 1,634 | 4.4% |
| Without Disabilities | 65.8% | 58.7% | 62.1% | -14,444 | -18.5% | 10,753 | 20.4% |

Data Source: Homeless Management Information Systems (HMIS) data; Raw data available in Appendix A.4.2
[a]HUD defines a person experiencing chronic patterns of homelessness as one with a disability and who has experienced homelessness for at least one year or on at least 4 separate occasions in the last 3 years, as long as the combined occasions equal at least 12 months and each break in homelessness separating the occasions included at least 7 consecutive nights of not living as described. A detailed definition of chronic homelessness can be found here: https://www.hudexchange.info/homelessness-assistance/coc-esg-virtual-binders/coc-esg-homeless-eligibility/definition-of-chronic-homelessness/
*Percentages based on people with known domestic violence survivor status and disability status.
[b]HUD defines a disability as a physical, mental or emotional impairment, including impairment caused by alcohol or drug abuse, post-traumatic stress disorder, brain injury or a chronic physical illness. A more detailed definition can be found here: https://www.hudexchange.info/homelessness-assistance/coc-esg-virtual-binders/coc-esg-homeless-eligibility/determining-and-documenting-disability/disability-definition/

DOJ-HUD-AR00987

## ESTIMATES OF SHELTERED UNACCOMPANIED YOUTH

### What Were the other Characteristics of Unaccompanied Youth Households Experiencing Sheltered Homelessness?

- In 2022, one in every 10 unaccompanied youth using shelters had chronic patterns of homelessness. Unaccompanied youth households in urban areas had the highest rates (10%) and rural areas the lowest (8%).
- Almost one in four unaccompanied youth staying in shelter (23%) were survivors of domestic violence, dating violence, sexual assault, or stalking in 2022. It is important to note that these data represent survivors of domestic violence that accessed homeless services that were not operated by victim service providers and should not be considered the full estimate of survivorship among unaccompanied youth experiencing sheltered homelessness.
- Only one percent of sheltered unaccompanied youth were veterans in 2022. There was no variance in the geographic distribution of veterans among the sheltered unaccompanied youth population.
- An estimated 38 percent of all unaccompanied youth staying in shelters with known disability status had a disability in 2022.

### How Have the Additional Characteristics of Unaccompanied Youth Households Experiencing Sheltered Homelessness Changed over Time?

- While the number of sheltered unaccompanied youth declined by 5 percent between 2019 and 2022, the number of unaccompanied youth experiencing chronic homelessness increased by 10 percent over the same period. All of the increase occurred between 2019 and 2021, as the share of sheltered unaccompanied youth with chronic patterns of homelessness decreased between 2021 and 2022. Increases in the percentage of unaccompanied youth who had experienced chronic patterns of homelessness occurred in each geographic type between 2019 and 2021.
- The number of sheltered unaccompanied youth who were survivors of domestic violence decreased eight percent between 2019 and 2022 and by four percent between 2021 and 2022. The share of people currently fleeing domestic violence in 2022 was slightly higher than it was just before the pandemic. While nearly the same in urban and suburban areas, increases in the share of sheltered unaccompanied youth who were currently fleeing domestic violence was largest in rural areas, increasing from four to seven percent between 2019 and 2022.
- The share of sheltered unaccompanied youth who were living with a disability was higher in 2022 than it was in 2019 (38% compared to 34%). The number of sheltered unaccompanied youth with a disability was 4 percent lower in 2022 than it was in 2019, but four percent higher than it was in 2021.

### EXHIBIT 4.8: Additional Characteristics of Unaccompanied Youth Households by Geography
2019, 2021, and 2022

| Characteristic of Households | Urban Households | | | Suburban Households | | | Rural Households | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2019 | 2021 | 2022 | 2019 | 2021 | 2022 | 2019 | 2021 | 2022 |
| Chronically Homeless | 8.8% | 13.9% | 10.0% | 8.4% | 10.9% | 9.1% | 5.2% | 8.0% | 7.9% |
| Veteran | 1.2% | 1.4% | 1.3% | 0.7% | 1.4% | 1.2% | 1.5% | 0.9% | 1.1% |
| Domestic Violence Survivor | 6.3% | 8.2% | 6.8% | 4.7% | 5.7% | 5.3% | 4.0% | 9.1% | 6.8% |

DOJ-HUD-AR00988

**ESTIMATES OF SHELTERED UNACCOMPANIED YOUTH**

# Engagement of Unaccompanied Youth Households with the Homelessness Services System

Data collected through the LSA provides information related to the experience of homelessness. For youth, this includes information on where people were staying immediately prior to entering an emergency shelter, transitional housing, or safe haven program and how long they stayed.

Length of time in shelter programs reflects the aggregated amount of time households spent in any emergency shelter, transitional housing, or safe haven programs over the course of the reporting period. Households staying for short periods of time includes those households transitioning to permanent housing, remaining in the experience of homelessness, but leaving the program for an unsheltered situation or a program that does not participate in HMIS, and those that entered the homelessness services system during the last week of the reporting period.

## Where Did Unaccompanied Youth Households Stay Prior to Entering Shelters?

Compared with adult-only households experiencing sheltered homelessness, unaccompanied youth were far more likely to have entered shelter programs from a doubled-up situation and less likely to have already been homelessness at the time they entered the homelessness services system in 2022.

- Just over 47 percent of unaccompanied youth households were already experiencing homelessness before accessing shelter programs in 2022. About 25 percent of unaccompanied youth were unsheltered prior to entering an emergency shelter, transitional housing, or safe haven program. This is lower than the 57 percent of adult-only households reporting that they had stayed the night prior in another homeless situation.
- More than one-third (34%) of unaccompanied youth households were housed immediately before entering a shelter program. Nearly all of these households entered a shelter program after staying with friends or family (32%). This is nearly double the 17 percent of adult-only households that were staying with friends or family immediately before entering shelter.
- A small share of unaccompanied youth, two percent, entered shelter programs from rented housing, either with or without a subsidy.
- Nearly one in 10 unaccompanied youth households (9%) was in institutional settings prior to staying in a shelter, which does not include foster care. Four percent were in a medical facility, including physical health or physical rehabilitation facilities, mental health facilities, and substance use

**EXHIBIT 4.9: Places Unaccompanied Youth Households Stayed Before Entering Shelter (Under 25)**
2019, 2021, and 2022

| | 2019 | 2021 | 2022 | Change 2019-2021 | | Change 2021-2022 | |
|---|---|---|---|---|---|---|---|
| | % | % | % | # | % | # | % |
| Already Homeless | 39.6% | 44.8% | 47.3% | 6,022 | 12.7% | 12,502 | 30.6% |
| Sheltered | 16.0% | 15.7% | 22.5% | 6,281 | 32.9% | 10,999 | 76.6% |
| Unsheltered | 23.7% | 29.0% | 24.9% | -259 | -0.9% | 1,503 | 5.7% |
| Housing | 42.9% | 37.5% | 34.3% | -12,627 | -24.6% | 4,496 | 13.1% |
| Staying with Family | 25.4% | 22.1% | 20.1% | -7,737 | -25.4% | 2,541 | 12.6% |
| Staying with Friends | 14.2% | 13.2% | 11.5% | -4,051 | -23.8% | 886 | 7.3% |
| Rented housing unit without subsidy | 2.7% | 1.6% | 1.9% | -1,092 | -34.0% | 671 | 46.4% |
| Rented housing unit with subsidy | 0.3% | 0.4% | 0.5% | 194 | 50.0% | 192 | 49.2% |
| Owned housing unit | 0.2% | 0.1% | 0.2% | 50 | 22.3% | 147 | 115.7% |
| Permanent supportive housing (PSH) | 0.1% | 0.1% | 0.1% | 9 | 7.5% | 59 | 84.3% |
| Institutional Settings | 9.1% | 8.4% | 8.5% | -1,280 | -11.8% | -11,661 | -54.9% |
| Incarceration | 4.7% | 2.9% | 4.4% | -680 | -12.1% | 2,303 | 88.0% |
| Medical facility | 4.4% | 5.4% | 4.1% | -592 | -11.4% | -348 | -7.0% |
| Long-term care facility | 0.0% | 0.1% | 0.0% | -8 | -23.5% | -28 | -51.9% |
| Other Settings | 4.9% | 5.8% | 5.0% | -243 | -4.1% | 293 | 5.5% |
| Hotel or motel | 2.5% | 3.2% | 2.7% | 103 | 3.5% | 108 | 3.7% |
| Foster care | 2.1% | 2.2% | 2.0% | -243 | -9.9% | 160 | 7.8% |
| Other living arrangement | 0.4% | 0.4% | 0.3% | -103 | -21.1% | 25 | 6.9% |
| Missing | 3.5% | 3.6% | 4.9% | 1,312 | 31.6% | 2,215 | 68.1% |

Data Source: Homeless Management Information Systems (HMIS) data; Raw data available in Appendix A.4.3

DOJ-HUD-AR00989

## ESTIMATES OF SHELTERED UNACCOMPANIED YOUTH

rehabilitation programs. Four percent of unaccompanied youth entered shelters from prison or jail. Adult-only households had only slightly higher rates entering shelters from these locations.

- Three percent of unaccompanied youth households stayed in a hotel or motel and two percent were staying in foster care just prior to accessing shelter.

### How Long Did Unaccompanied Youth Households Stay in Shelter?

Unaccompanied youth households who accessed an emergency shelter, transitional housing, or safe haven program at some point during 2022 stayed for shorter periods of time than all adult-only households.

- Thirty-six percent of unaccompanied youth who stayed in shelter programs during 2022 did so for seven days or less. This is higher than the share of all adult-only households who stayed for one week or less (26%). The share of short-term stayers includes households that exited an HMIS-participating shelter for unsheltered situations, permanent housing locations, shelters that do not participate in HMIS, and unaccompanied youth that enrolled in shelter programs during the last week of the reporting period.
- Nearly six in 10 unaccompanied youth, 59 percent, used shelter for one month or less.
- Only four percent of unaccompanied youth stayed in shelter programs for one year or longer. This is half of the share of all adult-only households who stayed in shelter for one year or longer (8%).

### How Did System Engagement Change Over Time?

- The number of youth accessing shelter from other experiences of homelessness was 13 percent higher in 2022 than it was just prior to the pandemic in 2019, and 31 percent higher than it was in 2021. These increases were driven by increases in the number of unaccompanied youth entering shelter from other sheltered situations. Between 2021 and 2022, the number of youth entering shelter after experiencing unsheltered homelessness increased by six percent but was roughly the same number as did so in 2019.
- The share of unaccompanied youth households entering shelter programs from other homeless situations increased between 2019 and 2022, from 40 to 47 percent. The share accessing shelter from another sheltered location increased from 16 percent in 2019 to 23 percent in 2022 and the share accessing shelter from unsheltered locations was about the same (increasing from 24 to 25 percent).
- The number of unaccompanied youth entering shelter programs from

**EXHIBIT 4.10:** Length of Stay of Sheltered Unaccompanied Youth Households 2019-2022



DOJ-HUD-AR00990

ESTIMATES OF SHELTERED UNACCOMPANIED YOUTH

housed situations was 25 percent lower in 2022 than it was in 2019, but 13 percent higher than it was in 2021, a year entirely affected by the pandemic and the consequent restrictions on the number of beds available to people experiencing homelessness. The *share* of unaccompanied youth accessing shelter from housed situations was lower in 2022 (34%) than it was in both 2019 (43%) and 2021 (38%). This reflects the decreases in the shares of unaccompanied youth going to shelter programs after staying with friends or family.

- Over the longer period, 2019 to 2022, the shares of unaccompanied youth households coming into the shelter system directly from the criminal justice system and foster care remained largely the same. However, after decreasing during the pandemic, the number increased between 2021 and 2022. In 2022, 88 percent more unaccompanied youth, about 2,300 more people, entered shelter directly from the criminal justice system and eight percent more youth entered shelter directly from foster care.

- Higher percentages of unaccompanied youth households stayed in shelter programs for very short periods of time in 2022 than did in 2019 or 2021. In 2022, the share staying in shelter for less than one week was 36 percent compared with 28 percent in 2021 and 32 percent in 2019. The share staying for one year or longer was similar across years, with slightly more staying for longer during the pandemic (6% in 2021 compared to 4% in other years).

DOJ-HUD-AR00991

# 2022
# Estimates of Veterans who Experienced Sheltered Homelessness

Overview of Estimates of Veterans Experiencing Homelessness in the United States ................................ 5-2

How Did Estimates of Sheltered Veterans Compare to All U.S. Veterans and Veterans in Poverty? ............................ 5-2

Characteristics of Veterans in Adult-only Households Experiencing Sheltered Homelessness in 2022 .................................... 5-3

What Were the Demographic Characteristics of Veterans in Adult-Only Households Experiencing Sheltered Homelessness in 2022? ........................................................ 5-3

How Did the Demographic Characteristics of Veterans in Adult-Only Households Compare with the Equivalent U.S. Total and U.S. Poverty Populations? ........................................ 5-4

How Have the Demographic Characteristics of Sheltered Veterans in Adult-Only Households Changed over Time? .......... 5-5

Where Did Adult-only Veteran Households Access Emergency Shelter, Transitional Housing, or Safe Haven Programs? ..... 5-5

What Were the other characteristics of Veterans in Adult-Only Households Experiencing Sheltered Homelessness? ......... 5-6

How Have the Additional Characteristics of Adult-only Households Experiencing Sheltered Homelessness Changed over Time? ........................................................ 5-6

Engagement of Veteran Adult-only Households with the Homelessness services system ................................ 5-7

Where Did Veterans in Adult-Only Households Stay Prior to Enrolling in Emergency Shelter, Transitional Housing, or Safe Havens? ........................................................ 5-7

How Did the Prior Living Situation of Veteran Households Change over Time? ........................................ 5-7

How Long did Veteran Adult-Only Households Stay in Shelter? ........................................................ 5-8

How Has Length of Time in Shelter Programs Changed over Time? ........................................ 5-8

# Estimates of Veterans who Experienced Sheltered Homelessness
## IN THE UNITED STATES 2022

**57% of veterans experiencing sheltered homelessness were elderly or near elderly (55 and older).**

## Overview of Estimates of Veterans Experiencing Homelessness in the United States

Approximately **85,000 veterans** stayed in an emergency shelter, safe haven, or transitional housing program at some point between October 1, 2021 and September 30, 2022.

- During the 2022 reporting year, 85,234 veterans stayed in shelters, safe havens, or transitional housing programs. Nine percent of people in adult-only sheltered households were veterans.
- Nearly all veterans experiencing homelessness were on their own or without any children present in the household (97%). The characteristics of veterans detailed in the rest of this chapter focus on veterans in adult-only households.
- Between 2019, the pre-pandemic comparison year, and 2022, the number of veterans experiencing sheltered homelessness dropped by 15 percent. This decline among veterans represents a continuation of the decline in experiences of homelessness by veterans that predated the pandemic. Veteran-specific permanent housing and other resources provided during the pandemic likely contributed to the continued decline.
- While remaining below pre-pandemic levels, the number of veterans experiencing sheltered homelessness in adult-only households increased by four percent between 2021 and 2022. This one-year rise in sheltered veterans might reflect the end of pandemic-era assistance programs.

### How Did Estimates of Sheltered Veterans Compare to All U.S. Veterans and Veterans in Poverty?

- One out of every 152 veterans in the United States spent some time in an emergency shelter, transitional housing, or safe haven program during 2022. This does not include veterans who only stayed in unsheltered locations such as outdoors, in vehicles, or in encampments.

### EXHIBIT 5.1: One-Year Estimates of Sheltered Veteran Homelessness
2019, 2021, and 2022

|  | 2019 (baseline) | 2021 (prior year) | 2022 (current year) |
|---|---|---|---|
| Number of Veteran Households | 100,571 | 82,593 | 85,628 |
| Number of Veterans | 100,082 | 82,385 | 85,234 |

| Veterans by Household Type | # | % | # | % | # | % |
|---|---|---|---|---|---|---|
| Veterans in Adult-Only Households | 97,199 | 97.1% | 80,155 | 97.3% | 82,800 | 97.1% |
| Veterans in Families with Children | 3,132 | 3.1% | 2,350 | 2.9% | 2,600 | 3.1% |

Note: Because people can have multiple stays in shelter over the course of a year and stay in different household configurations, a single veteran can be counted in more than one household type. Because of this overlap, the total number of veteran households may be inflated.

### EXHIBIT 5.2: Change in Estimates of Veteran Households
2019-2022

| Characteristic | Change in People 2019-2020 | | Change in Households 2019-2021 | | Change in People 2021-2022 | | Change in Households 2021-2022 | |
|---|---|---|---|---|---|---|---|---|
|  | # | % | # | % | # | % | # | % |
| Staying in Sheltered Programs | -14,848 | -14.8% | -14,943 | -14.9% | 2,849 | 3.5% | 3,036 | 3.7% |
| Living in Poverty | 59,735 | 6.4% | 42,640 | 6.2% | 3,432 | 0.3% | 10,630 | 1.5% |
| In U.S. Population | -1,092,732 | -7.8% | -957,604 | -9.8% | -282,378 | -2.1% | -119,519 | -1.3% |

Data Source: Homeless Management Information Systems (HMIS) data; U.S. Census Bureau's American Community Survey (ACS) PUMS 1-year data

DOJ-HUD-AR00993

## ESTIMATES OF VETERANS WHO EXPERIENCED SHELTERED HOMELESSNESS IN THE UNITED STATES 2022

- The rate of sheltered homelessness for veterans with incomes below the poverty line is much higher, one of every 12 or nine percent.
- While the number of sheltered veterans in adult only households increased by four percent between 2021 and 2022, the number of all veterans in the U.S. in adult-only households decreased by two percent. Veterans with incomes below the poverty level increased only slightly, by less than one percent.

# Characteristics of Veterans in Adult-only Households Experiencing Sheltered Homelessness in 2022

## What Were the Demographic Characteristics of Veterans in Adult-Only Households Experiencing Sheltered Homelessness in 2022?

- Men accounted for more than nine in ten heads of adult-only households who were veterans (91%). The remaining eight percent of household heads were women, a substantially lower percentage than among heads of all adult-only veteran households living in poverty, 13 percent. Very few veteran household heads identified as either transgender (0.4%) or a gender that is not singularly 'female' or 'male.' (0.1%).
- More than half (56%) of veterans experiencing sheltered homelessness were either near elderly, 55 – 64, or elderly, 65 and older. Very few (2%) were youth aged 18-24, a smaller percentage than all people in adult-only households experiencing homelessness, 11 percent.
- About half of veteran household heads experiencing sheltered homelessness (49%) identified as White and not Hispanic or Latino/a/x, a higher percentage than all heads of adult-only households, 40 percent.
- Just over a third of veteran household heads, 37 percent, identified as Black, African, or African American, slightly more than among all heads of adult-only households

**EXHIBIT 5.3a: Demographic Characteristics of Sheltered Population, U.S. Poverty Population, and Total U.S. Population of Veterans in Adult-Only Households**[a]
By Gender and Age, 2019, 2021, and 2022

| | 2019 | | | 2021 | | | 2022 | | |
|---|---|---|---|---|---|---|---|---|---|
| | Sheltered Veterans | U.S. Veteran Population Living in Poverty | U.S. Veteran Population | Sheltered Veterans | U.S. Veteran Population Living in Poverty | U.S. Veteran Population | Sheltered Veterans | U.S. Veteran Population Living in Poverty | U.S. Veteran Population |
| **Gender of Veteran Heads of Households** | | | | | | | | | |
| Women | 6.8% | 12.7% | 6.9% | 7.7% | 13.5% | 8.0% | 8.2% | 12.8% | 8.4% |
| Men | 92.9% | 87.4% | 93.1% | 91.9% | 86.5% | 92.0% | 91.3% | 87.2% | 91.6% |
| Non-Singular* | 0.0% | | | 0.1% | | | 0.1% | | |
| Questioning | | | | 0.0% | | | 0.0% | | |
| Transgender | 0.2% | | | 0.3% | | | 0.4% | | |
| **Age of All Veterans** | | | | | | | | | |
| 18-24 | 1.4% | 2.1% | 1.1% | 1.6% | 1.9% | 1.2% | 1.7% | 2.1% | 1.2% |
| 25-34 | 10.2% | 8.5% | 4.8% | 9.9% | 8.4% | 4.8% | 9.8% | 7.3% | 4.9% |
| 35-44 | 13.1% | 8.6% | 4.4% | 14.9% | 9.8% | 4.7% | 15.2% | 8.9% | 5.0% |
| 45-54 | 21.1% | 11.7% | 10.6% | 18.7% | 11.4% | 10.6% | 17.0% | 10.6% | 10.0% |
| 55-64 | 39.1% | 25.8% | 19.6% | 35.9% | 23.1% | 20.2% | 34.6% | 22.6% | 20.0% |
| 65 and Older | 15.1% | 43.4% | 59.5% | 19.2% | 45.4% | 58.6% | 21.8% | 48.6% | 58.9% |

Data Source: Homeless Management Information Systems (HMIS) data; U.S. Census Bureau's American Community Survey (ACS) PUMS 1-year data. Raw data available in Appendix A.5.1

[a] Data presented on gender, race and ethnicity are based on the 2022 HMIS Data Standards in place during the 2022 reporting period. Beginning in 2023, gender, race, and ethnicity will be reported based on the more inclusive and expansive categories implemented through the 2024 HMIS Data Standards.

[b] In 2020, the U.S. Census Bureau updated the coding methodology for ethnicity. These updates are likely reflected in the changes in white, Hispanic/Latino/a/x shares among the U.S. Poverty and U.S. Total Population between 2019 and 2021/2022. Future AHARs will provide estimates of people experiencing homelessness by additional race and ethnicity combinations.

*Category in HMIS is listed as "a gender that is not singularly 'female' or 'male.' This represents a change in the category from 2019 and 2020 which used the category name 'gender non-conforming.' Any change in category options for any data element could affect how people identify, and comparisons should be made with caution.

Notes: Data on characteristics excludes people for whom the characteristic is missing/unknown. Data on age is based on all people in households. Gender, ethnicity, and race are based only on the heads of household.

DOJ-HUD-AR00994

## ESTIMATES OF VETERANS WHO EXPERIENCED SHELTERED HOMELESSNESS IN THE UNITED STATES 2022

(35%).

- The percentages of veterans experiencing sheltered homelessness identifying as Hispanic or Latino/a/x or as White and Hispanic were somewhat lower than the percentages of all adult-only sheltered households identifying as such (9% vs. 21% for Hispanic or Latino/a/x and 6% vs 16% for White Hispanic or Latino/a/x).
- Four percent of veterans in adult-only households experiencing sheltered homelessness in 2022 – three percent were Native American or American Indian and one percent were Native Hawaiian or Pacific Islander.

### How Did the Demographic Characteristics of Veterans in Adult-Only Households Compare with the Equivalent U.S. Total and U.S. Poverty Populations?

- Veterans experiencing sheltered homelessness in adult-only households were younger than the equivalent in poverty and all U.S. Veterans. In 2022, 12 percent of sheltered veterans were under the age of 35 compared to nine percent of veterans in poverty and six percent of all U.S. veterans in adult-only households.
- In 2022, veterans who identified as Black, African, or African American made up 12 percent of the total U.S. veteran population and 17 percent of veterans with incomes below the poverty line. However, they accounted for more than a third of veteran heads of households experiencing sheltered homelessness (37%).
- In 2022, 13 percent of veterans living in poverty and identifying as Black experienced sheltered homelessness. By comparison, five percent of White veterans with poverty level incomes experienced sheltered homelessness during this time.
- Hispanic or Latino/a/x veteran heads of adult-

**EXHIBIT 5.3b: Demographic Characteristics of Sheltered Population, U.S. Poverty Population, and Total U.S. Population of Veterans in Adult-Only Households[a]**
By Ethnicity and Race, 2019, 2021, and 2022

| | 2019 | | | 2021 | | | 2022 | | |
|---|---|---|---|---|---|---|---|---|---|
| | Sheltered Veterans | U.S. Veteran Population Living in Poverty | U.S. Veteran Population | Sheltered Veterans | U.S. Veteran Population Living in Poverty | U.S. Veteran Population | Sheltered Veterans | U.S. Veteran Population Living in Poverty | U.S. Veteran Population |
| **Ethnicity of Heads of Veteran Households[b]** | | | | | | | | | |
| Hispanic/Latino/a/x | 8.2% | 9.3% | 5.7% | 9.9% | 9.8% | 6.7% | 8.8% | 9.8% | 6.7% |
| Non-Hispanic/Non-Latino/a/x | 91.8% | 90.7% | 94.3% | 90.1% | 90.2% | 93.4% | 91.2% | 90.2% | 93.3% |
| **Race of Heads of Veteran Households** | | | | | | | | | |
| Asian or Asian American | 0.5% | 1.9% | 1.4% | 0.6% | 1.9% | 1.4% | 0.8% | 1.8% | 1.7% |
| Black or African American | 35.3% | 21.1% | 11.2% | 34.8% | 20.1% | 11.7% | 37.2% | 17.3% | 12.1% |
| Multiple Races | 3.5% | 2.9% | 1.8% | 3.4% | 8.4% | 6.4% | 3.6% | 7.6% | 6.4% |
| Native American/American Indian or Alaska Native | 2.4% | 1.7% | 0.8% | 2.1% | 1.3% | 0.6% | 2.6% | 1.2% | 0.7% |
| Native Hawaiian or Pacific Islander | 0.6% | 0.3% | 0.2% | 0.7% | 0.4% | 0.2% | 0.7% | 0.2% | 0.1% |
| White, Hispanic/Latino/a/x[b] | 6.0% | 6.2% | 4.2% | 7.8% | 2.1% | 1.4% | 6.4% | 2.1% | 1.6% |
| White, Non-Hispanic/Non-Latino/a/x | 51.7% | 65.4% | 79.5% | 50.4% | 66.2% | 76.1% | 48.7% | 56.6% | 75.4% |

Data Source: Homeless Management Information Systems (HMIS) data; U.S. Census Bureau's American Community Survey (ACS) PUMS 1-year data. Raw data available in Appendix A.5.1

[a] Data presented on gender, race and ethnicity are based on the 2022 HMIS Data Standards in place during the 2022 reporting period. Beginning in 2023, gender, race, and ethnicity will be reported based on the more inclusive and expansive categories implemented through the 2024 HMIS Data Standards.

[b] In 2020, the U.S. Census Bureau updated the coding methodology for ethnicity. These updates are likely reflected in the changes in white, Hispanic/Latino/a/x shares among the U.S. Poverty and U.S. Total Population between 2019 and 2021/2022. Future AHARs will provide estimates of people experiencing homelessness by additional race and ethnicity combinations.

*Category in HMIS is listed as "a gender that is not singularly 'female' or 'male.'" This represents a change in the category from 2019 and 2020 which used the category name 'gender non-conforming.' Any change in category options for any data element could affect how people identify, and comparisons should be made with caution.

Notes: Data on characteristics excludes people for whom the characteristic is missing/unknown. Data on age is based on all people in households. Gender, ethnicity, and race are based only on the heads of household.

DOJ-HUD-AR00995

**ESTIMATES OF VETERANS WHO EXPERIENCED SHELTERED HOMELESSNESS IN THE UNITED STATES 2022**

only households accounted for similar shares of sheltered veterans as they did veterans living in poverty (9% and 10%), both slightly higher than their share of all U.S. veterans (7%).

- Native American/American Indian and Alaska Native veterans in adult-only households experiencing sheltered homelessness accounted for a higher share than they did veterans in poverty or all U.S. veterans (3% vs. 1%). Of all Native American veterans living in poverty, fourteen percent stayed in an emergency shelter, transitional housing, or safe haven project at some point during 2022 – the highest rate of veteran poverty of any racial group.

- Heads of veteran adult-only households experiencing sheltered homelessness were as likely to be women as heads of all U.S. veteran households (8%), and less likely than veteran adult-only households in poverty (13%).

### How Have the Demographic Characteristics of Sheltered Veterans in Adult-Only Households Changed over Time?

Overall, the demographic characteristics of sheltered veterans changed very little between 2019 and 2022.

- Between 2019 and 2022, the number of sheltered veterans either decreased or remained nearly unchanged for all age groups except for veterans 65 and older. The *number* of elderly veterans experiencing sheltered homelessness increased by 22 percent. The *share* of veterans experiencing sheltered homelessness who were aged 65 and older also increased from 15 percent in 2019 to 22 percent in 2022.

- In contrast, over the same time period, the number of sheltered veterans between the ages of 55 and 64 declined by 25 percent, and the number of sheltered veterans between 45 to 54 dropped by 32 percent. While this points to the successful provision of housing and income resources targeted to veterans, these resources may not be preventing people from either aging into elderly homelessness or experiencing homelessness for the first time while 65 or older.

### Where Did Adult-only Veteran Households Access Emergency Shelter, Transitional Housing, or Safe Haven Programs?

- In 2022, nearly eight in ten adult-only veteran households experiencing sheltered homelessness accessed an emergency shelter program, transitional housing program, or safe haven in an urban area (77%). This is more than double the share of U.S. veteran adult-only households living in poverty in urban areas (34%) and the share of all U.S. veterans living there (29%).

- By comparison, 40 percent of all U.S. veterans and 33 percent of veterans with incomes below the poverty line were living in suburban areas in 2021, significantly higher than the 17 percent of veterans accessing shelter programs in those areas.

- Sheltered veterans were considerably underrepresented in rural areas. Thirty-three percent of veterans with incomes below the poverty line and 31 percent of all veterans live in rural areas compared with 6 percent of veterans accessing shelters. This underrepresentation of sheltered veterans in rural areas can likely be attributed in some part to limited shelter capacity.

**EXHIBIT 5.4: Percentage of Veterans Experiencing Poverty who also Experienced Sheltered Homelessness**
by Race and Ethnicity, 2022



Data source: Data Source: Homeless Management Information Systems (HMIS) data; U.S. Census Bureau's American Community Survey (ACS) PUMS 1-year data

**EXHIBIT 5.5: Geographic Location of Sheltered Homeless Veterans in Adult-Only Households**
2019-2022



Data source: Data Source: Homeless Management Information Systems (HMIS) data; U.S. Census Bureau's American Community Survey (ACS) PUMS 1-year data

DOJ-HUD-AR00996

## ESTIMATES OF VETERANS WHO EXPERIENCED SHELTERED HOMELESSNESS IN THE UNITED STATES 2022

- There was little change in the geographic distribution of veteran adult-only households in shelter between 2019 and 2022.

### What Were the Other Characteristics of Veterans in Adult-Only Households Experiencing Sheltered Homelessness?

- In 2022, 24 percent of veterans and other adults in veteran households had chronic patterns of homelessness. Urban areas had the highest rates of veterans in adult-only households with chronic patterns of homelessness (25%) compared to suburban areas (22%) and rural areas (16%).
- More than one of every 10 sheltered veterans in adult-only households (11%) was a survivor of domestic violence, and three percent were *currently* fleeing unsafe situations. It is important to note that these data represent survivors of domestic violence who accessed homeless services that were not operated by victim service providers and should not be considered the full estimate of survivorship among veterans experiencing sheltered homelessness. Across all geographic areas, between two and three percent of veterans in adult-only households were currently fleeing domestic violence.
- Seventy-four percent of veteran household heads had a disability in 2022.

### How Have the Additional Characteristics of Adult-only Households Experiencing Sheltered Homelessness Changed over Time?

- Between 2019 and 2022, the *number* of veterans in adult-only households with chronic patterns of homelessness dropped by three percent. The share of veterans with chronic patterns of homelessness also increased during this period, from 21 percent to 24 percent.
- There was a nine percent decrease in the number of veteran heads of households experiencing homelessness who were survivors of domestic violence between 2019 and 2022.
- Between 2019 and 2022, the number of veteran household heads who were experiencing sheltered homelessness and had a disability dropped by 11 percent. The number of households without a disability fell even more sharply during this period (a decrease of 25%).

**EXHIBIT 5.6: Additional Characteristics of Sheltered Homeless Veterans in Adult-Only Households**
2019, 2021, and 2022

| | 2019 | 2021 | 2022 | Changes 2019-2021 | | Changes 2021-2022 | |
|---|---|---|---|---|---|---|---|
| | % | % | % | # | % | # | % |
| **Chronic Homeless Status of Heads of Veteran Households and Adults** | | | | | | | |
| Chronic Patterns of Homelessness | 20.8% | 25.9% | 23.6% | -689 | -3.4% | -1,189 | -5.7% |
| **Domestic Violence Survivor Status of Heads of Veteran Households and Adults** | | | | | | | |
| DV Survivors | 10.6% | 12.7% | 11.2% | -867 | -8.9% | -905 | -9.3% |
| Not DV Survivors | 88.9% | 86.8% | 88.6% | -11,876 | -14.5% | 3,162 | 4.7% |
| Client Does Not know/Refused | 0.5% | 0.5% | 0.2% | -294 | -64.2% | -230 | -58.4% |
| **Disability Status of Heads of Veteran Households and Adults** | | | | | | | |
| With a disability | 70.8% | 73.2% | 74.1% | -7,694 | -11.4% | 2,223 | 3.8% |
| Without a disability | 29.2% | 26.8% | 25.9% | -6,956 | -24.9% | -256 | -1.2% |

Data Source: Homeless Management Information Systems (HMIS) data; Raw data available in Appendix A.5.2
[a]HUD defines a person experiencing chronic patterns of homelessness as one with a disability and who has experienced homelessness for at least one year or on at least 4 separate occasions in the last 3 years, as long as the combined occasions equal at least 12 months and each break in homelessness separating the occasions included at least 7 consecutive nights of not living as described. A detailed definition of chronic homelessness can be found here: https://www.hudexchange.info/homelessness-assistance/coc-esg-virtual-binders/coc-esg-homeless-eligibility/definition-of-chronic-homelessness/
*Percentages based on people with known domestic violence survivor status and disability status.
[b]HUD defines a disability as a physical, mental or emotional impairment, including impairment caused by alcohol or drug abuse, post-traumatic stress disorder, brain injury or a chronic physical illness. A more detailed definition can be found here: https://www.hudexchange.info/homelessness-assistance/coc-esg-virtual-binders/coc-esg-homeless-eligibility/determining-and-documenting-disability/disability-definition/

**EXHIBIT 5.7: Additional Characteristics of Sheltered Homeless Veterans in Adult-Only Households by Geography**
2019, 2021, and 2022

| Characteristic | Urban Veterans | | | Suburban Veterans | | | Rural Veterans | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2019 | 2021 | 2022 | 2019 | 2021 | 2022 | 2019 | 2021 | 2022 |
| Chronic Patterns of Homelessness | 21.6% | 27.3% | 24.7% | 20.1% | 22.8% | 22.3% | 15.0% | 16.8% | 15.9% |
| Domestic Violence Survivor | 1.8% | 3.0% | 2.7% | 1.6% | 1.5% | 1.6% | 2.0% | 3.2% | 3.7% |

Data source: Homeless Management Information Systems (HMIS) data

DOJ-HUD-AR00997

ESTIMATES OF VETERANS WHO EXPERIENCED SHELTERED HOMELESSNESS IN THE UNITED STATES 2022

# Engagement of Veteran Adult-only Households with the Homelessness services system

Data collected through the LSA provide information related to the experience of homelessness. This includes where veteran households were staying immediately prior to entering an emergency shelter, transitional housing, or safe haven program and the length of time spent in shelter programs.

## Where Did Veterans in Adult-Only Households Stay Prior to Enrolling in Emergency Shelter, Transitional Housing, or Safe Havens?

- In 2022, 57 percent of veteran adult-only households were already experiencing homelessness prior to their first engagement with a shelter program during the reporting period. Thirty six percent of veteran adult-only households were in unsheltered locations prior to entering a shelter program. Another 21 percent of veteran adult-only households were already staying in a shelter program in another CoC or in a shelter program that did not participate in HMIS.
- About one in five veterans was housed just prior to entering shelter. Thirteen percent of veteran adult-only households were staying with friends or family prior to entering a shelter program. Four percent were living in rented housing without a subsidy, and another two percent were living in rented housing with a subsidy.
- Fifteen percent of veterans in adult-only households accessed shelter from an institutional setting. Most came from medical facilities (11%).
- In general, the prior living situations of veterans in adult-only households reflect those of the broader sheltered adult-only population. The most notable difference is that veterans were somewhat more likely to access shelter from a medical setting (11% vs. 7%) and somewhat less likely to be housed prior to entering shelter (20% vs. 22%).

## How Did the Prior Living Situation of Veteran Households Change over Time?

- Because the number of sheltered veterans declined between 2019 and 2022, the number engaging with the system from most prior living situations also declined. There are a few exceptions: the number of veterans accessing shelter from rented housing with a subsidy increased by 10 percent (171 people), and the number of veterans accessing shelter from a hotel or motel setting increased by eight percent (292 people).

**EXHIBIT 5.8: Places Homeless Veterans in Adult-Only Households Stayed Before Entering Shelter**
2019, 2021, and 2022

| Place Stayed | 2019 % | 2021 % | 2022 % | Change 2019-2022 # | Change 2019-2022 % | Change 2021-2022 # | Change 2021-2022 % |
|---|---|---|---|---|---|---|---|
| **Already Homeless** | | | | | | | |
| Sheltered | 18.8% | 18.5% | 20.7% | -1,178 | -6.4% | 2,316 | 15.6% |
| Unsheltered | 33.9% | 39.7% | 35.9% | -3,240 | -9.8% | -2,103 | -6.6% |
| **Housing** | | | | | | | |
| Staying with Family | 7.3% | 6.1% | 6.0% | -2,172 | -30.5% | 31 | 0.6% |
| Staying with Friends | 6.7% | 6.0% | 6.5% | -1,147 | -17.5% | 611 | 12.7% |
| Rented housing unit without subsidy | 5.9% | 4.0% | 4.4% | -2,152 | -37.2% | 400 | 12.4% |
| Rented housing unit with subsidy | 1.8% | 2.0% | 2.3% | 171 | 9.7% | 325 | 20.2% |
| Owned housing unit | 0.8% | 0.5% | 0.7% | -235 | -29.1% | 137 | 31.4% |
| Permanent supportive housing (PSH) | 0.2% | 0.2% | 0.2% | -75 | -33.5% | 25 | 20.2% |
| **Institutional Settings** | | | | | | | |
| Incarceration | 4.2% | 3.3% | 3.1% | -1,523 | -36.9% | -71 | -2.7% |
| Medical facility | 12.4% | 11.1% | 11.1% | -2,939 | -24.2% | 268 | 3.0% |
| Long-term care facility | 0.2% | 0.3% | 0.3% | 17 | 8.9% | -6 | -2.8% |
| **Other Settings** | | | | | | | |
| Hotel or motel | 3.6% | 4.7% | 4.6% | 292 | 8.2% | 106 | 2.8% |
| Foster care | 0.0% | 0.1% | 0.0% | 22 | 200.0% | -4 | -10.8% |
| Other living arrangement | 0.4% | 0.5% | 0.5% | 27 | 7.7% | 19 | 5.3% |
| Missing | 3.6% | 3.1% | 3.8% | -331 | -9.4% | 703 | 28.3% |

Data Source: Homeless Management Information Systems (HMIS) data; Raw data available in Appendix A.5.3

DOJ-HUD-AR00998

## ESTIMATES OF VETERANS WHO EXPERIENCED SHELTERED HOMELESSNESS IN THE UNITED STATES 2022

- Between 2021 and 2022, the number of veteran adult-only households accessing shelter programs from unsheltered situations declined by seven percent, and the number entering shelter from other shelter programs increased by 16 percent.

### How Long did Veteran Adult-Only Households Stay in Shelter?

Length of time in shelter programs reflects the aggregated amount of time households spent in any emergency shelter, transitional housing, or safe haven programs over the course of the reporting period. Households staying for short periods of time include those households transitioning to permanent housing, remaining in the experience of homelessness but leaving the program for an unsheltered situation or a program that does not participate in HMIS, and those that entered the homelessness services system during the last week of the reporting period.

- Veterans in adult only households staying in shelter programs were less likely to leave shelter very quickly than all adult-only households. In 2022, 16 percent of sheltered veterans in adult-only households stayed in a shelter, transitional housing, or safe haven program for seven days or less compared with 26 percent of all sheltered adult-only households.
- Of veterans in adult-only households who accessed a shelter program during the 2022 reporting year, nine percent stayed in shelter for more than one year, about the same as the eight percent of all adult-only households that stayed in shelter for more than one year.

### How Has Length of Time in Shelter Programs Changed over Time?

Between 2019 and 2022, lengths of stay in shelter for veterans in adult-only households appeared to fluctuate due to the COVID-19 pandemic. Lengths of stay increased between 2019 and 2021. Lengths of stay then decreased between 2021 and 2022 but remained longer in 2022 than in 2019.

- Between 2019 and 2022, the share of veterans that stayed in shelter programs for seven days or less decreased from 18 percent to 16 percent.
- Between 2019 and 2022, the share of veterans that stayed in shelter programs for six months or less decreased from 82 percent to 76 percent.
- Conversely, between 2019 and 2022, the share of veterans that stayed in shelter programs for more than six months increased from 18 percent to 24 percent.

**EXHIBIT 5.9: Length of Stay of Sheltered Homeless Veterans in Adult-Only Households**
2019-2022



Data source: Homeless Management Information Systems (HMIS) data

DOJ-HUD-AR00999

# 2022
# People in Adult-Only Households with Chronic Patterns of Homelessness

Overview of Estimates of Chronic Homelessness in the United States ................................................................ 6-2

Characteristics of People in Adult-Only Households with Chronic Patterns of Homelessness ................................. 6-3

What Were the Demographic Characteristics of Sheltered Adult-Only Households with Chronic Patterns of Homelessness in 2022? ................................................................................................................ 6-3

How Have the Characteristics of Adult-only Households with Chronic Patterns of Homelessness Changed over Time? ...... 6-4

Where Did Adult-only Households Experiencing Chronic Patterns of Homelessness Access Emergency Shelter, Transitional Housing, or Safe Haven Programs? .............................................................................. 6-5

How Did the Location of Shelter Stays for Adult-Only Households Experiencing Chronic Patterns of Homelessness Change over Time? ......................................................................................................... 6-6

Additional Characteristics of Heads of Households and Other Adults ................................................................. 6-6

What Were the Other Characteristics of Adult-Only Households Experiencing Chronic Patterns of Homelessness? ........... 6-6

How Have the Additional Characteristics of Adult-only Households Experiencing Chronic Patterns of Homelessness Changed over Time? ......................................................................................................... 6-7

Engagement of Adult-only Households Experiencing Chronic Patterns of Homelessness with the Homelessness Services System ........................................................................................................................ 6-8

Where Did Adult-Only Households with Chronic Patterns of Homelessness Stay Prior to Entering Shelters? ................ 6-8

How Did System Engagement Change over Time? ..................................................................................... 6-9

How Long did Adult-Only Households Experiencing Chronic Patterns of Homelessness Stay in Shelter? .................... 6-9

How Has Length of Time in Shelter Programs Changed over Time? ................................................................. 6-10

# People in Adult-Only Households with Chronic Patterns of Homelessness
## IN 2022

The number of people with chronic patterns of homelessness increased by 26 percent between 2019 and 2022.

## Overview of Estimates of Chronic Homelessness in the United States

Across both adult-only households and families, more than **229,000 adults** who stayed in an emergency shelter, safe haven, or transitional housing program[1] at any point from October 1, 2021, through September 30, 2022, had chronic patterns of homelessness. This does not include people currently in RRH or PSH with chronic patterns of homelessness who enrolled in those programs prior to the reporting period. A chronic pattern of homelessness means the person has a disability[2] and has been homeless for at least one year within the past three years.[3] Within the population of people with patterns of chronic homelessness, nearly all (95%) were people in adult-only households. **This chapter focuses explicitly on the 218,754 people in adult-only households with chronic patterns of homelessness.** In this chapter, comparisons are made between different reporting years as well as between the adult-only chronically homeless population and the general adult-only population.

- In 2022, 218,754 people in adult-only households who stayed in an emergency shelter, safe haven, or transitional housing program at any point from October 1, 2021, through September 30, 2022, had chronic patterns of homelessness.
- Roughly a quarter of people in adult-only households had a chronic pattern of homelessness (24%).
- The number of people in adult-only households with chronic patterns of homelessness increased by 26 percent between 2019 and 2022, from 173,588 to 218,754, reflecting the general increase in the vulnerability of the population served during the pandemic.
- Between 2021 and 2022, the number of people in adult-only households with chronic patterns of homelessness decreased by five percent (or by about 12,000 people). This decrease could be attributed to increased funding during the pandemic through 2021 that focused on getting people housed quickly with needed stabilization services and possibly to easing of the housing market disruptions associated with the pandemic. However, even with this decrease in 2021, the total number of

**EXHIBIT 6.1: One-Year Estimates of Sheltered Adult-Only Households with Chronic Patterns of Homelessness**
2019, 2021, and 2022

| | 2019 | 2021 | 2022 | Change 2019-2022 | | Change 2021-2021 | |
|---|---|---|---|---|---|---|---|
| | # | # | # | # | % | # | % |
| People in Adult-Only Households with Chronic Patterns of Homelessness | 173,588 | 230,370 | 218,754 | 45,165 | 26.0% | -11,616 | -5.0% |
| Households with Chronic Patterns of Homelessness | 173,179 | 228,828 | 217,604 | 44,425 | 25.7% | -11,225 | -4.9% |

Data source: Homeless Management Information Systems (HMIS) data

**EXHIBIT 6.2: Changes in Chronic Patterns of Homelessness among Adult-Only Households**
2019- 2022



---

[1] The federal government defines these three program types as sheltered homelessness. People using rapid re-housing or permanent supportive housing programs have left homelessness for permanent housing.
[2] Based on HUD's definition of disability, not the Social Security Administration (SSA). HUD's definition of disability is someone who has a physical or mental impairment that substantially limits one or more major life activities.
[3] The criteria for at least one year of homelessness can be met either continuously or by at least four episodes of homelessness totaling a year or more. The three-year timeframe over which this length of time is evaluated varies for each person, as it begins three years prior to the person's last date active during the 2022 reporting year. Time spent in an emergency shelter, safe haven, or unsheltered location counts towards chronic homelessness. Time spent in a transitional housing program or a permanent housing program does not count.

DOJ-HUD-AR01001

**PEOPLE IN ADULT-ONLY HOUSEHOLDS WITH CHRONIC PATTERNS OF HOMELESSNESS IN 2022**

in adult-only households with chronic patterns of homelessness remained well above 2019 pre-pandemic levels as of 2022.

# Characteristics of People in Adult-Only Households with Chronic Patterns of Homelessness

## What Were the Demographic Characteristics of Sheltered Adult-Only Households with Chronic Patterns of Homelessness in 2022?

- The gender characteristics of people with chronic patterns of homelessness are similar to those of all adult-only households. Just under seven in ten heads of adult-only households experiencing chronic homelessness were men (68%), and 31 percent were women. People who identified as transgender, gender non-binary, or gender questioning made up one percent of heads in adult-only households with chronic patterns of homelessness, the same as their share of all adult-only households.
- People experiencing chronic patterns of homelessness were generally older than the general population of sheltered adult-only households. Of those experiencing chronic homelessness in adult-only households, fifty-nine percent were over 44 years old compared to forty-six percent among all sheltered adult-only households. Adults who were elderly or near elderly (55 or older) made up a larger share of the population of adult-only households with chronic patterns of homelessness compared to their share among all sheltered people in adult-only households (36% versus 27%).
- Older people in sheltered adult-only households were more likely to have chronic patterns of homelessness. In 2022, almost one-third of the near-elderly population (age 55 to 64) in sheltered adult-only households had chronic patterns of homelessness (32%). Thirty percent of people 65 years of age and older in adult-only households had chronic patterns of homelessness.
- At the other end of the age spectrum for adults, the percentage of youth (between 18 and 24) among people in adult-only households with chronic patterns of homelessness was half that of all people in adult-only households using shelters (5% versus 11%). Slightly more than one of every 10 people in adult-only households had a chronic pattern of homelessness (11%).

**EXHIBIT 6.3a: Demographic Characteristics of People in Adult-Only Sheltered Households with Chronic Patterns of Homelessness[a]**
By Gender and Age, 2019-2022

| | 2019 | | 2021 | | 2022 | |
|---|---|---|---|---|---|---|
| | Sheltered Adults in AO Households with Chronic Patterns of Homelessness | All Sheltered Adults in AO Households | Sheltered Adults in AO Households with Chronic Patterns of Homelessness | All Sheltered Adults in AO Households | Sheltered Adults in AO Households with Chronic Patterns of Homelessness | All Sheltered Adults in AO Households |
| **Gender of Heads of Households** | | | | | | |
| Women | 28.6% | 30.5% | 31.7% | 31.3% | 30.7% | 31.9% |
| Men | 70.9% | 69.1% | 67.5% | 67.9% | 68.2% | 67.2% |
| Gender Non-Singular* | 0.1% | 0.1% | 0.2% | 0.2% | 0.3% | 0.3% |
| Gender Questioning | | | 0.0% | 0.0% | 0.1% | 0.0% |
| Transgender | 0.5% | 0.4% | 0.6% | 0.6% | 0.7% | 0.6% |
| **Age of All People in the Household** | | | | | | |
| 18-24 | 5.7% | 11.0% | 5.1% | 9.6% | 5.0% | 11.0% |
| 25-34 | 15.1% | 20.6% | 14.7% | 19.3% | 15.1% | 21.0% |
| 35-44 | 19.7% | 20.6% | 20.3% | 21.2% | 21.0% | 21.5% |
| 45-54 | 26.6% | 22.6% | 24.1% | 21.1% | 23.3% | 19.4% |
| 55-64 | 26.3% | 19.7% | 27.0% | 21.3% | 25.9% | 19.5% |
| 65 and older | 6.7% | 5.5% | 8.7% | 7.4% | 9.7% | 7.6% |

Data Source: Homeless Management Information Systems (HMIS) data; U.S. Census Bureau's American Community Survey (ACS) PUMS 1-year data. Raw data available in Appendix A.6.1

[a] Data presented on gender, race and ethnicity are based on the 2022 HMIS Data Standards in place during the 2022 reporting period. Beginning in 2023, gender, race, and ethnicity will be reported based on the more inclusive and expansive categories implemented through the 2024 HMIS Data Standards.

[b] In 2020, the U.S. Census Bureau updated the coding methodology for ethnicity. These updates are likely reflected in the changes in white, Hispanic/Latino/a/x shares among the U.S. Poverty and U.S. Total Population between 2019 and 2021/2022. Future AHARs will provide estimates of people experiencing homelessness by additional race and ethnicity combinations.

*Category in HMIS is listed as "a gender that is not singularly 'female' or 'male.' This represents a change in the category from 2019 and 2020 which used the category name 'gender non-conforming.' Any change in category options for any data element could affect how people identify, and comparisons should be made with caution.

Notes: Data on characteristics excludes people for whom the characteristic is missing/unknown. Data on age is based on all people in households. Gender, ethnicity, and race are based only on the heads of household.

DOJ-HUD-AR01002

## PEOPLE IN ADULT-ONLY HOUSEHOLDS WITH CHRONIC PATTERNS OF HOMELESSNESS IN 2022

- In 2022, people who identified as Hispanic or Latino/a/x of any race made up 17 percent of all chronically homeless individuals in adult-only households, while they made up 21 percent the general adult-only population. Of all people in adult-only households who identified as Hispanic or Latino/a/x, 20 percent had chronic patterns of homelessness. This is the same as in 2019, just before the pandemic.
- People who identified as Black, African, or African American were slightly underrepresented among people experiencing chronic homelessness compared to the entire sheltered adult-only population (32% versus 35%). Nearly one-quarter of Black heads of adult-only households had chronic patterns of homelessness (23%).
- People identifying as belonging to more than one racial group were about 6 percent of all chronically homeless individuals in adult-only households. One-third of all heads of adult-only households (35%) who identified as belonging to more than one racial group had chronic patterns of homelessness. This is significantly higher than the rate of chronic homelessness among all adult-only households and the highest among all racial groups.
- More than one-quarter of heads of adult-only households staying in shelter identified as White, Non-Hispanic/non-Latino/a/x (26%) had chronic patterns of homelessness.
- Five percent of adult-only households with chronic patterns of homelessness were Native American or Alaska Native. One-third (34%) of all Native American heads of sheltered adult-only households had chronic patterns of homelessness, higher than the share of all people in sheltered adult-only households (24%).
- The rate of chronic homelessness among Native Hawaiians or Pacific Islanders in adult-only households was slightly lower than that of all adult-only households (22% versus 24%).
- Asian or Asian Americans accounted for a similar share of chronically homeless adult-only households as they did all adult-only households (1%). The rate of chronic homelessness among Asian and Asian Americans was 26 percent, slightly higher than that of all adult-only households (24%).

### How Have the Characteristics of Adult-only Households with Chronic Patterns of Homelessness Changed over Time?

Across demographic categories for gender, age, and race/ethnicity, rates of chronic homelessness in 2022 were higher than 2019 pre-pandemic rates but lower than rates seen in 2021.

**EXHIBIT 6.3b: Demographic Characteristics of People in Adult-Only Sheltered Households with Chronic Patterns of Homelessness[a]**
By Ethnicity and Race, 2019-2022

| | 2019 | | 2021 | | 2022 | |
|---|---|---|---|---|---|---|
| | Sheltered Adults in AO Households with Chronic Patterns of Homelessness | All Sheltered Adults in AO Households | Sheltered Adults in AO Households with Chronic Patterns of Homelessness | All Sheltered Adults in AO Households | Sheltered Adults in AO Households with Chronic Patterns of Homelessness | All Sheltered Adults in AO Households |
| **Ethnicity of Chronically Homeless Heads of Households[b]** | | | | | | |
| Hispanic/Latino/a/x | 14.8% | 14.2% | 18.2% | 18.2% | 17.2% | 21.2% |
| Non-Hispanic/Non-Latino/a/x | 85.3% | 85.8% | 81.8% | 81.8% | 82.8% | 78.8% |
| **Race of Chronically Homeless Heads of Households** | | | | | | |
| Asian or Asian American | 0.7% | 0.7% | 1.1% | 1.1% | 1.2% | 1.1% |
| Black or African American | 35.3% | 38.7% | 34.4% | 37.3% | 32.2% | 34.9% |
| Multiple Races | 4.5% | 3.3% | 4.7% | 3.6% | 5.7% | 3.9% |
| Native American/ American Indian or Alaska Native | 3.6% | 3.2% | 3.3% | 2.9% | 4.6% | 3.3% |
| Native Hawaiian or Pacific Islander | 0.8% | 0.9% | 0.7% | 0.9% | 0.8% | 1.0% |
| White, Hispanic/Latino/a/x[b] | 10.9% | 9.8% | 14.1% | 13.5% | 12.6% | 16.2% |
| White, Non-Hispanic/ Non-Latino/a/x | 44.3% | 43.5% | 41.6% | 40.5% | 42.9% | 39.6% |

Data Source: Homeless Management Information Systems (HMIS) data; U.S. Census Bureau's American Community Survey (ACS) PUMS 1-year data. Raw data available in Appendix A.6.1
[a]Data presented on gender, race and ethnicity are based on the 2022 HMIS Data Standards in place during the 2022 reporting period. Beginning in 2023, gender, race, and ethnicity will be reported based on the more inclusive and expansive categories implemented through the 2024 HMIS Data Standards.
[b]In 2020, the U.S. Census Bureau updated the coding methodology for ethnicity. These updates are likely reflected in the changes in white, Hispanic/Latino/a/x shares among the U.S. Poverty and U.S. Total Population between 2019 and 2021/2022. Future AHARs will provide estimates of people experiencing homelessness by additional race and ethnicity combinations.
*Category in HMIS is listed as "a gender that is not singularly 'female' or 'male.' This represents a change in the category from 2019 and 2020 which used the category name 'gender non-conforming.' Any change in category options for any data element could affect how people identify, and comparisons should be made with caution.
Notes: Data on characteristics excludes people for whom the characteristic is missing/unknown. Data on age is based on all people in households. Gender, ethnicity, and race are based only on the heads of household.

DOJ-HUD-AR01003

## PEOPLE IN ADULT-ONLY HOUSEHOLDS WITH CHRONIC PATTERNS OF HOMELESSNESS IN 2022

- The share of heads of adult-only households with chronic patterns of homelessness who identified as Hispanic (inclusive of any race) increased from 15 to 17 percent between 2019 and 2022. The number of sheltered adult-only households with chronic patterns of homelessness who identified as Hispanic increased by almost 12,000 people or 47 percent.
- The share of women with chronic patterns of homelessness in the adult-only population was higher in 2022 (31%) than it was in 2019 (29%). The number of sheltered women in adult-only households with chronic patterns of homelessness increased by about 17,000 people or 35 percent.
- The elderly population (65 and older) with chronic patterns of homelessness continues to steadily grow comprising 10 percent of all persons in adult only households in 2022 compared to 9 percent in 2021 and 7 percent in 2019. The number of sheltered heads of adult-only households with chronic patterns of homelessness increased by almost 10,000 people or 83 percent.
- The share of people in sheltered adult-only households with chronic patterns of homelessness who identified as Native American, American Indian, or Alaska Native increased from four to five percent. The number of Native Americans experiencing chronic homelessness increased by 59 percent (3,600 people) during the same time period.
- The share of adult-only household heads who identified as Hispanic or Latino/a/x declined slightly between 2021 and 2022, from 18 to 17 percent. The number, too, decreased by about 4,000 people or 10 percent. Both the share and the number remain above 2019 levels.
- After remaining relatively consistent between 2019 and 2021, the share of sheltered adults with chronic patterns of homelessness who identified Native American, American Indian, or Alaska Native increased from three percent to five percent between 2021 and 2022. The number who identified as Native American increased by 30 percent or about 2,300 people.
- The share of elderly sheltered adults among those with chronic patterns of homelessness has steadily increased over time and between 2021 and 2022 increased from nine to 10 percent of all sheltered people in adult-only households experiencing chronic homelessness. The number increased by six percent.
- The share of women among the population of sheltered adult-only households with chronic patterns of homelessness decreased slightly from 2021 to 2022 – from 32 percent to 31 percent but remained above 2019 levels.

### Where Did Adult-only Households Experiencing Chronic Patterns of Homelessness Access Emergency Shelter, Transitional Housing, or Safe Haven Programs?

- Eight in ten sheltered adult-only households with chronic patterns of homelessness were in urban areas (80%), slightly higher than the share of all adult-only households experiencing sheltered homelessness (78%).
- Suburban areas accounted for approximately 15 percent of the chronically homeless population, roughly the same as for all adult-only households using shelters (14%).

**EXHIBIT 6.4: Rates of Chronic Homelessness among Adult-Only Sheltered Households by Race and Ethnicity** 2022



| | |
|---|---|
| Multiracial | 35.4 |
| Native American/American Indian or Alaska Native | 33.8 |
| White (single race), Non-Hispanic/Non-Latino/a/x | 26.4 |
| Asian or Asian American | 26.2 |
| All Adults in Adult-only Households | 23.7 |
| Black or African American | 22.5 |
| Native Hawaiian or Pacific Islander | 21.7 |
| Hispanic/Latino/a/x | 19.7 |

**EXHIBIT 6.5: Rates of Chronic Homelessness among Adult-Only Sheltered Households by Age** 2022



| | |
|---|---|
| 18-24 | 10.7 |
| 25-34 | 17.1 |
| 35-44 | 23.2 |
| 45-54 | 28.5 |
| 55-64 | 31.5 |
| 65 and Older | 30.3 |

DOJ-HUD-AR01004

## PEOPLE IN ADULT-ONLY HOUSEHOLDS WITH CHRONIC PATTERNS OF HOMELESSNESS IN 2022

- Rural areas accounted for a smaller share of adult-only households experiencing chronic homelessness compared to all sheltered adult-only households (5% versus 7%). However, because these data are based on the use of emergency shelter, transitional housing, or safe havens, many dimensions of rural homelessness, including chronic patterns, may be missed. Rural areas often have fewer shelter programs, possibly driving people to stay outside, in their cars, or in abandoned buildings—that is, to experience unsheltered homelessness. In addition, other forms of housing instability such as doubling up may be more common in rural areas.

### How Did the Location of Shelter Stays for Adult-Only Households Experiencing Chronic Patterns of Homelessness Change over Time?

- The geographic distribution of adult-only sheltered households with chronic patterns of homelessness changed only slightly between 2019 and 2022. The share of adult-only households experiencing chronic homelessness located in suburban areas increased slightly, from 13 percent in 2019, to 14 percent in 2021, and to 15 percent in 2022.
- The share in rural areas changed only slightly, from six percent in 2019 to five percent in 2022.
- Urban areas continued to account for the largest share of adult-only households experiencing chronic homelessness, remaining stable across 2019, 2021, and 2022.

## Additional Characteristics of Heads of Households and Other Adults

### What Were the Other Characteristics of Adult-Only Households Experiencing Chronic Patterns of Homelessness?

- In 2022, nine percent of chronically homeless heads of households in adult-only households were veterans. The percentage of all chronically homeless heads of households in adult-only households that were veterans ranged from eight to nine percent across urban, suburban, and rural geographic areas.
- Survivors of domestic violence made up 28 percent of sheltered heads of households in adult-only households experiencing chronic homelessness in 2022. This is considerably higher than the share of all heads of adult-only households who were survivors of domestic

### EXHIBIT 6.6: Geographic Location of Sheltered Adult-Only Households with Chronic Patterns of Homelessness
2019-2022



Data Source: Homeless Management Information Systems (HMIS) data; Raw data available in Appendix A.6.2
*HUD defines a person experiencing chronic patterns of homelessness as one with a disability and who has experienced homelessness for at least one year or on at least 4 separate occasions in the last 3 years, as long as the combined occasions equal at least 12 months and each break in homelessness separating the occasions included at least 7 consecutive nights of not living as described. A detailed definition of chronic homelessness can be found here: https://www.hudexchange.info/homelessness-assistance/coc-esg-virtual-binders/coc-esg-homeless-eligibility/definition-of-chronic-homelessness/

### EXHIBIT 6.7: Additional Characteristics of Sheltered Adult-Only Households with Chronic Patterns of Homelessness
2019-2022

| | 2019 | 2021 | 2022 | Change 2019-2022 | | Change 2021-2022 | |
|---|---|---|---|---|---|---|---|
| | # | % | # | # | % | # | % |
| **Veteran Status of Chronically Homeless Heads of Households** | | | | | | | |
| Veteran | 11.8% | 9.1% | 9.0% | -721 | -3.6% | -1,156 | -5.6% |
| Non-Veteran | 87.8% | 90.4% | 90.4% | 44,270 | 29.3% | -9,788 | -4.8% |
| **Domestic Violence Survivor Status of Chronically Homeless Heads of Households** | | | | | | | |
| DV Survivors | 25.1% | 28.6% | 28.3% | 17,199 | 41.1% | -4,124 | -6.5% |
| Not DV Survivors | 74.7% | 71.2% | 71.4% | 24,410 | 19.6% | -8,220 | -5.2% |
| Client Doesn't Know/Refused | 0.2% | 0.2% | 0.3% | 160 | 41.7% | 3 | 0.5% |

Data source: Homeless Management Information Systems (HMIS) data; Raw data available in Appendix A.6.3

DOJ-HUD-AR01005

## PEOPLE IN ADULT-ONLY HOUSEHOLDS WITH CHRONIC PATTERNS OF HOMELESSNESS IN 2022

violence (18%). It is important to note that these data represents survivors of domestic violence who accessed homeless services that were not operated by victim service providers and should not be considered the full estimate of survivorship among people experiencing chronic homelessness who accessed the sheltered system.

- Given the way data were reported for the 2022 reporting year, it is not possible to understand the percentage of adults in each geographic category who are survivors of domestic violence – regardless of fleeing status. However, data are available on the share of people *currently fleeing* domestic violence by geography. Rural and urban areas had the same rate of chronically homeless people currently fleeing unsafe situations (8%) which is slightly higher than in suburban areas (7%).

### How Have the Additional Characteristics of Adult-only Households Experiencing Chronic Patterns of Homelessness Changed over Time?

- Between 2019 and 2022, the share of people in adult-only households with chronic patterns of homelessness who were veterans decreased from 12 percent to nine percent. Also, the overall number of chronically homeless adults who were veterans decreased by 721 people over the same period. This decrease could possibly be attributed to the long-term commitment to community and national-level initiatives focused on housing veterans experiencing homelessness.

- The percentage of chronically homeless adults who were veterans declined across geographic categories, with the largest drop occurring in suburban areas (13% in 2019 to 9% in 2022). There were also 1,641 fewer chronically homeless veterans in urban areas in 2022 compared to 2021.

- Compared with 2019, the year prior to the pandemic, in 2022 the number of chronically homeless individuals who were survivors of domestic violence was 41 percent higher. The *share* of heads of adult-only households with chronic patterns of homelessness that were survivors of domestic violence also increased, from 25 percent to 28 percent.

- The percentage of chronically homeless adults who were survivors of domestic violence increased across all geographic categories, with the largest increase occurring in urban areas (6% in 2019 to 8% in 2022). These percentages also remained consistent between 2021 and 2022.

### EXHIBIT 6.8: Additional Characteristics of Chronically Homeless Adult-Only Households by Geography
2019-2022

| | Urban Households | | | Suburban Households | | | Rural Households | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2019 | 2021 | 2022 | 2019 | 2021 | 2022 | 2019 | 2021 | 2022 |
| Veteran | 11.7% | 9.2% | 9.0% | 12.8% | 8.8% | 9.4% | 10.5% | 8.3% | 8.4% |
| Domestic Violence Survivor | 6.2% | 7.6% | 8.0% | 5.0% | 6.2% | 6.7% | 8.3% | 9.4% | 8.3% |

Data source: Homeless Management Information Systems (HMIS) data; Raw data available in Appendix A.6.4

### EXHIBIT 6.9: Places Chronically Homeless Households Stayed Before Entering Shelter
2019-2022

| | 2019 | 2021 | 2022 | Change 2019-2022 | | Change 2021-2022 | |
|---|---|---|---|---|---|---|---|
| | % | % | % | # | % | # | % |
| Experienced Homelessness | 73.7% | 78.9% | 77.0% | | | | |
| Sheltered | 22.5% | 20.4% | 24.1% | 13,511 | 34.7% | 5,792 | 12.4% |
| Unsheltered | 51.2% | 58.5% | 52.9% | 26,455 | 29.8% | -18,683 | -14.0% |
| Housing | 12.9% | 9.6% | 10.1% | | | | |
| Staying with Family | 4.8% | 3.3% | 3.4% | -890 | -10.8% | -208 | -2.7% |
| Staying with Friends | 5.2% | 4.1% | 4.4% | 548 | 6.0% | 155 | 1.6% |
| Rented housing unit without subsidy | 2.1% | 1.4% | 1.4% | -635 | -17.4% | -85 | -2.7% |
| Rented housing unit with subsidy | 0.4% | 0.5% | 0.6% | 662 | 94.3% | 256 | 23.1% |
| Owned housing unit | 0.2% | 0.1% | 0.1% | -84 | -22.5% | 1 | 0.3% |
| Permanent supportive housing (PSH) | 0.2% | 0.2% | 0.2% | 19 | 5.4% | -87 | -19.1% |
| Institutional Settings | 10.1% | 7.5% | 8.3% | | | | |
| Incarceration | 3.0% | 1.6% | 2.0% | -700 | -13.7% | 796 | 22.0% |
| Medical facility | 7.0% | 5.8% | 6.1% | 1,071 | 8.8% | -65 | -0.5% |
| Long-term care facility | 0.1% | 0.1% | 0.2% | 113 | 54.6% | 10 | 3.2% |
| Other Settings | 2.0% | 2.2% | 2.4% | | | | |
| Hotel or motel | 1.8% | 2.0% | 2.1% | 1,439 | 46.8% | -151 | -3.2% |
| Foster care | 0.1% | 0.0% | 0.1% | 30 | 31.3% | 75 | 147.1% |
| Other living arrangement | 0.2% | 0.2% | 0.2% | 144 | 41.0% | 145 | 41.4% |
| Missing | 1.3% | 1.8% | 2.3% | 2,743 | 124.9% | 824 | 20.0% |

Data source: Homeless Management Information Systems (HMIS) data; Raw data available in Appendix A.6.5

DOJ-HUD-AR01006

**PEOPLE IN ADULT-ONLY HOUSEHOLDS WITH CHRONIC PATTERNS OF HOMELESSNESS IN 2022**

# Engagement of Adult-only Households Experiencing Chronic Patterns of Homelessness with the Homelessness Services System

Data collected through the LSA provides information related to the experience of homelessness. This section also provides information on where people were staying immediately before entering an emergency shelter, transitional housing, or safe haven program.

Length of time in shelter programs reflects the aggregated amount of time households spent in any emergency shelter, transitional housing, or safe haven programs over the course of the reporting period. Households staying for short periods of time includes those households transitioning to permanent housing, remaining in the experience of homelessness but leaving the program for an unsheltered situation or a program that does not participate in HMIS, and those that entered the homelessness services system during the last week of the reporting period.

## Where Did Adult-Only Households with Chronic Patterns of Homelessness Stay Prior to Entering Shelters?

- Nearly eight of every ten adult-only households experiencing chronic homelessness in 2022 (77%) had been experiencing homelessness directly before entering shelter programs. This is higher than the share among all sheltered adult-only households, where 57 percent had stayed in either sheltered or unsheltered locations.
- Among all adult-only households experiencing chronic homelessness, 53 percent were staying in unsheltered situations prior to entering a shelter, and 24 percent had been staying in an emergency shelter, transitional housing, or safe haven program. Those with a prior living situation of another sheltered location include those who transitioned from a shelter program not participating in HMIS or in a shelter program located in a different CoC.
- Ten percent of adult-only households experiencing chronic homelessness were staying in a housed situation prior to entering a shelter program: eight percent were doubled up with friends or family, one percent were staying in rented housing without a subsidy, and the remaining one percent were staying in subsidized or supportive housing.
- About eight percent of adult only households with chronic patterns of homelessness stayed in an institutional setting prior to accessing shelter.

**EXHIBIT 6.10: Length of Stay of Sheltered Chronically Homeless Adult-Only Households**
2019-2022



Data source: Homeless Management Information Systems (HMIS) data

DOJ-HUD-AR01007

## PEOPLE IN ADULT-ONLY HOUSEHOLDS WITH CHRONIC PATTERNS OF HOMELESSNESS IN 2022

Within this group, most (6%) were in a medical facility, including physical health or physical rehabilitation facilities, mental health facilities, and substance use rehabilitation programs. Two percent entered shelters directly from the criminal justice system.

- Two percent of adult-only households experiencing chronic homelessness stayed in hotels or motels that they paid for on their own prior to entering shelter programs.

### How Did System Engagement Change over Time?

- The number of adult-only households with chronic patterns of homelessness that had been experiencing homelessness before entering a shelter program increased by 31 percent or almost 40,000 people between 2019 and 2022. This emphasizes the challenges of leaving homelessness both during and after the pandemic.
- More recently, between 2021 and 2022, 18,683 fewer people with chronic patterns of homelessness were unsheltered just before they entered a shelter program. In the same period, 5,792 more people entered shelter from another sheltered location.
- Perhaps the strongest indication of the concentrated efforts to engage and shelter populations highly susceptible to severe illness during the COVID-19 public health emergency is the significant increase in the number of adult-only households with chronic patterns of homelessness that entered shelter from an unsheltered situation between 2019 and 2022. During that three-year period, the number of households going from an unsheltered situation to a shelter program increased by 30 or 26,455 people.
- The number of adult-only households with chronic patterns of homelessness that entered shelter programs from medical facilities or long-term care facilities increased between 2019 and 2022, possibly reflecting use of non-congregate shelter programs to keep people safer than they would have been in institutions. Though the number of adult-only households with chronic patterns of homelessness that entered the shelter system directly from the criminal justice system was lower in 2022 than it was in 2019, there was a slight increase of 796 people when compared to 2021.
- Between 2019 and 2022, the number of adult-only households with chronic patterns of homelessness that entered the shelter system from a hotel or motel that the household paid for on their own increased by 1,439 people.

### How Long did Adult-Only Households Experiencing Chronic Patterns of Homelessness Stay in Shelter?

- In 2022, a little more than half of all adult-only households with chronic patterns of homelessness stayed in shelter for three months or less (54%).
- Compared to the general population of sheltered people in adult-only households, chronically homeless adult-only households tended to stay in shelter longer. Fifteen percent of all adult-only households with chronic patterns of homelessness stayed in shelter for six months to a year (181 to 365 days). This is higher than the share of all adult-only households (10%). Together, 30 percent of adult-only households with chronic patterns of homelessness stayed in shelter for 181 days or more compared to 19 percent of all adult-only households.
- Of people who accessed a shelter program during the 2022 reporting year, about 15 percent

DOJ-HUD-AR01008

of adult-only households experiencing chronic homelessness had stayed in shelter for one year or longer compared to the nine percent seen in the general population of sheltered people in adult-inly households.

## How Has Length of Time in Shelter Programs Changed over Time?

Between 2019 and 2022, a higher share of adult-only households experiencing chronic homelessness stayed in shelter programs for longer lengths of time. This could reflect a combination of an increased difficulty in leaving the experience of homelessness during the pandemic, the effects of the pandemic on case management staff and others that support the transition from homelessness to permanent housing, and the reduction in the number of units available and affordable to people leaving the experience of homelessness and the programs supporting them.

- In 2019, 17 percent of adult-only households experiencing chronic homelessness stayed in shelter for seven days or less. This decreased to 13 percent in 2021 but increased to 15 percent in 2022.
- When looking at long-term shelter stays, 15 percent of adult-only households experiencing chronic homelessness had stayed in shelter programs for one year or longer in 2022, compared with 14 percent in 2021 and nine percent in 2019.

DOJ-HUD-AR01009

# 2022
# Estimates of Households Using Rapid Rehousing Subsidies

Overview of Estimates of People and Households Using Rapid Rehousing Subsidies .................................................................. 7-2

Characteristics of People Living in Housing Supported by Rapid Rehousing Programs ............................................................. 7-3

What Were the Demographic Characteristics of Households Using RRH Subsidies?........................................................... 7-3

How Did the Demographic Characteristics Change over Time? ............................................................................................. 7-4

Where Did Households Using RRH Subsidies Live?................................................................................................................. 7-4

What Were the Other Characteristics of Housings Using RRH Subsidies in 2022? ................................................................ 7-5

How Did the Other Characteristics Change over Time? .......................................................................................................... 7-5

Engagement of Households Using RRH ................................................................................................................................... 7-6

How Did Length of RRH Subsidy Use Change over Time? ..................................................................................................... 7-7

What Was the Exit Location of Households after RRH Assistance Ended?............................................................................. 7-7

How Did the Location after RRH Assistance Ended Change over Time? ................................................................................ 7-8

Supportive Services for Veterans and their Families (SSVF)................................................................................................... 7-10

# Estimates of Households Using Rapid Rehousing Subsidies

148,000 households lived in housing supported by rapid rehousing subsidies in 2022, a 16 percent increase over 2019.

## Overview of Estimates of People and Households Using Rapid Rehousing Subsidies

Approximately **257,000 people in 148,000 households lived in housing supported by Rapid Re-housing (RRH) subsidies** at some point between October 1, 2021, and September 30, 2022. RRH programs help people leave the experience of homelessness by providing time-limited rent subsidies in permanent housing. RRH also provides case management that may continue after the household has moved into the permanent housing unit supported by the rent subsidy. Communities, and often individual programs within communities, decide the duration of the rent subsidy, how the subsidy amount is determined, and the focus of the case management. Sometimes the subsidy is only a one-time cash payment—for example, to cover move-in costs and first and last-month's rent--and sometimes it continues for many months. When the rent subsidy ends, the household may be able to stay in the housing unit and pay rent from its earnings or other resources.

Data presented in this chapter are limited to people who are living in rental housing with the assistance of rapid rehousing funding. Households that are enrolled in rapid rehousing but have not yet moved into a unit are excluded from this analysis.

- An estimated 256,653 people in 147,468 households were participating in a RRH program and using its rent subsidies at some time between October 1, 2021, and September 30, 2022.
- One out of every 119 households with incomes below the poverty line who also experienced homelessness used RRH to subsidize their housing at some point in 2022.
- More than half – 56 percent – of people that used RRH in 2022 were in families with children. Forty-four percent were people in adult-only households.
- The number of households using RRH programs increased by 16 percent between 2019 – the year just prior to the onset of the pandemic – and 2022. Much of this increase occurred between

**EXHIBIT 7.1: One-Year Estimates of People Using Rapid Re-Housing Subsidies**
2019-2022

|  | 2019 | 2021 | 2022 | Change 2019-2022 | | Change 2021-2022 | |
|---|---|---|---|---|---|---|---|
|  | # | # | # | # | % | # | % |
| Households in RRH programs | 127,058 | 129,416 | 147,468 | 20,411 | 16.1% | 18,052 | 14.0% |
| People in RRH Programs | 260,718 | 236,934 | 256,653 | -4,066 | -1.6% | 19,718 | 8.3% |
| **People in RRH by Household Type** | | | | | | | |
|  | # | % | # | % | # | % | # | % | # | % |
| People in Adult-Only Households | 83,651 | 32.1% | 94,597 | 39.9% | 112,549 | 43.9% | 28,898 | 34.6% | 17,952 | 19.0% |
| People in Family Households | 176,558 | 67.7% | 141,754 | 59.8% | 143,507 | 55.9% | -33,051 | -18.7% | 1,753 | 1.2% |

Data Source: Homeless Management Information Systems (HMIS) data

**EXHIBIT 7.2: Change in Estimates of Homelessness, Users of Rapid Re-Housing Subsidies, Households in Poverty, and All U.S. Households**
2019, 2021, and 2022

| Population | Change in People 2019-2021 | | Change in Households 2019-2021 | | Change in People 2021-2022 | | Change in Households 2021-2022 | |
|---|---|---|---|---|---|---|---|---|
|  | # | % | # | % | # | % | # | % |
| Staying in Shelter Programs | -67,774 | -4.7% | -35,758 | -3.2% | 174,893 | 14.4% | 127,938 | 13.6% |
| **Using Rapid Re-Housing** | **-4,066** | **-1.6%** | **20,411** | **16.1%** | **19,718** | **8.3%** | **18,052** | **14.0%** |
| Living in Poverty | 1,378,813 | 3.5% | 1,687,562 | 10.7% | -628,909 | -1.5% | 412,080 | 2.4% |
| In U.S. Population | 5,048,039 | 1.5% | 7,135,276 | 5.5% | 1,393,817 | 0.4% | 2,718,074 | 2.0% |

Data Source: Homeless Management Information Systems (HMIS) data; U.S. Census Bureau's American Community Survey (ACS) PUMS 1-year data.

DOJ-HUD-AR01011

## ESTIMATES OF HOUSEHOLDS USING RAPID REHOUSING SUBSIDIES

2021 and 2022, a year that saw a 14 percent rise in households using RRH.

- The increase was driven entirely by people in adult-only households using rapid rehousing subsidies, which rose by 35 percent between 2019 and 2022 and by 19 percent between 2021 and 2022. People in families with children partially offset this rise, decreasing by 19 percent over the longer period.
- The *share* of adult-only households in the RRH program rose from 32 percent in 2019 to 44 percent in 2022.
- Consistent with the greater emphasis on adult-only households in the RRH program, while the number of households using RRH subsidies increased between 2019 and 2022, the number of *people* in households decreased slightly, by two percent, between 2019 and 2022.

# Characteristics of People Living in Housing Supported by Rapid Re-housing Programs

## What Were the Demographic Characteristics of Households Using RRH Subsidies?

- Compared with the sheltered population, more heads of households using RRH to subsidize their permanent housing in 2022 were women (51% compared to 39%).
- Reflecting the higher share of family households among those using RRH subsidies compared with people staying in shelters, a higher share of people in households using RRH were under 18 (35% vs. 21% for people in shelters).
- A smaller share of households using RRH subsidies were Hispanic/Latino/a/x (15%) than the share of people staying in sheltered locations (23%) in 2022.
- The share of Black, African or African American heads of households using RRH rent subsidies in 2022 was slightly higher (42%) than their share of households using shelters (37%).
- Despite the historically heavy use of RRH by families and the greater number of people receiving RRH rent subsidies in 2022, almost two-thirds of households using RRH (65%) consisted of just one person.
- Households with both adults and children using RRH rent subsidies were similar in composition to households with children

**EXHIBIT 7.3a: Demographic Characteristics of Households Using Rapid Re-Housing and Experiencing Sheltered Homelessness[a]**
By Gender and Age, 2019, 2021, and 2022

| | 2019 | | 2021 | | 2022 | |
|---|---|---|---|---|---|---|
| | Using Rapid Re-Housing Subsidies | Staying in Shelters | Using Rapid Re-Housing Subsidies | Staying in Shelters | Using Rapid Re-Housing Subsidies | Staying in Shelters |
| **Gender of Heads of Households** | | | | | | |
| Woman (or Girl) | 53.7% | 38.9% | 51.5% | 38.7% | 51.0% | 39.2% |
| Man (or Boy) | 45.8% | 60.7% | 47.8% | 60.6% | 48.2% | 60.0% |
| Non-Singular* | 0.1% | 0.1% | 0.2% | 0.2% | 0.3% | 0.3% |
| Questioning | | | 0.0% | 0.0% | 0.0% | 0.1% |
| Transgender | 0.4% | 0.3% | 0.5% | 0.6% | 0.5% | 0.5% |
| **Age of All People in the Household** | | | | | | |
| Less than 18 | 42.3% | 22.7% | 36.8% | 20.6% | 34.5% | 20.7% |
| 18-24 | 8.0% | 9.7% | 9.6% | 8.8% | 9.3% | 9.7% |
| 25-34 | 15.5% | 18.8% | 15.2% | 18.1% | 14.6% | 19.3% |
| 35-44 | 12.4% | 16.5% | 12.9% | 17.5% | 13.5% | 17.8% |
| 45-54 | 9.6% | 15.6% | 10.1% | 15.3% | 10.5% | 14.0% |
| 55-64 | 9.4% | 12.9% | 11.0% | 14.7% | 12.0% | 13.3% |
| 65 and Older | 2.8% | 3.6% | 4.4% | 5.1% | 5.5% | 5.1% |

Data Source: Homeless Management Information Systems (HMIS) data; Raw data available in Appendix A.7.1
[a]Data presented on gender, race and ethnicity are based on the 2022 HMIS Data Standards in place during the 2022 reporting period. Beginning in 2023, gender, race, and ethnicity will be reported based on the more inclusive and expansive categories implemented through the 2024 HMIS Data Standards. Future AHARs will provide estimates of people experiencing homelessness by additional race and ethnicity combinations.
*Category in HMIS is listed as "a gender that is not singularly 'female' or 'male.' This represents a change in the category from 2019 and 2020 which used the category name 'gender non-conforming.' Any change in category options for any data element could affect how people identify, and comparisons should be made with caution.
Notes: Data on characteristics excludes people for whom the characteristic is missing/unknown. Data on age is based on all people in households. Gender, ethnicity, and race are based only on the heads of household.

DOJ-HUD-AR01012

## ESTIMATES OF HOUSEHOLDS USING RAPID REHOUSING SUBSIDIES

staying in shelter. Nearly three in four families with children either using RRH subsidies or staying in shelters were single adults with children (74% and 71%).

### How Did the Demographic Characteristics Change over Time?

In general, the characteristics of people using RRH change little year to year. However, data show some shifts.

- The 14 percent increase in adult only households using RRH resulted in a corresponding rise in one person households between 2019 and 2022, from 55 to 65 percent.
- For the same reason, the percentage of people using RRH subsidies who were children declined from 42 percent in 2019 to 35 percent in 2022.
- Between 2019 and 2022, there was also an increase in the number of people in RRH who were aged 65 or older (from 3 to 6%). This likely reflects the rise in adult-only households using RRH and possibly an increasing use of RRH to help the most vulnerable populations leave homelessness.

### Where Did Households Using RRH Subsidies Live?

- Households in the RRH program were less likely to be in urban areas and more likely to be in suburban or rural areas than households staying in shelters. In 2022, 65 percent of households using RRH were in urban areas, lower than the 78 percent of people in shelters who were in urban areas.
- A larger share of RRH households were in rural areas than sheltered households. In 2022, 10 percent of RRH households were in rural areas compared to seven percent of sheltered households.
- More than one-quarter of RRH households were in suburban areas in 2022 (26%) compared with 15 percent of households staying in shelters.
- The higher percentages of RRH households in suburban and rural areas than sheltered households likely reflects a combination of factors including limited affordable housing in urban areas and a greater use of RRH in areas with limited shelter programs. Rural areas have historically relied more heavily than other areas on rapid rehousing and other scattered site solutions as a way to avoid the high capital cost of facility-based approaches.
- Between 2019 and 2022, the percentage of households using RRH subsidies shifted somewhat from urban to suburban areas. The share of households using RRH subsidies in urban areas dropped

**EXHIBIT 7.3b: Demographic Characteristics of Households Using Rapid Re-Housing and Experiencing Sheltered Homelessness[a]**
By Ethnicity and Race, 2019, 2021, and 2022

| | 2019 | | 2021 | | 2022 | |
|---|---|---|---|---|---|---|
| | Using Rapid Re-Housing Subsidies | Staying in Shelters | Using Rapid Re-Housing Subsidies | Staying in Shelters | Using Rapid Re-Housing Subsidies | Staying in Shelters |
| **Ethnicity of Heads of Households[b]** | | | | | | |
| Hispanic/Latino/a/x | 13.5% | 15.8% | 15.0% | 19.3% | 14.8% | 22.6% |
| Non-Hispanic/Non-Latino/a/x | 86.5% | 84.2% | 85.0% | 80.8% | 85.2% | 77.4% |
| **Race of Heads of Households** | | | | | | |
| Asian or Asian American | 0.6% | 0.7% | 0.8% | 1.1% | 1.1% | 1.0% |
| Black or African American | 43.4% | 40.5% | 41.8% | 38.6% | 42.1% | 36.6% |
| Multiple Races | 4.3% | 3.5% | 4.8% | 3.7% | 4.6% | 4.0% |
| Native American/American Indian or Alaska Native | 2.3% | 3.0% | 1.9% | 3.0% | 2.5% | 3.2% |
| Native Hawaiian or Pacific Islander* | 0.7% | 0.9% | 1.1% | 0.9% | 1.1% | 1.0% |
| White, Hispanic/Latino/a/x[b] | 9.8% | 10.8% | 10.6% | 14.0% | 10.6% | 16.9% |
| White, Non-Hispanic/Non-Latino/a/x | 38.9% | 40.6% | 38.9% | 38.3% | 38.2% | 36.9% |

Data Source: Homeless Management Information Systems (HMIS) data; Raw data available in Appendix A.7.1
[a] Data presented on gender, race and ethnicity are based on the 2022 HMIS Data Standards in place during the 2022 reporting period. Beginning in 2023, gender, race, and ethnicity will be reported based on the more inclusive and expansive categories implemented through the 2024 HMIS Data Standards. Future AHARs will provide estimates of people experiencing homelessness by additional race and ethnicity combinations.
[b] In 2020, the U.S. Census Bureau updated the coding methodology for ethnicity. These updates are likely reflected in the changes in white, Hispanic/Latino/a/x shares among the U.S. Poverty and U.S. Total Population between 2019 and 2021/2022. Future AHARs will provide estimates of people experiencing homelessness by additional race and ethnicity combinations.
*Category in HMIS is listed as "a gender that is not singularly 'female' or 'male.'" This represents a change in the category from 2019 and 2020 which used the category name 'gender non-conforming.' Any change in category options for any data element could affect how people identify, and comparisons should be made with caution.
Notes: Data on characteristics excludes people for whom the characteristic is missing/unknown. Data on age is based on all people in households. Gender, ethnicity, and race are based only on the heads of household.

DOJ-HUD-AR01013