# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*,<br><br>Plaintiffs,<br>    v.<br><br>DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br><br>Defendants.<br><br>AND<br><br>NATIONAL ALLIANCE TO END HOMELESSNESS, *et al.*,<br><br>Plaintiffs,<br>    v.<br><br>DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br><br>Defendants. | Case Nos. 25-cv-626-MSM-AEM<br>               25-cv-636-MSM-AEM<br><br>District Judge Mary S. McElroy<br>Magistrate Judge Amy E. Moses |

**JOINT MOTION FOR AN EXTENSION OF TIME TO NOTIFY RECIPIENTS OF RENEWAL STEPS**

In these two related cases, the Court by written order on December 23, 2025, required Defendants to "inform recipients" within fourteen days of the order "of any steps they must take in order for eligible renewals" under the FY2024-2025 HUD Continuum of Care Notice of Funding Opportunity "to be processed" and to "promptly file a notice confirming such communications were made." Order at 3, *State of Washington et al. v. HUD*, 25-cv-626 [hereinafter "*State Litigation*"], ECF No. 68; Order at 3, *National Alliance to End Homelessness, et al. v. HUD*, 25-cv-636 [hereinafter "*NAEH Litigation*"], ECF No. 52 (collectively "PI Order"). That notice to recipients is thus currently due by January 6, 2026. *See* PI Order at 3.

The parties have conferred regarding the Implementation Plan filed in this case, *NAEH Litigation,* ECF No. 58-1; *State Litigation*, ECF No. 74-1, and the parties anticipate revisions to that plan based on these conferrals. The parties have also conferred regarding the substance of the forthcoming notice to recipients, and Defendants will share a draft of that notice with Plaintiffs by noon today. To allow Plaintiffs time to review that draft and for the parties to further confer over the content and form of that notice, if necessary, the parties request that the Court extend the time to inform recipients of the steps they must take for eligible renewals to be processed to January 8, 2026. Good cause exists because such an extension may permit the parties to come to an agreement on the language necessary to include in Defendants' notice without seeking this Court's intervention.

DATE: January 6, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

1

> YAAKOV M. ROTH
> Principal Deputy Assistant Attorney General
> Civil Division
>
> JOHN BAILEY
> Counsel to the Assistant Attorney General
> Civil Division
>
> JOSEPH E. BORSON
> Assistant Branch Director
>
> PARDIS GHEIBI
> Trial Attorney
>
> PETER R. GOLDSTONE
> Trial Attorney
>
> */s/ William S. Jankowski*
> WILLIAM S. JANKOWSKI
> D.C. Bar No. 90021524
> Trial Attorney, U.S. Department of Justice
> Civil Division, Federal Programs Branch
> 1100 L Street, N.W.
> Washington, D.C. 20530
> Tel.: (202) 353-7578
> Email: william.s.jankowski@usdoj.gov
>
> *Attorneys for Defendants*

| | |
|---|---|
| */s/ Amy R. Romero* | |
| AMY R. ROMERO | MADELINE H. GITOMER + |
| (RI Bar No. 8262) | (DC Bar No. 1023447) |
| KEVIN LOVE HUBBARD + | KRISTIN BATEMAN + |
| (MA Bar No. 704772) | (DC Bar No. 90037068) |
| DELUCA, WEIZENBAUM, | ALESHADYE GETACHEW + |
| BARRY & REVENS, LTD. | (DC Bar No. 1007161) |
| 199 North Main Street | AMAN T. GEORGE + |
| Providence, RI 02903 | (DC Bar No. 1028446) |
| (401) 453-1500 | SIMON C. BREWER + |
| amy@dwbrlaw.com | (CT Bar No. 441889)* |
| kevin@dwbrlaw.com | CHRISTINE L. COOGLE + |
| Cooperating counsel, | (DC Bar No. 1738913) |
| Lawyers' Committee for RI | |

2

*Counsel for All NAEH Plaintiffs*

TONY LOPRESTI +
  (CA Bar No. 289269)
COUNTY COUNSEL
KAVITA NARAYAN +
  (CA Bar No. 264191)
CHIEF ASSISTANT COUNTY COUNSEL
MEREDITH A. JOHNSON +
  (CA Bar No. 291018)
LEAD DEPUTY COUNTY COUNSEL
70 West Hedding Street, East Wing
Ninth Floor
San José, CA 95110-1770
(408) 299-5900
meredith.johnson@cco.sccgov.org

*Counsel for Plaintiff County of Santa Clara*

DAVID CHIU +
  (CA Bar No. 189542)
CITY ATTORNEY
YVONNE R. MERÉ +
  (CA Bar No. 173594)
CHIEF DEPUTY CITY ATTORNEY
MOLLIE M. LEE +
  (CA Bar No. 251404)
CHIEF OF STRATEGIC ADVOCACY
SARA J. EISENBERG +
  (CA Bar No. 269303)
CHIEF OF COMPLEX AND AFFIRMATIVE
  LITIGATION
RONALD H. LEE +
  (CA Bar No. 238720)
ASST. CHIEF OF COMPLEX AND
  AFFIRMATIVE LITIGATION
MICHAEL LEVIN GESUNDHEIT +
  (CA Bar No. 292930)
DEPUTY CITY ATTORNEY
Fox Plaza

YENISEY RODRÍGUEZ +
  (DC Bar No. 1600574)
CARRIE Y. FLAXMAN +
  (DC Bar No. 458681)
ROBIN THURSTON +
  (DC Bar No. 1531399)

*Counsel for Plaintiffs National Alliance to End Homelessness, National Low Income Housing Coalition, Crossroads RI, and Youth Pride, Inc.*

LYNETTE LABINGER
  (RI Bar No. 1645)
128 Dorrance Street, Box 710
Providence, RI 02903
(401) 465-9565
ll@labingerlaw.com
Cooperating counsel,
  ACLU Foundation of RI

*Counsel for Plaintiffs National Alliance to End Homelessness, National Low Income Housing Coalition, Crossroads RI, and Youth Pride, Inc.*

ANTONIA K. FASANELLI +
  (DC Bar No. 481856)
KATHRYN M. SCOTT +
  (WA Bar No. 38978)*
NATIONAL HOMELESSNESS LAW CENTER
1400 16th Street, NW, Suite 425
Washington, DC 20036
(202) 638-2535
afasanelli@homelesslaw.org
kmeyerscott@homelesslaw.org

*Counsel for Plaintiffs National Alliance to End Homelessness and National Low Income Housing Coalition*

3

1390 Market Street, 7th Floor
San Francisco, CA 94102-5402
(415) 554-4240
michael.levin@sfcityatty.org

*Counsel for Plaintiff City and County of San Francisco*

WALLACE W. DIETZ +
  (TN BPR No. 009949)
DIRECTOR OF LAW
JOHN K. WHITAKER +
  (TN BPR No. 039207)
SENIOR COUNSEL
ABBY GREER +
  (TN BPR No. 041470)
ASSISTANT METROPOLITAN ATTORNEY
109 Metropolitan Courthouse
P.O. Box 196300
Nashville, TN 37219
(615) 862-6341
wally.dietz@nashville.gov
john.whitaker@nashville.gov
abby.greer@nashville.gov

*Counsel for Plaintiff Metropolitan Government of Nashville and Davidson County*

TOBY MERRILL +
  (MA Bar No. 601071)
CASSANDRA CRAWFORD +
  (NC Bar No. 45396)
GRAHAM PROVOST +
  (DC Bar No. 1780222)
PUBLIC RIGHTS PROJECT
490 43rd Street, Unit #115
Oakland, CA 94609
(510) 738-6788
toby@publicrightsproject.org
cassandra@publicrightsproject.org
graham@publicrightsproject.org

*Counsel for Plaintiffs City of Boston, City of Cambridge, Martin Luther King, Jr. County, Metropolitan Government of Nashville and Davidson County, City of Tucson*

DAVID J. HACKETT +
  (WA Bar No. 21236)
GENERAL COUNSEL TO KING COUNTY
  EXECUTIVE AND SPECIAL DEPUTY
    PROSECUTOR
ALISON HOLCOMB +
  (WA Bar No. 23303)
DEPUTY GENERAL COUNSEL TO KING
  COUNTY EXECUTIVE AND SPECIAL
  DEPUTY PROSECUTOR
401 5th Avenue, Suite 800
Seattle, WA 98104
(206) 477-9483
david.hackett@kingcounty.gov
aholcomb@kingcounty.gov

*Counsel for Plaintiff Martin Luther King, Jr. County*

+ Admitted *pro hac vice*
* Not admitted in the District of Columbia; practicing under the supervision of members of the D.C. Bar.

4

| | |
|---|---|
| **NICHOLAS W. BROWN**<br>Attorney General of Washington<br><br>*/s/ Andrew R.W. Hughes*<br>ANDREW R.W. HUGHES*<br>ZANE MULLER*<br>ALIANA KNOEPFLER*<br>ANDREA ALEGRETT*<br>Assistant Attorneys General<br>CRISTINA SEPE*<br>Deputy Solicitor General<br>800 Fifth Avenue, Suite 2000<br>P.O. Box TB-14<br>Seattle, WA 98104-3188<br>206-464-7744<br>Andrew.Hughes@atg.wa.gov<br>Zane.Muller@atg.wa.gov<br>Aliana.Knoepfler@atg.wa.gov<br>Andrea.Alegrett@atg.wa.gov<br>Cristina.Sepe@atg.wa.gov<br><br>*Attorneys for Plaintiff State of Washington on behalf of Plaintiff States* | **LETITIA JAMES**<br>Attorney General of New York<br><br>*/s/ Stephen C. Thompson*<br>RABIA MUQADDAM*<br>Chief Counsel for Federal Initiatives<br>COLLEEN K. FAHERTY*<br>Special Trial Counsel<br>STEPHEN C. THOMPSON*<br>Special Counsel<br>VICTORIA OCHOA*<br>Assistant Attorney General<br>28 Liberty Street<br>New York, NY 10005<br>212-416-6183<br>Rabia.Muqaddam@ag.ny.gov<br>Colleen.Faherty@ag.ny.gov<br>Stephen.Thompson@ag.ny.gov<br>Victoria.Ochoa@ag.ny.gov<br><br>*Counsel for Plaintiff State of New York on behalf of Plaintiff States* |

**PETER F. NERONHA**
Attorney General of Rhode Island

*/s/ Jordan G. Mickman*
KATHRYN M. SABATINI (RI Bar No. 8486)
Chief, Civil Division
Special Assistant Attorney General
JORDAN G. MICKMAN (RI Bar No. 9761)
Unit Chief, Civil and Community Rights
Assistant Attorney General
150 South Main Street
Providence, RI 02903
401-274-4400, Ext. 2079
Ksabatini@riag.ri.gov
Jmickman@riag.ri.gov

*Attorneys for Plaintiff State of Rhode Island on behalf of Plaintiff States*

## CERTIFICATE OF SERVICE

I certify that on January 6, 2026, the above document was filed with the CM/ECF filing system.

/s/ *William S. Jankowski*