A

Case 1:25-cv-00636-MSM-AEM   Document 61-1   Filed 01/08/26   Page 1 of 3 PageID #: 2661

| | |
|---|---|
| **From:** | SNAPS-COMPETITIONS |
| **To:** | SNAPS-COMPETITIONS-L@hud.gov |
| **Subject:** | FY24-25 CoC NOFO Update |
| **Date:** | Thursday, January 8, 2026 4:01:36 PM |
| **Attachments:** | Outlook-ybavw2kn.png |

January 8, 2026

On December 23, 2025, the U.S. District Court for the District of Rhode Island in *State of Washington/NAEH v. HUD*, Nos. 25-cv-626/25-cv-636 (D.R.I.) ordered HUD, in pertinent part, to take "all steps necessary to process eligible renewals for FY 2025 CoC funding pursuant to the FY24-25 NOFO but excluding the obligation of funding and the granting of any specific renewals." ("the Order"). HUD will comply with the Order, including processing eligible renewals under the FY24-25 Continuum of Care Notice of Funding Opportunity ("FY24-25 CoC NOFO"), so long as the Order is in effect. If the Order is no longer in effect, HUD intends to implement the NOFO issued on December 19, 2025 (FR-6901-N-25) and will provide further instructions if and when it is appropriate.

Today, pursuant to the Order, HUD is informing CoC recipients of the steps needed to start the process for renewals according to the FY24-25 Notice of Funding Opportunity (NOFO) (Funding Opportunity Number–FR-6800-N-25) for the CoC competition.

The FY24-25 CoC NOFO will be open tomorrow, January 9, 2026, and will remain open until February 9, 2026. HUD will follow all applicable procedures laid out in the FY24-25 CoC NOFO, including conducting all applicable reviews, but excluding, pursuant to the Court's Order, "the obligation of funding and the granting of any specific awards." Order ¶ 6. HUD anticipates being able to select awards no later than late March 2026.

**The deadline for submission of the following applications is February 9, 2026.** HUD will review all Priority Listings, applications and projects as set forth below.

Projects that were awarded FY 2024 funds and are not being reallocated or replaced by the CoC may be eligible for selection for FY 2025 funds using their FY 2024 application submission and are not required to apply for renewal for FY 2025 funds (I.B.2.c). If applicants with awards from FY 2024 indicate in writing, in a manner that HUD may further direct, that the applicant will not reallocate or replace any of their awards, HUD will consider, if feasible, beginning the review and processing of these renewals before the February 9, 2026, submission deadline.

For all other projects, in accordance with the FY24-25 NOFO, HUD will make e-snaps available to receive:

- Applications for eligible renewal projects with an expiration date in CY 2026 that were not awarded in FY24;

- Applications for new projects created through CoC and/or DV reallocation or YHDP replacement, (see NOFO I.B.2.b(24) and III.B.4.a.(3) and (5) and I.A.3.d.(2));

- Applications for YHDP Projects that expire in CY 2026 to renew, if not awarded in FY 2024, or replace those projects, as provided under I.A.3.d,

(2);

- FY 2025 Project Listing that includes all projects approved by the CoC to apply for FY 2025 funding (see I.B.2.c). CoCs are required to submit a FY 2025 CoC Priority Listing if they are submitting applications for eligible CoC or YHDP renewal projects that were not awarded FY 2024 funding or new projects created through CoC, DV Reallocation, or YHDP Reallocation under YHDP Replacement (IV.E.3.c). If a CoC is not submitting applications described in the bullets above for FY 2025 CoC and YHDP funding, the CoC is not required to submit a FY 2025 CoC Priority Listing (IV.G.3).

All renewals are subject to the reviews and processes under the original terms of the reopened FY24-25 CoC NOFO, *see* Renewal Project Requirements, Section III.B.4.c at 53–55; Project Renewal Threshold, Section III.C.4.c at 64–65, and all applicable statutes and regulations under 24 C.F.R. § 578, et seq. and 2 C.F.R. § 200, et seq. All recipients are reminded of their ongoing obligations to submit Annual Performance Reviews, audit reports, and other materials as required under their grant agreements and Section III.C of the FY 24-25 CoC NOFO. *See* Rules that Affect How HUD Evaluates Applications, Section III.C at 57–67. Incomplete materials, which HUD may consider under the reviews and processes of the reopened FY24-25 CoC NOFO, may delay renewals. New projects created through reallocation (see I.B.2.b.(24)) must meet the requirements in sections I.B.3.a, III.B.4.a.(3), (4) and (5) and the project eligibility and project quality thresholds established in sections III.C.4.a. and b of the FY 24-25 NOFO.

HUD expects the reopened FY24-25 CoC NOFO to be posted on **January 9, 2026**. HUD expects application forms and materials to be available on e-snaps no later than **January 16, 2026**. Applications will be due by **February 9, 2026**. HUD will communicate information and any updates on HUD.gov and by mailing list.

Click here to subscribe to SNAPS list serv

Questions: CoCNOFO@HUD.gov



###########################################################################
We hope that you will want to continue receiving information from HUD.
We safeguard our lists and do not rent, sell, or permit the use of our lists by others, at any time, for any reason.

If you wish to be added or removed from this mail list, please go here and follow the instructions to either subscribe or unsubscribe.