## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

STATE OF WASHINGTON, *et al*.,

Plaintiffs,
            v.

DEPARTMENT OF HOUSING AND URBAN
DEVELOPMENT, *et al*.,

Defendants.

AND

NATIONAL ALLIANCE TO END
HOMELESSNESS, *et al*.,

Plaintiffs,
            v.

DEPARTMENT OF HOUSING AND URBAN
DEVELOPMENT, *et al*.,

Defendants.

Case Nos. 25-cv-626-MSM-AEM
                25-cv-636-MSM-AEM

District Judge Mary S. McElroy
Magistrate Judge Amy E. Moses

## NOTICE OF REVISED IMPLEMENTATION PLAN IN COMPLIANCE WITH PARAGRAPH 8 OF THE PRELIMINARY INJUNCTION ORDER

As the parties previously indicated to the Court, they have conferred regarding both the Implementation Plan previously filed in these related cases and the notice to Continuum of Care project stakeholders distributed to funding recipients on January 8, 2026. *See* Joint Mot. for Extension, *State of Washington, et al. v. HUD*, 25-cv-626 [hereinafter "*State Litigation*"], ECF No. 77; Joint Mot. for Extension, *National Alliance to End Homelessness, et al. v. HUD*, 25-cv-636 [hereinafter "*NAEH Litigation*"], ECF No. 60. Pursuant to those ongoing conversations, Defendants made material changes to that plan, as reflected in the January 8 notice to recipients. *See State Litigation*, ECF No. 78-1; *NAEH Litigation*, ECF No. 61-1. Defendants here provide a

revised Implementation Plan intended to reflect those material changes and to supersede the Plan previously filed on December 30, 2025. *See* Exhibit A; *State Litigation*, ECF No. 74; *NAEH Litigation*, ECF No. 58. Defendants have previously shared a draft of this revised Implementation Plan with Plaintiffs, who have indicated that they consent to the filing of the revised Plan but reserve all rights to challenge the specific conditions and timelines outlined in the Plan.

DATE: January 12, 2026                     Respectfully submitted,

                                           BRETT A. SHUMATE
                                           Assistant Attorney General
                                           Civil Division

                                           YAAKOV M. ROTH
                                           Principal Deputy Assistant Attorney General
                                           Civil Division

                                           JOHN BAILEY
                                           Counsel to the Assistant Attorney General
                                           Civil Division

                                           JOSEPH E. BORSON
                                           Assistant Branch Director

                                           PARDIS GHEIBI
                                           Trial Attorney

                                           PETER R. GOLDSTONE
                                           Trial Attorney

                                           */s/ William S. Jankowski*
                                           WILLIAM S. JANKOWSKI
                                           D.C. Bar No. 90021524
                                           Trial Attorney, U.S. Department of Justice
                                           Civil Division, Federal Programs Branch
                                           1100 L Street, N.W.
                                           Washington, D.C. 20530
                                           Tel.: (202) 353-7578
                                           Email: william.s.jankowski@usdoj.gov

                                           *Attorneys for Defendants*

1

## CERTIFICATE OF SERVICE

I certify that on January 12, 2026, the above document was filed with the CM/ECF filing system.

/s/ *William S. Jankowski*