# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

NATIONAL ALLIANCE TO END
HOMELESSNESS, *et al.*,

                Plaintiffs,

  v.

DEPARTMENT OF HOUSING AND
URBAN DEVELOPMENT, *et al.*,

                Defendants.

Case No. 25-cv-636-MSM-AEM

NOTICE OF WITHDRAWAL OF COUNSEL

LR Gen 206(d)(1)

To:    The Clerk of the Court and all parties of record

Alison Holcomb* is currently one of multiple counsel of record for Plaintiff Martin Luther King, Jr. County and is withdrawing from representation, effective immediately. The following attorneys continue to represent Plaintiff Martin Luther King, Jr.:

    Amy R. Romero; Kevin Love Hubbard*
    DeLuca, Weizenbaum, Barry & Revens, Ltd.
    199 North Main Street
    Providence, RI 02903
    Telephone: (401) 453-1500
    amy@dwbrlaw.com
    kevin@dwbrlaw.com

    David J. Hackett*
    Martin Luther King, Jr. County
    401 5th Avenue, Suite 800
    Seattle, WA 98104
    Telephone: (206) 477-9483
    david.hackett@kingcounty.gov

NOTICE OF WITHDRAWAL OF COUNSEL
ALISON HOLCOMB - 1

LEESA MANION, KING COUNTY
PROSECUTING ATTORNEY
401 FIFTH AVENUE, SUITE 800
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 477-1120
FACSIMILE: (206) 296-0191

Toby Merrill*; Cassandra Crawford*; Graham Provost*
Public Rights Project
490 43rd Street, Unit #115
Oakland, CA 94609
Telephone: (510) 738-6788

*Appearing pro hac vice

DATED this 12th day of January, 2026.

LEESA MANION
King County Prosecuting Attorney

*/s/ Alison Holcomb*
Alison Holcomb, WSBA #23303
*Former Deputy General Counsel to King County Executive*

Chinook Building
401 5th Avenue, Suite 800
Seattle, WA 98104
(206) 477-2720
aholcomb@kingcounty.gov

*Withdrawing Attorney for Plaintiff Martin Luther King, Jr. County*

NOTICE OF WITHDRAWAL OF COUNSEL
ALISON HOLCOMB - 2

LEESA MANION, KING COUNTY PROSECUTING ATTORNEY
401 FIFTH AVENUE, SUITE 800
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 477-1120
FACSIMILE: (206) 296-0191