IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NATIONAL ALLIANCE TO END
HOMELESSNESS., *et al.*,

    *Plaintiffs*,

v.

U.S. DEPARTMENT OF HOUSING AND
URBAN DEVELOPMENT, *et al.*,

    *Defendants*.

Case No. 1:25-cv-636-MSM-AEM

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Plaintiffs hereby move the Court for summary judgment with respect to all claims set forth in their First Amended Complaint, for the reasons set forth in the accompanying Memorandum in Support of Motion for Summary Judgment.

Plaintiffs request that the Court:

1) Declare unlawful, vacate, and set aside the rescission of the FY 2024 and FY 2025 Continuum of Care Competition and Renewal or Replacement of Youth Homeless Demonstration Program Grants NOFO, FR-6900-N-25 (FY24-25 NOFO);

2) Enter an order requiring Defendants to make FY 2025 awards for the Continuum of Care and Youth Homeless Demonstration Programs expeditiously pursuant to the FY24-25 NOFO, including (a) by announcing conditional awards pursuant to 42 U.S.C. § 11382(c)(2)(A) by March 2, 2026, for all awards that require no new application in FY 2025 and by March 31, 2026 for all other awards, or within one week of the Court's

1

order, whichever is later for each category of award; and (b) by making final awards pursuant to 42 U.S.C. § 11382(d)(2) within 30 days after the recipient meets applicable requirements;[1]

3) Declare unlawful, vacate, and set aside the notices of funding opportunity for FY 2025 Continuum of Care Competition and Youth Homeless Demonstration Program Grants issued on November 13, 2025 (FR-6900-N-25), and December 19, 2025 (FR-6901-N-25) (collectively, FY25 NOFOs);

4) Declare unlawful, vacate, and set aside the Challenged Provisions in the FY25 NOFOs, as set forth in the Appendix of Challenged Provisions accompanying this Motion; and

5) Permanently enjoin Defendants, their agents, and all persons acting in concert or participation with Defendants from imposing or implementing in any manner the FY25 NOFOs' Challenged Provisions, or any substantively similar criteria or conditions, in any new NOFO for FY 2025 Continuum of Care or Youth Homelessness Demonstration Program funding, including by requiring applicants to meet the criteria to be considered for an award or to receive an award, by considering those criteria in selecting awardees, or by requiring grantees to comply with such criteria or conditions upon obtaining an award.

In support of the motion, Plaintiffs rely on the accompanying Memorandum; Excerpts of Administrative Record; the Second Supplemental Declaration of Ann Marie Oliva (National Alliance to End Homelessness); Declarations previously filed at ECF Nos. 7-1 through 7-15, and

---

[1] If the Court grants in full the relief requested in paragraphs 1 and 2, it need not reach the requests for relief in paragraphs 3-5.

2

49-1; the pleadings and papers on file in this action; and any argument and evidence presented at the hearing of this motion.

Pursuant to Local Rule 7(c), Plaintiffs request oral argument for this motion and estimate requiring 30 minutes per side.

January 14, 2026

Respectfully submitted,

/s/ Aleshadye Getachew

| | |
|---|---|
| AMY R. ROMERO<br>  (RI Bar No. 8262)<br>KEVIN LOVE HUBBARD +<br>  (MA Bar No. 704772)<br>DELUCA, WEIZENBAUM,<br>  BARRY & REVENS, LTD.<br>199 North Main Street<br>Providence, RI 02903<br>(401) 453-1500<br>amy@dwbrlaw.com<br>kevin@dwbrlaw.com<br>Cooperating counsel,<br>  Lawyers' Committee for RI<br><br>*Counsel for All Plaintiffs*<br><br>TONY LOPRESTI +<br>  (CA Bar No. 289269)<br>COUNTY COUNSEL<br>KAVITA NARAYAN +<br>  (CA Bar No. 264191)<br>CHIEF ASSISTANT COUNTY COUNSEL<br>MEREDITH A. JOHNSON +<br>  (CA Bar No. 291018)<br>LEAD DEPUTY COUNTY COUNSEL<br>STEFANIE WILSON +<br>  (CA Bar No. 314899)<br>DEPUTY COUNTY COUNSEL<br>LEILY ARZY +<br>  (CA Bar No. 364187)<br>LITIGATION FELLOW<br>70 West Hedding Street, East Wing<br>Ninth Floor<br>San José, CA 95110-1770 | ALESHADYE GETACHEW +<br>  (DC Bar No. 1007161)<br>MADELINE H. GITOMER +<br>  (DC Bar No. 1023447)<br>KRISTIN BATEMAN +<br>  (DC Bar No. 90037068)<br>AMAN T. GEORGE +<br>  (DC Bar No. 1028446)<br>SIMON C. BREWER +<br>  (CT Bar No. 441889)*<br>CHRISTINE L. COOGLE +<br>  (DC Bar No. 1738913)<br>YENISEY RODRÍGUEZ +<br>  (DC Bar No. 1600574)<br>CARRIE Y. FLAXMAN +<br>  (DC Bar No. 458681)<br>ROBIN THURSTON +<br>  (DC Bar No. 1531399)<br>DEMOCRACY FORWARD FOUNDATION<br>P.O. Box 34553<br>Washington, DC 20043<br>(202) 448-9090<br>agetachew@democracyforward.org<br>mgitomer@democracyforward.org<br>kbateman@democracyforward.org<br>ageorge@democracyforward.org<br>sbrewer@democracyforward.org<br>ccoogle@democracyforward.org<br>yenisey.rodriguez@democracyforward.org<br>cflaxman@democracyforward.org |

3

(408) 299-5900
meredith.johnson@cco.sccgov.org
stefanie.wilson@cco.sccgov.org
leily.arzy@cco.sccgov.org

*Counsel for Plaintiff County of Santa Clara*

DAVID CHIU +
  (CA Bar No. 189542)
CITY ATTORNEY
YVONNE R. MERÉ +
  (CA Bar No. 173594)
CHIEF DEPUTY CITY ATTORNEY
MOLLIE M. LEE +
  (CA Bar No. 251404)
CHIEF OF STRATEGIC ADVOCACY
SARA J. EISENBERG +
  (CA Bar No. 269303)
CHIEF OF COMPLEX AND AFFIRMATIVE
  LITIGATION
RONALD H. LEE +
  (CA Bar No. 238720)
ASST. CHIEF OF COMPLEX AND
  AFFIRMATIVE LITIGATION
MICHAEL LEVIN GESUNDHEIT +
  (CA Bar No. 292930)
DEPUTY CITY ATTORNEY
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5402
(415) 554-4240
michael.levin@sfcityatty.org

*Counsel for Plaintiff City and County of San Francisco*

WALLACE W. DIETZ +
  (TN BPR No. 009949)
DIRECTOR OF LAW
JOHN K. WHITAKER +
  (TN BPR No. 039207)

rthurston@democracyforward.org

*Counsel for Plaintiffs National Alliance to End Homelessness, National Low Income Housing Coalition, Crossroads RI, and Youth Pride, Inc.*

LYNETTE LABINGER
  (RI Bar No. 1645)
128 Dorrance Street, Box 710
Providence, RI 02903
(401) 465-9565
ll@labingerlaw.com
Cooperating counsel,
  ACLU Foundation of RI

*Counsel for Plaintiffs National Alliance to End Homelessness, National Low Income Housing Coalition, Crossroads RI, and Youth Pride, Inc.*

ANTONIA K. FASANELLI +
  (DC Bar No. 481856)
KATHRYN M. SCOTT +
  (WA Bar No. 38978)*
NATIONAL HOMELESSNESS LAW CENTER
1400 16th Street, NW, Suite 425
Washington, DC 20036
(202) 638-2535
afasanelli@homelesslaw.org
kmeyerscott@homelesslaw.org

*Counsel for Plaintiffs National Alliance to End Homelessness and National Low Income Housing Coalition*

TOBY MERRILL +
  (MA Bar No. 601071)
CASSANDRA CRAWFORD +
  (NC Bar No. 45396)
GRAHAM PROVOST +
  (DC Bar No. 1780222)

SENIOR COUNSEL
ABBY GREER +
 (TN BPR No. 041470)
ASSISTANT METROPOLITAN ATTORNEY
109 Metropolitan Courthouse
P.O. Box 196300
Nashville, TN 37219
(615) 862-6341
wally.dietz@nashville.gov
john.whitaker@nashville.gov
abby.greer@nashville.gov

*Counsel for Plaintiff Metropolitan Government of Nashville and Davidson County*

PUBLIC RIGHTS PROJECT
490 43rd Street, Unit #115
Oakland, CA 94609
(510) 738-6788
toby@publicrightsproject.org
cassandra@publicrightsproject.org
graham@publicrightsproject.org

*Counsel for Plaintiffs City of Boston, City of Cambridge, Martin Luther King, Jr. County, Metropolitan Government of Nashville and Davidson County, City of Tucson*

DAVID J. HACKETT +
 (WA Bar No. 21236)
GENERAL COUNSEL TO KING COUNTY
 EXECUTIVE AND SPECIAL DEPUTY
 PROSECUTOR
401 5th Avenue, Suite 800
Seattle, WA 98104
(206) 477-9483
david.hackett@kingcounty.gov

*Counsel for Plaintiff Martin Luther King, Jr. County*

+ Admitted *pro hac vice*

\* Not admitted in the District of Columbia; practicing under the supervision of members of the D.C. Bar

5

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 14, 2026, I electronically filed the within document, and it is available for viewing and downloading from the Court's CM/ECF System, and that the participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system.

                                                     /s/ *Aleshadye Getachew*
                                                     Aleshadye Getachew