# APPENDIX
# FY25 NOFOs: Challenged Provisions

Structural Provisions ................................................................................................................. 1
   Permanent Housing Cap ........................................................................................................ 1
   New Project Earmark ............................................................................................................. 1
   Tier 1 Allocation .................................................................................................................... 1
Review Criteria ......................................................................................................................... 2
   Service Requirements Conditions.......................................................................................... 2
   Disability Conditions ............................................................................................................. 4
   Geographic Discrimination Conditions ................................................................................. 5
   Law Enforcement Conditions ................................................................................................ 6
   "Risk Review" Criterion ........................................................................................................ 7
   DEI-Related Certifications..................................................................................................... 8
   Harm Reduction Certification ................................................................................................ 8
   Retroactive Reservation: Racial Preference Reservation ...................................................... 9
   Retroactive Reservation: Gender Identity Reservation.......................................................... 9
   Retroactive Reservation: Harm Reduction Reservation ...................................................... 10
Post-Award Conditions ...........................................................................................................11
   DEI-Related Conditions .......................................................................................................11
   Immigration Condition.........................................................................................................11
   Gender Identity Conditions ................................................................................................. 12
   Anti-Abortion Condition...................................................................................................... 12
   Anti-Harm Reduction Condition......................................................................................... 12
   Anti-Housing First Condition ............................................................................................. 12

## Structural Provisions

| December NOFO | November NOFO |
|---|---|
| **Permanent Housing Cap** | |
| "[N]o more than 30 percent of a CoC's Annual Renewal Demand (ARD) under this NOFO will fund the <u>renewal</u> of existing Permanent Housing projects, including PH-PSH, PH-RRH and Joint TH and PH-RRH projects."<br><br>AR 1155 (Dec. NOFO at 23) | "[N]o more than 30 percent of a CoC's Annual Renewal Demand (ARD) under this NOFO will fund Permanent Housing projects, including PH-PSH, PH-RRH and Joint TH and PH-RRH projects."<br><br>AR 170 (Nov. NOFO at 15) |
| **New Project Earmark** | |
| "This NOFO provides a set-aside of 30% of all ESG and COC funds, as contained in 42 U.S.C. § 11386b, for new permanent housing projects for homeless individuals and families with disabilities, including PH-PSH and PH-RRH. … HUD estimates that this amount is $1,262,400,000."<br><br>AR 1154, 1156 (Dec. NOFO at 22, 24) | N/A |
| **Tier 1 Allocation** | |
| "Tier 1 is set at 30 percent of the CoC's Annual Renewal Demand (ARD)."<br><br>AR 1155 (Dec. NOFO at 23) | Same.<br><br>AR 170 (Nov. NOFO at 15) |

1

## Review Criteria

| December NOFO | November NOFO |
|---|---|
| **Service Requirements Conditions** ||
| Objective Criteria and System Performance: A CoC is assigned 3 points at the merit review stage if, in "the written process or tool it used to review, rate, and rank project applications for this NOFO," "at least 25% of the total points available for housing projects … account for … [s]upportive service participation requirements." <br><br> AR 1206-07 (Dec. NOFO at 74-75) | Objective Criteria and System Performance: A CoC is assigned 3 points at the merit review stage if, in "the written process or tool it used to review, rate, and rank project applications for this NOFO," "at least 25% of the total points available account for … [s]upportive service participation requirements." <br><br> AR 221-22 (Nov. NOFO at 66-67) |
| Availability of Treatment and Recovery Services: A CoC is assigned 16 points at the merit review stage if it demonstrates "[t]he creation or current existence of projects with the purpose of providing substance abuse treatment services for people experiencing homelessness in which program participants are required to take part in such services as a condition of continued participation in the program," with a particular minimum number of beds depending on the size of the geographic area's population. <br><br> AR 1218-19 (Dec. NOFO at 86-87) | Same. <br><br> AR 232-33 (Nov. NOFO at 77-78) |
| Participation Requirements for Supportive Services: A CoC is assigned points at the merit review stage if it "demonstrate[s] that projects require program participants to take part in supportive services (e.g. case management, employment training, substance use disorder treatment) in line with 24 CFR 578.75(h)." A CoC receives 10 points if "100% of CoC projects have participation requirements" and 5 points if "50% of CoC projects have participation requirements." <br><br> AR 1220-21 (Dec. NOFO at 88-89) | Same. <br><br> AR 235 (Nov. NOFO at 80) |

2

| **December NOFO** | **November NOFO** |
|---|---|
| New Transitional Housing projects must earn 7 out of 10 points to pass threshold review.<br><br>• Two points are assigned to applicants that "[d]emonstrate that the proposed project will require program participants to take part in supportive services (e.g. case management, employment training, substance use treatment, etc) in line with 24 CFR 578.75(h)."<br>• Two points are assigned to applicants that "[d]emonstrate that the proposed project will provide 40 hours per week of customized services for each participant (e.g. case management, employment training, substance use treatment, etc.)."<br><br>AR 1196-97 (Dec. NOFO at 64-65) | Same.<br><br>AR 210-12 (Nov. NOFO at 55-57) |
| New Permanent Supportive Housing projects must earn 4 out of 6 points to pass threshold review. One point is assigned to applicants that "[d]emonstrate that the proposed project will require program participants to take part in supportive services (e.g. case management, life skills, substance use treatment) in line with 24 CFR 578.75(h)."<br><br>AR 1200-01 (Dec. NOFO at 68-69) | Same.<br><br>AR 215-16 (Nov. NOFO at 60-61) |
| New Permanent Housing-Rapid Rehousing projects must earn 6 out of 8 points to pass threshold review. One point is assigned to applicants that "[d]emonstrate that the proposed project will require program participants to take part in supportive services (e.g. case management, employment training, substance use treatment) in line with 24 CFR 578.75(h)."<br><br>AR 1202-03 (Dec. NOFO at 70-71) | Same<br><br>AR 217 (Nov. NOFO at 62) |

| **December NOFO** | **November NOFO** |
|---|---|
| **Disability Conditions** ||
| New Transitional Housing projects must earn 7 out of 10 points to pass threshold review. Two points are assigned to applicants that "[d]emonstrate that the proposed project will provide 40 hours per week of customized services for each participant (e.g. case management, employment training, substance use treatment, etc.). … The 40 hours per week does not apply to participants over age 62 or who have a physical disability/impairment or a developmental disability as defined under 24 CFR 582.5." <br><br> AR 1197 (Dec. NOFO at 65) | New Transitional Housing projects must earn 7 out of 10 points to pass threshold review. Two points are assigned to applicants that "[d]emonstrate that the proposed project will provide 40 hours per week of customized services for each participant (e.g. case management, employment training, substance use treatment, etc.). … The 40 hours per week does not apply to participants over age 62 or who have a physical disability/impairment or a developmental disability (24 CFR 582.5) not including substance use disorder. <br><br> AR 212 (Nov. NOFO at 57) |
| N/A | Permanent Supportive Housing projects must earn 4 out of 6 points to pass threshold review. One point is assigned where "the project will be designed to serve elderly individuals and/or individuals with a physical disability/impairment or a developmental disability (24 CFR 582.5) not including substance use disorder. The units will prioritize these populations." <br><br> AR 216 (Nov. NOFO at 61) |

4

| **December NOFO** | **November NOFO** |
|---|---|
| **Geographic Discrimination Conditions** ||
| Four merit-review points are awarded where the CoC "[d]emonstrate[s], by providing evidence, that the CoC's entire geographic area": <ul><li>"Quickly clears tents and encampments on public property and connects individuals who are camping in public with appropriate services."</li><li>"Does not tolerate the public use of illicit drugs and quickly connects individuals who are using illicit drug in public with appropriate services and/or law enforcement."</li></ul> AR 1226-27 (Dec. NOFO at 94-95) | Two merit-review points are awarded where the CoC "[c]ite[s] state or local law(s) that cover the CoC's entire geographic area" that: <ul><li>"Prohibits public camping or loitering" and</li><li>"Prohibits public illicit drug use."</li></ul> Two merit-review points are awarded where the CoC "[i]ndicate[s] that state or local government that covers the CoC's entire geographic area has a protocol" that: <ul><li>"Enforces a prohibition on public illicit drug use"</li><li>"Enforces a prohibition on public camping or loitering."</li></ul> AR 241-42 (Nov. NOFO at 86-87) |
| Three merit-review points are awarded where the CoC "[i]ndicates that the state is substantially compliant with the registration and notification obligations of the Sex Offender Registry and Notification Act (SORNA)" AR 1227-28 (Dec. NOFO at 95-96) | Three merit-review points are awarded where the CoC "[i]ndicates that the state substantially implements and is compliant with the registration and notification obligations of the Sex Offender Registry and Notification Act (SORNA)" AR 241-42 (Nov. NOFO at 86-87) |

| **December NOFO** | **November NOFO** |
|---|---|
| **Law Enforcement Conditions** ||
| Three merit-review points are awarded where the CoC shows that "Street Outreach projects cooperate with first responders and law enforcement to increase positive interaction in order to increase housing and service engagement and promote use of CoC services." <br><br>AR 1223-24 (Dec. NOFO at 91-92) | Three merit-review points are awarded where the CoC shows that "Street Outreach projects partner with first responders and law enforcement to increase housing and service engagement." <br><br>AR 238 (Nov. NOFO at 83) |
| Thirteen merit-review points are awarded where the CoC, among other things: <br>• "Demonstrate utilization of standards that address individuals experiencing homelessness who are a danger to themselves or others including involuntary commitment" (up to 3 points); <br>• "When asked by law enforcement, assists in adequately mapping and checking the location of homeless sex offenders" (up to 3 points); <br>• "Cooperates, assists, and does not interfere or impede with law enforcement or co-response to connect violators of public camping or drug use laws with services." <br><br>AR 1227-28 (Dec. NOFO at 95-96) | Same. <br><br>AR 241-42 (Nov. NOFO at 86-87) |

| December NOFO | November NOFO |
|---|---|
| New Supportive Services Only Street Outreach projects must earn 5 out of 6 points to pass threshold review. One point is assigned to applicants with "a history of partnering with first responders and law enforcement to engage people living in places not meant for human habitation to access emergency shelter, treatment programs, reunification with family, transitional housing or independent living. The applicant must cooperate, assist, and not interfere or impede with law enforcement to enforce local laws such as public camping and public drug use laws." <br><br> AR 1198 (Dec. NOFO at 66-67) | Same. <br><br> AR 213-14 (Nov. NOFO at 58-59) |
| Ten merit-review points are awarded where the CoC "[d]emonstrate[s] a reduction in the number of encampments or the number of people residing in encampments by at least 20%." <br><br> AR 1221 (Dec. NOFO at 89) | Same. <br><br> AR 236 (Nov. NOFO at 81) |
| N/A | Four policy preference points are awarded at the merit-review stage if the CoC "can demonstrate that all CoC projects that are non-profit charitable organizations voluntarily, thoroughly, and demonstrably facilitate immigration status verification before distribution of benefits to all recipients using SAVE directly or in coordination with a governmental entity." <br><br> AR 243 (Nov. NOFO at 88) |
| **"Risk Review" Criterion** ||
| "HUD will evaluate each applicant's likelihood of successfully implementing an award based on" the applicant's "[h]istory of subsidizing or facilitating activities that impede law enforcement related to vagrancy, drug use, or other illicit activities that conflict with the purposes of this NOFO." <br><br> AR 1229-30 (Dec. NOFO at 97-98) | "HUD will evaluate each applicant's likelihood of successfully implementing an award based on" the applicant's "[h]istory of subsidizing or facilitating activities that conflict with the purposes of this NOFO." <br><br> AR 244 (Nov. NOFO at 89) |

| **December NOFO** | **November NOFO** |
|---|---|
| **DEI-Related Certifications** ||
| "Project applicants must certify affirmatively" that "[t]he project applicant will not engage in illegal discrimination including illegal racial preferences." <br><br> AR 1194 (Dec. NOFO at 62) | "Project applicants must certify affirmatively" that "[t]he project applicant will not engage in racial preferences or other forms of illegal discrimination." <br><br> AR 209 (Nov. NOFO at 54) |
| Applicants must submit form HUD-424B, which requires applicants to certify that they "will not use Federal funding to promote diversity, equity, and inclusion (DEI) mandates, policies, programs, or activities that violate any applicable Federal antidiscrimination laws." HUD, Applicant & Recipient: Assurances & Certifications (HUD-424B) (2023), https://perma.cc/YA65-TMS9p.32. <br><br> AR 1164 (Dec. NOFO at 32) | Same. <br><br> AR 179 (Nov. NOFO at 24) |
| **Harm Reduction Certification** ||
| Applicants must "certify affirmatively" that "[t]he project applicant will not operate drug injection sites or 'safe consumption sites' in violation of 21 u.s.c. 856." <br><br> AR 1194 (Dec. NOFO at 62) | Applicants must "certify affirmatively" that "[t]he project applicant will not operate drug injection sites or "safe consumption sites," knowingly distribute drug paraphernalia on or off of property under their control, permit the use or distribution of illicit drugs on property under their control, or conduct any of these activities under the pretext of "harm reduction."" <br><br> AR 209 (Nov. NOFO at 54) |

| December NOFO | November NOFO |
|---|---|
| **Retroactive Reservation: Racial Preference Reservation** ||
| "HUD reserves the right to verify past performance and evaluate the eligibility of a project application submitted during the CoC Program Competition for … evidence that the project conducts activities that subsidize or facilitates illegal discrimination including illegal racial preferences." <br><br> AR 1195 (Dec. NOFO at 63) <br><br> "HUD reserves the right to reduce or reject a project application submitted during the CoC Program Competition for … evidence that the project conducts activities that subsidize or facilitates illegal discrimination including illegal racial preferences." <br><br> AR 1205 (Dec. NOFO at 73-74) | "HUD reserves the right to verify past performance and evaluate the eligibility of a project application submitted during the CoC Program Competition for … evidence that the project has previously or currently conducts activities that subsidize or facilitate racial preferences or other forms of illegal discrimination." <br><br> AR 210 (Nov. NOFO at 55) <br><br> "HUD reserves the right to reduce or reject a project application submitted during the CoC Program Competition for … evidence that the project has previously or currently conducts activities that subsidize or facilitate racial preferences or other forms of illegal discrimination." <br><br> AR 220 (Nov. NOFO at 65) |
| **Retroactive Reservation: Gender Identity Reservation** ||
| N/A | "HUD reserves the right to verify past performance and evaluate the eligibility of a project application submitted during the CoC Program Competition for … evidence that the project has previously or currently … conduct activities that rely on or otherwise use a definition of sex other than as binary in humans." <br><br> AR 210 (Nov. NOFO at 55) <br><br> "HUD reserves the right to reduce or reject a project application submitted during the CoC Program Competition for … evidence that the project has previously or currently … conduct activities that rely on or otherwise use a definition of sex other than as binary in humans." <br><br> AR 220 (Nov. NOFO at 65) |

| **December NOFO** | **November NOFO** |
|---|---|
| **Retroactive Reservation: Harm Reduction Reservation** ||
| "HUD reserves the right to verify past performance and evaluate the eligibility of a project application submitted during the CoC Program Competition for … evidence that the project operates illegal drug injection sites or 'safe consumption sites,' in violation of 21 U.S.C. § 856."<br><br>AR 1195 (Dec. NOFO at 63)<br><br>"HUD reserves the right to reduce or reject a project application submitted during the CoC Program Competition for … evidence that the project operates illegal drug injection sites or 'safe consumption sites,' in violation of 21 U.S.C. § 856."<br><br>AR 1205-06 (Dec. NOFO at 73-74) | "HUD reserves the right to verify past performance and evaluate the eligibility of a project application submitted during the CoC Program Competition for … evidence that the project operates drug injection sites or 'safe consumption sites,' knowingly distributes drug paraphernalia on or off of property under their control, permits the use or distribution of illicit drugs on property under their control, or conducts any of these activities under the pretext of 'harm reduction.'"<br><br>AR 210 (Nov. NOFO at 55)<br><br>"HUD reserves the right to reduce or reject a project application submitted during the CoC Program Competition for … evidence that the project operates drug injection sites or 'safe consumption sites,' knowingly distributes drug paraphernalia on or off of property under their control, permits the use or distribution of illicit drugs on property under their control, or conducts any of these activities under the pretext of 'harm reduction.'"<br><br>AR 220 (Nov. NOFO at 65) |

## Post-Award Conditions

| December NOFO | November NOFO |
|---|---|
| **DEI-Related Conditions** | |
| Grantees "must comply with" Executive Order 14173 (Ending Illegal Discrimination and Restoring Merit-Based Opportunity) and Executive Order 14151 (Ending Radical and Wasteful Government DEI Programs and Preferencing).<br><br>AR 1250 (Dec. NOFO at 118) | Same.<br><br>AR 263 (Nov. NOFO at 108) |
| "Awards made under this NOFO will not be used to conduct activities that subsidize or facilitate illegal racial preferences or other forms of illegal discrimination, including activities where race or intentional proxies for race will be used as a selection criterion for employment or program participation; 14332 (Improving Oversight of Federal Grantmaking)."<br><br>AR 1250 (Dec. NOFO at 118) | "Awards made under this NOFO will not be used to conduct activities that subsidize or facilitate racial preferences or other forms of illegal discrimination, including activities where race or intentional proxies for race will be used as a selection criterion for employment or program participation."<br><br>AR 263-64 (Nov. NOFO at 108-09) |
| **Immigration Condition** | |
| Grantees "must comply with" Executive Order 14218 (Ending Taxpayer Subsidization of Open Borders).<br><br>AR 1250 (Dec. NOFO at 118) | Same.<br><br>AR 263 (Nov. NOFO at 108) |

| December NOFO | November NOFO |
|---|---|
| **Gender Identity Conditions** | |
| Grantees "must comply with" Executive Order 14168 (Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government)<br><br>AR 1250 (Dec. NOFO at 118) | Same.<br><br>AR 263 (Nov. NOFO at 108) |
| N/A | "Awards made under this NOFO will not be used to … conduct activities that rely on or otherwise use a definition of sex as other than binary in humans 14332 (Improving Oversight of Federal Grantmaking)."<br><br>AR 263-64 (Nov. NOFO at 108-09) |
| **Anti-Abortion Condition** | |
| Grantees "must comply with" Executive Order 14182 (Enforcing the Hyde Amendment)<br><br>AR 1250 (Dec. NOFO at 118) | Same.<br><br>AR 263 (Nov. NOFO at 108) |
| **Anti-Harm Reduction Condition** | |
| "Awards made under this NOFO will not be used to fund any project, service provider, or organization that operates illegal drug injection sites or 'safe consumption sites' in violation of 21 U.S.C. § 856."<br><br>AR 1251 (Dec. NOFO at 119) | "Awards made under this NOFO will not be used to fund any project, service provider, or organization that operates drug injection sites or 'safe consumption sites,' knowingly distributes drug paraphernalia on or off of property under their control, permits the use or distribution of illicit drugs on property under their control, or conducts any of these activities under the pretext of 'harm reduction.' 14321 (Ending Crime and Disorder on America's Streets)."<br><br>AR 264 (Nov. NOFO at 109) |
| **Anti-Housing First Condition** | |
| Grantees "must comply with" Executive Order 14321 (Ending Crime and Disorder on America's Streets)<br><br>AR 1250 (Dec. NOFO at 118) | Same.<br><br>AR 263 (Nov. NOFO at 108) |