IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br><br>Defendants.<br><br>AND<br><br>NATIONAL ALLIANCE TO END HOMELESSNESS, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br><br>Defendants. | Case Nos. 25-cv-626-MSM-AEM<br>25-cv-636-MSM-AEM<br><br>District Judge Mary S. McElroy<br>Magistrate Judge Amy E. Moses |

**DEFENDANTS' UNOPPOSED MOTION FOR ONE-DAY
EXTENSION OF TIME TO FILE A REPLY**

In these two related cases, the Court set an expedited briefing schedule that gave Defendants until Thursday, February 5, 2026, to file a combined reply in support of their combined cross-motion for summary judgment. Text Order (Jan. 9, 2026), *State of Washington et al. v. HUD*, 25-cv-626; Text Order (Jan. 9, 2026), *National Alliance to End Homelessness, et al. v. HUD*, 25-cv-636.

Defendants respectfully request that the Court extend their deadline to file a combined reply by one day to **February 6, 2026**. The request is made in good faith and with good cause in

light of professional and personal deadlines that were not anticipated when the parties initially proposed this schedule. One additional day will allow sufficient time for Defendants' counsel to review the forthcoming filing with Defendants. Counsel for NAEH and State Plaintiffs indicated to Defendants' counsel that they do not oppose this request.

DATE: February 2, 2026　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　BRETT A. SHUMATE
　　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　Civil Division

　　　　　　　　　　　　　　　　　　　　YAAKOV M. ROTH
　　　　　　　　　　　　　　　　　　　　Principal Deputy Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　Civil Division

　　　　　　　　　　　　　　　　　　　　JOHN BAILEY
　　　　　　　　　　　　　　　　　　　　Counsel to the Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　Civil Division

　　　　　　　　　　　　　　　　　　　　JOSEPH E. BORSON
　　　　　　　　　　　　　　　　　　　　Assistant Branch Director

　　　　　　　　　　　　　　　　　　　　*/s/ William S. Jankowski*
　　　　　　　　　　　　　　　　　　　　WILLIAM S. JANKOWSKI
　　　　　　　　　　　　　　　　　　　　D.C. Bar No. 90021524
　　　　　　　　　　　　　　　　　　　　PARDIS GHEIBI
　　　　　　　　　　　　　　　　　　　　PETER R. GOLDSTONE
　　　　　　　　　　　　　　　　　　　　Trial Attorneys, U.S. Department of Justice
　　　　　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch
　　　　　　　　　　　　　　　　　　　　1100 L Street, N.W.
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　　　Tel.: (202) 353-7578
　　　　　　　　　　　　　　　　　　　　Fax: (202) 616-8640
　　　　　　　　　　　　　　　　　　　　Email: william.s.jankowski@usdoj.gov

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on February 2, 2026, the above document was filed with the CM/ECF filing system.

/s/ *William S. Jankowski*