

# UNITED STATES DISTRICT COURT
## *District of Rhode Island*

### CLERK'S CERTIFICATE AND APPELLATE COVER SHEET
### ABBREVIATED ELECTRONIC RECORD

| Case Information |
|---|

Case Caption: National Alliance to End Homelessness et al   vs.   US Department of Housing and Urban Development et

District Court Number: 1:25-cv-00636-MSM-AEM       Presiding Judge: **Judge McElroy**

Notice of Appeal filed by: **Defendant**       Notice of Appeal document number: **78**

Appeal from: **02/27/2026 TEXT ORDER**

Other information:

Fee status: **Waived**       Pro se case:  Yes ☐   No ☑

Emergency or requires expedition: **Y/N**       *If yes, reason:*

| Record Information |
|---|

Motions Pending   Yes ☑   No ☐

*If yes, document #*  ECF 79 Emergency MOTION to Stay

Other record information:

Related case(s) on appeal:

| Certification |
|---|

I, Hanorah Tyer-Witek, Clerk of the United States District Court for the District of Rhode Island, do certify that the following annexed electronic documents constitute the abbreviated record on appeal in the above referenced case:

Date: 03/02/2026

**HANORAH TYER-WITEK**
Clerk of Court
/s/Cherelle Hill
_____
Deputy Clerk