APPEAL

# U.S. District Court
# District of Rhode Island (Providence)
# CIVIL DOCKET FOR CASE #: <u>1:25−cv−00636−MSM−AEM</u>

National Alliance to End Homelessness et al v. United States
Department of Housing and Urban Development et al
Assigned to: District Judge Mary S. McElroy
Referred to: Magistrate Judge Amy E. Moses
Cause: 05:702 Administrative Procedure Act

Date Filed: 12/01/2025
Jury Demand: None
Nature of Suit: 899 Other Statutes:
Administrative Procedures Act/Review or
Appeal of Agency Decision
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**National Alliance to End
Homelessness**

represented by **Aleshadye Getachew**
Democracy Forward Foundation
PO BOX 34553
Washington, DC 20043
202−808−5690
Email: <u>agetachew@democracyforward.org</u>
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Aman T. George**
Democracy Forward Foundation
PO Box 34553
Washington, DC 20001
202−808−4203
Fax: 202−796−4426
Email: <u>ageorge@democracyforward.org</u>
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Antonia K. Fasanelli**
National Homelessness Law Center
1400 16th Street, NW
Suite 425
Washington, DC 20036
202−638−2535 ex. 103
Email: <u>afasanelli@homelesslaw.org</u>
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Carrie Y. Flaxman**
Democracy Forward Foundation
PO Box 34553
Washington, DC 20001
202−448−9090
Fax: 202−796−4426
Email: <u>cflaxman@democracyforward.org</u>
*PRO HAC VICE*

1

*ATTORNEY TO BE NOTICED*

**Christine L. Coogle**
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
202−445−4939
Fax: 202−796−4426
Email: ccoogle@democracyforward.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn M. Scott**
National Homelessness Law Center
1400 16th Street NW
Suite 425
Washington, DC 20036
202−638−2535
Email: kmeyerscott@homelesslaw.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Love Hubbard**
DeLuca, Weizenbaum, Barry & Revens, Ltd.
199 North Main Street
Providence, RI 02903
401−453−1500
Fax: 401−453−1501
Email: kevin@dwbrlaw.com
*ATTORNEY TO BE NOTICED*

**Kristin Bateman**
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
202−935−5245
Email: kbateman@democracyforward.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lynette J. Labinger**
Lynette Labinger, Attorney at Law
128 Dorrance Street, Box 710
Providence, RI 02903
401−465−9565
Email: LL@labingerlaw.com
*ATTORNEY TO BE NOTICED*

**Madeline H. Gitomer**
Democracy Forward Foundation
PO Box 34553

Washington, DC 20001
202−448−9090
Fax: 202−796−4426
Email: mgitomer@democracyforward.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robin F. Thurston**
Democracy Forward Foundation
P.O Box 34553
Washington, DC 20043
202−448−9090
Fax: 202−796−4426
Email: rthurston@democracyforward.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Simon Christopher Brewer**
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
202−448−9090
Fax: 202−796−4426
Email: sbrewer@democracyforward.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Yenisey Rodriguez**
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20001
(202) 297−4810
Fax: (202) 796−4426
Email: yenisey.rodriguez@democracyforward.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amy Retsinas Romero**
DeLuca, Weizenbaum, Barry & Revens, Ltd.
199 North Main Street
Providence, RI 02903
401−453−1500
Fax: 401−453−1501
Email: amy@dwbrlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **National Low Income Housing Coalition** | represented by | **Aleshadye Getachew**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Aman T. George**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Antonia K. Fasanelli**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Carrie Y. Flaxman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christine L. Coogle**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn M. Scott**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Love Hubbard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kristin Bateman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lynette J. Labinger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Madeline H. Gitomer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robin F. Thurston**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Simon Christopher Brewer**
(See above for address)
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Yenisey Rodriguez**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amy Retsinas Romero**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Crossroads Rhode Island**          represented by  **Aleshadye Getachew**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Aman T. George**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Carrie Y. Flaxman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christine L. Coogle**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Love Hubbard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kristin Bateman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lynette J. Labinger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Madeline H. Gitomer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robin F. Thurston**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Simon Christopher Brewer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Yenisey Rodriguez**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amy Retsinas Romero**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Youth Pride, Inc.**               represented by **Aleshadye Getachew**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Aman T. George**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Carrie Y. Flaxman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christine L. Coogle**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Love Hubbard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kristin Bateman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lynette J. Labinger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Madeline H. Gitomer**

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robin F. Thurston**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Simon Christopher Brewer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Yenisey Rodriguez**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amy Retsinas Romero**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**City of Boston**                represented by  **Cassandra Crawford**
                                                  Public Rights Project
                                                  490 43rd Street
                                                  Unit # 115
                                                  Oakland, CA 94609
                                                  510−738−6788
                                                  Email: Cassandra@publicrightsproject.org
                                                  *PRO HAC VICE*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Graham Provost**
                                                  Public Rights Project
                                                  490 43rd Street
                                                  Oakland, CA 94609
                                                  530−828−3554
                                                  Email: graham@publicrightsproject.org
                                                  *PRO HAC VICE*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Kevin Love Hubbard**
                                                  (See above for address)
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Lynette J. Labinger**
                                                  (See above for address)
                                                  *TERMINATED: 12/08/2025*
                                                  *ATTORNEY TO BE NOTICED*

**Toby Merrill**
Public Rights Project
490 43rd Street Unit
Ste 115
Oakland, CA 94609
617−863−2534
Email: toby@publicrightsproject.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amy Retsinas Romero**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **City of Cambridge** | represented by | **Cassandra Crawford**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Graham Provost**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Love Hubbard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lynette J. Labinger**
(See above for address)
*TERMINATED: 12/08/2025*
*ATTORNEY TO BE NOTICED*

**Toby Merrill**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amy Retsinas Romero**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Martin Luther King, Jr. County** | represented by | **Alison Chinn Holcomb**<br>King County Executive<br>General Counsel<br>401 Fifth Avenue<br>Ste 800<br>Seattle, WA 98104<br>206−477−2720 |

8

Email: aholcomb@kingcounty.gov
*TERMINATED: 01/15/2026*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cassandra Crawford**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher Michael Sanders**
King County Executive Office
Seattle, WA 98104
206−240−7590
Email: chrsanders@kingcounty.gov
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cristy Craig**
King County Prosecuting Attorney's Office
701 5th Ave
Ste 600
Seattle, WA 98104
206−477−1120
Email: cristy.craig@kingcounty.gov
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David J. Hackett**
King County Executive's Office
401 Fifth Avenue
St. 800
Seattle, WA 98104
206−477−943
Email: David.hackett@kingcounty.gov
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham Provost**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Love Hubbard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lynette J. Labinger**
(See above for address)
*TERMINATED: 12/08/2025*
*ATTORNEY TO BE NOTICED*

**Toby Merrill**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amy Retsinas Romero**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Metropolitan Government of
Nashville & Davidson County**

represented by **Abigail Greer**
Metropolitan Government of Nashville and
Davidson County
P.O Box 196300
Nashville, TN 37219
615−880−3790
Email: abby.greer@nashville.gov
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cassandra Crawford**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham Provost**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John K. Whitaker**
Metropolitan Government of Nashville &
Davidson County
P.O Box 196300
Nashville, TN 37219
615−880−3767
Email: john.whitaker@nashville.gov
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Love Hubbard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lynette J. Labinger**
(See above for address)
*TERMINATED: 12/08/2025*
*ATTORNEY TO BE NOTICED*

**Toby Merrill**
(See above for address)
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Wallace W. Dietz**
Metropolitan Government of Nashville &
Davidson County
PO Box 196300
Nashville, TN 37219
615−880−1522
Email: wally.dietz@nashville.gov
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amy Retsinas Romero**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**County of Santa Clara**                    represented by     **Kavita Narayan**
Office of the County Counsel, County of
Santa Clara
70 W. Hedding St. East Wing, 9th Floor
San Jos, CA 95110
408−299−5900
Fax: 408−292−7240
Email: kavita.narayan@cco.sccgov.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Love Hubbard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leily Arzy**
Office of the County Counsel, County of
Santa Clara
70 W. Hedding St. East Wing, 9th Floor
San Jose, CA 95110
669−364−1864
Fax: 408−292−7240
Email: leily.arzy@cco.sccgov.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lynette J. Labinger**
(See above for address)
*TERMINATED: 12/08/2025*
*ATTORNEY TO BE NOTICED*

**Meredith A. Johnson**
Office of the County Counsel, County of
Santa Clara
70 W. Hedding St. East Wing, 9th Floor

San Jos, CA 95110
408−299−5900
Fax: 408−292−7240
Email: meredith.johnson@cco.sccgov.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stefanie Wilson**
Office of the County Counsel, County of
Santa Clara
70 W. Hedding St., East Wing, 9th Fl.
San Jose, CA 95110
408−299−5900
Fax: 408−292−7240
Email: stefanie.wilson@cco.sccgov.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Tony LoPresti**
Office of the County Counsel, County of
Santa Clara
70 W. Hedding St. East Wing, 9th Floor
San Jos, CA 95110
408−343−9908
Fax: 408−292−7240
Email: tony.lopresti@cco.sccgov.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amy Retsinas Romero**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**City and County of San Francisco**          represented by   **David Chiu**
San Francisco City Attorney's Office
1 Dr. Carlton B. Goodlett Place, Room 234
San Francisco, CA 94102
415−554−4748
Email: Luis.A.Zamora@sfcityatty.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Love Hubbard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lynette J. Labinger**
(See above for address)
*TERMINATED: 12/08/2025*
*ATTORNEY TO BE NOTICED*

**Michael Levin−Gesundheit**
San Francisco City Attorney's Office
1390 Market Street
Floor 7
San Francisco, CA 94102
415−554−4240
Email: michael.levin@sfcityatty.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mollie M. Lee**
San Francisco City Attorney's Office
1390 Market St., Fl. 7
San Francisco, CA 94102
415−554−4260
Email: mollie.lee@sfcityatty.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ronald H. Lee**
San Francisco City Attorney's Office
1390 Market Street, 7th Floor
San Francisco, CA 94102
415−554−3935
Fax: 415−437−4644
Email: ronald.lee@sfcityatty.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sara J. Eisenberg**
San Francisco City Attorney's Office
1390 Market Street, 7th Floor
San Francisco, CA 94102
415−554−3874
Fax: 415−437−4644
Email: sara.eisenberg@sfcityatty.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Yvonne R. Mere**
San Francisco City Attorney's Office
1 Dr. Carlton B. Goodlett Place, Room 234
San Francisco, CA 94102
415−554−4708
Email: yvonne.mere@sfcityatty.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amy Retsinas Romero**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**City of Tucson**                    represented by    **Cassandra Crawford**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham Provost**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Love Hubbard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lynette J. Labinger**
(See above for address)
*TERMINATED: 12/08/2025*
*ATTORNEY TO BE NOTICED*

**Toby Merrill**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amy Retsinas Romero**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**United States Department of Housing**    represented by    **John Bailey**
**and Urban Development**                    DOJ−Civ
U.S. Department of Justice, Civil Division
950 Pennsylvania Ave NW
Ste 3618
Washington, DC 20530
202−514−6993
Email: john.bailey@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Pardis Gheibi**
DOJ−Civ
Civil Division, Federal Programs Branch
1100 L Street NW
Room 11526
Washington, DC 20005
202−305−3246
Email: pardis.gheibi@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Peter Roni Goldstone**
DOJ−Civ
Civil Division, Federal Programs Branch
1100 L Street NW
Ste 11516
Washington, DC 20005
202−598−0912
Email: peter.r.goldstone@usdoj.gov
*ATTORNEY TO BE NOTICED*

**William S. Jankowski**
DOJ−Civ
Civil Division, Federal Programs Branch
1100 L St NW
Washington, DC 20530
202−353−7578
Email: william.s.jankowski@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Scott Turner**
*in his official capacity as Secretary of the United States Department of Housing and Urban Development*

represented by **John Bailey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pardis Gheibi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter Roni Goldstone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William S. Jankowski**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/01/2025 | 1 | COMPLAINT ( filing fee paid $ 405.00, receipt number ARIDC−2215158 ), filed by City of Cambridge, City of Tucson, Crossroads Rhode Island, Martin Luther King, Jr. County, County of Santa Clara, National Low Income Housing Coalition, Metropolitan Government of Nashville & Davidson County, Youth Pride, Inc., National Alliance to End Homelessness, City and County of San Francisco, City of Boston. (Attachments: # 1 Civil Cover Sheet, # 2 Summons for HUD, # 3 Summons for Sec. Turner, # 4 Summons for AG Bondi, # 5 Summons for USAO)(Romero, Amy) (Entered: 12/01/2025) |
| 12/01/2025 | | CASE CONDITIONALLY ASSIGNED to District Judge Mary S. McElroy and Magistrate Judge Amy E. Moses based upon the indication on the cover sheet that a related case previously was assigned to the presiding judge. Related Case Number |

15

| | | 1:25−cv−626−MSM−AEM. The assignment is subject to the presiding judge's determination that the cases, in fact, are related. (Gonzalez Gomez, Viviana) (Entered: 12/01/2025) |
|---|---|---|
| 12/01/2025 | 2 | CASE OPENING NOTICE ISSUED. (Gonzalez Gomez, Viviana) (Entered: 12/01/2025) |
| 12/01/2025 | 3 | Corporate Disclosure Statement by City and County of San Francisco, City of Boston, City of Cambridge, City of Tucson, County of Santa Clara, Crossroads Rhode Island, Martin Luther King, Jr. County, Metropolitan Government of Nashville & Davidson County, National Alliance to End Homelessness, National Low Income Housing Coalition, Youth Pride, Inc.. (Romero, Amy) (Entered: 12/01/2025) |
| 12/01/2025 | 4 | Summons Issued as to Scott Turner, United States Department of Housing and Urban Development, U.S. Attorney's Office for the District of RI, and U.S. Attorney General Pam Bondi. (Attachments: # 1 Summons Issued as to Secretary Turner, # 2 Summons Issued as to U.S. A.G. Bondi, # 3 Summons Issued as to U.S. Attorney's Office for the District of RI) (Gonzalez Gomez, Viviana) (Entered: 12/01/2025) |
| 12/01/2025 | 5 | MOTION for Preliminary Injunction *and for Relief under 5 USC 705* filed by All Plaintiffs. **Responses due by 12/15/2025.** (Attachments: # 1 Supporting Memorandum)(Romero, Amy) (Entered: 12/01/2025) |
| 12/01/2025 | 6 | DECLARATION re 5 MOTION for Preliminary Injunction *and for Relief under 5 USC 705 of Attorney Amy R. Romero* by All Plaintiffs. (Attachments: # 1 Exhibit FY24−25 NOFO, # 2 Exhibit FY25 NOFO, # 3 Exhibit July 3, 2025 HUD Email)(Romero, Amy) (Entered: 12/01/2025) |
| 12/01/2025 | 7 | DECLARATION re 5 MOTION for Preliminary Injunction *and for Relief under 5 USC 705 Index of Declarations* by All Plaintiffs. (Attachments: # 1 Declaration of Ann Oliva (Alliance), # 2 Declaration of Renee M. Willis (NLHIC), # 3 Declaration of Michelle Wilcox (Crossroads), # 4 Declaration of Rush Frazier (Youth Pride), # 5 Declaration of Sheila Dillon (Boston), # 6 Declaration of Elizabeth Mengers Margargee (Cambridge), # 7 Declaration of Sunaree Marshall (MLK County), # 8 Declaration of April Calvin (Nashville), # 9 Declaration of Kathryn Kaminski (Santa Clara), # 10 Declaration of Shireen McSpadden, # 11 Declaration of Ann Chanecka (Tucson), # 12 Declaration of Amy Davidson (San Mateo), # 13 Declaration of Andrew Freeman (Safe Haven), # 14 Declaration of Mary Katherine Rand (Mary Parrish Center), # 15 Declaration of Joyce Tavon (MHSA))(Romero, Amy) (Entered: 12/01/2025) |
| 12/01/2025 | 8 | Emergency MOTION for Expedited Production of the Administrative Record and Briefing Schedule for Summary Judgment filed by All Plaintiffs. **Responses due by 12/15/2025.** (Romero, Amy) (Entered: 12/01/2025) |
| 12/02/2025 | 9 | MOTION for Cassandra Crawford to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC−2215407 ) filed by City of Boston, City of Cambridge, City of Tucson, Martin Luther King, Jr. County, Metropolitan Government of Nashville & Davidson County. (Romero, Amy) (Entered: 12/02/2025) |
| 12/02/2025 | 10 | MOTION for Toby Merrill to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC−2215418 ) filed by City of Boston, City of Cambridge, City of Tucson, Martin Luther King, Jr. County, Metropolitan Government of Nashville & Davidson County. (Romero, Amy) (Entered: 12/02/2025) |

| 12/02/2025 | 11 | MOTION for Graham Provost to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC−2215423 ) filed by City of Boston, City of Cambridge, City of Tucson, Martin Luther King, Jr. County, Metropolitan Government of Nashville & Davidson County. (Romero, Amy) (Entered: 12/02/2025) |
|---|---|---|
| 12/02/2025 | 12 | MOTION for Alison Holcomb to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC−2215426 ) filed by Martin Luther King, Jr. County. (Romero, Amy) (Entered: 12/02/2025) |
| 12/02/2025 | 13 | MOTION for David Hackett to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC−2215431 ) filed by Martin Luther King, Jr. County. (Romero, Amy) (Entered: 12/02/2025) |
| 12/02/2025 | 14 | MOTION for Abigail Greer to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC−2215436 ) filed by Metropolitan Government of Nashville & Davidson County. (Romero, Amy) (Entered: 12/02/2025) |
| 12/02/2025 | 15 | MOTION for John K. Whitaker to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC−2215439 ) filed by Metropolitan Government of Nashville & Davidson County. (Romero, Amy) (Entered: 12/02/2025) |
| 12/02/2025 | 16 | MOTION for David Chiu to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC−2215444 ) filed by City and County of San Francisco. (Romero, Amy) (Entered: 12/02/2025) |
| 12/02/2025 | 17 | MOTION for Michael Levin Gesundheit to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC−2215454 ) filed by City and County of San Francisco. (Romero, Amy) (Entered: 12/02/2025) |
| 12/02/2025 | 18 | MOTION for Ronald Lee to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC−2215463 ) filed by City and County of San Francisco. (Romero, Amy) (Entered: 12/02/2025) |
| 12/02/2025 | 19 | MOTION for Sara Eisenberg to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC−2215466 ) filed by City and County of San Francisco. (Romero, Amy) (Entered: 12/02/2025) |
| 12/02/2025 | 20 | MOTION for Yvonne Mere to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC−2215472 ) filed by City and County of San Francisco. (Romero, Amy) (Entered: 12/02/2025) |
| 12/02/2025 | 21 | MOTION for Mollie M. Lee to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC−2215475 ) filed by City and County of San Francisco. (Romero, Amy) (Entered: 12/02/2025) |
| 12/02/2025 | 22 | MOTION for Kevin Love Hubbard to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC−2215476 ) filed by All Plaintiffs. (Romero, Amy) (Entered: 12/02/2025) |
| 12/02/2025 | 23 | MOTION for Kavita Narayan to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC−2215480 ) filed by County of Santa Clara. (Romero, Amy) (Entered: 12/02/2025) |
| 12/02/2025 | 24 | MOTION for Meredith A. Johnson to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC−2215486 ) filed by County of Santa Clara. (Romero, Amy) (Entered: 12/02/2025) |

| | | |
|---|---|---|
| 12/02/2025 | 25 | MOTION for Tony LoPresti to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC−2215488 ) filed by County of Santa Clara. (Romero, Amy) (Entered: 12/02/2025) |
| 12/02/2025 | 26 | MOTION for Aleshadye Getachew to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC−2215489 ) filed by Crossroads Rhode Island, National Alliance to End Homelessness, National Low Income Housing Coalition, Youth Pride, Inc.. (Romero, Amy) (Entered: 12/02/2025) |
| 12/02/2025 | | TEXT ORDER granting 9 Motion to Appear Pro Hac Vice of Cassandra Crawford. So Ordered by District Judge Mary S. McElroy on 12/2/2025. (Hill, Cherelle) (Entered: 12/02/2025) |
| 12/02/2025 | 27 | MOTION for Aman T. George to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC−2215496 ) filed by Crossroads Rhode Island, National Alliance to End Homelessness, National Low Income Housing Coalition, Youth Pride, Inc.. (Romero, Amy) (Entered: 12/02/2025) |
| 12/02/2025 | 28 | MOTION for Carrie Y. Flaxman to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC−2215497 ) filed by Crossroads Rhode Island, National Alliance to End Homelessness, National Low Income Housing Coalition, Youth Pride, Inc.. (Romero, Amy) (Entered: 12/02/2025) |
| 12/02/2025 | 29 | MOTION for Kristin Bateman to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC−2215498 ) filed by Crossroads Rhode Island, National Alliance to End Homelessness, National Low Income Housing Coalition, Youth Pride, Inc.. (Romero, Amy) (Entered: 12/02/2025) |
| 12/02/2025 | 30 | MOTION for Madeline H. Gitomer to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC−2215500 ) filed by Crossroads Rhode Island, National Alliance to End Homelessness, National Low Income Housing Coalition, Youth Pride, Inc.. (Romero, Amy) (Entered: 12/02/2025) |
| 12/02/2025 | 31 | MOTION for Robin F. Thurston to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC−2215504 ) filed by Crossroads Rhode Island, National Alliance to End Homelessness, National Low Income Housing Coalition, Youth Pride, Inc.. (Romero, Amy) (Entered: 12/02/2025) |
| 12/02/2025 | | TEXT ORDER granting 10 Motion to Appear Pro Hac Vice of Toby Merrill. So Ordered by District Judge Mary S. McElroy on 12/2/2025. (Hill, Cherelle) (Entered: 12/02/2025) |
| 12/02/2025 | 32 | MOTION for Yenisey Rodriguez to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC−2215505 ) filed by Crossroads Rhode Island, National Alliance to End Homelessness, National Low Income Housing Coalition, Youth Pride, Inc.. (Romero, Amy) (Entered: 12/02/2025) |
| 12/02/2025 | 33 | MOTION for Antonia K. Fasanelli to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC−2215513 ) filed by National Alliance to End Homelessness, National Low Income Housing Coalition. (Romero, Amy) (Entered: 12/02/2025) |
| 12/02/2025 | | TEXT ORDER granting 11 Motion to Appear Pro Hac Vice of Graham Provost. So Ordered by District Judge Mary S. McElroy on 12/2/2025. (Hill, Cherelle) (Entered: 12/02/2025) |
| 12/02/2025 | 34 | |

| | | |
|---|---|---|
| | | MOTION for Kathryn M. Scott to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC−2215515 ) filed by National Alliance to End Homelessness, National Low Income Housing Coalition. (Romero, Amy) (Entered: 12/02/2025) |
| 12/02/2025 | | TEXT ORDER granting 12 Motion to Appear Pro Hac Vice of Alison Holcomb. So Ordered by District Judge Mary S. McElroy on 12/2/2025. (Hill, Cherelle) (Entered: 12/02/2025) |
| 12/02/2025 | | TEXT ORDER granting 13 Motion to Appear Pro Hac Vice of David J. Hackett. So Ordered by District Judge Mary S. McElroy on 12/2/2025. (Hill, Cherelle) (Entered: 12/02/2025) |
| 12/02/2025 | | TEXT ORDER granting 14 Motion to Appear Pro Hac Vice of Abigail Greer. So Ordered by District Judge Mary S. McElroy on 12/2/2025. (Hill, Cherelle) (Entered: 12/02/2025) |
| 12/02/2025 | | TEXT ORDER granting 15 Motion to Appear Pro Hac Vice of John K. Whitaker. So Ordered by District Judge Mary S. McElroy on 12/2/2025. (Hill, Cherelle) (Entered: 12/02/2025) |
| 12/02/2025 | | TEXT ORDER granting 16 Motion to Appear Pro Hac Vice of David Chiu. So Ordered by District Judge Mary S. McElroy on 12/2/2025. (Hill, Cherelle) (Entered: 12/02/2025) |
| 12/02/2025 | 35 | MOTION for Wallace W. Dietz to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number BRIDC−2215563 ) filed by Metropolitan Government of Nashville & Davidson County. (Romero, Amy) (Entered: 12/02/2025) |
| 12/02/2025 | | TEXT ORDER granting 17 Motion to Appear Pro Hac Vice of Michael Levin−Gesundheit. So Ordered by District Judge Mary S. McElroy on 12/2/2025. (Hill, Cherelle) (Entered: 12/02/2025) |
| 12/02/2025 | | TEXT ORDER granting 18 Motion to Appear Pro Hac Vice of Ronald H. Lee. So Ordered by District Judge Mary S. McElroy on 12/2/2025. (Hill, Cherelle) (Entered: 12/02/2025) |
| 12/02/2025 | | TEXT ORDER granting 19 Motion to Appear Pro Hac Vice of Sara J. Eisenberg. So Ordered by District Judge Mary S. McElroy on 12/2/2025. (Hill, Cherelle) (Entered: 12/02/2025) |
| 12/02/2025 | | TEXT ORDER granting 20 Motion to Appear Pro Hac Vice of Yvonne R. Mere. So Ordered by District Judge Mary S. McElroy on 12/2/2025. (Hill, Cherelle) (Entered: 12/02/2025) |
| 12/02/2025 | | TEXT ORDER granting 21 Motion to Appear Pro Hac Vice of Mollie M. Lee. So Ordered by District Judge Mary S. McElroy on 12/2/2025. (Hill, Cherelle) (Entered: 12/02/2025) |
| 12/02/2025 | | TEXT ORDER granting 22 Motion to Appear Pro Hac Vice of Kevin Love Hubbard. So Ordered by District Judge Mary S. McElroy on 12/2/2025. (Hill, Cherelle) (Entered: 12/02/2025) |
| 12/02/2025 | | TEXT ORDER granting 23 Motion to Appear Pro Hac Vice of Kavita Narayan. So Ordered by District Judge Mary S. McElroy on 12/2/2025. (Hill, Cherelle) (Entered: 12/02/2025) |
| 12/02/2025 | | |

| | |
|---|---|
| | TEXT ORDER granting 24 Motion to Appear Pro Hac Vice of Meredith A. Johnson. So Ordered by District Judge Mary S. McElroy on 12/2/2025. (Hill, Cherelle) (Entered: 12/02/2025) |
| 12/02/2025 | TEXT ORDER granting 25 Motion to Appear Pro Hac Vice of Tony LoPresti. So Ordered by District Judge Mary S. McElroy on 12/2/2025. (Hill, Cherelle) (Entered: 12/02/2025) |
| 12/02/2025 | TEXT ORDER granting 26 Motion to Appear Pro Hac Vice of Aleshadye Getachew. So Ordered by District Judge Mary S. McElroy on 12/2/2025. (Hill, Cherelle) (Entered: 12/02/2025) |
| 12/02/2025 | TEXT ORDER granting 27 Motion to Appear Pro Hac Vice of Aman T. George. So Ordered by District Judge Mary S. McElroy on 12/2/2025. (Hill, Cherelle) (Entered: 12/02/2025) |
| 12/02/2025 | TEXT ORDER granting 28 Motion to Appear Pro Hac Vice of Carrie Y. Flaxman. So Ordered by District Judge Mary S. McElroy on 12/2/2025. (Hill, Cherelle) (Entered: 12/02/2025) |
| 12/02/2025 | TEXT ORDER granting 29 Motion to Appear Pro Hac Vice of Kristin Bateman. So Ordered by District Judge Mary S. McElroy on 12/2/2025. (Hill, Cherelle) (Entered: 12/02/2025) |
| 12/02/2025 | TEXT ORDER granting 30 Motion to Appear Pro Hac Vice of Madeline H. Gitomer. So Ordered by District Judge Mary S. McElroy on 12/2/2025. (Hill, Cherelle) (Entered: 12/02/2025) |
| 12/02/2025 | TEXT ORDER granting 31 Motion to Appear Pro Hac Vice of Robin F. Thurston. So Ordered by District Judge Mary S. McElroy on 12/2/2025. (Hill, Cherelle) (Entered: 12/02/2025) |
| 12/02/2025 | TEXT ORDER granting 32 Motion to Appear Pro Hac Vice of Yenisey Rodriguez. So Ordered by District Judge Mary S. McElroy on 12/2/2025. (Hill, Cherelle) (Entered: 12/02/2025) |
| 12/02/2025 | TEXT ORDER granting 34 Motion to Appear Pro Hac Vice of Kathryn M. Scott. So Ordered by District Judge Mary S. McElroy on 12/2/2025. (Hill, Cherelle) (Entered: 12/02/2025) |
| 12/02/2025 | TEXT ORDER granting 35 Motion to Appear Pro Hac Vice of Wallace W. Dietz. So Ordered by District Judge Mary S. McElroy on 12/2/2025. (Hill, Cherelle) (Entered: 12/02/2025) |
| 12/02/2025 | NOTICE of Hearing: Status Conference set for 12/5/2025 at 02:00 PM in Remote Hearing before District Judge Mary S. McElroy. Counsel of record will receive Zoom information via email. The public can visit rid.uscourts.gov for additional information. (Potter, Carrie) (Entered: 12/02/2025) |
| 12/02/2025 | TEXT ORDER granting 33 Motion to Appear Pro Hac Vice of Antonia K. Fasanelli. So Ordered by District Judge Mary S. McElroy on 12/2/2025. (Hill, Cherelle) (Entered: 12/02/2025) |
| 12/02/2025 | NOTICE of Hearing: Status Conference set for 12/5/2025 at 02:30 PM via Zoom before District Judge Mary S. McElroy. Zoom information sent to counsel via email. PLEASE NOTE TIME CHANGE ONLY. (Potter, Carrie) (Entered: 12/02/2025) |

| 12/03/2025 | 36 | NOTICE of Appearance by Lynette J. Labinger on behalf of All Plaintiffs (Labinger, Lynette) (Entered: 12/03/2025) |
|---|---|---|
| 12/05/2025 | | Minute Entry for proceedings held before District Judge Mary S. McElroy: In Chambers Conference held on 12/5/2025. M. Levin−Gesundheit, L. Labinger, K. Sabatini, P. Gheibi, Z. Muller, A. Romero, K. Hubbard, A. Alegrett, C. Flaxman, C. Crawford, S. Thompson, A. Getachew, C. Sepe, M. Gitoman, D. Hackett, A. Hughes, C. Faherty, G. Provost and K. Meyer Scott in attendance. Parties agree to convert Motion to Preliminary Injunction to a Motion for Temporary Restraining Order and a Preliminary Injunction. Court to hear Motion for TRO on 12/8/2025 at 3:30 pm. Responses to Motion to Preliminary Injunction due 12/15/2025 in both CV25−626 and CV25−636. Order to enter. (Courtroom Zoom at 2:30 pm.) (Potter, Carrie) (Entered: 12/05/2025) |
| 12/05/2025 | | Text Order: By agreement of the parties during the 12/5/2025 conference, the Court converts the Motion to Preliminary Injunction to a Motion for Temporary Restraining Order and a Preliminary Injunction. Court to hear Motion for TRO on 12/8/2025 at 3:30 pm. Responses to Motion for Preliminary Injunction due 12/15/2025 in both CV25−626 and CV25−636. So Ordered by District Judge Mary S. McElroy on 12/5/2025. (Potter, Carrie) (Entered: 12/05/2025) |
| 12/05/2025 | | NOTICE of Hearing on Motion for Temporary Restraining Order. Motion Hearing set for 12/8/2025 at 03:30 PM via Zoom before District Judge Mary S. McElroy. Counsel shall use link previously provided via email. The public may view the hearing via the Court's YouTube stream. Please visit rid.uscourts.gov for more information. (Potter, Carrie) (Entered: 12/05/2025) |
| 12/07/2025 | 37 | NOTICE of Appearance by Pardis Gheibi on behalf of All Defendants (Gheibi, Pardis) (Entered: 12/07/2025) |
| 12/08/2025 | 38 | NOTICE of Appearance by Peter Roni Goldstone on behalf of All Defendants (Goldstone, Peter) (Entered: 12/08/2025) |
| 12/08/2025 | 39 | NOTICE by Scott Turner, United States Department of Housing and Urban Development *NOTICE OF WITHDRAWAL OF THE CHALLENGED 2025 NOTICE OF FUNDING OPPORTUNITY* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Gheibi, Pardis) (Entered: 12/08/2025) |
| 12/08/2025 | | Minute Entry for proceedings held before District Judge Mary S. McElroy: Motion Hearing held on 12/8/2025 5 MOTION for TRO: A. Getachew, A. Romero, A. Hughes, A. Fasanelli, C. Flaxman, C. Crawford, C. Flaherty, C. Sepe, K. Sabatini, K. Meyer−Scott, K. Bateman, L. Labinger, M. Gitomer, M. Levin−Gesundheit, P.R. Gladstone, P. Gheibi, S. Thompson, Z. Muller. Court addresses the parties; parties respond. Defendants advise that NOFO 25 has been withdraw. Parties argue. Defendants are to file their response to 5 Motion for Preliminary Injunction by 12/15/2025. Replies are due 12/17/2025. Hearing to be held on 12/19/2025 at 10:00 am. Court orders HUD to file administrative record by 12/15/2025. Defense asks for additional time. Court declines to give additional time, however, if record not available, it must be addresses in response. Recess. (Potter, Carrie) (Entered: 12/08/2025) |
| 12/08/2025 | | NOTICE of Hearing on Motion 5 MOTION for Preliminary Injunction *and for Relief under 5 USC 705* : Motion Hearing set for 12/19/2025 at 10:00 AM via Zoom before District Judge Mary S. McElroy. Counsel will receive link via email. The public may view the hearing via the Court's YouTube stream. Please visit rid.uscourts.gov for more information. (Potter, Carrie) (Entered: 12/08/2025) |

| 12/10/2025 | 40 | TRANSCRIPT of Motion for Temporary Restraining Order, held on December 8, 2025, before District Judge Mary S. McElroy. Court Reporter Denise P. Veitch, Telephone number (401) 752−7031. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained the Court Reporter through PACER. **NOTICE TO COUNSEL: Redaction Requests must be filed for personal identifiers only. All other redactions must be requested by motion. For local policy and sample redaction request visit our website at www.rid.uscourts.gov and select Transcripts under the Case Information menu option**. Redaction Request due 12/31/2025. Redacted Transcript Deadline set for 1/12/2026. Release of Transcript Restriction set for 3/10/2026. (Veitch, Denise) (Entered: 12/10/2025) |
|---|---|---|
| 12/10/2025 | 41 | AFFIDAVIT of Service, filed by City of Cambridge, City of Tucson, Crossroads Rhode Island, Martin Luther King, Jr. County, County of Santa Clara, National Low Income Housing Coalition, Metropolitan Government of Nashville & Davidson County, Youth Pride, Inc., National Alliance to End Homelessness, City and County of San Francisco, City of Boston All Defendants. (Attachments: # 1 Proof of Service − Sec. Turner, # 2 Proof of Service − AG Bondi, # 3 Proof of Service − USAO)(Bateman, Kristin) (Entered: 12/10/2025) |
| 12/12/2025 | 42 | NOTICE of Appearance by John Bailey on behalf of All Defendants (Bailey, John) (Entered: 12/12/2025) |
| 12/15/2025 | 43 | NOTICE of Appearance by William S. Jankowski on behalf of All Defendants (Jankowski, William) (Entered: 12/15/2025) |
| 12/15/2025 | 44 | NOTICE by Scott Turner, United States Department of Housing and Urban Development *PARTIAL ADMINISTRATIVE RECORD* (Gheibi, Pardis) (Entered: 12/15/2025) |
| 12/15/2025 | 45 | RESPONSE In Opposition to 5 MOTION for Preliminary Injunction *and for Relief under 5 USC 705* filed by All Defendants. **Replies due by 12/22/2025.** (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Gheibi, Pardis) (Entered: 12/15/2025) |
| 12/15/2025 | 46 | NOTICE by Scott Turner, United States Department of Housing and Urban Development *REGARDING TIMELINE OF THE ADMINISTRATIVE RECORD* (Gheibi, Pardis) (Entered: 12/15/2025) |
| 12/17/2025 | 47 | MOTION for Simon Brewer to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC−2222305 ) filed by Crossroads Rhode Island, National Alliance to End Homelessness, National Low Income Housing Coalition, Youth Pride, Inc.. (Romero, Amy) (Entered: 12/17/2025) |
| 12/17/2025 | 48 | MOTION for Christine L. Coogle to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC−2222308 ) filed by Crossroads Rhode Island, National Alliance to End Homelessness, National Low Income Housing Coalition, Youth Pride, Inc.. (Romero, Amy) (Entered: 12/17/2025) |
| 12/17/2025 | | TEXT ORDER granting 47 Motion to Appear Pro Hac Vice of Simon C. Brewer. So Ordered by District Judge Mary S. McElroy on 12/17/2025. (Hill, Cherelle) (Entered: 12/17/2025) |
| 12/17/2025 | | TEXT ORDER granting 48 Motion to Appear Pro Hac Vice of Christine L. Coogle. So Ordered by District Judge Mary S. McElroy on 12/17/2025. (Hill, Cherelle) (Entered: 12/17/2025) |

| 12/17/2025 | 49 | REPLY to Response re <u>45</u> Response to Motion, *for Relief under 5 U.S.C. 705 and for Preliminary Injunction* filed by All Plaintiffs. (Attachments: # <u>1</u> Supplemental Decl. of Ann Marie Oliva (NAEH))(Bateman, Kristin) (Entered: 12/17/2025) |
|---|---|---|
| 12/19/2025 | 50 | Joint MOTION to Expedite *Partial Summary Judgment Briefing* filed by All Defendants. **Responses due by 1/2/2026.** (Jankowski, William) (Entered: 12/19/2025) |
| 12/19/2025 | | Minute Entry for proceedings held before District Judge Mary S. McElroy: Motion Hearing held on 12/19/2025 re <u>5</u> MOTION for Preliminary Injunction: Z. Muller, K. Bateman and J. Bailey arguing. Court questions the parties, parties respond. Parties argue motions. For reasons stated on the record, the Court grants the motions. Parties to prepare a proposed order. Recess. (Court Reporter D. Veitch in Courtroom Zoom at 10:00 am.) (Potter, Carrie) (Entered: 12/19/2025) |
| 12/19/2025 | 51 | NOTICE by Scott Turner, United States Department of Housing and Urban Development *NOTICE OF PUBLICATION OF NEW 2025 NOFO* (Attachments: # <u>1</u> Exhibit A (New 2025 NOFO), # <u>2</u> Exhibit B (New 2025 NOFO Website Publication))(Jankowski, William) (Entered: 12/19/2025) |
| 12/22/2025 | | NOTICE of Hearing: Status Conference set for 12/22/2025 at 02:00 PM via Zoom before District Judge Mary S. McElroy. **This conference is for counsel only**. Counsel to receive zoom information via email. (Potter, Carrie) (Entered: 12/22/2025) |
| 12/22/2025 | | Minute Entry for proceedings held before District Judge Mary S. McElroy: Status Conference held on 12/22/2025: J. Bailey, W. Jankowski, C. Faherty, C. Flaxman, C. Coggle, J. Whitaker, K. Hubbard, A. Leggett, A. Hughes, C. Crawford, A. Romero, M. Levin−Gesundheit, K. Sabatini, K, Bateman, A, Knowpfier, Z. Muller, A. Holcomb, A. Getachew, G. Provost, M. Gitoman, L. Arzy, A. Geroge, K. Narayan in attendance. (Courtroom Zoom at 2:00 pm.) (Potter, Carrie) (Entered: 12/22/2025) |
| 12/23/2025 | 52 | ORDER for Relief Under 5 U.S.C. § 705 and for Preliminary Injunction. So Ordered by District Judge Mary S. McElroy on 12/23/2025. (Attachments: # <u>1</u> Appendix) (Potter, Carrie) (Entered: 12/23/2025) |
| 12/23/2025 | | TEXT ORDER granting <u>50</u> Motion to Expedite. 12/29/2025 − Defendants produce the remaining portion of the administrative record pertaining to the rescission of the FY24−FY25 CoC NOFO; 1/7/2026 − Plaintiffs' Motion for Summary Judgment; 1/16/2026 − Defendants' Combined Opposition and Cross−Motion for Summary Judgment; 1/23/2026 − Plaintiffs' Combined Reply and Opposition; 1/29/2026 − Defendants' Reply. So Ordered by District Judge Mary S. McElroy on 12/23/2025. (Potter, Carrie) (Entered: 12/23/2025) |
| 12/23/2025 | 53 | NOTICE by Scott Turner, United States Department of Housing and Urban Development *OF COMPLIANCE WITH PARAGRAPH 7 OF THE PRELIMINARY INJUNCTION ORDER* (Jankowski, William) (Entered: 12/23/2025) |
| 12/29/2025 | 54 | TRANSCRIPT ORDER for proceedings held on 12/19/2025 before Judge McElroy. Daily Transcript selected. Transcript to be delivered following adjournment and prior |

| | | |
|---|---|---|
| | | to the normal opening hour of court on the following morning.. (Bateman, Kristin) (Entered: 12/29/2025) |
| 12/29/2025 | 55 | TRANSCRIPT of Motions for Preliminary Injunction, held on December 19, 2025, before District Judge Mary S. McElroy. Court Reporter Denise P. Veitch, Telephone number (401)752−7031. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter or PACER. **NOTICE TO COUNSEL: Redaction Requests must be filed for personal identifiers only. All other redactions must be requested by motion. For local policy and sample redaction request visit our website at www.rid.uscourts.gov and select Transcripts under the Case Information menu option**. Redaction Request due 1/20/2026. Redacted Transcript Deadline set for 1/29/2026. Release of Transcript Restriction set for 3/30/2026. (Veitch, Denise) (Entered: 12/29/2025) |
| 12/29/2025 | 56 | ADMINISTRATIVE RECORD filed *(Partial Administrative Record regarding rescission of FY24−25 NOFO)* by Scott Turner, United States Department of Housing and Urban Development. (Attachments: # 1 Index, # 2 Partial Administrative Record (Rescission of FY24−25 NOFO))(Jankowski, William) (Entered: 12/29/2025) |
| 12/30/2025 | 57 | Joint MOTION to Amend/Correct *Schedule for Expedited Summary Judgment Briefing* filed by All Defendants. **Responses due by 1/13/2026.** (Jankowski, William) (Entered: 12/30/2025) |
| 12/30/2025 | 58 | NOTICE by Scott Turner, United States Department of Housing and Urban Development *OF COMPLIANCE WITH PARAGRAPH 8 OF THE PRELIMINARY INJUNCTION ORDER* (Attachments: # 1 Exhibit A (FY24−25 CoC NOFO Implementation Plan))(Jankowski, William) (Entered: 12/30/2025) |
| 12/31/2025 | 59 | ADMINISTRATIVE RECORD filed by Scott Turner, United States Department of Housing and Urban Development. (Attachments: # 1 Supplement Administrative Record, part 2, # 2 Supplement Administrative Record, part 3, # 3 Supplement Administrative Record, part 4, # 4 Supplement Administrative Record, part 5, # 5 Affidavit Certification of Administrative Record, # 6 Appendix Index to Administrative Record)(Goldstone, Peter) (Entered: 12/31/2025) |
| 01/06/2026 | 60 | Joint MOTION for an Extension of Time to File *NOTICE OF COMPLIANCE WITH PARAGRAPH 9 OF THE PRELIMINARY INJUNCTION ORDER* filed by All Defendants. **Responses due by 1/20/2026.** (Jankowski, William) (Entered: 01/06/2026) |
| 01/06/2026 | | TEXT ORDER granting 60 Motion for Extension of Time. So Ordered by District Judge Mary S. McElroy on 1/6/2026. (Potter, Carrie) (Entered: 01/06/2026) |
| 01/08/2026 | 61 | NOTICE by Scott Turner, United States Department of Housing and Urban Development *OF COMPLIANCE WITH PARAGRAPH 9 OF THE PRELIMINARY INJUNCTION ORDER* (Attachments: # 1 Exhibit A (FY24−25 CoC NOFO Update to Recipients))(Jankowski, William) (Entered: 01/08/2026) |
| 01/09/2026 | | TEXT ORDER granting 57 Motion to Amend/Correct. 1/14/2026 − State Plaintiffs' Second Amended Complaint and NAEH Plaintiffs' First Amended Complaint and Plaintiffs' Motions for Summary Judgment on all claims; |

| | | |
|---|---|---|
| | | 1/23/2026 − Defendants' Combined Opposition and Cross−Motion for Summary Judgment on all claims;<br><br>1/30/2025 − Plaintiffs' Combined Reply and Opposition;<br><br>2/5/2026 − Defendants' Reply. So Ordered by District Judge Mary S. McElroy on 1/9/2026. (Potter, Carrie) (Entered: 01/09/2026) |
| 01/12/2026 | 62 | NOTICE by Scott Turner, United States Department of Housing and Urban Development *OF REVISED IMPLEMENTATION PLAN IN COMPLIANCE WITH PARAGRAPH 8 OF THE PRELIMINARY INJUNCTION ORDER* (Attachments: # 1 Exhibit A (Revised FY24−25 CoC NOFO Implementation Plan))(Jankowski, William) (Entered: 01/12/2026) |
| 01/13/2026 | 63 | MOTION to Withdraw as Attorney filed by Martin Luther King, Jr. County. **Responses due by 1/27/2026.** (Holcomb, Alison) (Entered: 01/13/2026) |
| 01/13/2026 | 64 | MOTION for Stefanie Wilson to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC−2230441 ) filed by County of Santa Clara. (Romero, Amy) (Entered: 01/13/2026) |
| 01/13/2026 | 65 | MOTION for Leily Arzy to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC−2230450 ) filed by County of Santa Clara. (Romero, Amy) (Entered: 01/13/2026) |
| 01/13/2026 | | TEXT ORDER granting 64 Motion to Appear Pro Hac Vice of Stefanie Wilson. So Ordered by District Judge Mary S. McElroy on 1/13/2026. (Hill, Cherelle) (Entered: 01/13/2026) |
| 01/13/2026 | | TEXT ORDER granting 65 Motion to Appear Pro Hac Vice of Leily Arzy. So Ordered by District Judge Mary S. McElroy on 1/13/2026. (Hill, Cherelle) (Entered: 01/13/2026) |
| 01/14/2026 | 66 | AMENDED COMPLAINT against Scott Turner, United States Department of Housing and Urban Development, filed by City of Cambridge, City of Tucson, Crossroads Rhode Island, Martin Luther King, Jr. County, County of Santa Clara, National Low Income Housing Coalition, Metropolitan Government of Nashville & Davidson County, Youth Pride, Inc., National Alliance to End Homelessness, City and County of San Francisco, City of Boston.(Getachew, Aleshadye) (Entered: 01/14/2026) |
| 01/14/2026 | 67 | MOTION for Summary Judgment filed by City and County of San Francisco, City of Boston, City of Cambridge, City of Tucson, County of Santa Clara, Crossroads Rhode Island, Martin Luther King, Jr. County, Metropolitan Government of Nashville & Davidson County, National Alliance to End Homelessness, National Low Income Housing Coalition, Youth Pride, Inc.. **Responses due by 1/28/2026.** (Attachments: # 1 Supporting Memorandum, # 2 Appendix FY25 NOFOs Challenged Provisions, # 3 Oliva (NAEH) 2nd Suppl. Decl., # 4 Excerpts of AR (Part 1), # 5 Excerpts of AR (Part 2), # 6 Excerpts of AR (Part 3))(Getachew, Aleshadye) (Entered: 01/14/2026) |
| 01/15/2026 | | TEXT ORDER granting 63 Motion to Withdraw as Attorney. Attorney Alison Chinn Holcomb terminated. So Ordered by District Judge Mary S. McElroy on 1/15/2026. (Potter, Carrie) (Entered: 01/15/2026) |
| 01/23/2026 | 68 | Cross MOTION for Summary Judgment *and Opposition to Plaintiffs' Motion for Summary Judgment* filed by All Defendants. **Responses due by 2/6/2026.** |

| | | (Attachments: # 1 McKenney Declaration & Exhibit)(Jankowski, William) (Entered: 01/23/2026) |
|---|---|---|
| 01/30/2026 | 69 | RESPONSE In Opposition to 68 Cross MOTION for Summary Judgment *and Opposition to Plaintiffs' Motion for Summary Judgment and Reply in support of Plaintiffs' Motion for Summary Judgment (Dkt 67)* filed by All Plaintiffs. **Replies due by 2/6/2026.** (Attachments: # 1 Supplemental Excerpts of Administrative Record)(Bateman, Kristin) (Entered: 01/30/2026) |
| 02/02/2026 | 70 | Consent MOTION for an Extension of Time to File Response/Reply *to February 6, 2026,* filed by All Defendants. **Responses due by 2/17/2026.** (Jankowski, William) (Entered: 02/02/2026) |
| 02/04/2026 | | TEXT ORDER granting 70 Motion for Extension of Time to File Response/Reply. Set/Reset Deadlines: 68 Cross MOTION for Summary Judgment *and Opposition to Plaintiffs' Motion for Summary Judgment* & 67 MOTION for Summary Judgment − **Responses due by 2/6/2026.** So Ordered by District Judge Mary S. McElroy on 2/4/2026. (Potter, Carrie) (Entered: 02/04/2026) |
| 02/05/2026 | 71 | NOTICE by City and County of San Francisco, City of Boston, City of Cambridge, City of Tucson, County of Santa Clara, Crossroads Rhode Island, Martin Luther King, Jr. County, Metropolitan Government of Nashville & Davidson County, National Alliance to End Homelessness, National Low Income Housing Coalition, Youth Pride, Inc. *Re: Recent Development Relevant to Pending Motions for Summary Judgment* (Bateman, Kristin) (Entered: 02/05/2026) |
| 02/06/2026 | 72 | REPLY to Response re 69 Response to Motion, *in Support of Defendants' 68 Cross−Motion for Summary Judgment* filed by All Defendants. (Jankowski, William) (Entered: 02/06/2026) |
| 02/11/2026 | 73 | MOTION for Cristy J. Craig to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC−2241953 ) filed by Martin Luther King, Jr. County. (Romero, Amy) (Entered: 02/11/2026) |
| 02/11/2026 | | TEXT ORDER granting 73 Motion to Appear Pro Hac Vice of Cristy Craig. So Ordered by District Judge Mary S. McElroy on 2/11/2026. (Hill, Cherelle) (Entered: 02/11/2026) |
| 02/17/2026 | 74 | Emergency MOTION TO DISSOLVE the December 19, 2025 Preliminary Injunctions filed by All Defendants. **Responses due by 3/3/2026.** (Attachments: # 1 Exhibit A (Defendants' Cross−Motion for Summary Judgment & Opposition), # 2 Exhibit B (Defendants' Reply in Support of Cross−Motion for Summary Judgment), # 3 Exhibit C (McKenney Declaration))(Jankowski, William) (Entered: 02/17/2026) |
| 02/18/2026 | | TEXT ORDER: Plaintiffs are ordered to file by February 23, 2026 an opposition (if any) to the Defendants' Motion to Dissolve the December 19, 2025 Preliminary Injunctions (ECF No. 74 ). So Ordered by District Judge Mary S. McElroy on 2/18/2026. (Potter, Carrie) (Entered: 02/18/2026) |
| 02/23/2026 | 75 | RESPONSE In Opposition to 74 Emergency MOTION TO DISSOLVE the December 19, 2025 Preliminary Injunctions filed by All Plaintiffs. **Replies due by 3/2/2026.** (Attachments: # 1 Exhibit Third Supp. Decl. of Ann Marie Oliva)(Bateman, Kristin) (Entered: 02/23/2026) |
| 02/23/2026 | 76 | Assented MOTION for Leave to File Document *Sur−Reply i.s.o. Motion for Summary Judgment and in Opposition to Defendants' Cross−Motion for Summary Judgment* |

| | | |
|---|---|---|
| | | filed by All Plaintiffs. **Responses due by 3/9/2026.** (Attachments: # 1 Exhibit Proposed Sur−Reply)(Bateman, Kristin) (Entered: 02/23/2026) |
| 02/26/2026 | 77 | MOTION for Christopher Michael Sanders to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC−2248004 ) filed by Martin Luther King, Jr. County. (Romero, Amy) (Entered: 02/26/2026) |
| 02/26/2026 | | TEXT ORDER granting 77 Motion to Appear Pro Hac Vice of Christopher Michael Sanders. So Ordered by District Judge Mary S. McElroy on 2/26/2026. (Hill, Cherelle) (Entered: 02/26/2026) |
| 02/27/2026 | | TEXT ORDER: Before this Court is Defendants' Combined Motion to Dissolve the December 19, 2025 Preliminary Injunctions (ECF No. 74 ). The Court has considered the arguments in Defendants' Motion and Plaintiffs' Responses in Opposition thereto. The Defendants seek to reopen the December 2025 Continuum of Care NOFO in order to solicit and issue awards pursuant to its terms for the third and fourth quarters of the funding cycle and argue that this Court's interim relief enjoining the December 2025 NOFO prevents it from doing so. In support of dissolving the injunction, Defendants assert, among other things, that Congress has eliminated the threatened harms faced by the Plaintiffs that prompted the Court to enjoin the December 2025 NOFO in the first instance. The Court disagrees and concludes that the Plaintiffs continue to face imminent, irreparable harm from: (1) the upheaval and service gaps that would result from the Defendants attempt to vastly overhaul the funding selection criteria on an accelerated basis; and (2) the Defendants attempt to implement the December 2025 NOFO in light of the Courts prior determination that Plaintiffs have a strong likelihood of success in their action contesting its legality. *New York v. U.S. Dep't of Just.*, 804 F. Supp. 3d 294, 330 (D.R.I. 2025) ("In life−or−death scenariostimes of crisis when someone faces domestic violence, homelessness, or a mental health crisisit practically goes without saying that there can be no do over and no redress if services are unlawfully denied and someone suffers for it. That of course constitutes irreparable harm.") (cleaned up). As a result, the Court DENIES Defendants' Combined Motion to Dissolve the December 19, 2025 Preliminary Injunctions (ECF No. 74 ). So Ordered by District Judge Mary S. McElroy on 2/27/2026. (Potter, Carrie) (Entered: 02/27/2026) |
| 03/02/2026 | 78 | NOTICE OF APPEAL by Scott Turner, United States Department of Housing and Urban Development as to Order on Motion for Miscellaneous Relief,,,,,,, (No fee paid, USA, Waived by Statute, or IFP.)<br><br>**NOTICE TO COUNSEL: Counsel should register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf/. Counsel should also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at  http://www.ca1.uscourts.gov/cmecf** Appeal Record due by 3/9/2026. (Jankowski, William) (Entered: 03/02/2026) |
| 03/02/2026 | 79 | Emergency MOTION to Stay *the December 19, 2025 Preliminary Injunction Pending Appeal* filed by All Defendants. **Responses due by 3/16/2026.** (Jankowski, William) (Entered: 03/02/2026) |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

NATIONAL ALLIANCE TO END
HOMELESSNESS, *et al.*,

Plaintiffs,

v.

DEPARTMENT OF HOUSING AND URBAN
DEVELOPMENT, *et al.*,

Defendants.

Case No. 25-cv-636-MSM-AEM

District Judge Mary S. McElroy
Magistrate Judge Amy E. Moses

**<u>NOTICE OF APPEAL</u>**

All Defendants in this action—U.S. Department of Housing and Urban Development and Eric Scott Turner, in his official capacity as Secretary of the U.S. Department of Housing and Urban Development—respectfully provide notice that they hereby appeal to the United States Court of Appeals for the First Circuit the Court's February 27, 2026 Text Order denying Defendants' February 17, 2026 Motion to Dissolve, ECF No. 74, the December 19, 2025 preliminary injunction order entered against Defendants.

DATE: March 2, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
Civil Division

JOHN BAILEY
Counsel to the Assistant Attorney General
Civil Division

1

JOSEPH E. BORSON
Assistant Branch Director

*/s/ William S. Jankowski*
WILLIAM S. JANKOWSKI
D.C. Bar No. 90021524
PARDIS GHEIBI
PETER R. GOLDSTONE
Trial Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20530
Tel.: (202) 353-7578
Fax: (202) 616-8640
Email: william.s.jankowski@usdoj.gov

*Attorneys for Defendants*

2

**CERTIFICATE OF SERVICE**

I certify that on March 2, 2026, the above document was filed with the CM/ECF filing system.

/s/ *William S. Jankowski*

3

**U.S. District Court**

**District of Rhode Island**

**Notice of Electronic Filing**

The following transaction was entered on 2/27/2026 at 8:25 AM EST and filed on 2/27/2026

**Case Name:**

National Alliance to End Homelessness et al v. United States Department of Housing and Urban Development et al

**Case Number:**  <u>1:25−cv−00636−MSM−AEM</u>

**Filer:**

**Document Number:**  No document attached

**Docket Text:**

**TEXT ORDER: Before this Court is Defendants' Combined Motion to Dissolve the December 19, 2025 Preliminary Injunctions (ECF No. [74]). The Court has considered the arguments in Defendants' Motion and Plaintiffs' Responses in Opposition thereto. The Defendants seek to reopen the December 2025 Continuum of Care NOFO in order to solicit and issue awards pursuant to its terms for the third and fourth quarters of the funding cycle and argue that this Court's interim relief enjoining the December 2025 NOFO prevents it from doing so. In support of dissolving the injunction, Defendants assert, among other things, that Congress has eliminated the threatened harms faced by the Plaintiffs that prompted the Court to enjoin the December 2025 NOFO in the first instance. The Court disagrees and concludes that the Plaintiffs continue to face imminent, irreparable harm from: (1) the upheaval and service gaps that would result from the Defendants attempt to vastly overhaul the funding selection criteria on an accelerated basis; and (2) the Defendants attempt to implement the December 2025 NOFO in light of the Courts prior determination that Plaintiffs have a b likelihood of success in their action contesting its legality.** *New York v. U.S. Dep't of Just.***, 804 F. Supp. 3d 294, 330 (D.R.I. 2025) ("In life−or−death scenariostimes of crisis when someone faces domestic violence, homelessness, or a mental health crisisit practically goes without saying that there can be no do over and no redress if services are unlawfully denied and someone suffers for it. That of course constitutes irreparable harm.") (cleaned up). As a result, the Court DENIES Defendants' Combined Motion to Dissolve the December 19, 2025 Preliminary Injunctions (ECF No. [74]). So Ordered by District Judge Mary S. McElroy on 2/27/2026. (Potter, Carrie)**

**1:25−cv−00636−MSM−AEM Notice has been electronically mailed to:**

Abigail Greer &nbsp &nbsp abby.greer@nashville.gov

Aleshadye Getachew &nbsp &nbsp agetachew@democracyforward.org

Aman T. George &nbsp &nbsp ageorge@democracyforward.org

Amy Retsinas Romero &nbsp &nbsp amy@dwbrlaw.com, miriam@dwbrlaw.com

Antonia K. Fasanelli &nbsp &nbsp afasanelli@homelesslaw.org

Carrie Y. Flaxman &nbsp &nbsp cflaxman@democracyforward.org

Cassandra Crawford &nbsp &nbsp Cassandra@publicrightsproject.org, legalvoicemail.publicrightsproject.org@recap.email, litfile@publicrightsproject.org

Christine L. Coogle &nbsp &nbsp ccoogle@democracyforward.org

Christopher Michael Sanders &nbsp &nbsp chrsanders@kingcounty.gov

Cristy Craig &nbsp &nbsp cristy.craig@kingcounty.gov

David Chiu &nbsp &nbsp Luis.A.Zamora@sfcityatty.org

David J. Hackett &nbsp &nbsp David.hackett@kingcounty.gov

Graham Provost &nbsp &nbsp graham@publicrightsproject.org, litfile@publicrightsproject.org

John Bailey &nbsp &nbsp john.bailey@usdoj.gov

John K. Whitaker &nbsp &nbsp john.whitaker@nashville.gov

Kathryn M. Scott &nbsp &nbsp kmeyerscott@homelesslaw.org

Kavita Narayan &nbsp &nbsp kavita.narayan@cco.sccgov.org

Kevin Love Hubbard &nbsp &nbsp kevin@dwbrlaw.com, ashleigh.beauregard@usdoj.gov,
CaseView.ECF@usdoj.gov, manuel.urbaez@usdoj.gov, maria.moran−smith@usdoj.gov,
tracy.alfieri@usdoj.gov, usari−ecf@usdoj.gov, USARI.Civil−Docket@usdoj.gov

Kristin Bateman &nbsp &nbsp kbateman@democracyforward.org

Leily Arzy &nbsp &nbsp leily.arzy@cco.sccgov.org

Lynette J. Labinger &nbsp &nbsp LL@labingerlaw.com, brownaclu@aol.com

Madeline H. Gitomer &nbsp &nbsp mgitomer@democracyforward.org

Meredith A. Johnson &nbsp &nbsp meredith.johnson@cco.sccgov.org

Michael Levin−Gesundheit &nbsp &nbsp michael.levin@sfcityatty.org, bianca.rojo@sfcityatty.org

Mollie M. Lee &nbsp &nbsp mollie.lee@sfcityatty.org

Pardis Gheibi &nbsp &nbsp pardis.gheibi@usdoj.gov

Peter Roni Goldstone &nbsp &nbsp peter.r.goldstone@usdoj.gov

Robin F. Thurston &nbsp &nbsp rthurston@democracyforward.org

Ronald H. Lee &nbsp &nbsp ronald.lee@sfcityatty.org

Sara J. Eisenberg &nbsp &nbsp sara.eisenberg@sfcityatty.org

Simon Christopher Brewer &nbsp &nbsp sbrewer@democracyforward.org

Stefanie Wilson &nbsp &nbsp stefanie.wilson@cco.sccgov.org

Toby Merrill &nbsp &nbsp toby@publicrightsproject.org,
legalvoicemail.publicrightsproject.org@recap.email, litfile@publicrightsproject.org

Tony LoPresti &nbsp &nbsp tony.lopresti@cco.sccgov.org

Wallace W. Dietz &nbsp &nbsp wally.dietz@nashville.gov

William S. Jankowski &nbsp &nbsp william.s.jankowski@usdoj.gov, fedprog.ecf@usdoj.gov

Yenisey Rodriguez &nbsp &nbsp yenisey.rodriguez@democracyforward.org

Yvonne R. Mere &nbsp &nbsp yvonne.mere@sfcityatty.org

**1:25−cv−00636−MSM−AEM Notice has been delivered by other means to:**