**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

National Alliance To End Homelessness
_____
**Plaintiff(s)**

Case No.: 25-00636 _____

**v.**

HUD
_____
**Defendant(s)**

**MOTION FOR ADMISSION _PRO HAC VICE_**

I, Amy Romero _____, am a member in good standing of the bar of this

Court. I am moving for the admission of Attorney Kayla Svihovec _____ to

appear _pro hac vice_ in this case as counsel for see addendum A _____.

I certify that I have reviewed the below information provided by the prospective admittee. I

acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the

participation and responsibilities of local counsel.

LOCAL COUNSEL:

Amy R. Romero
_____
_Name_

RI # 8262
_____
_Bar Number_

DeLuca, Weizenbaum, Barry & Revens, Ltd.
_____
_Firm/Agency_

199 North Main Street
_____
_Address_

Providence, RI 02903
_____
_City, State, Zip Code_

/s/ Amy R. Romero
_____
_Signature_

03/30/2026
_____
_Date_

(401) 453-1500
_____
_Telephone Number_

_____
_Fax Number_

Amy@dwbrlaw.com
_____
_E-mail Address_

| To be completed by the Prospective Admittee |
|---|

I am a member in good standing of the bar of every state and federal court to which I have been admitted, and my eligibility to practice before those courts has not been restricted in any way (_list courts below._)

| State or Federal Court | Admission Date | | State or Federal Court | Admission Date |
|---|---|---|---|---|
| 1st Cir. Court of Appeals | 03/09/2026 | | U.S. Supreme Court | 11/10/2025 |
| D.C. Cir. Court of Appeals | 10/13/2021 | | Washington, D.C. | 01/15/2021 |
| District of D.C. | 04/03/2023 | | | |
| New York | 10/13/2021 | | | |

| To be completed by the Prospective Admittee |
|---|

*If you answer yes to any of the below questions, you must provide a full explanation as an attachment.*

Have you ever been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys?  YES ☐  NO ☑

Are there any disciplinary proceedings pending against you at this time?  YES ☐  NO ☑

Has your *pro hac vice* status ever been revoked by any court?  YES ☐  NO ☑

Excluding traffic violations punishable by fine only, have you ever been convicted of, or entered a plea of no contest to, any crime?  YES ☐  NO ☑

Are there any criminal charges pending against you at this time?  YES ☐  NO ☑

| Certification and Signature |
|---|

For the purpose of this case, I have associated with local counsel identified in this motion, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

I understand my obligation to notify this Court of any changed circumstances that affect my answers to the questions contained within this motion.

I have read, acknowledge, and agree to observe and be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it. I hereby certify that the foregoing is true and correct.

Respectfully submitted,

PROSPECTIVE ADMITTEE:

Kayla Svihovec
_____
*Name*

Public Rights Project
_____
*Firm/Agency*

490 43rd Street, Unit 115
_____
*Address*

Oakland, CA 94609
_____
*City, State, Zip Code*

/s/ Kayla Svihovec
_____
*Signature*

(510) 738-6788
_____
*Telephone Number*

_____
*Fax Number*

kayla.svihovec@publicrightsproject.org
_____
*E-mail Address*

Addendum A to Motion for Admission *Pro Hac Vice* – Case Counsel List:

The Metropolitan Government of Nashville and Davidson County, Tennessee

City of Boston, Massachusetts

City of Cambridge, Massachusetts

City of Tucson, Arizona

Martin Luther King, Jr. County, Washington