# United States Court of Appeals
## For the First Circuit

No. 26-1218

NATIONAL ALLIANCE TO END HOMELESSNESS; NATIONAL LOW INCOME HOUSING COALITION; CROSSROADS RHODE ISLAND; YOUTH PRIDE, INC.; CITY OF BOSTON; CITY OF CAMBRIDGE; MARTIN LUTHER KING, JR. COUNTY; METROPOLITAN GOVERNMENT OF NASHVILLE & DAVIDSON COUNTY; COUNTY OF SANTA CLARA; CITY AND COUNTY OF SAN FRANCISCO; CITY OF TUSCON,

Plaintiffs - Appellees,

v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; SCOTT TURNER, in the official capacity as Secretary of the United States Department of Housing and Urban Development,

Defendants - Appellants.

**MANDATE**

Entered: April 24, 2026

In accordance with the judgment of April 24, 2026, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Kristin Bateman
Kevin M. Bolan
Simon Christopher Brewer
Cristy Craig
Cassandra Crawford
Sara J. Eisenberg
Carrie Y. Flaxman
Madeline H. Gitomer
Abigail Greer

Sarah Clark Griffin
Kevin Love Hubbard
Lynette J. Labinger
Michael Levin-Gesundheit
Yvonne Mere
Toby Merrill
Graham Provost
Amy Retsinas Romero
Mika Rothman
Christopher Michael Sanders
Brett Allen Shumate
Kayla Max Svihovec
Daniel Tenny
Robin F. Thurston
John Whitaker
Lauren S. Zurier