**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*, | |
| Plaintiffs, | Case Nos. 25-cv-626-MSM-AEM |
| v. | 25-cv-636-MSM-AEM |
| DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*, | District Judge Mary S. McElroy |
| Defendants. | Magistrate Judge Amy E. Moses |
| AND | |
| NATIONAL ALLIANCE TO END HOMELESSNESS, *et al.*, | |
| Plaintiffs, | |
| v. | |
| DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*, | |
| Defendants. | |

**DEFENDANTS' STATUS REPORT**

Defendants file this third status report pursuant to the Court's Order at its April 27, 2026 status conference. On May 4, 2026, Defendants provided the "granular" detail that the Court requested about the status of fiscal year 2025 Continuum of Care (CoC) renewals. *State of Washington v. HUD*, No. 25-cv-626 (D.R.I.) ("*State Litigation*"), ECF No. 101; *Nat'l All. to End Homelessness*, No. 25-cv-636 (D.R.I.) ("*NAEH Litigation*"), ECF No. 88. On May 11, 2026, Defendants updated this Court that the fiscal year 2025 CoC renewal grant agreements were underway. *State Litigation*, ECF No. 103; *NAEH Litigation*, ECF No. 90. In this status report, Defendants provide another update on the status of grant agreements for projects with awards

1

expiring in the first quarter of this year ("Q1"), and the status of renewal awards for projects with awards expiring in quarters two ("Q2"), three ("Q3"), and four ("Q4") of this year.

*Quarter 1 renewals.* As of the date of this filing, 428 out of 608 grant agreements have been issued to awardees for their signature. Of that amount, 112 have been signed and returned to HUD and 48 have been fully executed. Sixteen awards had conditions and 10 have thus far been resolved.

HUD has issued and continues to issue amendments to all awardees that rescind Addendum 1 to the fiscal year 2025 CoC grant agreements ("rescission letters"). To provide context, Defendants had previously expected the accompanying transmittal letter to convey that Addendum 1 was enjoined pending further litigation. Because the parties disagreed on the efficacy of the transmittal letter, HUD agreed to rescind Addendum 1 in full; the parties entered into a joint stipulation reflecting that the conditions contained in that addendum have no effect on agreements for renewals of fiscal year 2025 grants. *State Litigation*, ECF No. 104; *NAEH Litigation*, ECF No. 91. HUD paused issuance of Q1 grant agreements briefly before beginning the implementation of the rescission of Addendum 1 in order to avoid sending out-of-date grant agreements to recipients that would immediately require correction. The sending of grant agreements has since resumed— as noted in the joint stipulation, HUD has begun to issue rescission letters to Q1 grant recipients effectuating the recission of Addendum 1. *See State Litigation*, ECF No. 104; *NAEH Litigation*, ECF No. 91.

*Quarter 2 renewals.* By May 7, 2026, HUD issued all Q2 renewal award letters to awardees. There were 946 recipients and 1,826 awards in total, with some recipients receiving awards for multiple projects.

*Quarters 3 and 4 renewals.* On May 15, 2026, HUD notified the congressional appropriations committees of the Q3 and Q4 renewals. When the 3-day congressional hold lifts on May 21, 2026, HUD will publicly announce the awards, begin issuing award letters, and then begin issuing the remaining grant agreements for Q3 and Q4 renewals, after the bulk of Q2 grant agreements have been issued.

Date: May 18, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General

JOHN BAILEY
Counsel to the Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director

*/s/ William S. Jankowski*
WILLIAM S. JANKOWSKI
D.C. Bar No. 90021524
PARDIS GHEIBI
PETER R. GOLDSTONE
Trial Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20530
Tel.: (202) 353-7578
Fax: (202) 616-8640
Email: william.s.jankowski@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on May 18, 2026, the above document was filed with the CM/ECF filing system.

*/s/ William  S. Jankowski*