**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

<table>
<tr><td>

STATE OF WASHINGTON, *et al.*,

Plaintiffs,

v.

DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,

Defendants.

AND

NATIONAL ALLIANCE TO END HOMELESSNESS, *et al.*,

Plaintiffs,

v.

DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,

Defendants.

</td><td>

Case Nos. 25-cv-626-MSM-AEM
           25-cv-636-MSM-AEM

District Judge Mary S. McElroy
Magistrate Judge Amy E. Moses

</td></tr>
</table>

**DEFENDANTS' STATUS REPORT**

Defendants file this fourth status report pursuant to the Court's Order at its April 27, 2026 status conference.[1] On May 4, 2026, Defendants provided the "granular" detail that the Court requested about the status of fiscal year 2025 Continuum of Care (CoC) renewals. *State of Washington v. HUD*, No. 25-cv-626 (D.R.I.) ("*State Litigation*"), ECF No. 101; *Nat'l All. to End Homelessness*, No. 25-cv-636 (D.R.I.) ("*NAEH Litigation*"), ECF No. 88. On May 11, 2026,

---

[1] The Court ordered Defendants to file weekly status reports starting on Monday, May 4, 2026. Because the deadline for this week's report fell on a federal holiday—Monday, May 25, 2026—Defendants hereby serve this report one day later than the original deadline, pursuant to Federal Rule of Civil Procedure 6(a)(1).

Defendants updated this Court that the fiscal year 2025 CoC renewal grant agreements were underway. *State Litigation*, ECF No. 103; *NAEH Litigation*, ECF No. 90. On May 18, 2026, Defendants notified this Court that approximately 70 percent of the first quarter's grant agreements had been issued (428 out of 608 grant agreements). *State Litigation*, ECF No. 105; *NAEH Litigation*, ECF No. 92. In this status report, Defendants provide another update on the status of renewal awards for projects with awards expiring in quarters one ("Q1"), two ("Q2"), three ("Q3"), and four ("Q4") of this year.

*Quarter 1 renewals.* As of the date of this filing, HUD has issued 537 out of 608 grant agreements for awardee signature. Of that amount, 239 have been signed and returned to HUD, and 155 have been fully executed. Sixteen awards have conditions and 11 have thus far been resolved. HUD has issued 503 letters rescinding Addendum 1 to the fiscal year 2025 CoC grant agreements.

*Quarter 2 renewals.* As of the date of this filing, individual HUD Field Offices have freed up sufficient capacity to begin issuing Q2 renewals. HUD has issued 446 out of 1,794 grant agreements for awardee signature. Of that amount, 25 have been signed and returned to HUD for execution. Seventeen agreements have been fully executed. There are 307 Q2 renewals that require additional preparation before they can be issued, including 43 agreements with conditions that grantees have yet to resolve.

*Quarters 3 and 4 renewals.* On May 21, 2026, HUD publicly announced the awards for Q3 and Q4 renewals, totaling 4,241 awards. *See* U.S. Dep't Hous. & Urb. Dev., *Fiscal Year 2025 Continuum of Care Competition Homelessness Assistance Award Report* (May 21, 2026), https://www.hud.gov/sites/default/files/OCHCO/documents/ALL-Press-Round-3.pdf. HUD is finalizing Q3 and Q4 award letters and expects to begin issuing them later this week.

Date: May 26, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General

JOHN BAILEY
Counsel to the Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director

*/s/ William S. Jankowski*
WILLIAM S. JANKOWSKI
D.C. Bar No. 90021524
PARDIS GHEIBI
PETER R. GOLDSTONE
Trial Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20530
Tel.: (202) 353-7578
Fax: (202) 616-8640
Email: william.s.jankowski@usdoj.gov

*Attorneys for Defendants*

3

**CERTIFICATE OF SERVICE**

I certify that on May 26, 2026, the above document was filed with the CM/ECF filing system.

/s/ William  S. Jankowski