**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*, <br><br> Plaintiffs, <br><br>  v. <br><br> DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*, <br><br> Defendants. <br><br> AND <br><br> NATIONAL ALLIANCE TO END HOMELESSNESS, *et al.*, <br><br> Plaintiffs, <br><br>  v. <br><br> DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*, <br><br> Defendants. | Case Nos. 25-cv-626-MSM-AEM <br>             25-cv-636-MSM-AEM <br><br> District Judge Mary S. McElroy <br> Magistrate Judge Amy E. Moses |

**DEFENDANTS' STATUS REPORT**

Defendants file this fifth status report pursuant to the Court's Order at its April 27, 2026 status conference. On May 4, 2026, Defendants provided the "granular" detail that the Court requested about the status of fiscal year 2025 Continuum of Care (CoC) renewals. *State of Washington v. HUD*, No. 25-cv-626 (D.R.I.) ("*State Litigation*"), ECF No. 101; *Nat'l All. to End Homelessness*, No. 25-cv-636 (D.R.I.) ("*NAEH Litigation*"), ECF No. 88. On May 11, 2026, Defendants updated this Court that the fiscal year 2025 CoC renewal grant agreements were underway. *State Litigation*, ECF No. 103; *NAEH Litigation*, ECF No. 90. On May 18, 2026, Defendants notified this Court that approximately 70 percent of the first quarter's grant agreements

1

had been issued (428 out of 608 grant agreements). *State Litigation*, ECF No. 105; *NAEH Litigation*, ECF No. 92. On May 26, 2026, Defendants informed the Court that more first-quarter grants had been issued and second-quarter grants had begun to be issued. *State Litigation*, ECF No. 106; *NAEH Litigation*, ECF No. 93. In this status report, Defendants provide another update on the status of renewal awards for projects with awards expiring in quarters one ("Q1"), two ("Q2"), three ("Q3"), and four ("Q4") of this year.

*Quarter 1 renewals.* As of the date of this filing, HUD has issued 551 out of 608 grant agreements for awardee signature.[1] Of that amount, 297 have been signed and returned to HUD, including 229 that are fully executed. Sixteen awards have conditions and 13 have thus far been resolved. HUD has issued 516 letters rescinding Addendum 1 to the fiscal year 2025 CoC grant agreements.

*Quarter 2 renewals.* As of the date of this filing, HUD has issued 824 out of 1,794 grant agreements for awardee signature.[2] Of that amount, 209 have been signed and returned to HUD for execution. One hundred and forty-two agreements have been fully executed. There are 302 Q2 renewals that require additional preparation before they can be issued, including 38 agreements with conditions that grantees have yet to be resolved.

---

[1] Q1 renewals have not all been issued yet because they are issued by each individual field office. Because each field office has varying capacity and workload, their capacity to issue Q1 renewals will vary. Field staff continue to work diligently on a daily basis to prepare and issue renewals.

[2] Some Q2 grant renewals have gone out before HUD has finished Q1 renewals because some renewals require additional actions by the grantee or HUD. While awaiting these actions to be completed by external stakeholders, the field office is able to use spare capacity to prepare and issue Q2 renewals. Because each field office has a unique number of renewals to issue, and some renewals may entail special conditions, each field office's pace of transitioning from Q1 to Q2 renewals will vary.

*Quarters 3 and 4 renewals.* HUD began issuing award letters for Q3 and Q4 on May 27. HUD has issued 648 of 1,910 letters. HUD anticipates that it will finish issuing award letters by June 5, at which point it will begin preparing to issue grant agreements.

Date: June 1, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General

JOHN BAILEY
Counsel to the Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director

*/s/ William S. Jankowski*
WILLIAM S. JANKOWSKI
D.C. Bar No. 90021524
PARDIS GHEIBI
PETER R. GOLDSTONE
Trial Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20530
Tel.: (202) 353-7578
Fax: (202) 616-8640
Email: william.s.jankowski@usdoj.gov

*Attorneys for Defendants*

3

## CERTIFICATE OF SERVICE

I certify that on June 1, 2026, the above document was filed with the CM/ECF filing system.

*/s/ William S. Jankowski*